| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION | |
| Case number *(if known)* _____  Chapter  **11** | |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Smart Communications Holding, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  47-2886302

**4. Debtor's address**

Principal place of business
10491 72nd St.
Seminole, FL 33777
Number, Street, City, State & ZIP Code

Pinellas
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Smart Communications Holding, Inc.**           Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Smart Communications Holding, Inc.**  Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>■ Yes. | |

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Smart Communications Holding, LLC** | | Relationship | **Affiliate** |
| District | **Middle District of Florida** | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**  Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
     Contact name _____
     Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor     **Smart Communications Holding, Inc.**                                   Case number (*if known*)
                    Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐  $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>■ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Smart Communications Holding, Inc.**   Case number (*if known*) _____
       Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-28-2024
           MM / DD / YYYY

X _____        Jonathan D. Logan
Signature of authorized representative of debtor   Printed name

Title  **President**

**18. Signature of attorney**

X  /s/ Daniel R. Fogarty                    Date  11.29.2024
Signature of attorney for debtor                  MM / DD / YYYY

**Daniel R. Fogarty**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone  (813) 229-0144    Email address  dfogarty@srbp.com

0017532 FL
Bar number and State

Assets America, Inc.
800 5th Ave #101
Seattle, WA 98104

CDW Direct LLC
200 N Milwaukee Ave,
Vernon Hills, IL 60061

Cents LLC
6801 Holabird Ave.
Dundalk, MD 21222

Florida Custom Mold, Inc
1806 Gunn Hwy,
Odessa, FL 33556

GGC Brennan Industrial, LLC
Attn: Michael W. Brennan
9450 W. Bryn Mawr, #750
Rosemont, IL 60018

HLFIP Holding, LLC
Two Ballpark Center
800 Battery Ave. SE, #100
Atlanta, GA 30339

I.D. Tel
55 Canal S.
Staten Island, NY 10304

Janice Logan, as Trustee
of the James Logan Family Trust
c/o David E. Schoenfeld, Esq.
100 N. Tampa St., #2900
Tampa, FL 33602

Janice Logan, individually
c/o David E. Schoenfeld, Esq.
100 N. Tampa St., #2900
Tampa, FL 33602

Jonathan D. Logan
10491 72nd St.
Seminole, FL 33777

Lattice Incorporated
7150 N. Park Dr., #500
Pennsauken, NJ 08109

Loco Florida, LLC

10491 72nd St.
Seminole, FL 33777

McNees Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA 17101

Melvin W. Engelke, III
c/o Dean Kent, Esq.
101 E. Kennedy Blvd., #2700
Tampa, FL 33602-5150

Mt. View Business Plaza, LLC
P.O. Box 821048
Vancouver, WA 98682

Priority1
401 W. Capitol Ave.
Little Rock, AR 72201

ShenZhen Meridian Technology Co. Ltd.
Room 2809, West Building, Qui Shi Bldg.
Zhu Zi Ling, Fu Tian District
Shenzhen, CHINA 51804

Swank Motion Pictures, Inc.
10795 Watson Road,
St. Louis, MO 63127

Timothy Szuhaj, Esq.
1635 Market St 7th Floor
Philadelphia, PA 19103

Versa Technology, Inc.
5224 Bell Ct.
Chino, CA 91710

Westfield Insurance
One Park Circle
P.O. Box 5001
Westfield Center, OH 44251

Wintel Corp.
2741 NW 82nd Ave
Doral, FL 33122

xByte Technologies
4614 19th St Ct E.
Bradenton, FL 34203