Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Smart Communications Holding, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ShenZhen Meridian Technology Co. Ltd. Room 2809, West Building, Qui Shi Bldg. Zhu Zi Ling, Fu Tian District Shenzhen, CHINA 51804 | | | | | | $748,000.00 |
| Swank Motion Pictures, Inc. 10795 Watson Road, St. Louis, MO 63127 | | | | | | $146,307.51 |
| Florida Custom Mold, Inc 1806 Gunn Hwy, Odessa, FL 33556 | | | | | | $107,846.30 |
| Cents LLC 6801 Holabird Ave. Dundalk, MD 21222 | | | | | | $105,709.20 |
| Wintel Corp. 2741 NW 82nd Ave Doral, FL 33122 | | | | | | $100,018.73 |
| Versa Technology, Inc. 5224 Bell Ct. Chino, CA 91710 | | | | | | $38,940.00 |
| xByte Technologies 4614 19th St Ct E. Bradenton, FL 34203 | | | | | | $22,351.80 |
| I.D. Tel 55 Canal S. Staten Island, NY 10304 | | | | | | $11,929.00 |
| CDW Direct LLC 200 N Milwaukee Ave, Vernon Hills, IL 60061 | | | | | | $8,128.70 |
| Westfield Insurance One Park Circle P.O. Box 5001 Westfield Center, OH 44251 | | | | | | $2,500.00 |

Debtor **Smart Communications Holding, Inc.**  
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Priority1**<br>401 W. Capitol Ave.<br>Little Rock, AR 72201 | | | | | | $399.88 |
| **Assets America, Inc.**<br>800 5th Ave #101<br>Seattle, WA 98104 | | | Contingent<br>Unliquidated<br>Disputed | | | $Unknown |
| **GGC Brennan Industrial, LLC**<br>Attn: Michael W. Brennan<br>9450 W. Bryn Mawr, #750<br>Rosemont, IL 60018 | | Lease | | | | $Unknown |
| **Janice Logan, as Trustee of the James Logan Family Trust**<br>c/o David E. Schoenfeld, Esq.<br>100 N. Tampa St., #2900<br>Tampa, FL 33602 | | | Unliquidated<br>Disputed | | | $Unknown |
| **Lattice Incorporated**<br>7150 N. Park Dr., #500<br>Pennsauken, NJ 08109 | | Contract dispute | Contingent<br>Unliquidated<br>Disputed | | | $Unknown |
| **McNees Wallace & Nurick LLC**<br>100 Pine Street<br>Harrisburg, PA 17101 | | | Contingent<br>Unliquidated<br>Disputed | | | $Unknown |
| **Melvin W. Engelke, III**<br>c/o Dean Kent, Esq.<br>101 E. Kennedy Blvd., #2700<br>Tampa, FL 33602-5150 | | Lawsuit | Contingent<br>Unliquidated<br>Disputed | | | $Unknown |
| **Mt. View Business Plaza, LLC**<br>P.O. Box 821048<br>Vancouver, WA 98682 | | Lease | | | | $Unknown |

**Fill in this information to identify the case:**

Debtor name: Smart Communications Holding, Inc.

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-28-2024     X _____
Signature of individual signing on behalf of debtor

Jonathan D. Logan
Printed name

President
Position or relationship to debtor