# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re  **Smart Communications Holding, Inc.**                                            Case No. _____

                              Debtor(s)                                                  Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jonathan D. Logan**<br>**10491 72nd St.**<br>**Seminole, FL 33777** | | 100% | |

FN:  As of the Petition Date, Jonathan D. Logan is the 100% shareholder by virtue of the election of Smart Communications Holding, Inc. to elect to repurchase the 50% shareholding interest actually or allegedly held by JANICE LOGAN, as Trustee of the James Logan Family Trust, dated February 10, 2021, as successor to JAMES LOGAN.

Sheet 1 of 2 in List of Equity Security Holders

In re:   Smart Communications Holding, Inc.                               Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

   I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   11-28-2024                              Signature _____
                                                              Jonathan D. Logan

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)