# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re **Smart Communications Holding, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Smart Communications Holding, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 29, 2024**  
Date

**/s/ Daniel R. Fogarty**  
**Daniel R. Fogarty**  
Signature of Attorney or Litigant  
Counsel for **Smart Communications Holding, Inc.**  
**Stichter, Riedel, Blain & Postler, P.A.**  
**110 E. Madison St.**  
**Suite 200**  
**Tampa, FL 33602**  
**(813) 229-0144 Fax:(813) 229-1811**  
**dfogarty@srbp.com**