# RESOLUTION OF SMART COMMUNICATIONS HOLDING, INC. AUTHORIZING FILING OF CHAPTER 11 PETITION IN BANKRUPTCY

**WHEREAS**, it was determined by **Smart Communications Holding, Inc.**, a Florida corporation (the "**Company**"), after careful deliberation, being fully informed and in good faith, that it is in the best interests of the Company, its creditors, and other interested parties to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), it is hereby

**RESOLVED**, that in the judgment of the sole Director, it is desirable and in the best interest of the Company, its creditors, and others, that the Company authorize Jonathan D. Logan, the sole Director and officer of the Company (the "**Officer**"), to file for the Company a voluntary petition for relief under the Bankruptcy Code at such time as the Officer shall determine; and it is further

**RESOLVED**, that the filing by the Company of a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), be, and it hereby is, authorized and approved at such time as the Officer shall determine; and it is further

**RESOLVED**, that the Officer of the Company is authorized and empowered, in the name of the Company, to execute and verify a petition for relief under Chapter 11 of the Bankruptcy Code as well as all other ancillary documents and to cause all to be filed with the Bankruptcy Court at such time as the Officer shall determine; and it is further

**RESOLVED**, that the Officer of the Company is authorized to execute and file on behalf of the Company all pleadings, schedules, lists, affidavits, certifications, documents and other

papers and to take all actions that he may deem necessary or proper in connection with the Chapter 11 case of the Company; and it is further

**RESOLVED**, that the Officer of the Company is authorized and directed to retain and engage the law firm of Stichter, Riedel, Blain & Postler, P.A. as lead bankruptcy counsel to represent the Company in the Bankruptcy Court in connection with the Chapter 11 and other related proceedings and matters in connection therewith, upon such terms and conditions as such officer shall approve; and it is further

**RESOLVED**, that the Officer of the Company is authorized to retain such other professionals as he may deem necessary and appropriate to represent, assist or consult with the Company during the Chapter 11 case, including, without limitation, public relations, auditing, accounting, brokers, and financial advisors, upon such terms and conditions as shall be deemed appropriate, and it is further

**RESOLVED**, that the Officer of the Company is authorized and directed to take any and all actions and to execute and deliver any and all further instruments and documents, and pay all expenses (subject to any Bankruptcy Court approval, as necessary), in each case as in his judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein, and it is further

**RESOLVED**, that all acts lawfully done, or actions lawfully taken by the Officer of the Company that are necessary to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved; and it is further

**RESOLVED**, that any and all actions heretofore or hereafter lawfully taken in the name or on behalf of the Company in good faith by the Officer in furtherance of the foregoing

resolutions or in connection with the transactions contemplated herein are hereby ratified, confirmed, and adopted as the acts and deeds of the Company.

Dated: November 27, 2024

**Sole Director:**

_____
Jonathan D. Logan