Smart Communications Holding, Inc.

Consolidated Audited Financial Statements

December 31, 2023

Prepared by:

M. L. Shreve CPA, P.C.
7781 N. Easy Street
Whitehall, Michigan 49461
231.894.5559

**Smart Communications Holding, Inc.**
Table of Contents
December 31, 2023

|  | Page No. |
|---|---|
| **Independent Auditor's Report** | 1 - 2 |
| **Financial Statements** | |
| Consolidated Balance Sheet | 3 |
| Consolidated Income Statement | 4 - 6 |
| Consolidated Statement of Retained Earnings | 7 |
| Consolidated Statement of Cash Flows | 8 |
| Consolidated Notes to Financial Statements | 9 - 15 |



**M L S**

M.L. Shreve CPA, P.C.
7781 N. Easy Street
Whitehall, Michigan 49461
231.894.5559 (phone)
231.893.2097 (fax)
www.mlshrevecpa.com
mlshrevecpa@frontier.com (email)

September 27, 2024

### Independent Auditor's Report

To the Board of Directors
Smart Communications Holding, Inc.
Seminole, Florida 33777

### Opinion

We have audited the consolidated financial statements of Smart Communications Holding, Inc. which comprise the consolidated balance sheet as of December 31, 2023, and the related consolidated statements of income, retained earnings, and cash flows for the year then ended, and the related notes to the consolidated financial statements.

In our opinion, the accompanying consolidated financial statements present fairly, in all material respects, the financial position of Smart Communications Holding, Inc. as of December 31, 2023, and the results of its operations and its cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

### Basis for Opinion

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Financial Statements section or our report. We are required to be independent of Smart Communications Holding, Inc. and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audit. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### Responsibilities of Management for the Consolidated Financial Statements

Management is responsible for the preparation and fair presentation of the consolidated financial statements in accordance with accounting principles generally accepted in the United States of America, and for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the consolidated financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about Smart Communications Holding, Inc.'s ability to continue as a going concern within one year after the date that the consolidated financial statements are available to be issued.

*Auditor's Responsibilities for the Audit of the Consolidated Financial Statements*

Our objectives are to obtain reasonable assurance about whether the consolidated financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with generally accepted auditing standards will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the consolidated financial statements.

In performing an audit in accordance with generally accepted auditing standards, we:

   Exercise professional judgment and maintain professional skepticism throughout the audit.

   Identify and assess the risks of material misstatement of the consolidated financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements.

   Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances but not for the purpose of expressing an opinion on the effectiveness of Smart Communications Holding, Inc.'s internal control. Accordingly, no such opinion is expressed.

   Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the consolidated financial statements.

   Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about Smart Communications Holding, Inc.'s ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control-related matters that we identified during the audit.

*M. L. Shreve* CPA, P.C.
*M. L. Shreve CPA, P.C.*
Whitehall, Michigan 49461

2

**Smart Communications Holding, Inc.**
*Consolidated Balance Sheet*
December 31, 2023

### ASSETS

| | | | |
|---|---|---:|---:|
| **Current Assets** | | | |
| | Cash and Cash Equivalents | $ 159,625 | |
| | Accounts Receivable - Trade | 735,767 | |
| | Florida Corporate Income Tax Receivable | 416,400 | |
| | Prepaid Expenses | 422,938 | |
| | Prepaid Taxes | 825,000 | |
| | Operating Leases - Right of Use | 136,913 | |
| | Inventory | 3,033,717 | |
| **Total Current Assets** | | | $ 5,730,360 |
| **Fixed Assets** | | | |
| | Buildings | 5,071,155 | |
| | Kiosk Computer System | 2,987,602 | |
| | Computer Software | 2,987,876 | |
| | Leasehold Improvements | 355,751 | |
| | Vehicles | 2,564,222 | |
| | Display System & Demo Build | 43,780 | |
| | Equipment | 683,905 | |
| | Furniture | 163,692 | |
| | | 14,857,983 | |
| | Less: Accumulated Depreciation | (8,625,522) | |
| **Property & Equipment, Net** | | | 6,232,461 |
| **Other Assets** | | | |
| | Shareholder Loans | 3,533,324 | |
| | Operating Lease - Lease Liability | 317,075 | |
| | Affiliated Entities Receivable | | |
| |    Smart Communications Yacht Holding LLC | 5,711,296 | |
| |    Mailguard Inc | 630 | |
| |    Mailguard Federal Inc | 1,746,069 | |
| |    Loco Florida LLC | 1,375,101 | |
| |    HLFIP | 178,417 | |
| **Total Other Assets** | | | 12,861,912 |
| | **TOTAL ASSETS** | | $ 24,824,733 |

### LIABILITIES AND EQUITY

| | | | |
|---|---|---:|---:|
| **LIABILITIES** | | | |
| **Current Liabilities** | | | |
| | Accounts Payable | $ 3,278,472 | |
| | Accrued Credit Cards | 4,609 | |
| | Accrued Commissions | 1,543,693 | |
| | Accrued Facility Tech Grant | 38,056 | |
| | Accrued Expenses | 271,430 | |
| | Current Portion - Lease Liabilities | 136,913 | |
| | Current Portion - Long Term Debt | 233,316 | |
| **Total Current Liabilities** | | | $ 5,506,489 |
| **Long Term Liabilities** | | | |
| | Operating Lease Lease Liabilities | 317,075 | |
| | Lattice Technology License | 228,140 | |
| | Note Payable - HLFIP | 74,226,725 | |
| | interest Payable - HLFIP | 6,153,269 | |
| | Notes Payable - Vehicles | 24,881 | |
| | Less Current Portion | (233,316) | |
| **Total Long Term Debt** | | | 80,716,774 |
| **Total Liabilities** | | | 86,223,263 |
| **EQUITY** | | | |
| Common Stock | | 364,667 | |
| Paid In Capital | | 392,151 | |
| Retained Earnings | | (62,155,348) | |
| **Total Equity** | | | (61,398,530) |
| | **TOTAL LIABILITIES AND EQUITY** | | $ 24,824,733 |

*See Notes to Consolidated Financial Statements.*

**Smart Communications Holding, Inc.**
*Consolidated Statement of Income*
For the year ended December 31, 2023

| | | |
|---|---:|---:|
| **Revenue** | | |
| Mail Services Income | $ | 4,512,000 |
| Messaging Sales | | 22,128,682 |
| Commissary Transfer Credits | | 5,517,534 |
| Telephone Call Sales | | 18,167,678 |
| Telephone Service Fees | | 5,740,301 |
| Trust Account Funding Fees | | 122,803 |
| | | 56,188,998 |
| Less Reurns and Allowances | | (79,075) |
| | | 56,109,923 |
| **Total Cost of Sales** | | (41,104,282) |
| **Gross Profit** | | 15,005,641 |
| | | |
| **Total Operating Expenses** | | (38,540,755) |
| | | |
| **Income /Loss from Operations** | | (23,535,114) |
| | | |
| **Other Income and (Expense)** | | |
| Interest Income | $ 23,480 | |
| (loss) on Sale of Assets | (55,525) | |
| Penalties and Late Fees | (28,267) | |
| | | (60,312) |
| **Net Other Income and (Expense)** | | (60,312) |
| | | |
| **Net Income (Loss) for the Year** | $ | (23,595,426) |

*See Notes to Consolidated Financial Statements*

4

**Smart Communications Holding, Inc.**
*Consolidated Statement of Income - Cost of Sales*
For the year ended December 31, 2023

| Cost of Sales | | | |
|---|---|---|---|
| Beginning Inventory | $ | | $ 690,704 |
|     Contractor Services | | 2,382,241 | |
|     Computer and Tablet Purchases | | 10,765,789 | |
|     Freight and Shipping | | 680,458 | |
|     Internet Services | | 645,484 | |
|     Data Sorage & Server Hosting | | 371,469 | |
|     Merchant Card Fees | | 2,185,360 | |
|     Meals | | 105,322 | |
|     Faciliites Commissions Expense | | 17,061,158 | |
|     Labor - Mail Processing | | 456,299 | |
|     Labor - Installations | | 511,282 | |
|     Labor - Telephone CC Sales | | 1,019,655 | |
|     Labor - Repairs & Maintenance | | 856,849 | |
|     Software Purchases | | 454,693 | |
|     Watch | | 43,814 | |
|     Voice Over IP | | 362,727 | |
|     Technology Grant & Services - Facilities | | 1,252,923 | |
|     Salesperson Commissions | | 263,162 | |
|     Facility Rate Tables | | 14,054 | |
|     Repairs and Maintenance | | 326,574 | |
|     Telecommunications Taxes Expense | | 2,566,987 | |
|     Travel | | 1,120,995 | 43,447,295 |
| | | | 44,137,999 |
| Ending Inventory | | | (3,033,717) |
| Cost of Sales | | | 41,104,282 |

*See Notes to Consolidated Financial Statements*     5

**Smart Communications Holding, Inc.**
*Consolidated Statement of Income - Operating Expenses*
For the year ended December 31, 2023

| Description | Amount |
|---|---:|
| Advertising and Promotions | $ 274,651 |
| Inmate Education | 145,876 |
| Bank Service Fees | 8,598 |
| Depreciation Expense | 1,466,652 |
| Business Insurance | 346,844 |
| Outside Services | 1,173 |
| Dues and Subscriptions | 80,513 |
| Professional Fees | 126,894 |
| Regulatory and Registration Fees | 100,007 |
| Legal and Professional Fees | 3,080,226 |
| Licenses and Permits | 19,429 |
| Interest Expense | 566,663 |
| Charitable Contributions | 18,285 |
| Officer Compensation | 120,000 |
| Wages and Salaries | 5,569,920 |
| Payroll Taxes | 718,244 |
| Workman Compensation Insurance | 44,833 |
| Health Insurance | 559,828 |
| Payroll Service Fees | 110,490 |
| Meals and Entertainment | 141,108 |
| Employee Welfare Expense | 9,760 |
| Office Expense | 79,206 |
| Computer Expense | 120,392 |
| Postage and Shipping | 18,313 |
| IP License Fees | 22,443,969 |
| Contract Labor Expense | 266,001 |
| Rent Expense | 1,499,737 |
| Property Taxes | 79,849 |
| Telephone Expense | 126,932 |
| Website Design and Maintenance | 99,712 |
| Repairs and Maintenance | 58,898 |
| Utilities | 65,601 |
| Other Expenses | 1,791 |
| Recruitment Fees | 63,283 |
| Client Welfare Expense | 107,077 |
| | 38,540,755 |

*See Notes to Consolidated Financial Statements*  6

**Smart Communications Holding, Inc.**
*Consolidated Statement of Retained Earnings*
For the year ended December 31, 2023

| | | |
|---|---:|---:|
| Retained Earnings - Beginning of Year | $ | (38,742,328) |
| Adjustment for Prior Year Security Deposit | | 247,500 |
| Adjustment for Transfer of Assets - Affilliated Entity | | (65,094) |
| | | (38,559,922) |
| Net Income for the Year | | (23,595,426) |
| Retained Earnings - End of Year | | (62,155,348) |

**Smart Communications Holding, Inc.**
**Consolidated Statement of Cash Flows**
**For the year ended December 31, 2023**

| | |
|---|---:|
| **Cash Flows from (Provided to) Operating Activities** | |
| Net Income (Loss) form Operations | $ (23,595,426) |
| Adjustments to reconcile increase in net assets | |
| to net cash provided by (used in) operating activities: | |
| Depreciation | 1,466,652 |
| | (22,128,774) |
| (Increase) Decrease in operating assets: | |
| Accounts Receivable | (273,508) |
| Corporate Taxes Receivable | 1,417,715 |
| Affiliated Entities Receivables | (231,809) |
| Loans Receivable - Shareholder | (619,238) |
| Prepaid Expenses | 503,989 |
| Prepaid Taxes | (379,303) |
| Inventory | (2,343,012) |
| Increase (Decrease) in operating liabilities: | |
| Accounts Payable | 2,000,827 |
| Accrued Credit Cards Payable | (178,002) |
| Accrued Facility Commissions | 571,700 |
| Accrued Payroll & Related Expenses | 69,838 |
| Accrued Expenses | (104,942) |
| Current Portion of Long Term Debt | (356,089) |
| **Net Cash Flows from (Provided to) Operating Activities** | (22,050,608) |
| | |
| **Cash Flows From ( Provided to) Investing Activities** | |
| Loss on Disposition of Fixed Assets | (55,525) |
| **Net Cash Flows From (Provided to) Provided to Investing Activities** | (55,525) |
| **Cash Flows From (Provided to) Financing Activities** | |
| Note Payables -IP License Fee | 21,959,011 |
| Payments on Notes Payable | (471,693) |
| Retained Earnings - Adjustments | (87,280) |
| **Net Cash Flows from (Provided to) Financing Activities** | 21,400,038 |
| | |
| **Net Increase (Decrease) in Cash From Operating Activities** | (706,095) |
| | |
| Cash and Cash Equivalents at Beginning of Year | 865,720 |
| | |
| **Cash and Cash Equivalents at End of Year** | $ 159,625 |

Interest Expense for the year was in the amount of $ 566,663
Taxes Paid for the year was in the amount of $ 925,000

*See Notes to Consolidated Financial Statements*                8

**Smart Communications Holding, Inc.**
**Notes to Consolidated Financial Statements**
**For the year ended December 31, 2023**

===============================================================================

### Note A – Significant Accounting Policies

*Basis of Consolidation*
The consolidated financial statements include the financial statements of Smart Communications, U.S, Inc.; Smart Communications Pasco, Inc.; and Smart Communications Collier, Inc.. Smart Communications Holding, Inc. owns 100 % of these companies. All transactions between Smart Communications Holding, Inc. and the subsidiaries have been eliminated in the consolidated financial statements.

*Concentration of Credit Risk*
The Company normally maintains sufficient cash to meet its anticipated working capital needs. Cash in deposit accounts may, at times, exceed the Federal Deposit Insurance Corporation (FDIC) insured limit in the amount of $ 250,000. However, The Company has not experienced any losses in such accounts and therefore believes it is not exposed to any significant credit risk in these accounts.

*Cash and Cash Equivalents*
For purposes of the statement of cash flows, the Company considers all highly liquid investments, generally those assets readily convertible to known amounts of cash with a maturity of three months or less, to be cash equivalents.

*Accounts Receivable*
Accounts Receivable are customer obligations due under normal trade conditions that have been received after the year end but attributable to the current year. The Company considers these accounts receivable to be fully collectible; accordingly, no allowance for doubtful accounts is required. If amounts become uncollectible, they are charged to operations when that determination is made.

*Inventory*
Inventory consists of tablets, kiosks, and various computer parts and accessories, and is stated at the lower of cost or market using the first-in, first-out method.

*Property and Equipment*
Property and equipment is stated at cost less accumulated depreciation. Provisions for depreciation of assets are computed using the straight-line at rates which are intended to amortize the cost of such assets over their useful lives which range from 5 to 40 years. Leasehold Improvements are amortized over the service lives of the improvements, generally 40 years.

*Revenue Recognition*
The Company adopted FASB ASC 606, *Revenues from Contracts with Customers*, which amended the existing standards for revenue recognition. Under that standards, revenues are generally recognized when realized or realizable, and when earned (generally when goods are transferred or services rendered), no matter when payment is received. Accordingly, the Company's recognizes revenue when it satisfies a performance obligation by transferring control over the services rendered to a customer. Virtually, 100 percent of the Company's revenue, in the net amount of $ 56,109,923, is the result of its performance obligations satisfied over time, which is the calendar year ended December 31, 2023.

**Smart Communications Holding, Inc.**
**Notes to Consolidated Financial Statements**
**For the year ended December 31, 2023**

==============================================================================

### Note A – Significant Accounting Policies (continued)

*Revenue Recognition (continued)*

The adoption of this new revenue standard did not have a significant impact on the amount and timing of revenue recognized in the Company's financial statements. Based on the Company's evaluation process and review of its contracts with customers, the timing and amount of revenue recognized previously is consistent with how revenue is recognized, therefore, no changes were required as to how revenues are reported as a result of the adoption of FASB ASC 606.

The Company does not have any significant financing components because payment is received at or shortly after the point of sale. Therefore, the Company has no material contract assets or liabilities as of December 31, 2023.

*Use of Estimates*

These financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America. Management is required to make certain estimates and assumptions that affect amounts reported in the financial statements. Actual results may differ from these estimates.

*Advertising Costs*

Advertising costs are charged to operations when incurred. For the year ended December 31, 2023, advertising expense amounted to $ 274,651.

### *Recently Adopted Accounting Guidance*

### Leases

In February 2016, the Financial Accounting Standards Board (FASB) issued guidance (Accounting Standards Codification (ASC) 842, *Leases*) to increase transparency and comparability among organizations by requiring the recognition of right-of-use (ROU) assets and lease liabilities on the balance sheet. Most prominent among the changes in the standard is the recognition of ROU assets and lease liabilities by lessees for those leases classified as operating leases. Under the standard, disclosures are required to meet the objective of enabling users of financial statements to assess the amount, timing, and uncertainty of cash flows arising from leases.

The Company adopted the standard effective January 1, 2023. The Company had no operating leases prior to July 1, 2022, and the operating lease was immaterial to the financial statements. The Company followed the prior standard, ASC 840 to account for its only operating lease as rent expense in its income statement for the year ended December 31, 2022. Subsequently, the new standard was adopted and implemented, effective January 1, 2023, as noted above, and recognized and measured leases existing at, or entered into after that date using a modified retrospective approach, with certain practical expedients available

The Company elected the available practical expedients to account for its existing operating lease under the new guidance, without reassessing a) whether the lease contract would be different under the new standard, b) whether the operating lease would be different in accordance with the new guidance, or c) whether any transition adjustments would have met the definition of initial direct costs in the new guidance at lease commencement.

*10*

**Smart Communications Holding, Inc.**
**Notes to Consolidated Financial Statements**
**For the year ended December 31, 2023**

==========================================================================

### Note A – Significant Accounting Policies (continued)

*Recently Adopted Accounting Guidance*

**Leases**

In addition, the Company elected the hindsight practical expedient to determine the lease term for its existing lease. The election of the hindsight practical expedient had no impact in determining the expected lease term. As a result of the adoption of the new lease accounting standard, the Company recognized right-of-use assets and lease liability in the respective amounts of $ 454,588, which represents the present value of the remaining lease payments, discounted using an incremental borrowing rate of 5%.

The standard had a material impact on the consolidated balance sheet as of December 31, 2023, but did not have an impact on the consolidated income statement, nor on the consolidated statement of cash flows. The most significant impact was the recognition of ROU assets and lease liabilities for operating leases.

The Company's lease agreements do not contain any material residual value guarantees or material restrictive covenants. Further, in determining the discount rate used to measure the right-of-use asset and lease liability, the Company used its incremental borrowing rate, which is based on an estimated secured rate comprised of a risk-free rate plus a credit spread as secured by our assets. Determining a credit spread as secured by the Company's assets may require significant judgment.

### Note B – Subsequent Events

Management has evaluated subsequent events through September 27, 2024, the date financial statements were available to be issued. No events occurred or are pending through this date which would have a material effect on the financial statements or require disclosure in the financial statements.

### Note C – Loans To Shareholder

At December 31, 2023, a 50 % shareholder owed the Company loans in the amount of $ 3,533,324. No interest has been accrued on the loans.

### Note D – Affiliated Entities

As of December 31, 2023, the Company has accounts receivable from the following affiliated entities:

| Description | Amount |
|---|---:|
| Smart Communications Yacht Holding LLC | $ 5,711,296 |
| Mailguard Inc | 630 |
| Mailguard Federal, Inc. | 1,746,069 |
| LOCO Florida LLC | 1,375,101 |
| HLFIP Holding, Inc. | 178,417 |
| | $ 9,011,513 |

**Smart Communications Holding, Inc.**
**Notes to Consolidated Financial Statements**
**For the year ended December 31, 2023**
===========================================================================

### Note E – Property and Equipment

Property and equipment are stated at cost. All property and equipment and leasehold improvements are depreciated on the straight-line method. Repairs and maintenance of property and equipment are charged to operations, and major improvements are capitalized. Upon retirement, sale or other disposition of assets, the costs and accumulated depreciation are eliminated from the accounts, and any resulting gain or loss is included in operations.

For the year ended December 31, 2023, property and equipment consists of the following:

| Description | Cost | 2023 Depreciation | 12.31.2023 Accumulated Depreciation | Net Book Value |
|---|---|---|---|---|
| Kiosk Computer System | $ 2,987,602 | $ 188,856 | $ 2,877,748 | $ 109,854 |
| Computer Software | 2,987,876 | 570,000 | 2,940,376 | 47,500 |
| Vehicles | 2,564,222 | 446,915 | 1,801,659 | 762,563 |
| Display System & Demo | 43,780 | 5,336 | 42,896 | 884 |
| Furniture and Fixtures | 163,692 | 23,175 | 137,667 | 26,025 |
| Buildings | 5,071,155 | 130,087 | 374,275 | 4,696,880 |
| Leasehold Improvements | 355,751 | 9,037 | 35,898 | 319,853 |
| Equipment | 683,905 | 93,246 | 415,003 | 268,902 |
|  | $ 14,857,983 | $ 1,466,652 | $ 8,625,522 | $ 6,232,461 |

All property is depreciated using the straight-line method. Furniture and fixtures, computer software, demos, kiosks, and vehicles are depreciated over 5 years. Buildings and leasehold improvements are depreciated over 39 years, and machinery and equipment are depreciated over 7 years. Assets commence depreciation as of the first full month of usage.

### Note F – Long Term Debt

On May 19, 2020, the Company purchased three Ford Trucks at a total financing cost of $ 93,319.44. Payments on this loan commenced as of July 3, 2020 in the amount of $ 622.02 per truck, including interest at the annual rate of 7.2900%, payable monthly for 60 months for each truck. Final payment on this loan is due on June 3, 2025. As of December 31, 2023, the principal balance on the vehicle loan is in the amount of $ 24,880.80. Interest expense on this loan for the year ended December 31, 2023 is in the amount of $ 1,655.10.

As of January 1, 2019, The Company entered into a Technology License Agreement with LATTICE Incorporated. The Agreement is a Licensing Agreement with LATTICE Software wherein Smart Communications Holding, Inc. pays LATTICE a license fee, in the amount of $ 2,850,000.00 payable in monthly installments of $ 47,500.00 for sixty (60) consecutive months beginning on February 1, 2019. Upon payment in full of the License fee, Smart Communications Holding, Inc. shall pay LATTICE an annual royalty payment of $ 100.00 each year (the "Royalty Fee"). The Royalty Fee shall be due on or before December 31, of each year beginning in 2025 and shall continue until the Licensing Agreement is terminated. As of December 31, 2023, the Company owed the balance due to LATTICE on the Licensing Agreement is in the amount of $ 228,140.

*12*

**Smart Communications Holding. Inc.**
**Notes to Consolidated Financial Statements**
**For the year ended December 31, 2023**
====================================================================

**Note G – Income Taxes**

Income taxes are provided for the tax effects of transactions reported in the financial statements and consist of taxes currently due. The Company is required to recognize, measure, classify and disclose in the consolidated financial statements uncertain tax positions taken or expected to be taken in the Company's tax returns. Management has determined that the Company does not have any uncertain tax positions and associated unrecognized benefits that materially impact the consolidated financial statements or related disclosures. Since tax matters are subject to some degree of uncertainty, there can be no assurance that the Company's tax returns will not be challenged by the taxing authorities and that the Company will not be subject to additional tax, penalties, and interest as a result of such challenge. Penalties and interest assessed by income taxing authorities are included in the Company's consolidated income statement.

The Company is taxed as a C Corporation under the Internal Revenue Code. For the year ended December 31, 2023, the Company incurred a net operating loss in the amount of $ 23,595,426, disallowed business interest expense of $ 543,183, and charitable contributions in the amount of $ 37,625. These amounts are available to offset future corporate income tax expense.

**NOTE H – Intellectual Property License**

Smart Communications Holding, Inc. provides specialized prison inmate communication technologies. A related entity, HLFIP Holding, Inc. is the owner of proprietary intellectual property, patents, trademarks, and other know how that provides the specialized communications systems (collectively known as "HLFIP IP") which connect prison inmates, correctional facility administration, courts, attorneys, and families. As such, the HLFIP IP improves the lives and safety of the incarcerated inmates, correctional facility staff, and others involved in the delivery of those specialized communications services, as well as the elimination of contraband in postal mail at correctional facilities.

HLFIP Holding, Inc. provides Smart Communications Holding, Inc. an exclusive license of its HLFIP IP for distribution and use at correctional facilities across the United States of America. During and for the year ended December 31, 2022, Smart Communications Holding, Inc. sublicensed the HLFIP IP to Smart Communications Collier, Inc. (a subsidiary company) for distribution and use at those correctional facilities.

HLFIP is the licensor and Smart Communications, Holding, Inc. is the exclusive licensee of HLFIP IP, for which a royalty rate is charged by HLFIP to the Company. The royalty rate of 40 % of net sales was charged for the HLFIP IP. The royalty rate was determined by measurement of and comparison to independent agreements, using the method known as the Comparable Uncontrolled Transaction ("CUT"), which was selected as the best method under Internal Revenue Code Section 482 and its Treasury Regulations Section 1.482-4(c)(2). Accordingly, Smart Communications Holding, Inc. (via its subsidiary, Smart Communications Collier, Inc.) reported an IP license expense, in the amount of $ 22,443,969 for the year ended December 31, 2023. Additionally, the Company reported interest in the amount of $ 561,099, calculated at the rate of 5 % for the year ended December 31, 2023.

The Company has also reflected the prior years' use of the HLFIP IP license for the years of 2015 – 2021 as a long-term liability in the amount of $ 52,848,813, and accrued interest of $ 5,592,170. Retained earnings has been adjusted to reflect effects of this inclusion for prior year use of the HLFIP license.

*13*

**Smart Communications Holding. Inc.**
**Notes to Consolidated Financial Statements**
**For the year ended December 31, 2023**

===============================================================================

### Note I – Leases

As of and for the year ended December 31, 2023, the Company incurred operating leases with three unrelated entities for the purposes of performing its business functions, including research and development, IT processing, and warehousing.

An operating lease was entered into and became effective on June 23, 2022 for research and development facilities in New Jersey. A detailed lease analysis for this location is as follows:

| Date | Annual Lease | Interest Rate = 5% Interest on Liability | Reduction of Lease Liability | Lease Liability |
|---|---|---|---|---|
| 7/1/2022 | | | | 276,131.70 |
| 12/31/2022 | 34,635.00 | 12,465.00 | 22,170.00 | 253,961.70 |
| 12/31/2023 | 60,588.00 | 11,356.50 | 49,231.50 | 204,730.20 |
| 12/31/2024 | 62,707.00 | 8,894.93 | 53,812.07 | 150,918.13 |
| 12/31/2025 | 64,903.00 | 6,204.32 | 58,698.68 | 92,219.45 |
| 12/31/2026 | 67,174.00 | 3,269.39 | 63,904.61 | 28,314.84 |
| 12/31/2027 | 28,389.00 | 74.16 | 28,314.84 | 0.00 |
| | 318,396.00 | 42,264.30 | 276,131.70 | |

An operating lease was entered into and became effective on April 1, 2023 for the Company's information and technology services facility in Vancouver, Washington. A detailed lease analysis for this location is as follows:

| Date | Annual Lease | Interest Rate = 5% Interest on Liability | Reduction of Lease Liability | Lease Liability |
|---|---|---|---|---|
| 4/1/2023 | | | | 145,280.00 |
| 12/31/2023 | 39,600.00 | 7,265.00 | 32,335.00 | 112,945.00 |
| 12/31/2024 | 53,700.00 | 5,647.25 | 48,052.75 | 64,892.25 |
| 12/31/2025 | 54,900.00 | 3,244.61 | 51,852.79 | 13,039.46 |
| 12/31/2026 | 13,800.00 | 661.84 | 13,039.46 | - |
| | 162,000.00 | 16,818.70 | 145,280.00 | |

*14*

**Smart Communications Holding, Inc.**
**Notes to Consolidated Financial Statements**
**For the year ended December 31, 2023**

======================================================================

### Note I – Leases (continued)

The Company entered into an operating lease effective November 9, 2023 for processing warehousing and business processes in St Mary's Georgia. A detailed lease analysis for this location is as follows:

| Date | Annual Lease | Interest Rate = 5% Interest on Liability | Reduction of Lease Liability | Lease Liability |
|---|---|---|---|---|
| 11/9/2023 | | | | 140,300.00 |
| 12/31/2023 | 4,186.40 | 199.36 | 3,987.04 | 136,312.96 |
| 12/31/2024 | 41,864.00 | 6,815.65 | 35,048.35 | 101,264.61 |
| 12/31/2025 | 51,738.96 | 5,063.23 | 46,675.73 | 54,588.88 |
| 12/31/2026 | 53,292.04 | 2,729.44 | 50,562.60 | 4,026.28 |
| 12/31/2027 | 4,176.72 | 150.44 | 4,026.28 | - |
| | 155,258.12 | 14,958.12 | 140,300.00 | |

A summary of these leases is as follows:

| | 12/31/2023 | Lease Expense 2023 |
|---|---|---|
| Operating Leases - Right of Use | | |
| Vancouver, Washington | 112,945 | 39,600 |
| New Jersey | 204,730 | 60,588 |
| St Mary's, Georgia | 136,313 | 4,186 |
| | 453,988 | 104,374 |
| | | |
| Lease Liability | 12/31/2023 | |
| Vancouver, Washington | 112,945 | |
| New Jersey | 204,730 | |
| St Mary's, Georgia | 136,313 | |
| | 453,988 | |

At December 31, 2023 the current portion of annual lease payments is in the amount of $ 158,271 and the corresponding ROU and reduction in lease liability is in the amount of $ 136,913. The long term lease payments are in the amount of $338,374 and reduction in lease liabilities is in the amount of $ 317,075.

*15*