UNITED STATES BANKRUPTCY COURT
MMIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: CHAPTER 11

Smart Communications Holding, Inc., CASE NO. 8:24-bk-07106-RCT

    Debtor.
_____/

## NOTICE OF APPEARANCE

Donald R. Kirk of Carlton Fields, P.A. enters his appearance as counsel for **HLFIP HOLDING, LLC**. Undersigned counsel respectfully request that copies of all future notices, pleadings and orders served and/or filed in the above-styled and numbered cause be served upon **Donald R. Kirk, Carlton Fields, P.A., Post Office Box 3239, Tampa, Florida 33601.**

    /s/ Donald R. Kirk
    Donald R. Kirk
    Carlton Fields, P.A.
    Florida Bar No. 105767
    dkirk@carltonfields.com
    P.O. Box 3239
    Tampa, FL 33601-3239
    (813) 223-7000
    *Attorneys for HLFIP Holding, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2024, I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

    /s/ Donald R. Kirk
    Donald R. Kirk
    Florida Bar No. 105767