# EXHIBIT 11

Smart Communications Holding, Inc.

Financial Statements

December 31, 2015

Prepared by:

**M. L. Shreve  CPA, P.C.**
**7781  N. Easy Street**
**Whitehall, Michigan  49461**
**231.894.5559**



## 𝕸 𝕴 𝕾

**M.L. Shreve CPA, P.C.**
7781 N. Easy Street
Whitehall, Michigan 49461
231.894.5559 (phone)
231.893.2097    (fax)
www.mlshreveepa.com

To the Management and Officers
Smart Communications Holding, Inc.
4522 N. B Street
Tampa, Florida 33609

Management is responsible for the accompanying consolidated financial statements of Smart Communications Holding, Inc, ( a Florida corporation ), and its subsidiaries, which comprise the consolidated balance sheet as of December 31, 2015, and the related consolidated statements of income, retained earnings, and cash flows for the year then ended, in accordance with accounting principles generally accepted in the United States of America. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. We did not audit or review the consolidated financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

Management has elected to omit substantially all of the disclosures ordinarily included in the consolidated financial statements prepared in accordance with accounting principles generally accepted in the United States of America. If the omitted disclosures were included in the consolidated financial statements, they might influence the user's conclusions about the company's financial position, results of operations, and cash flows. Accordingly, the consolidated financial statements are not designed for those who are not informed about such matters.

The accompanying consolidating financial statements of the subsidiaries, which consist of consolidating balance sheets as of December 31, 2015, and the related consolidating statements of income, retained earnings, and cash flows for the year then ended, are presented for purposes of additional analysis and is not a required part of the consolidated financial statements. The information is the representation of management, and the information was not subject to the compilation engagement and, accordingly, we do not express an opinion, a conclusion, nor provide any assurance on such information.

*M. L. Shreve CPA, P.C.*

*M. L. Shreve CPA, P.C.*
Whitehall, Michigan
May 21, 2016

**Smart Communications Holding, Inc.**
*Consolidated Balance Sheet*
December 31, 2015

## ASSETS

| | | | |
|---|---|---|---|
| **Current Assets** | | | |
| Cash and Cash Equivalents | $ | $ | 273,710 |
| Accounts Receivable - Trade | 61,307 | | |
| Allowance for Doubtful Accounts | (5,000) | | 46,307 |
| Accounts Receivable - Other | | | 18,530 |
| Prepaid Expenses | | | 2,214 |
| Inventory | | | 78,166 |
| **Total Current Assets** | | | 418,927 |
| | | | |
| **Other Assets** | | | |
| Deferred Tax Asset | 20,825 | | |
| **Total Deferred Tax Asset** | | | 20,825 |
| | | | |
| **Fixed Assets** | | | |
| Kiosk Computer System | 1,063,876 | | |
| Display System | 11,289 | | |
| Vehicles | 34,347 | | |
| | 1,169,512 | | |
| Less: Accumulated Depreciation | (391,930) | | |
| Property & Equipment, Net | | | 777,582 |
| | | | |
| **TOTAL ASSETS** | | $ | 1,217,334 |

## LIABILITIES AND EQUITY

| | | | |
|---|---|---|---|
| **LIABILITIES** | | | |
| **Current Liabilities** | | | |
| Accrued Expenses | $ | 96,686 | |
| Accrued Taxes on Payroll | | 29,839 | |
| Accounts Payable - Other | | 4,716 | |
| Accrued Federal Income Taxes Payable | | 234,160 | |
| Florida Income Taxes Payable | | 15,452 | |
| Englewood Bank - Line of Credit | | 274,263 | |
| Note Payable - Moneyhan Group | | 200,000 | |
| Current Portion - Long Term Debt | | 39,100 | |
| **Total Current Liabilities** | | $ | 894,218 |
| **Long Term Liabilities** | | | |
| Note Payable - Bank | | 87,362 | |
| Note Payable - Truck | | 25,525 | |
| | | 112,887 | |
| Less Current Portion | | (39,100) | |
| **Total Long Term Debt** | | | 73,787 |
| **Total Liabilities** | | | 968,005 |
| | | | |
| **EQUITY** | | | |
| Paid In Capital | | 5,665 | |
| Retained Earnings | | 243,664 | |
| **Total Equity** | | | 249,329 |
| | | | |
| **TOTAL LIABILITIES AND EQUITY** | | $ | 1,217,334 |

*No assurance is provided on these financial statements.*

2

**Smart Communications Holding, Inc.**
*Consolidated Statement of Income*
For the year ended December 31, 2015

| | | | |
|---|---|---|---|
| **Revenue** | | | |
| Fee Income | | $ | 1,418,294 |
| Advertising Income | | | 57,000 |
| **Total Revenue** | | | 1,475,294 |
| **Cost of Sales** | | | |
| Merchant Card Services | $ | 69,396 | |
| Facility Commissions Expense | | 257,121 | |
| Promotional Expenses | | 65,581 | |
| **Total Cost of Sales** | | | 392,098 |
| **Gross Profit** | | | 1,083,196 |
| | | | |
| **Expenses** | | | |
| Consulting Fees | | 5,899 | |
| Software Commissions Expense | | 89,193 | |
| Other Commissions Expense | | 307,300 | |
| Operating and Computer Supplies | | 64,617 | |
| Depreciation | | 186,248 | |
| Insurance Expense | | 11,105 | |
| Dues and Subscriptions | | 10,219 | |
| Professional Fees | | 275,719 | |
| Licenses and Permits | | 229 | |
| Repairs and Maintenance | | 4,323 | |
| Officer Compensation | | 202,965 | |
| Salaries and Wages | | 66,100 | |
| Payroll Taxes Expense | | 20,232 | |
| Other Business Taxes | | 2,440 | |
| Travel and Entertainment | | 76,780 | |
| Vehicle Expense | | 25,472 | |
| Meals | | 24,616 | |
| Office Expense | | 991 | |
| Postage and Shipping | | 12,455 | |
| Bank Service Fees | | 1,261 | |
| Outside Services | | 4,020 | |
| Rent Expense | | 57,838 | |
| Miscellaneous Expense | | 4,127 | |
| Utilities | | 29,498 | |
| Telephone Expense | | 19,058 | |
| **Total Expenses** | | | 1,502,704 |
| **Income/Loss from Operations** | | | (419,508) |
| **Other Income (Expense)** | | | |
| Litigation Settlement | | 691,015 | |
| Interest Expense | | (18,915) | |
| **Total Other Income (Expense)** | | | 672,100 |
| **Income Before Taxes** | | | 252,592 |
| **Provision for Income Taxes** | | | |
| Florida Income Tax Expense | | 13,996 | |
| Federal Income Tax Expense/(Benefit) | | 84,858 | |
| **Total Provision for Income Taxes** | | | 98,854 |
| | | | |
| **Net Income** | | $ | 153,738 |

*No assurance is provided on these financial statements.*

3

### Smart Communications Holding, Inc.
### *Consolidated Statement of Retained Earnings*
### For the year ended December 31, 2015

| | | | |
|---|---|---:|---:|
| Retained Earnings - Beginning of Year | | $ | 129,043 |
| Adjustments | | | |
|   Deferred Tax Asset | $ (19,175) | | |
|   Deferred Income Taxes | (19,942) | | |
| | | | (39,117) |
| Adjusted Retained Earnings - Beginning of Year | | | 89,926 |
| Net Income (Loss) for the Year | | | 153,738 |
| Retained Earnings - End of Year | | $ | 243,664 |

*No assurance is provided on these financial statements.*

4

**Smart Communications Holding, Inc.**
*Consolidated Statement of Cash Flows*
For the year ended December 31, 2016

| | | |
|---|---|---:|
| **Cash Flows from Operating Activities** | | |
| Net Income (Loss) | $ | 153,738 |
| Adjustments to reconcile increase in net assets | | |
| to net cash provided by (used in) operating activities: | | |
| Depreciation | | 186,248 |
| | | 339,986 |
| Accounts Receivable - Trade | | (36,199) |
| Accounts Receivable - Pasco | | (40,882) |
| Accounts Receivable - Collier | | (238,199) |
| Accounts Receivable - Officers | | 4,000 |
| Accounts Receivable - U.S. | | (247,927) |
| Prepaid Expenses | | 23,786 |
| Deferred Tax Asset | | 29,365 |
| Accounts Payable | | (39,944) |
| Accrued Expenses | | 96,687 |
| Accrued Taxes on Payroll | | 29,839 |
| Accounts Payable - Collier | | 247,927 |
| Accounts Payable - U.S. | | 40,882 |
| Accounts Payable - Pasco | | 238,199 |
| Englewood Bank Line of Credit | | 116,237 |
| Florida Income Tax Payable | | 15,452 |
| Federal Income Tax Payable | | 81,852 |
| **Net Cash Provided By (Used In) Operating Activities** | | 661,061 |
| **Cash Flows From Investing Activities** | | |
| Purchase of Fixed Assets | | (564,468) |
| **Net Cash Provided By (Used In) Investing Activities** | | (564,468) |
| **Cash Flows from Financing Activities** | | |
| Loan Proceeds | | 269,095 |
| Principal on Loan Repayments | | (46,161) |
| Retained Earnings | | (39,117) |
| **Net Cash Provided By (Used In) Financing Activities** | | 183,817 |
| | | |
| **Net Increase (Decrease) in Cash** | | 280,410 |
| Cash and Cash Equivalents at Beginning of period | | (6,700) |
| **Cash and Cash Equivalents at End of period** | $ | 273,710 |
| | | |
| Supplemental Disclosure of Cash Flow Information | | |
| Cash paid for Interest during the year | $ | 18,915 |

*No assurance is provided on these financial statements.*

5

Smart Communications Holding, Inc.
Consolidating Balance Sheet
December 31, 2015

### ASSETS

| | Smart Communications, US | | Collier | | Pasco | | Eliminations | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | | | | |
| Cash and Cash Equivalents | $ | 242,143 | $ | 29,480 | $ | 2,087 | $ | | $ | 273,710 |
| Accounts Receivable - Trade | | 2,000 | | 28,747 | | 20,560 | | | | 51,307 |
| Less: Allowance for Doubtful Account | | (500) | | (3,500) | | (2,000) | | | | (6,000) |
| Accounts Receivable - Smart US | | | | 618,135 | | | | (618,135) | | |
| Accounts Receivable - Collier | | | | | | 483,571 | | (483,571) | | |
| Accounts Receivable - Pasco | | 166,462 | | | | | | (166,462) | | |
| Accounts Receivable - Other | | 3,530 | | 5,000 | | 10,000 | | | | 18,530 |
| Prepaid Expenses | | | | | | 2,214 | | | | 2,214 |
| Inventory | | 13,448 | | 61,168 | | 3,550 | | | | 78,166 |
| Total Current Assets | $ | 427,083 | $ | 740,030 | $ | 519,982 | | (1,268,168) | $ | 418,927 |
| | | | | | | | | | | |
| **Other Assets** | | | | | | | | | | |
| Deferred Tax Asset | | 20,825 | | | | | | | | 20,825 |
| Total Other Assets | | 20,825 | | | | | | | | 20,825 |
| | | | | | | | | | | |
| **Fixed Assets** | | | | | | | | | | |
| Kiosk Computer System | | 152,052 | | 763,582 | | 148,242 | | | | 1,063,876 |
| Display System | | | | 11,289 | | - | | | | 11,289 |
| Vehicles | | 45,372 | | 48,975 | | - | | | | 94,347 |
| | | 197,424 | | 823,846 | | 148,242 | | | | 1,169,512 |
| Less: Accumulated Depreciation | | (165,649) | | (161,093) | | (65,168) | | | | (391,930) |
| Property & Equipment, Net | | 31,775 | | 662,753 | | 83,054 | | | | 777,582 |
| | | | | | | | | | | |
| TOTAL ASSETS | $ | 479,683 | $ | 1,402,783 | $ | 603,036 | $ | (1,268,168) | $ | 1,217,334 |

### LIABILITIES AND EQUITY

| | Smart Communications, US | | Collier | | Pasco | | Eliminations | | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | |
| Accrued Expenses | $ | 10,910 | $ | 51,335 | $ | 34,541 | | | $ | 96,886 |
| Accrued Taxes on Payroll | | 18,129 | | 11,710 | | | | | | 29,839 |
| Englewood Bank - Line of Credit | | - | | | | 274,263 | | | | 274,263 |
| Loan Payable - Moneyhan Group | | | | 200,000 | | | | | | 200,000 |
| Accounts Payable - Smart US | | | | | | 166,462 | | (166,462) | | |
| Accounts Payable - Collier | | 618,135 | | | | | | (618,135) | | |
| Accounts Payable - Pasco | | | | 483,571 | | | | (483,571) | | |
| Accounts Payable - Other | | 4,718 | | | | | | | | 4,718 |
| Current Federal Income Tax Payable | | | | 10,780 | | 12,848 | | | | 23,628 |
| Deferred Taxes Payable | | | | 210,532 | | | | | | 210,532 |
| Florida Income Taxes Payable | | | | 15,452 | | | | | | 15,452 |
| Current Portion L-T Debt | | 7,100 | | | | 32,000 | | | | 39,100 |
| Total Current Liabilities | $ | 658,892 | $ | 983,380 | $ | 520,114 | | (1,268,168) | $ | 894,218 |
| | | | | | | | | | | |
| **Long Term Liabilities** | | | | | | | | | | |
| Note Payable - Bank | | | | | | | | | | |
| Note Payable - Truck | | 25,525 | | | | | | | | 25,525 |
| Note Payable - Englewood Bank | | - | | | | 87,362 | | | | 87,362 |
| Less: Current Portion | | (7,100) | | | | (32,000) | | | | (39,100) |
| Total Long Term Liabilities | | 18,425 | | - | | 55,362 | | | | 73,787 |
| Total Liabilities | | 677,317 | | 983,380 | | 575,476 | | (1,268,168) | | 968,005 |
| | | | | | | | | | | |
| **EQUITY** | | | | | | | | | | |
| Paid In Capital | | (3,172) | | 60,110 | | (51,273) | | | | 5,665 |
| Retained Earnings | | (194,462) | | 359,293 | | 78,833 | | 27,560 | | 243,664 |
| Total Equity | | (197,634) | | 419,403 | | 27,560 | | | | 249,329 |
| | | | | | | | | | | |
| TOTAL LIABILITIES AND EQUITY | $ | 479,683 | $ | 1,402,783 | $ | 603,036 | $ | (1,268,168) | $ | 1,217,334 |

*No assurance is provided on these financial statements.*

**Smart Communications Holding, Inc.**
**Consolidating Statement of Income**
**For the year ended December 31, 2015**

| | Smart Communications, US | Collier | Pasco | Eliminations | Consolidated |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Fee Income | $ 94,363 | $ 969,386 | $ 364,545 | $ | $ 1,418,294 |
| Advertising Income | 15,000 | 24,000 | 18,000 | | 57,000 |
| Sublicense Royalty Fees Income | 68,796 | | | (68,796) | |
| Total Revenue | 168,159 | 993,386 | 382,545 | (68,796) | 1,475,294 |
| **Cost of Sales** | | | | | |
| Merchant Card Services | $ 5,826 | $ 43,375 | $ 20,193 | | $ 69,396 |
| Facility Commissions | 30,579 | 143,698 | 82,844 | | 257,121 |
| Promotional Expense | 3,500 | 475 | 61,606 | | 65,581 |
| Sublicense Royalty Fees | - | 49,669 | 19,127 | (68,796) | - |
| Total Cost of Sales | 39,907 | 237,217 | 183,770 | (68,796) | 392,098 |
| Gross Profit | 128,252 | 756,169 | 198,775 | | 1,083,196 |
| **Expenses** | | | | | |
| Consulting Fees | 5,899 | - | - | | 5,899 |
| Software Commissions Expense | 16,708 | 60,297 | 12,188 | | 89,193 |
| Other Commissions Expense | 300,000 | - | 7,300 | | 307,300 |
| Operating and Computer Suppli | 21,501 | 24,835 | 18,281 | | 64,617 |
| Depreciation | 36,949 | 117,720 | 31,579 | | 186,248 |
| Insurance Expense | 1,479 | 4,965 | 4,662 | | 11,106 |
| Dues and Subscriptions | 1,090 | 3,965 | 5,164 | | 10,219 |
| Professional Fees | 177,654 | 69,325 | 28,540 | | 275,719 |
| Licenses and Permits | 29 | 200 | - | | 229 |
| Repairs and Maintenance | - | 3,235 | 1,088 | | 4,323 |
| Officer Compensation | 127,557 | 75,408 | - | | 202,965 |
| Salaries and Wages | 66,100 | - | - | | 66,100 |
| Payroll Taxes Expense | 14,377 | 5,855 | - | | 20,232 |
| Other Business Taxes | | 2,110 | 330 | | 2,440 |
| Travel and Entertainment | 22,211 | 53,904 | 665 | | 76,780 |
| Vehicle Expense | 17,948 | 4,735 | 2,789 | | 25,472 |
| Meals | 11,066 | 13,542 | 8 | | 24,616 |
| Office Expense | 45 | 916 | 30 | | 991 |
| Postage and Shipping | 2,360 | 10,095 | | | 12,455 |
| Bank Service Fees | 396 | 618 | 247 | | 1,261 |
| Outside Services | 422 | 704 | 2,894 | | 4,020 |
| Rent Expense | 11,200 | 5,113 | 41,525 | | 57,838 |
| Miscellaneous Expense | 1,987 | 14 | 2,126 | | 4,127 |
| Utilities | 5,493 | 12,490 | 11,515 | | 29,498 |
| Telephone Expense | 4,639 | 13,092 | 1,325 | | 19,056 |
| Total Expenses | 847,310 | 483,138 | 172,256 | | 1,502,704 |
| Income/(Loss) from Operations | (719,058) | 273,031 | 26,519 | | (419,508) |
| **Other Income/(Expense)** | | | | | |
| Litigation Settlement | 691,015 | - | - | | 691,015 |
| Interest Expense | (814) | (1,330) | (16,771) | | (18,915) |
| Other Income/(Expense) | 690,201 | (1,330) | (16,771) | | 672,100 |
| | | | | | |
| Income Before Taxes | (28,857) | 271,701 | 9,748 | | 252,592 |
| | | | | | |
| **Provision for Income Taxes** | | | | | |
| Florida Income Tax Epense | - | 13,996 | - | | 13,996 |
| Federal Income Tax Expense/(Benefit) | (3,500) | 86,896 | 1,462 | | 84,858 |
| Provision for Income Taxes | (3,500) | 100,892 | 1,462 | | 98,854 |
| | | | | | |
| Net Income/(Loss) for the Period | $ (25,357) | $ 170,809 | $ 8,286 | | $ 153,738 |

*No assurance is provided on these financial statements.*

**Smart Communications Holding, Inc.**
*Consolidating Statement of Retained Earnings*
For the year ended December 31, 2015

| | 0 | Smart Communications, U S | Collier | Pasco | Consolidated |
|---|---|---|---|---|---|
| Retained Earnings - beginning of period | $ | (149,930) | $ 208,426 | $ 70,547 | $ 129,043 |
| Adjustments | | | | | |
| Derecognition of Deferred Tax Assts | | (19,175) | | | (19,175) |
| Prior Year Deferred Income Taxes | | | (19,942) | | (19,942) |
| | | (169,105) | 188,484 | 70,547 | 89,926 |
| Net Income (Loss) for the period | | (25,357) | 170,809 | 8,286 | 153,738 |
| Retained Earnings - end of year | $ | (194,462) | $ 359,293 | $ 78,833 | $ 243,664 |

Smart Communications Holding, Inc.
*Consolidating Statement of Cash Flows*
For the year ended December 31, 2015

| | Smart Communications, U.S. | Collier | Pasco | Consolidated |
|---|---|---|---|---|
| **Cash Flows from Operating Activities** | | | | |
| Net Income (Loss) | $ (25,357) | $ 170,809 | $ 8,286 | $ 153,738 |
| Adjustments to reconcile increase in net assets | | | | |
| to net cash provided by (used in) operating activities: | | | | |
| Depreciation | 36,949 | 117,720 | 31,579 | 186,248 |
| | 11,592 | 288,529 | 39,865 | 339,986 |
| Accounts Receivable - Trade | 7,165 | (26,433) | (16,931) | (36,199) |
| Accounts Receivable - Pasco | (40,882) | | | (40,882) |
| Accounts Receivable - Collier | | | (238,199) | (238,199) |
| Accounts Receivable - Officer | | 4,000 | | 4,000 |
| Accounts Receivable - Smart U S | | (247,927) | | (247,927) |
| Prepaid Expenses | 26,000 | | (2,214) | 23,786 |
| Deferred Tax Asset | 15,675 | | 13,690 | 29,365 |
| Accounts Payable | (29,640) | | (10,304) | (39,944) |
| Accrued Expenses | 10,810 | 51,335 | 34,542 | |
| Accrued Taxes on Payroll | 18,129 | 11,710 | | 29,839 |
| Accounts Payable - Collier | 247,927 | | | 247,927 |
| Accounts Payable - Smart U S | | | 40,882 | 40,882 |
| Accounts Payable - Pasco | | 238,199 | | 238,199 |
| Accounts Payable - Officers | | | | – |
| Englewood Bank - Line of Credit | | | 116,237 | 116,237 |
| Florida Income Tax Payable | | 15,452 | | |
| Federal Income Tax Payable | | 88,896 | (5,044) | 81,852 |
| **Net cash Povided By (Used In) Operating Activities** | 266,776 | 421,761 | (27,476) | 548,922 |
| **Cash Flows From Investing Activities** | | | | |
| Purchase of Fixed Assets | – | (564,468) | | (564,468) |
| **Net cash Povided By (Used In) Investing Activities** | – | (564,468) | – | (564,468) |
| **Cash Flows from Financing Activities** | | | | |
| Loan Proceeds | | 200,000 | 69,095 | 269,095 |
| Princpal on Loan Repayments | (5,699) | (8,000) | (32,462) | (46,161) |
| Paid In Capital | | | | – |
| Retained Earnings | (19,175) | (19,942) | | (39,117) |
| **Net cash Provided By (Used In) Financing Activities** | (24,874) | 172,058 | 36,633 | 183,817 |
| **Net Increase (Decrease) in Cash** | 241,902 | 29,351 | 9,157 | 280,410 |
| Cash and Cash Equivalents at Beginning of period | 241 | 129 | (7,070) | (6,700) |
| **Cash and Cash Equivalents at End of period** | $ 242,143 | $ 29,480 | $ 2,087 | 273,710 |
| **Supplemental Disclosure of Cash Flow Information** | | | | |
| Cash paid for Interest during the period | $ 814 | $ 1,330 | $ 16,771 | $ 18,915 |

*No assurance is provided on these financial statements.*

# EXHIBIT 12

Smart Communications Holding, Inc.

Financial Statements

December 31, 2016

**M.L. SHREVE  CPA, P.C.**

7781 North Easy Street • Whitehall, MI 49461 • (231) 894-5559

Smart Communications Holding, Inc.

Financial Statements

December 31, 2016

**Prepared by:**

**M. L. Shreve  CPA, P.C.**
**7781  N. Easy Street**
**Whitehall, Michigan  49461**
**231.894.5559**

**Smart Communications Holding, Inc.**
*Table of Contents*

Accountant's Compilation Report                              *1*

Consolidated Financial Statements
    Consolidated Balance Sheet                        *2*
    Consolidated Statement of Income                  *3*
    Consolidated Statement of Retained Earnings       *4*
    Consolidated Statement of Cash Flows              *5*

Consolidating Finanancial Statements
    Consolidating Balance Sheet                       *6*
    Consolidating Statement of Income                 *7*
    Consolidating Statement of Retained Earnings      *8*
    Consolidating Statement of Cash Flows             *9*



𝔐 𝔏 𝔖

**M.L. Shreve CPA, P.C.**
**7781 N. Easy Street**
**Whitehall, Michigan 49461**
**231.894.5559 (phone)**
**231.893.2097     (fax)**
**www.mlshrevecpa.com**

To the Management and Officers
Smart Communications Holding, Inc.
4522 N. B Street
Tampa, Florida 33609

Management is responsible for the accompanying consolidated financial statements of Smart Communications Holding, Inc, ( a Florida corporation ), and its subsidiaries, which comprise the consolidated balance sheet as of December 31, 2016, and the related consolidated statements of income, retained earnings, and cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. We did not audit or review the consolidated financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these consolidated financial statements.

Management has elected to omit substantially all of the disclosures ordinarily included in the consolidated financial statements prepared in accordance with accounting principles generally accepted in the United States of America. If the omitted disclosures were included in the consolidated financial statements, they might influence the user's conclusions about the company's financial position, results of operations, and cash flows. Accordingly, the consolidated financial statements are not designed for those who are not informed about such matters.

The supplementary information accompanying consolidating financial statements of the subsidiaries, which consist of consolidating balance sheets as of December 31, 2016, and the related consolidating statements of income, retained earnings, and cash flows for the year then ended, are presented for purposes of additional analysis and is not a required part of the consolidated financial statements. The information is the representation of management. The information was subject to our compilation engagement, however, we have not audited or reviewed the supplementary information and, accordingly, we do not express an opinion, a conclusion, nor provide any assurance on such supplementary information.

*M. L. Shreve CPA, P.C.*

.M. £. Shreve CPA, P.C.
Whitehall, Michigan
August 1, 2017

*1*

**Smart Communications Holding, Inc.**
*Consolidated Balance Sheet*
December 31, 2016

### ASSETS

| | | | |
|---|---|---|---|
| Current Assets | | | |
| Cash and Cash Equivalents | $ | 145,952 | |
| Accounts Receivable - Trade | | 24,571 | |
| Accounts Receivable - Other | | 14,000 | |
| Prepaid Expenses | | 83,000 | |
| Inventory | | 94,641 | |
| Total Current Assets | | $ | 362,164 |
| Fixed Assets | | | |
| Kiosk Computer System | | 2,061,578 | |
| Office Improvements | | 3,251 | |
| Computer Software | | 8,499 | |
| Vehicles | | 109,347 | |
| Display System | | 11,289 | |
| Furniture | | 17,794 | |
| Demo Build | | 15,500 | |
| | | 2,227,258 | |
| Less: Accumulated Depreciation | | (817,588) | |
| Property & Equipment, Net | | | 1,409,670 |
| | | | |
| **TOTAL ASSETS** | | $ | 1,771,834 |

### LIABILITIES AND EQUITY

| | | | |
|---|---|---|---|
| LIABILITIES | | | |
| Current Liabilities | | | |
| Credit Cards Payable | $ | 35,856 | |
| Accrued Facility Commissions | | 42,948 | |
| Accrued Expenses | | 57,947 | |
| Accrued Taxes on Payroll | | 12,001 | |
| Accounts Payable - Other | | 4,718 | |
| Accrued Federal Income Taxes Payable | | 232,528 | |
| Deferred Income Taxes Payable | | 177,532 | |
| Florida Income Taxes Payable | | 23,340 | |
| Englewood Bank - Line of Credit | | 134,916 | |
| Note Payable - Moneyhan Group | | 232,598 | |
| Current Portion - Long Term Debt | | 32,500 | |
| Total Current Liabilities | | $ | 986,884 |
| Long Term Liabilities | | | |
| Note Payable - Bank | | 55,436 | |
| Note Payable - Truck | | 18,555 | |
| | | 73,991 | |
| Less Current Portion | | (32,500) | |
| Total Long Term Debt | | | 41,491 |
| Total Liabilities | | | 1,028,375 |
| EQUITY | | | |
| Common Stock | | 170,809 | |
| Paid In Capital | | 311,003 | |
| Retained Earnings | | 261,647 | |
| Total Equity | | | 743,459 |
| | | | |
| **TOTAL LIABILITIES AND EQUITY** | | $ | 1,771,834 |

*See Accountant's Compilation Report.*

2

**Smart Communications Holding, Inc.**
*Consolidated Statement of Income*
For the year ended December 31, 2016

| | | | |
|---|---|---|---|
| **Revenue** | | | |
| Fee Income | | $ 3,008,695 | |
| Advertising Income | | 16,000 | |
| **Total Revenue** | | 3,024,695 | |
| **Cost of Sales** | | | |
| Merchant Card Services | $ 165,029 | | |
| Facility Commissions Expense | 376,283 | | |
| Promotional Expenses | 36,974 | | |
| **Total Cost of Sales** | | 578,286 | |
| **Gross Profit** | | 2,446,409 | |
| **Expenses** | | | |
| Subcontractor Expenses | 5,553 | | |
| Software Commissions Expense | 137,019 | | |
| Other Commissions Expense | 57,626 | | |
| Operating and Computer Supplies | 65,558 | | |
| Depreciation | 414,940 | | |
| Bad Debts Expense | 38,030 | | |
| Insurance Expense | 29,149 | | |
| Dues and Subscriptions | 66,618 | | |
| Printing and Publications | 6,527 | | |
| Education and Training | 1,800 | | |
| Business and Professional Fees | 221,774 | | |
| Repairs and Maintenance | 10,163 | | |
| Vehicle Lease Expense | 8,314 | | |
| Officer Compensation | 320,521 | | |
| Salaries and Wages | 162,502 | | |
| Payroll Taxes Expense | 26,167 | | |
| Travel and Entertainment | 165,452 | | |
| Vehicle Expense | 28,103 | | |
| Meals | 40,399 | | |
| Office Expense and Bank Service Fees | 7,477 | | |
| Postage and Shipping | 13,897 | | |
| Outside Services | 15,026 | | |
| Rent Expense | 69,758 | | |
| Miscellaneous Expense | 7,963 | | |
| Other Expenses | 5,260 | | |
| Utilities | 40,598 | | |
| Communications Expense | 43,619 | | |
| **Total Expenses** | | 2,009,813 | |
| **Income/Loss from Operations** | | 436,596 | |
| **Other Expenses** | | | |
| Interest Expense | 27,192 | | |
| **Total Other Expenses** | | 27,192 | |
| **Income Before Taxes** | | 409,404 | |
| **Provision for Income Taxes** | | | |
| Florida Income Tax Expense | 26,534 | | |
| Federal Income Tax Expense | 191,325 | | |
| **Total Provision for Income Taxes** | | 217,859 | |
| | | | |
| **Net Income** | | $ 191,545 | |

**Smart Communications Holding, Inc.**
*Consolidated Statement of Retained Earnings*
**For the year ended December 31, 2016**

| | | |
|---|---:|---:|
| Retained Earnings - Beginning of Year | | $ 243,664 |
| Prior Period Adjustments | | |
|   Accrued Payroll Taxes | (2,753) | |
|   Common Stock Issuance | (170,809) | |
| | | (173,562) |
| Adjusted Retained Earnings - Beginning of Year | | 70,102 |
| | | |
| Net Income (Loss) for the Year | | 191,545 |
| | | |
| Retained Earnings - End of Year | | $ 261,647 |

*See accountant's Compilation Report.*      **4**

**Smart Communications Holding, Inc.**
*Consolidated Statement of Cash Flows*
**For the year ended December 31, 2016**

| | | |
|---|---|---:|
| **Cash Flows from Operating Activities** | | |
| Net Income (Loss) | $ | 191,545 |
| Adjustments to reconcile increase  in net assets | | |
| to net cash provided by (used in) operating activities: | | |
| Depreciation | | 414,940 |
| | | 606,485 |
| Accounts Receivable - Advertising | | 39,500 |
| Allowance for Doubtful Accounts | | (5,000) |
| Accounts Receivable - Trade | | (12,765) |
| Accounts Receivable - Collier | | 45,775 |
| Accounts Receivable - Pasco | | (74,761) |
| Accounts Receivable - U.S. | | 96,357 |
| Accounts Receivable - Other | | 4,530 |
| Inventory | | (16,474) |
| Prepaid Expenses | | (80,786) |
| Deferred Tax Asset | | 20,825 |
| Credit Cards Payable | | 35,430 |
| Accrued Facility Commissions | | 773 |
| Accrued Expenses | | (745) |
| Accrued Taxes on Payroll | | (17,838) |
| Accounts Payable - Collier | | (96,357) |
| Accounts Payable - Pasco | | (45,775) |
| Accounts Payable - U.S. | | 74,761 |
| Florida Income Tax Payable | | 7,888 |
| Federal Income Tax Payable | | 221,748 |
| Deferred Federal Income Tax Payable | | (45,848) |
| **Net Cash Provided By (Used In) Operating Activities** | | 757,723 |
| **Cash Flows From Investing Activities** | | |
| Purchase of Fixed Assets | | (1,057,745) |
| Accumulated Depreciation Adjustment | | 18,475 |
| **Net Cash Provided By (Used In) Investing Activities** | | (1,039,270) |
| **Cash Flows from Financing Activities** | | |
| Loan Procceds | | 300,428 |
| Principal on Loan Repayments | | (446,073) |
| Paid In Capital | | 302,187 |
| Retained Earnings | | (2,753) |
| **Net Cash Provided By (Used In) Financing Activities** | | 153,789 |
| **Net Increase (Decrease) in Cash** | | (127,758) |
| Cash and Cash Equivalents at Beginning of period | | 273,710 |
| **Cash and Cash Equivalents at End of period** | $ | 145,952 |
| **Supplemental Disclosure of Cash Flow Information** | | |
| Cash paid for Interest during the year | $ | 27,192 |

*See Accountant's Compilation Report.*

5

**Smart Communications Holding, Inc.**
*Consolidating Balance Sheet*
December 31, 2016

### ASSETS

| | Collier | | Pasco | | Smart Communications, U.S. | | Eliminations | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | | | |
| Cash and Cash Equivalents | $ 97,254 | | $ 39,378 | | $ 9,320 | | $ | $ 145,952 | |
| Accounts Receivable - Trade | 20,866 | | 3,705 | | | | | 24,571 | |
| Accounts Receivable - Smart US | 521,778 | | | | | | (521,778) | | |
| Accounts Receivable - Collier | | | 437,797 | | | | (437,797) | | |
| Accounts Receivable - Pasco | | | | | 241,223 | | (241,223) | | |
| Accounts Receivable - Other | 4,000 | | 10,000 | | | | | 14,000 | |
| Prepaid Expenses | 83,000 | | | | | | | 83,000 | |
| Inventory | 94,641 | | | | | | | 94,641 | |
| Total Current Assets | | $ 821,539 | | $ 490,880 | | $ 250,543 | (1,200,798) | $ 362,164 | |
| **Fixed Assets** | | | | | | | | | |
| Kiosk Computer System | 1,761,284 | | 148,242 | | 152,052 | | | 2,061,578 | |
| Office Improvements | | | 3,251 | | | | | 3,251 | |
| Computer Software | 8,499 | | | | | | | 8,499 | |
| Vehicles | 63,975 | | | | 45,372 | | | 109,347 | |
| Display system | 11,289 | | | | | | | 11,289 | |
| Furniture | 17,794 | | | | | | | 17,794 | |
| Demo Build | 15,500 | | | | | | | 15,500 | |
| | 1,878,341 | | 151,493 | | 197,424 | | | 2,227,258 | |
| Less: Accumulated Depreciation | (547,452) | | (92,010) | | (178,126) | | 19,298 | (817,588) | |
| Property & Equipment, Net | | 1,330,889 | | 59,483 | | | | 1,409,670 | |
| TOTAL ASSETS | | $ 2,152,428 | | $ 550,363 | | $ 269,841 | $ (1,200,798) | $ 1,771,834 | |

### LIABILITIES AND EQUITY

| | Collier | | Pasco | | Smart Communications, U.S. | | Eliminations | Consolidated | |
|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | |
| Credit Cards Payable | $ 35,856 | | $ | | $ | | | $ 35,856 | |
| Accrued Facility Commissions | 23,534 | | 8,706 | | 10,708 | | | 42,948 | |
| Accrued Expenses | 44,795 | | 13,152 | | | | | 57,947 | |
| Accrued Taxes on Payroll | 7,104 | | | | 4,897 | | | 12,001 | |
| Englewood Bank - Line of Credit | | | 134,916 | | | | | 134,916 | |
| Loan Payable - Moneyhan Group | 232,598 | | | | | | | 232,598 | |
| Accounts Payable - Smart US | | | 241,223 | | | | (241,223) | | |
| Accounts Payable - Collier | | | | | 521,778 | | (521,778) | | |
| Accounts Payable - Pasco | 437,797 | | | | | | (437,797) | | |
| Accounts Payable - Other | | | | | 4,718 | | | 4,718 | |
| Current Federal Income Tax Payable | 232,528 | | | | | | | 232,528 | |
| Deferred Taxes Payable | 177,532 | | | | | | | 177,532 | |
| Florida Income Taxes Payable | 23,340 | | | | | | | 23,340 | |
| Current Portion L-T Debt | | | 25,000 | | 7,500 | | | 32,500 | |
| Total Current Liabilities | | $ 1,215,084 | | $ 422,997 | | $ 549,601 | $ (1,200,798) | $ 986,884 | |
| **Long Term Liabilities** | | | | | | | | | |
| Note Payable - Truck | | | | | 18,555 | | | 18,555 | |
| Note Payable - Englewood Bank | | | 55,436 | | | | | 55,436 | |
| Less: Current Portion | | | (25,000) | | (7,500) | | | (32,500) | |
| Total Long Term Liabilities | | | | 30,436 | | 11,055 | | 41,491 | |
| Total Liabilities | | 1,215,084 | | 453,433 | | 560,656 | (1,200,798) | 1,028,375 | |
| | | | | | | | | | |
| **EQUITY** | | | | | | | | | |
| Common Stock | 170,809 | | (48,122) | | (3,172) | | | 170,809 | |
| Paid in Capital | 362,297 | | 145,052 | | (287,643) | | | 311,003 | |
| Retained Earnings | 404,238 | | | | | | (290,815) | 261,647 | |
| Total Equity | | 937,344 | | 96,930 | | (290,815) | | 743,459 | |
| TOTAL LIABILITIES AND EQUITY | | $ 2,152,428 | | $ 550,363 | | $ 269,841 | $ (1,200,798) | $ 1,771,834 | |

*See Accountant's Compilation Report.*

**Smart Communications Holding, Inc.**
*Consolidating Statement of Income*
**For the year ended December 31, 2016**

| | Collier | Pasco | Smart Communications, U.S. | Eliminations | Consolidated |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Fee Income | $ 2,560,419 | $ 448,276 | $ | $ | $ 3,008,695 |
| Miscellaneous Income | | | | | - |
| Advertising Income | 16,000 | | | | 16,000 |
| Sublicense Royalty Fees Income | | | 151,235 | (151,235) | - |
| **Total Revenue** | $ 2,576,419 | $ 448,276 | $ 151,235 | (151,235) | $ 3,024,695 |
| **Cost of Sales** | | | | | |
| Merchant Card Services | 135,420 | 29,498 | 111 | | 165,029 |
| Facility Commissions | 276,688 | 99,595 | | | 376,283 |
| Promotional Expense | 36,974 | | | | 36,974 |
| Sublicense Royalty Fees | 128,821 | 22,414 | | (151,235) | - |
| **Total Cost of Sales** | 577,903 | 151,507 | 111 | (151,235) | 578,286 |
| **Gross Profit** | 1,998,516 | 296,769 | 151,124 | | 2,446,409 |
| **Expenses** | | | | | |
| Subcontractor Expenses | 5,003 | 550 | | | 5,553 |
| Software Commissions Expense | 137,019 | | | | 137,019 |
| Other Commissions Expense | 50,776 | 1,850 | 5,000 | | 57,626 |
| Operating and Computer Supplies | 58,078 | 3,680 | 3,800 | | 65,558 |
| Depreciation | 375,893 | 29,973 | 9,074 | | 414,940 |
| Bad Debts Expense | 17,000 | 16,000 | 5,030 | | 38,030 |
| Insurance Expense | 21,641 | 7,508 | | | 29,149 |
| Dues and Subscriptions | 66,457 | | 161 | | 66,618 |
| Printing and Publications | 6,527 | | | | 6,527 |
| Education and Training | 1,800 | | | | 1,800 |
| Business and Professional Fees | 173,898 | 46,376 | 1,500 | | 221,774 |
| Repairs and Maintenance | 8,356 | 1,807 | | | 10,163 |
| Vehicle Lease Expense | 8,314 | | | | 8,314 |
| Officer Compensation | 182,053 | 20,000 | 118,468 | | 320,521 |
| Salaries and Wages | 65,883 | 24,619 | 72,000 | | 162,502 |
| Payroll Taxes Expense | 15,356 | 1,728 | 9,083 | | 26,167 |
| Travel Expense | 162,171 | 1,417 | 1,864 | | 165,452 |
| Vehicle Expense | 25,755 | | 2,348 | | 28,103 |
| Meals | 38,114 | | 2,285 | | 40,399 |
| Office Expense | 6,801 | | 5 | | 6,806 |
| Postage and Shipping | 13,421 | | 476 | | 13,897 |
| Bank Service Fees | 553 | 10 | 108 | | 671 |
| Outside Services | 13,818 | 1,095 | 113 | | 15,026 |
| Rent Expense | 68,943 | 815 | | | 69,758 |
| Miscellaneous Expense | 1,381 | 6,056 | 526 | | 7,963 |
| Other Expenses | 5,260 | | | | 5,260 |
| Utilities | 14,645 | 21,962 | 3,991 | | 40,598 |
| Communications Expense | 30,381 | 12,879 | 359 | | 43,619 |
| **Total Expenses** | 1,575,297 | 198,325 | 236,191 | | 2,009,813 |
| **Income/(Loss) from Operations** | 423,219 | 98,444 | (85,067) | | 436,596 |
| **Other Expenses** | | | | | |
| Interest Expense | 1,134 | 25,191 | 867 | | 27,192 |
| **Other Expenses** | 1,134 | 25,191 | 867 | | 27,192 |
| **Income Before Taxes** | 422,085 | 73,253 | (85,934) | | 409,404 |
| **Provision for Income Taxes** | | | | | |
| Florida Income Tax Epense | 19,500 | 7,034 | | | 26,534 |
| Federal Income Tax Expense | 191,325 | | | | 191,325 |
| **Provision for Income Taxes** | 210,825 | 7,034 | - | | 217,859 |
| **Net Income/(Loss) for the Period** | $ 211,260 | $ 66,219 | $ (85,934) | $ | $ 191,545 |

*See Accountant's Compilation Report.*

7

**Smart Communications Holding, Inc.**
*Consolidating Statement of Retained Earnings*
For the year ended December 31, 2016

| | Collier | Smart Communications, Pasco | U.S. | Consolidated |
|---|---|---|---|---|
| Retained Earnings - Beginning of Year | $ 359,293 | $ 78,833 | $ (194,462) | $ 243,664 |
| Prior Year Adjustments | | | | |
| To adjust Accrued Payroll Taxes | | | (2,753) | (2,753) |
| To adjust for Common Stock Issued | (170,809) | | | (170,809) |
| Retained Earnings - Beginning of Period as Restated | 188,484 | 78,833 | (197,215) | 70,102 |
| Net Income for the Year | 211,260 | 66,219 | (85,934) | 191,545 |
| | 399,744 | 145,052 | (283,149) | 261,647 |
| Current Year Adjustments | | | | |
| To adjust for Transfer of Vehicle - net of Accumulated Depreciation | 4,494 | | (4,494) | - |
| Retained Earnings - End of Year | $ 404,238 | $ 145,052 | $ (287,643) | $ 261,647 |

*See Accountant's Compilation Report.*

**Smart Communications Holding, Inc.**
*Consolidating Statement of Cash Flows*
For the year ended December 31, 2016

| | | Collier | Smart Communications, Pasco | U.S. | Consolidated |
|---|---|---|---|---|---|
| **Cash Flows from Operating Activities** | | | | | |
| Net Income (Loss) | $ | 211,260 | $ 66,219 | $ (85,934) | $ 191,545 |
| Adjustments to reconcile increase in net assets | | | | | |
| to net cash provided by (used in) operating activities: | | | | | |
| Depreciation | | 375,893 | 29,973 | 9,074 | 414,940 |
| | | 587,153 | 96,192 | (76,860) | 606,485 |
| Accounts Receivable - Advertising | | 19,500 | 18,000 | 2,000 | 39,500 |
| Allowance for Doubtful Accounts | | (2,500) | (2,000) | (500) | (5,000) |
| Accounts Receivable - Trade | | (11,620) | (1,145) | | (12,765) |
| Accounts Receivable - Pasco | | | | (74,761) | (74,761) |
| Accounts Receivable - Collier | | | 45,775 | | 45,775 |
| Accounts Receivable - Other | | 1,000 | | 3,530 | 4,530 |
| Accounts Receivable - Smart U S | | 96,357 | | | 96,357 |
| Inventory | | (33,472) | 3,550 | 13,448 | (16,474) |
| Prepaid Expenses | | (83,000) | 2,214 | | (80,786) |
| Deferred Tax Asset | | | | 20,825 | 20,825 |
| Credit Cards Payable | | 35,430 | | | 35,430 |
| Accrued Facility Commissions | | 7,554 | (6,679) | (102) | 773 |
| Accrued Expenses | | 5,260 | (6,005) | | (745) |
| Accrued Taxes on Payroll | | (4,606) | | (13,232) | (17,838) |
| Accounts Payable - Collier | | | | (96,357) | (96,357) |
| Accounts Payable - Smart U S | | | 74,761 | | 74,761 |
| Accounts Payable - Pasco | | (45,775) | | | (45,775) |
| Florida Income Tax Payable | | 7,888 | | | 7,888 |
| Current Federal Income Tax Payable | | 221,748 | | | 221,748 |
| Deferred Federal Income Tax Payable | | (33,000) | (12,848) | | (45,848) |
| **Net cash Povided By (Used In) Operating Activities** | | 767,917 | 211,815 | (222,009) | 757,723 |
| **Cash Flows From Investing Activities** | | | | | |
| Purchase of Fixed Assets | | (1,054,495) | (3,250) | | (1,057,745) |
| Accumulated Depreciation Adjustment | | 15,072 | | 3,403 | 18,475 |
| **Net cash Povided By (Used In) Investing Activities** | | (1,039,423) | (3,250) | 3,403 | (1,039,270) |
| **Cash Flows from Financing Activities** | | | | | |
| Loan Proceeds | | 250,000 | 50,428 | | 300,428 |
| Princpal on Loan Repayments | | (217,402) | (221,701) | (6,970) | (446,073) |
| Paid In Capital | | 302,187 | | | 302,187 |
| Retained Earnings | | 4,494 | | (7,247) | (2,753) |
| **Net cash Provided By (Used In) Financing Activities** | | 339,279 | (171,273) | (14,217) | 153,789 |
| | | | | | |
| **Net Increase (Decrease) in Cash** | | 67,773 | 37,292 | (232,823) | (127,758) |
| Cash and Cash Equivalents at Beginning of period | | 29,480 | 2,087 | 242,143 | 273,710 |
| **Cash and Cash Equivalents at End of period** | $ | 97,253 | $ 39,379 | $ 9,320 | $ 145,952 |
| | | | | | |
| **Supplemental Disclosure of Cash Flow Information** | | | | | |
| Cash paid for Interest during the period | $ | 1,134 | $ 25,191 | $ 867 | $ 27,192 |

*See Accountant's Compilation Report..*

# EXHIBIT 13

**Smart Communications Holding, Inc.**

**Financial Statements**

**December 31, 2017**

**M.L. SHREVE  CPA, P.C.**

7781 North Easy Street • Whitehall, MI 49461 • (231) 894-5559

**Smart Communications Holding, Inc.**

**Financial Statements**

**December 31, 2017**

Prepared by:

**M. L. Shreve  CPA, P.C.**
**7781  N. Easy Street**
**Whitehall, Michigan  49461**
**231.894.5559**



**M L S**

**M.L. Shreve CPA, P.C.**
7781 N. Easy Street
Whitehall, Michigan 49461
231.894.5559 (phone)
231.893.2097 (fax)
mlshrevecpa@frontier.com (email)

To the Management and Officers
Smart Communications Holding, Inc.
4522 N. B Street
Tampa, Florida 33609

Management is responsible for the accompanying consolidated financial statements of Smart Communications Holding, Inc, ( a Florida corporation ), and its subsidiaries, which comprise the consolidated statement of assets, liabilities, and equity – income tax basis as of December 31, 2017, and the related consolidated statements of revenue, expenses, and retained earnings – income tax basis for the year then ended in accordance with the income tax basis of accounting, and for determining that the tax basis of accounting is an acceptable financial reporting framework. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA.   We did not audit or review the consolidated financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these consolidated financial statements.

The financial statements are prepared in accordance with the income tax basis of accounting, which is a basis of accounting other than generally accepted accounting principles generally accepted in the United States of America.

Management has elected to omit substantially all the disclosures ordinarily included in the consolidated financial statements prepared in accordance with the tax basis of accounting. If the omitted disclosures were included in the consolidated financial statements, they might influence the user's conclusions about the company's assets, liabilities, and equity, revenues and expenses. Accordingly, the consolidated financial statements are not designed for those who are not informed about such matters.

The supplementary information accompanying the financial statements, which consist of subsidiaries' consolidating statements of assets, liabilities, and equity – income tax basis as of December 31, 2017, and the related consolidating statements of revenue, expenses, and retained earnings – income tax basis for the year then ended, are presented for purposes of additional analysis and is not a required part of the consolidated financial statements. The information is the responsibility of management.  The information was subject to our compilation engagement, however, we have not audited or reviewed the supplementary information and, accordingly, we do not express an opinion, a conclusion, nor provide any assurance on such supplementary information.

*M. L. Shreve CPA, P.C.*

Whitehall, Michigan
July 14, 2018                                                                                                   *1*

**Smart Communications Holding, Inc.**
*Consolidated Statement of Assets, Liabilities, and Equity - Income Tax Basis*
**December 31, 2017**

### ASSETS

| | | | |
|---|---|---|---|
| Current Assets | | | |
| Cash and Cash Equivalents | $ | 91 | |
| Accounts Receivable - Trade | | 24,013 | |
| Accounts Receivable - Other | | 12,000 | |
| Prepaid Expenses | | 83,000 | |
| Inventory | | 449,182 | |
| Total Current Assets | | $ | 568,286 |
| Fixed Assets | | | |
| Kiosk Computer System | | 2,866,192 | |
| Leasehold Improvements | | 215,308 | |
| Computer Software | | 137,875 | |
| Vehicles | | 109,347 | |
| Display System | | 11,289 | |
| Equipment | | 9,750 | |
| Furniture | | 45,677 | |
| | | 3,395,438 | |
| Less: Accumulated Depreciation | | (1,445,507) | |
| Property & Equipment, Net | | | 1,949,931 |
| **TOTAL ASSETS** | | $ | 2,518,217 |

### LIABILITIES AND EQUITY

| | | | |
|---|---|---|---|
| LIABILITIES | | | |
| Current Liabilities | | | |
| Accounts Payable | $ | 27,793 | |
| Credit Cards Payable | | 55,437 | |
| Accrued Facility Commissions | | 34,289 | |
| Accrued Expenses | | 68,898 | |
| Accrued Taxes on Payroll | | 26,405 | |
| Englewood Bank - Line of Credit | | 75,000 | |
| Englewood Bank - Term Loan | | 24,103 | |
| Note Payable - Moneyhan Group | | 951,552 | |
| Accounts Payable - Other | | 4,718 | |
| Current Federal Income Tax Payable | | 28,095 | |
| Florida Income Taxes Payable | | 30,415 | |
| Current Portion - Long Term Debt | | 6,000 | |
| Total Current Liabilities | | $ | 1,332,705 |
| Long Term Liabilities | | | |
| Note Payable - Truck | | 10,290 | |
| Less Current Portion | | (6,000) | |
| Total Long Term Debt | | | 4,290 |
| Total Liabilities | | | 1,336,995 |
| EQUITY | | | |
| Common Stock | | 364,667 | |
| Paid In Capital | | 429,911 | |
| Retained Earnings | | 386,644 | |
| Total Equity | | | 1,181,222 |
| **TOTAL LIABILITIES AND EQUITY** | | $ | 2,518,217 |

*See Accountant's Compilation Report.*

**Smart Communications Holding, Inc.**
*Consolidated Statement of Revenue and Expenses - Income Tax Basis*
**For the year ended December 31, 2017**

| | | | |
|---|---|---:|---:|
| **Revenue** | | | |
| Fee Income | | $ 3,844,366 | |
| Refunds and Allowances | | (96) | |
| **Total Revenue** | | | 3,844,270 |
| **Cost of Sales** | | | |
| Beginning Inventory | $ 94,640 | | |
| Purchases | 354,542 | | |
| Merchant Card Services | 223,022 | | |
| Facility Commissions Expense | 395,354 | | |
| Promotional Expenses | 18,954 | | |
| | 1,086,512 | | |
| Ending Inventory | (449,182) | | |
| **Total Cost of Sales** | | 637,330 | |
| **Gross Profit** | | 3,206,940 | |
| **Expenses** | | | |
| Software Commissions Expense | 114,348 | | |
| Royalties Expense | 32,037 | | |
| Operating Supplies | 29,794 | | |
| Computer Expense | 75,772 | | |
| Other Commissions Expense | 6,000 | | |
| Depreciation | 627,919 | | |
| Nonemployee Compensation | 85,606 | | |
| Insurance Expense | 50,608 | | |
| Advertising Expense | 10,623 | | |
| Postage and Shipping | 39,457 | | |
| Dues, Subscriptions, and Publications | 120,701 | | |
| Business and Professional Fees | 326,928 | | |
| Licenses and Permits | 599 | | |
| Repairs and Maintenance | 19,149 | | |
| Vehicle Expenses | 44,513 | | |
| Officer Compensation | 165,000 | | |
| Salaries and Wages | 596,041 | | |
| Payroll Taxes Expense | 51,578 | | |
| Travel and Entertainment | 303,670 | | |
| Meals | 48,251 | | |
| Office Expense | 1,716 | | |
| Bank Service Fees | 2,224 | | |
| Outside Services | 12,382 | | |
| Rent Expense | 232,703 | | |
| Miscellaneous Expense | 1,326 | | |
| Utilities | 85,718 | | |
| Communications Expense | 30,899 | | |
| **Total Expenses** | | 3,115,562 | |
| **Income/Loss from Operations** | | 91,378 | |
| **Other Expenses** | | | |
| Interest Expense | 85,884 | | |
| **Total Other Expenses** | | 85,884 | |
| **Income Before Taxes** | | 5,494 | |
| **Provision for Income Taxes** | | 9,895 | |
| | | | |
| **Net Income (Loss) for the Period** | | $ (4,401) | |

**Smart Communications Holding, Inc.**
*Consolidated Statement of Retained Earnings - Income Tax Basis*
**For the year ended December 31, 2017**

| | | |
|---|---:|---:|
| Retained Earnings - Beginning of Period | | $ 50,386 |
| Prior Period Adjustments | | |
|    Accumulated Deferred Taxes Adjustment | $ 337,273 | |
|    Outstanding Checks Voided and Reclaimed | 3,386 | |
| | | 340,659 |
| Adjusted Retained Earnings - Beginning of Year | | 391,045 |
| | | |
| Net Income (Loss) for the Year | | (4,401) |
| | | |
| Retained Earnings - End of Period | | $ 386,644 |

*See Accountant's Compilation Report.*

4

**Supplementary Information**

**Smart Communications Holding, Inc.**
*Consolidating Statement of Assets, Liabilities, and Equity - Income Tax Basis*
**December 31, 2017**

## ASSETS

**Smart Communications,**

| | Collier | | Pasco | |
|---|---:|---:|---:|---:|
| **Current Assets** | | | | |
| Cash and Cash Equivalents | $ 31 | | $ | |
| Accounts Receivable - Trade | 24,013 | | | |
| Accounts Receivable - Smart US | 448,387 | | | |
| Accounts Receivable - Collier | | | 513,737 | |
| Accounts Receivable - Pasco | | | | |
| Accounts Receivable - Other | 4,000 | | 8,000 | |
| Prepaid Expenses | 83,000 | | | |
| Inventory | 449,182 | | | |
| Total Current Assets | | $ 1,008,613 | | 521,737 |
| | | | | |
| **Fixed Assets** | | | | |
| Kiosk Computer System | 2,565,898 | | 148,242 | |
| Leasehold Improvements | 212,058 | | 3,250 | |
| Computer Software | 137,875 | | | |
| Vehicles | 63,975 | | | |
| Display system | 11,289 | | | |
| Equipment | 9,750 | | | |
| Furniture | 38,327 | | 7,350 | |
| | 3,039,172 | | 158,842 | |
| Less: Accumulated Depreciation | (1,133,426) | | (124,881) | |
| Property & Equipment, Net | | 1,905,746 | | 33,961 |
| | | | | |
| **TOTAL ASSETS** | | 2,914,359 | | 555,698 |

## LIABILITIES AND EQUITY

| | Collier | | Pasco | |
|---|---:|---:|---:|---:|
| **LIABILITIES** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | $ 27,656 | | $ 137 | |
| Credit Cards Payable | 55,437 | | | |
| Accrued Facility Commissions | 34,289 | | | |
| Accrued Expenses | 68,898 | | | |
| Accrued Taxes on Payroll | 26,405 | | | |
| Englewood Bank - Line of Credit | | | 75,000 | |
| Englewood Bank - Term Loan | | | 24,103 | |
| Loan Payable - Moneyhan Group | 951,552 | | | |
| Accounts Payable - Smart US | | | 250,649 | |
| Accounts Payable - Collier | | | | |
| Accounts Payable - Pasco | 513,737 | | | |
| Accounts Payable - Other | | | | |
| Current Federal Income Tax Payable | 28,095 | | | |
| Florida Income Taxes Payable | 30,415 | | | |
| Current Portion L-T Debt | | | | |
| Total Current Liabilities | | $ 1,736,484 | | $ 349,889 |
| | | | | |
| **Long Term Liabilities** | | | | |
| Note Payable - Truck | | | | |
| Note Payable - Englewood Bank | | | | |
| Less: Current Portion | | | | |
| Total Long Term Liabilities | | | | - |
| Total Liabilities | | 1,736,484 | | 349,889 |
| | | | | |
| **EQUITY** | | | | |
| Common Stock | 364,667 | | | |
| Paid In Capital | 362,297 | | 70,786 | |
| Retained Earnings | 450,911 | | 135,023 | |
| Total Equity | | 1,177,875 | | 205,809 |
| **TOTAL LIABILITIES AND EQUITY** | | $ 2,914,359 | | $ 555,698 |

| | U.S. | | Eliminations | | Consolidated | |
|---|---|---|---|---|---|---|
| $ | 60 | $ | | $ | 91 | |
| | | | | | 24,013 | |
| | | | (448,387) | | | |
| | | | (513,737) | | | |
| | 250,649 | | (250,649) | | | |
| | | | | | 12,000 | |
| | | | | | 83,000 | |
| | | | | | 449,182 | |
| | | $ | 250,709 | (1,212,773) | 568,286 | $ |
| | 152,052 | | | | 2,866,192 | |
| | | | | | 215,308 | |
| | | | | | 137,875 | |
| | 45,372 | | | | 109,347 | |
| | | | | | 11,289 | |
| | | | | | 9,750 | |
| | | | | | 45,677 | |
| | 197,424 | | | | 3,395,438 | |
| | (187,200) | | | | (1,445,507) | |
| | | 10,224 | | | | 1,949,931 |
| | | $ | 260,933 | $ (1,212,773) | $ 2,518,217 | |
| | | | | $ | | |
| $ | | $ | | | 27,793 | |
| | | | | | 55,437 | |
| | | | | | 34,289 | |
| | | | | | 68,898 | |
| | | | | | 26,405 | |
| | | | | | 75,000 | |
| | | | | | 24,103 | |
| | | | | | 951,552 | |
| | | | (250,649) | | | |
| | 448,387 | | (448,387) | | | |
| | | | (513,737) | | | |
| | 4,718 | | | | 4,718 | |
| | | | | | 28,095 | |
| | | | | | 30,415 | |
| | 6,000 | | | | 6,000 | |
| | | 459,105 | $ (1,212,773) | $ | 1,332,705 | |
| | 10,290 | | | | 10,290 | |
| | | | | | - | |
| | (6,000) | | | | (6,000) | |
| | | 4,290 | | | | 4,290 |
| | | 463,395 | (1,212,773) | | 1,336,995 | |
| | | | | | 364,667 | |
| | (3,172) | | | | 429,911 | |
| | (199,290) | | | | 386,644 | |
| | | (202,462) | | | | 1,181,222 |
| | | $ 260,933 | $ (1,212,773) | $ | 2,518,217 | |

**Smart Communications Holding, Inc.**
**Consolidating Statement of Revenue and Expenses - Income Tax Basis**
**For the year ended December 31, 2017**

Smart Communications,

| | Collier | | Pasco | |
|---|---|---|---|---|
| Revenue | | | | |
| Fee Income | $ 3,695,828 | | $ 148,520 | |
| Refunds and Allowances | (96) | | | |
| Sublicense Royalty Fees Income | | | | |
| Total Revenue | | $ 3,695,732 | | $ 148,520 |
| Cost of Sales | | | | |
| Beginning Inventory | 94,640 | | | |
| Purchases | 354,542 | | | |
| Merchant Card Services | 203,303 | | 19,719 | |
| Facility Commissions | 363,882 | | 31,472 | |
| Promotional Expense | 18,254 | | 700 | |
| Sublicense Royalty Fees | 184,791 | | 7,426 | |
| | 1,219,412 | | 59,317 | |
| Ending Inventory | (449,182) | | - | |
| Total Cost of Sales | | 770,230 | | 59,317 |
| Gross Profit | | 2,925,502 | | 89,203 |
| Expenses | | | | |
| Software Commissions Expense | 114,348 | | | |
| Royalties Expense | 32,037 | | | |
| Operating Supplies | 29,662 | | | |
| Computer Expense | 75,772 | | | |
| Other Commissions Expense | 6,000 | | | |
| Depreciation | 585,974 | | 32,871 | |
| Non Employee Compensation | 85,606 | | | |
| Insurance Expense | 50,608 | | | |
| Advertising Expense | 10,258 | | | |
| Postage and Shipping | 39,457 | | | |
| Dues and Subscriptions | 119,914 | | | |
| Printing and Publications | 787 | | | |
| Business and Professional Fees | 278,609 | | | |
| Licenses and Permits | 599 | | | |
| Repairs and Maintenance | 19,149 | | | |
| Vehicle Expenses | 44,513 | | | |
| Officer Compensation | 165,000 | | | |
| Salaries and Wages | 535,703 | | 18,800 | |
| Payroll Taxes Expense | 46,766 | | 1,627 | |
| Travel Expense | 303,670 | | | |
| Meals | 48,251 | | | |
| Office Expense | 1,699 | | 17 | |
| Bank Service Fees | 1,258 | | 965 | |
| Outside Services | 10,371 | | 1,600 | |
| Rent Expense | 232,703 | | | |
| Miscellaneous Expense | 1,326 | | | |
| Utilities | 64,908 | | 20,551 | |
| Communciations Expense | 17,793 | | 13,001 | |
| Total Expenses | | 2,922,741 | | 89,432 |
| Income/(Loss) from Operations | | 2,761 | | (229) |
| Other Expenses | | | | |
| Interest Expense | | 72,205 | | 13,186 |
| Other Expenses | | 72,205 | | 13,186 |
| Income Before Taxes | | (69,444) | | (13,415) |
| Provision for Income Taxes | | | | |
| Florida Income Tax | 6,415 | | | |
| Federal Income Tax | 3,480 | | | |
| Total Provision for Income Taxes | | 9,895 | | |
| Net Income/(Loss) for the Period | | $ (79,339) | | $ (13,415) |

| | U.S. | | Eliminations | | Consolidated |
|---|---|---|---|---|---|
| $ | 18 | $ | | $ | 3,844,366 |
| | | | | | (96) |
| | 192,217 | | (192,217) | | - |
| | | $ | 192,235 | (192,217) | $ 3,844,270 |
| | | | | | 94,640 |
| | | | | | 354,542 |
| | | | | | 223,022 |
| | | | | | 395,354 |
| | | | | | 18,954 |
| | | | (192,217) | | - |
| | | | | | 1,086,512 |
| | | | | | (449,182) |
| | | | (192,217) | | 637,330 |
| | | | 192,235 | | 3,206,940 |
| | | | | | 114,348 |
| | | | | | 32,037 |
| | 132 | | | | 29,794 |
| | | | | | 75,772 |
| | | | | | 6,000 |
| | 9,074 | | | | 627,919 |
| | | | | | 85,606 |
| | | | | | 50,608 |
| | 365 | | | | 10,623 |
| | | | | | 39,457 |
| | | | | | 119,914 |
| | | | | | 787 |
| | 48,319 | | | | 326,928 |
| | | | | | 599 |
| | | | | | 19,149 |
| | | | | | 44,513 |
| | | | | | 165,000 |
| | 41,538 | | | | 596,041 |
| | 3,185 | | | | 51,578 |
| | | | | | 303,670 |
| | | | | | 48,251 |
| | | | | | 1,716 |
| | 1 | | | | 2,224 |
| | 411 | | | | 12,382 |
| | | | | | 232,703 |
| | | | | | 1,326 |
| | 259 | | | | 85,718 |
| | 105 | | | | 30,899 |
| | | 103,389 | | | 3,115,562 |
| | | 88,846 | | | 91,378 |
| | | 493 | | | 85,884 |
| | | 493 | | | 85,884 |
| | | 88,353 | | | 5,494 |
| | | | | | 6,415 |
| | | | | | 3,480 |
| | | | | | 9,895 |
| | | $ | 88,353 | - | $ (4,401) |

**Smart Communications Holding, Inc.**
*Consolidating Statement of Retained Earnings - Income Tax Basis*
**For the year ended December 31, 2017**

| | Collier | | Smart Communications, Pasco | | U.S. | | Consolidated |
|---|---|---|---|---|---|---|---|
| Retained Earnings - Beginning of Year | $ | 192,977 | $ | 145,052 | $ | (287,643) $ | 50,386 |
| Prior Year Adjustments - | | | | | | | |
| Accumulated Deferred Taxes | | 337,273 | | | | | 337,273 |
| Reversal of Unclaimed Checks | | | | 3,386 | | | 3,386 |
| | | 530,250 | | 148,438 | | (287,643) | 391,045 |
| Net Income for the Year | | (79,339) | | (13,415) | | 88,353 | (4,401) |
| Retained Earnings - End of Year | $ | 450,911 | $ | 135,023 | $ | (199,290) $ | 386,644 |

# EXHIBIT 14



Smart Communications Holding, Inc.

Financial Statements

December 31, 2018

Prepared by:

M. L. Shreve  CPA, P.C.
7781  N. Easy Street
Whitehall, Michigan  49461
231.894.5559



𝔐 𝕃 𝕊

**M.L. Shreve CPA, P.C.**
7781 N. Easy Street
Whitehall, Michigan 49461
231.894.5559 (phone)
231.893.2097 (fax)
www.mlshrevecpa.com
mlshrevecpa@frontier.com (email)



To the Management and Officers
Smart Communications Holding, Inc.
10491 72nd Street
Seminole, Florida 33777

Management is responsible for the accompanying consolidated financial statements of Smart Communications Holding, Inc, ( a Florida corporation ), which comprise the Consolidated Statement of Assets, Liabilities, And Equity – Income Tax Basis as of December 31, 2018, and the related Consolidated Statement of Revenue and Expenses – Income Tax Basis, and the Consolidated Statement of Retained Earnings – Income Tax Basis for the year then ended in accordance with the tax basis of accounting, and for determining that the tax basis of accounting is an acceptable financial reporting framework. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA.  We did not audit or review the consolidated financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. We do not express an opinion, a conclusion, nor provide any form of assurance on these consolidated financial statements.

The financial statements are prepared in accordance with the tax basis of accounting, which is a basis of accounting other than accounting principles generally accepted in the United States of America.

Management has elected to omit substantially all of the disclosures ordinarily included in the consolidated financial statements prepared in accordance with the tax basis of accounting. If the omitted disclosures were included in the consolidated financial statements, they might influence the user's conclusions about the Company's assets, liabilities, equity, revenues, and expenses. Accordingly, the consolidated financial statements are not designed for those who are not informed about such matters.

*M.L. Shreve CPA, P.C.*

M. L. Shreve CPA, P.C.
Whitehall, Michigan
September 27, 2019

*1*



**Smart Communications Holding, Inc.**
*Consolidated Statement of Assets, Liabilities, and Equity - Income Tax Basis*
**December 31, 2018**

### ASSETS

| | | | |
|---|---|---|---|
| **Current Assets** | | | |
| Cash and Cash Equivalents | $ | 68,898 | |
| Accounts Receivable - Trade | | 41,444 | |
| Accounts Receivable - Employees | | 3,000 | |
| Prepaid Federal Income Taxes | | 36,630 | |
| Prepaid Expenses | | 132,540 | |
| Inventory | | 352,042 | |
| Total Current Assets | | $ | 634,554 |
| **Fixed Assets** | | | |
| Land | | 195,000 | |
| Buildings | | 1,600,500 | |
| Kiosk Computer System | | 3,085,053 | |
| Leasehold Improvements | | 114,808 | |
| Computer Software | | 137,875 | |
| Vehicles | | 109,347 | |
| Display System | | 46,026 | |
| Equipment | | 435,605 | |
| Furniture | | 73,829 | |
| | | 5,798,043 | |
| Less: Accumulated Depreciation | | (2,440,397) | |
| Property & Equipment, Net | | | 3,357,646 |
| **Other Assets** | | | |
| Shareholder Loans | | 376,335 | |
| Total Other Assets | | | 376,335 |
| **TOTAL ASSETS** | | $ | 4,368,535 |

### LIABILITIES AND EQUITY

| | | | |
|---|---|---|---|
| **LIABILITIES** | | | |
| **Current Liabilities** | | | |
| Accounts Payable | $ | 115,797 | |
| Credit Cards Payable | | 164,861 | |
| Accrued Facility Commissions | | 35,008 | |
| Accrued Expenses | | 127,051 | |
| Englewood Bank - Line of Credit | | 15,941 | |
| Note Payable - Moneyhan Group | | 493,345 | |
| Accounts Payable - OPEX Corp | | 90,644 | |
| Accounts Payable - ACG Global | | 735,987 | |
| Accounts Payable - Other | | 2,519 | |
| Florida Income Taxes Payable | | 17,247 | |
| Current Portion - Long Term Debt | | 450,500 | |
| Total Current Liabilities | | $ | 2,248,900 |
| **Long Term Liabilities** | | | |
| Note Payable - ACG Global | | 1,430,009 | |
| Less Current Portion | | (450,500) | |
| Total Long Term Debt | | | 979,509 |
| Total Liabilities | | | 3,228,409 |
| **EQUITY** | | | |
| Common Stock | | 364,667 | |
| Paid In Capital | | 252,954 | |
| Retained Earnings | | 522,505 | |
| Total Equity | | | 1,140,126 |
| **TOTAL LIABILITIES AND EQUITY** | | $ | 4,368,535 |

*See Accountant's Compilation Report.*



**Smart Communications Holding, Inc.**
*Consolidated Statement of Revenue and Expenses - Income Tax Basis*
**For the year ended December 31, 2018**

| Revenue | | |
|---|---|---|
| Messaging Income | $ | 7,714,979 |
| Mail Services Income | | 1,880,006 |
| Miscellaneous Revenue | | 3,468 |
| **Total Revenue** | | 9,598,453 |
| **Total Cost of Sales** | | (5,395,634) |
| **Gross Profit** | | 4,202,819 |
| | | |
| **Expenses** | | |
| Advertising and Promotion | $ | 72,289 |
| Operating Supplies | | 11,221 |
| Research and Development Expense | | 119,245 |
| Bank Service Fees | | 1,756 |
| Royalties Expense | | 381,133 |
| Depreciation Expense | | 994,890 |
| Business Insurance Expense | | 68,366 |
| Employee Health Insurance Expense | | 43,726 |
| Outside Services | | 8,573 |
| Dues and Publications | | 8,272 |
| Computer Expenses | | 13,274 |
| Sales and Property Taxes | | 119,370 |
| Legal and Professional Fees | | 565,541 |
| Repairs and Maintenance | | 27,744 |
| Officer Compensation | | 112,420 |
| Wages and Salaries | | 851,753 |
| Payroll Taxes Expense | | 91,524 |
| Vehicle Expenses | | 109,411 |
| Rent Expense | | 207,018 |
| Telephone Expense | | 17,073 |
| Client and Employee Welfare | | 99,967 |
| Other Expenses | | 48,129 |
| Utilities | | 15,230 |
| **Total Expenses** | | 3,927,925 |
| **Income/Loss from Operations** | | 274,894 |
| **Other Expenses** | | |
| Interest Expense | | 98,690 |
| **Total Other Expenses** | | 98,690 |
| **Income Before Taxes** | | 176,204 |
| **Provision for Income Taxes** | | |
| State Income Taxes | | 41,179 |
| Federal Income Tax | | 13,370 |
| **Total Provision for Taxes** | | 54,549 |
| | | |
| **Net Income (Loss) for the Period** | $ | 121,655 |

*See Accountant's Compilation Report.*

Smart Communications Holding, Inc.
*Consolidated Statement of Revenue and Expenses - Income Tax Basis*
*Cost of Goods Sold*
**For the year ended December 31, 2018**



**Cost of Sales**

| | | |
|---|---|---:|
| Beginning Inventory | $ | 482,625 |
| Purchases | | 2,539,167 |
| Contractor Services | | 544,525 |
| Facility Commissions | | 491,619 |
| Freight and Shipping | | 141,410 |
| Hardware Installation Costs | | 129,506 |
| Internet Services | | 139,093 |
| Kiosk Software Expense | | 149,048 |
| Labor - Mail Processing | | 158,959 |
| Merchant Card Fees | | 366,969 |
| Sales Commissions | | 166,444 |
| Trade Commissions | | 53,750 |
| Computer Supplies | | 46,805 |
| Travel | | 286,195 |
| Meals | | 51,561 |
| | | 5,747,676 |
| Ending Inventory | | (352,042) |
| **Total Cost of Sales** | $ | 5,395,634 |



**Smart Communications Holding, Inc.**
*Consolidated Statement of Retained Earnings - Income Tax Basis*
For the year ended December 31, 2018

| | | |
|---|---:|---:|
| Retained Earnings - Beginning of Period | $ | 466,183 |
| Prior Period Adjustments - | | |
| Accumulated Depreciation | (65,333) | |
| | | (65,333) |
| Adjusted Retained Earnings - Beginning of Year | | 400,850 |
| | | |
| Net Income (Loss) for the Year | | 121,655 |
| | | |
| Retained Earnings - End of Period | $ | 522,505 |



## Doc Request
1 message

&lt;rv@assetsamerica.com&gt;                                                Wed, Feb 9, 2022 at 7:51 PM
To: jim.logan@smartcommunications.us

Jim:

My rep just this moment requested the following:

==**_2018 and 2019 financials (P&Ls and Balance Sheets)_**==.

Thank you!



Ronny Vogel • CFO

800 5th Ave Ste 101

Seattle • WA 98104

**206.622.3000 office**

**818.442.8200 mobile**

800.833.1000 toll free

800.800.3934 facsimile

rv@AssetsAmerica.com

Teams/Skype: AssetsAmerica

CONFIDENTIALITY NOTICE: This transmission, the contents of this email, all related responses, and any files and/or attachments, are confidential and are intended only for use by the addressee(s) named herein. This email may contain proprietary or legally privileged information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, copying, distribution or dissemination or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately via email or telephone and promptly and permanently destroy the original transmission and its attachments, and delete all copies from your systems or printouts thereof. We reserve the right to monitor all email communications. Although we believe this email and any attachments are virus-free, we do not guarantee that it is virus-free, and we accept no liability for any loss or damage arising from its use. Thank you for your courtesy and cooperation. Copyright © 2022 Assets America, Inc. All Rights Reserved. Assets America®, AssetsAmerica.com, and the Assets America® (AAI) logo are all registered trademarks/service marks or trademarks/service marks and the exclusive property of Assets America, Inc. and its subsidiaries. Please consider the environment before printing this email.



## Jon contact
1 message

**jim.logan@smartcommunications.us** <jim.logan@smartcommunications.us>          Wed, Feb 9, 2022 at 6:38 PM
To: rv@AssetsAmerica.com <rv@assetsamerica.com>

Jon Logan 517 896 1822

Jon.logan@smartcommunications.us



---

### Jim and Jon drivers license
1 message

---

**Jon** <jon.logan@smartcommunications.us>                                    Wed, Feb 9, 2022 at 6:23 PM
To: rv@assetsamerica.com, Jim Logan <jim.logan@smartcommunications.us>



## I am sharing 'January, 2022.pdf' with you
1 message

**jim.logan@smartcommunications.us** <jim.logan@smartcommunications.us>    Wed, Feb 9, 2022 at 6:22 PM
To: rv@AssetsAmerica.com <rv@assetsamerica.com>

Bank statement

Shared from Word for Android
https://office.com/getword

**2019 TAX RETURN**

Government Copy

**Client:**          1019

**Prepared for:**    SMART COMMUNICATIONS HOLDING, INC.
10491 72ND STREET
SEMINOLE, FL 33777
941.799.1586

**Prepared by:**     M. L. SHREVE CPA, P.C.
M.L. Shreve CPA, P.C.
7781 N. Easy Street
Whitehall, MI 49461
231 894-5559

**Date:**            November 3, 2021

**Comments:**

**Route to:**    _____    _____    _____    _____

Form **1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2019 or tax year beginning _____ , 2019, ending _____ , _____

► Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2019**

**A** Check if:

1a Consolidated return (attach Form 851) ... [X]

b Life/nonlife consolidated return ... [ ]

2 Personal holding co. (attach Sch. PH) ... [ ]

3 Personal service corp. (see instrs.) ... [ ]

TYPE OR PRINT

SMART COMMUNICATIONS HOLDING, INC.
10491 72ND STREET
SEMINOLE, FL 33777

**B** Employer identification number
47-2886302

**C** Date incorporated
12/29/2014

**D** Total assets (see instructions)
$ 11,047,876.

4 Schedule M-3 attached [X]  **E** Check if: **(1)** [ ] Initial return  **(2)** [ ] Final return  **(3)** [ ] Name change  **(4)** [ ] Address change

**INCOME**

| | | | |
|---|---|---|---|
| 1a Gross receipts or sales | 1a | 15,976,810. | |
| b Returns and allowances | 1b | | |
| c Balance. Subtract line 1b from line 1a | | 1c | 15,976,810. |
| 2 Cost of goods sold (attach Form 1125-A) | | 2 | 6,943,236. |
| 3 Gross profit. Subtract line 2 from line 1c | | 3 | 9,033,574. |
| 4 Dividends and inclusions (Schedule C, line 23) | | 4 | |
| 5 Interest | | 5 | |
| 6 Gross rents | | 6 | |
| 7 Gross royalties | | 7 | |
| 8 Capital gain net income (attach Schedule D (Form 1120)) | | 8 | |
| 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 9 | |
| 10 Other income (see instructions — attach statement) | | 10 | |
| 11 **Total income.** Add lines 3 through 10 ► | | 11 | 9,033,574. |

**DEDUCTIONS (SEE INSTRUCTIONS FOR LIMITATIONS ON DEDUCTIONS)**

| | | | |
|---|---|---|---|
| 12 Compensation of officers (see instructions — attach Form 1125-E) | | 12 | 160,815. |
| 13 Salaries and wages (less employment credits) | | 13 | 2,368,717. |
| 14 Repairs and maintenance | | 14 | 220,433. |
| 15 Bad debts | | 15 | |
| 16 Rents | | 16 | 144,167. |
| 17 Taxes and licenses | | 17 | 502,988. |
| 18 Interest (see instructions) | | 18 | 110,906. |
| 19 Charitable contributions | | 19 | 4,750. |
| 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | 20 | 1,901,609. |
| 21 Depletion | | 21 | |
| 22 Advertising | | 22 | 101,163. |
| 23 Pension, profit-sharing, etc., plans | | 23 | |
| 24 Employee benefit programs | | 24 | 15,288. |
| 25 Reserved for future use | | 25 | |
| 26 Other deductions (attach statement)        See Statement 1 | | 26 | 1,770,437. |
| 27 **Total deductions.** Add lines 12 through 26 ► | | 27 | 7,301,273. |
| 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | 1,732,301. |
| 29a Net operating loss deduction (see instructions) | 29a | | |
| b Special deductions (Schedule C, line 24) | 29b | | |
| c Add lines 29a and 29b | | 29c | |

**TAX, REFUNDABLE CREDITS, AND PAYMENTS**

| | | | |
|---|---|---|---|
| 30 **Taxable income.** Subtract line 29c from line 28. See instructions | | 30 | 1,732,301. |
| 31 Total tax (Schedule J, Part I, line 11) | | 31 | 363,783. |
| 32 2019 net 965 tax liability paid (Schedule J, Part II, line 12) | | 32 | |
| 33 Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | | 33 | 144,130. |
| 34 Estimated tax penalty. See instructions. Check if Form 2220 is attached ► [ ] | | 34 | |
| 35 **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | | 35 | 219,653. |
| 36 **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | | 36 | |
| 37 Enter amount from line 36 you want: Credited to 2020 estimated tax ... ►    Refunded ► | | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► Signature of officer          Date

► Title  President

May the IRS discuss this return with the preparer shown below? See instructions.
[X] Yes  [ ] No

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check [ ] if self-employed  PTIN |
| M. L. SHREVE CPA, P.C. | M. L. SHREVE CPA, P.C. | | P01417060 |
| Firm's name ► M.L. Shreve CPA, P.C. | | | Firm's EIN ► 38-2708740 |
| Firm's address ► 7781 N. Easy Street   Whitehall, MI 49461 | | | Phone no. 231 894-5559 |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

CPCA0205  08/22/19

Form **1120** (2019)

Form 1120 (2019)  SMART COMMUNICATIONS HOLDING, INC.  47-2886302  Page 2

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) Percentage | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | Subtotal. Add lines 1 through 8. See instructions for limitations | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Section 965(a) inclusion | | see instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | Total dividends and inclusions. Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | Total special deductions. Add column (c) lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2019)

Form 1120 (2019)    SMART COMMUNICATIONS HOLDING, INC.                    47-2886302         Page **3**

| **Schedule J** | **Tax Computation and Payment** (see instructions) | | |
|---|---|---|---|

### Part I — Tax Computation

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions . . . . ▶ ☐ | | |
| 2 | Income tax. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 363,783. |
| 3 | Base erosion minimum tax amount (attach Form 8991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 363,783. |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5a | | |
| b | Credit from Form 8834 (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | 5b | | |
| c | General business credit (attach Form 3800) . . . . . . . . . . . . . . . . . . . . . . . . | 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) . . . . . . . . . . . . . . . . | 5d | | |
| e | Bond credits from Form 8912 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5e | | |
| 6 | **Total credits.** Add lines 5a through 5e . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 363,783. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) . . . . . . . . . . . . . . . . . . | 9a | | |
| b | Recapture of low-income housing credit (attach Form 8611) . . . . . . . . . . . | 9b | | |
| c | Interest due under the look-back method — completed long-term contracts (attach Form 8697) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9c | | |
| d | Interest due under the look-back method — income forecast method (attach Form 8866) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9d | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) . . . . . . . . . . . | 9e | | |
| f | Other (see instructions — attach statement) . . . . . . . . . . . . . . . . . . . . . . . . | 9f | | |
| 10 | **Total.** Add lines 9a through 9f . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 . . . . . . . . . . . . . . . . . . . . . | **11** | 363,783. |

### Part II — Section 965 Payments (see instructions)

| | | | |
|---|---|---|---|
| 12 | 2019 net 965 tax liability paid from Form 965-B, Part II, column (k), line 3. Enter here and on page 1, line 32. | **12** | |

### Part III — Payments and Refundable Credits, and Section 965 Net Tax Liability

| | | | |
|---|---|---|---|
| 13 | 2018 overpayment credited to 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | 44,130. |
| 14 | 2019 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | 100,000. |
| 15 | 2019 refund applied for on Form 4466 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Combine lines 13, 14, and 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | 144,130. |
| 17 | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | |
| 18 | Withholding (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | 144,130. |
| 20 | Refundable credits from: | | | |
| a | Form 2439 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20a | | |
| b | Form 4136 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20b | | |
| c | Form 8827, line 5c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20c | | |
| d | Other (attach statement — see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | 20d | | |
| 21 | **Total credits.** Add lines 20a through 20d . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | 2019 net 965 tax liability from Form 965-B, Part I, column (d), line 3. See instructions . . . . . . . . . . . . . . . . . . | **22** | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **23** | 144,130. |

Form **1120** (2019)

Form 1120 (2019)    SMART COMMUNICATIONS HOLDING, INC.        47-2886302        Page **4**

| **Schedule K** | **Other Information** (see instructions) | | | | Yes | No |

**1** Check accounting method: **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) ► _____

**2** See the instructions and enter the:
**a** Business activity code no. ► 551112 _____
**b** Business activity ► HOLDING COMPANY _____
**c** Product or service ► COMMUNICATIONS _____

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group?............................ | | X

If "Yes," enter name and EIN of the parent corporation ► _____

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G)............ | | X

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G)........ | X |

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions........................................................................... | | X

If "Yes," complete (i) through (iv) below.

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions...................................................................... | | X

If "Yes," complete (i) through (iv) below.

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316........................ | | X

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? For rules of attribution, see section 318. If "Yes," enter: | | X

**(a)** Percentage owned ► _____  and **(b)** Owner's country ► _____

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ► _____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount................. ► ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ► $_____ None

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ► 2

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions)................. ► ☐
If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.).................................................. ► $_____ None

Form **1120** (2019)

Form 1120 (2019)   SMART COMMUNICATIONS HOLDING, INC.       47-2886302       Page **5**

| Schedule K | Other Information *(continued from page 4)* | | Yes | No |
|---|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000?................................................................................. | | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year  ► $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions............ | | | X |
| | If "Yes," complete and attach Schedule UTP. | | | |
| 15a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099?................................. | | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099?................................................................ | | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock?........................................................................................................... | | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction?.............................................. | | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million?........................................................................... | | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code?....................... | | | X |
| 20 | Is the corporation operating on a cooperative basis?............................................................................ | | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions........................................................................................... | | | X |
| | If "Yes," enter the total amount of the disallowed deductions ► $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3))............................................................................................... | | | X |
| | If "Yes," complete and attach Form 8991. | | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions.................................................................... | | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions....................................... | | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | | |
| | If "Yes," to any, complete and attach Form 8990. | | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?....................................... | | | X |
| | If "Yes," enter amount from Form 8996, line 14............. ► $ | | | |

Form **1120** (2019)

Form 1120 (2019)    SMART COMMUNICATIONS HOLDING, INC.                    47-2886302                    Page 6

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 80,872. | | 531,546. |
| 2a | Trade notes and accounts receivable | 41,444. | | 536,587. | |
| b | Less allowance for bad debts | | 41,444. | | 536,587. |
| 3 | Inventories | | 352,042. | | 723,965. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) Stmt. 2 | | 172,170. | | 243,622. |
| 7 | Loans to shareholders | | 376,335. | | 587,616. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 5,603,045. | | 12,571,546. | |
| b | Less accumulated depreciation | 2,440,397. | 3,162,648. | 4,342,006. | 8,229,540. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | 195,000. | | 195,000. |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 4,380,511. | | 11,047,876. |
| | Liabilities and Shareholders' Equity | | | | |
| 16 | Accounts payable | | 127,770. | | 2,557,083. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 493,345. | | 76,768. |
| 18 | Other current liabilities (attach stmt) Stmt. 3 | | 465,976. | | 483,816. |
| 19 | Loans from shareholders | | 718. | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 2,167,857. | | 5,189,507. |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | 364,667. | 364,667. | 364,667. | 364,667. |
| 23 | Additional paid-in capital | | 252,955. | | 490,967. |
| 24 | Retained earnings — Approp (att stmt) | | | | |
| 25 | Retained earnings — Unappropriated | | 507,223. | | 1,885,068. |
| 26 | Adjmt to shareholders' equity (att stmt) | | | | |
| 27 | Less cost of treasury stock | | | | |
| 28 | Total liabilities and shareholders' equity | | 4,380,511. | | 11,047,876. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 1,315,350. | | 7 | Income recorded on books this year not included on this return (itemize): | | |
| 2 | Federal income tax per books | 364,082. | | | Tax-exempt interest $ _ _ _ _ _ _ _ _ | | |
| 3 | Excess of capital losses over capital gains | | | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): _ _ _ _ _ _ | | | | | | |
| | | | | 8 | Deductions on this return not charged against book income this year (itemize): | | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | | | a Depreciation.. $ _ _ _ _ _ _ _ _ | | |
| a | Depreciation ....... $ _ _ _ _ _ _ | | | | b Charitable contribns $ _ _ _ _ _ _ _ | | |
| b | Charitable contributions.. $ _ _ _ _ _ | | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| c | Travel & entertainment.. $  20,646. | | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | Statement 4      32,223. | | | | | | |
| 6 | Add lines 1 through 5 | 52,869. | | 9 | Add lines 7 and 8 | | 0. |
| | | 1,732,301. | | 10 | Income (page 1, line 28) — line 6 less line 9 | | 1,732,301. |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L) |
|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year | 507,223. | | 5 | Distributions .............. a Cash | | |
| 2 | Net income (loss) per books | 1,315,350. | | | b Stock          c Property | | |
| 3 | Other increases (itemize): _ _ _ _ _ _ | | | 6 | Other decreases (itemize): | | |
| | Statement 5 | 62,495. | | 7 | Add lines 5 and 6 | | |
| 4 | Add lines 1, 2, and 3 | 1,885,068. | | 8 | Balance at end of year (line 4 less line 7) | | 1,885,068. |

CPCA0234  08/22/19

Form **1120** (2019)

Form **7004**
(Rev December 2018)

Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

► File a separate application for each return.
► Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

| Print or Type | Name | Identifying number |
|---|---|---|
| | SMART COMMUNICATIONS HOLDING, INC. | 47-2886302 |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) | |
| | 10491 72ND STREET | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) | |
| | SEMINOLE, FL 33777 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I   Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1  Enter the form code for the return listed below that this application is for........................................ | 12 |

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II   All Filers Must Complete This Part

2  If the organization is a foreign corporation that does not have an office or place of business in the United States, check here ...... ► ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here ..... ► ☒
If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.
See Attached Schedule

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ................... ► ☐

5a  The application is for calendar year 20 <u>19</u>, or tax year beginning _ _ _ _ _ _ , 20 _ _ , and ending _ _ _ _ _ _ , 20 _ _

   b  **Short tax year.** If this tax year is less than 12 months, check the reason:  ☐ Initial return   ☐ Final return
   ☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions — attach explanation.)

| | | | |
|---|---|---|---|
| 6  Tentative total tax............................................................... | **6** | 136,630. |
| 7  **Total** payments and credits. See instructions ....................................... | **7** | 136,630. |
| 8  **Balance due.** Subtract line 7 from line 6. See instructions............................ | **8** | 0. |

**BAA  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**   CPCZ0701L  08/09/18   Form **7004** (Rev. 12-2018)

**Form 7004 Attachment for
Members of a Consolidated Group**

SMART COMMUNICATIONS HOLDING, INC.   47-2886302

| Name and Address | EIN |
|---|---|
| SMART COMMUNICATIONS COLLIER INC.<br>10491  72ND STREET<br>SEMINOLE, FL 33777 | 46-0554683 |
| SMART COMMUNICATIONS PASCO, INC.<br>10491  72ND STREET<br>SEMINOLE, FL 33777 | 37-1735923 |
| SMART COMMUNICATIONS US, INC.<br>10491 72nd STREET<br>SEMINOLE, FL 33777 | 37-1601615 |

Form **1125-A**
(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

### Cost of Goods Sold

► Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
► Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| SMART COMMUNICATIONS HOLDING, INC. | 47-2886302 |

| | | |
|---|---|---|
| 1 Inventory at beginning of year................................................. | 1 | 352,042. |
| 2 Purchases...................................................................... | 2 | |
| 3 Cost of labor................................................................. | 3 | |
| 4 Additional section 263A costs (attach schedule)............................. | 4 | |
| 5 Other costs (attach schedule)............................See Statement 6...... | 5 | 7,315,159. |
| 6 **Total.** Add lines 1 through 5.............................................. | 6 | 7,667,201. |
| 7 Inventory at end of year..................................................... | 7 | 723,965. |
| 8 **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions......................................... | 8 | 6,943,236. |

9 a Check all methods used for valuing closing inventory:

   *(i)* [X] Cost

   *(ii)* [ ] Lower of cost or market

   *(iii)* [ ] Other (Specify method used and attach explanation.) ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

  b Check if there was a writedown of subnormal goods........................................................... ► [ ]

  c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)............. ► [ ]

  d If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO........................................................................... | 9d | |

  e If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions....... [ ] Yes [X] No

  f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation............................................ [ ] Yes [X] No

**BAA For Paperwork Reduction Act Notice, see instructions.**                                   Form **1125-A** (Rev. 11-2018)

**SCHEDULE G**
**(Form 1120)**
(Rev December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock
► Attach to Form 1120.
► See instructions.

OMB No. 1545-0123

| Name | Employer Identification number (EIN) |
|------|--------------------------------------|
| SMART COMMUNICATIONS HOLDING, INC. | 47-2886302 |

**Part I**   **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a).
Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**   **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b).
Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| JAMES LOGAN | 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 | United States | 50.00% |
| JONATHON LOGAN | 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 | United States | 50.00% |
| JAMES P. LOGAN | 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 | United States | 50.00% |
| JONATHON LOGAN | 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 | United States | 50.00% |
| | | | |
| | | | |
| | | | |
| | | | |

BAA   **For Paperwork Reduction Act Notice,**
**see the Instructions for Form 1120.**

CPCA1901L  06/02/11     Schedule G (Form 1120) (Rev 12-2011)

**SCHEDULE M-3**
**(Form 1120)**
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

## Net Income (Loss) Reconciliation for Corporations With Total Assets of $10 Million or More
► Attach to Form 1120 or 1120-C.
► Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

| Name of corporation (common parent, if consolidated return) | Employer Identification number |
|---|---|
| SMART COMMUNICATIONS COLLIER INC. | 46-0554683 |

Check applicable box(es): (1) ☐ Non-consolidated return  (2) ☒ Consolidated return (Form 1120 only)
(3) ☐ Mixed 1120/L/PC group  (4) ☐ Dormant subsidiaries schedule attached

### Part I  Financial Information and Net Income (Loss) Reconciliation (see instructions)

**1a** Did the corporation file SEC Form 10-K for its income statement period ending with or within this tax year?
  ☐ **Yes.** Skip lines 1b and 1c and complete lines 2a through 11 with respect to that SEC Form 10-K.
  ☒ **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.
**b** Did the corporation prepare a certified audited non-tax-basis income statement for that period?
  ☐ **Yes.** Skip line 1c and complete lines 2a through 11 with respect to that income statement.
  ☒ **No.** Go to line 1c.
**c** Did the corporation prepare a non-tax-basis income statement for that period?
  ☒ **Yes.** Complete lines 2a through 11 with respect to that income statement.
  ☐ **No.** Skip lines 2a through 3c and enter the corporation's net income (loss) per its books and records on line 4a.
**2a** Enter the income statement period:  Beginning  1/01/19  Ending  12/31/19
**b** Has the corporation's income statement been restated for the income statement period on line 2a?
  ☐ **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
  ☒ **No.**
**c** Has the corporation's income statement been restated for any of the five income statement periods immediately preceding the period on line 2a?
  ☐ **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
  ☒ **No.**
**3a** Is any of the corporation's voting common stock publicly traded?
  ☐ **Yes.**
  ☒ **No.** If "No," go to line 4a.
**b** Enter the symbol of the corporation's primary U.S. publicly traded voting common stock . . . . . . . . . . .
**c** Enter the nine-digit CUSIP number of the corporation's primary publicly traded voting common stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | | |
|---|---|---|
| **4a** Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 . . . . . . . . | **4a** | 1,262,477. |
| **b** Indicate accounting standard used for line 4a (see instructions): (1) ☐ GAAP (2) ☐ IFRS (3) ☐ Statutory (4) ☒ Tax-basis (5) ☐ Other (specify) | | |
| **5a** Net income from nonincludible foreign entities (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5a** | |
| **b** Net loss from nonincludible foreign entities (attach statement and enter as a positive amount) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5b** | |
| **6a** Net income from nonincludible U.S. entities (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6a** | |
| **b** Net loss from nonincludible U.S. entities (attach statement and enter as a positive amount) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6b** | |
| **7a** Net income (loss) of other includible foreign disregarded entities (attach statement) . . . . . . . . . . . . . . . . . . . . . . | **7a** | |
| **b** Net income (loss) of other includible U.S. disregarded entities (attach statement) . . . . . . . . . . . . . . . . . . | **7b** | |
| **c** Net income (loss) of other includible entities (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7c** | |
| **8** Adjustment to eliminations of transactions between includible entities and nonincludible entities (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** Adjustment to reconcile income statement period to tax year (attach statement) . . . . . . . . . . . . . . . . . | **9** | |
| **10a** Intercompany dividend adjustments to reconcile to line 11 (attach statement) . . . . . . . . . . . . . . . . . . | **10a** | |
| **b** Other statutory accounting adjustments to reconcile to line 11 (attach statement) . . . . . . . . . . . . . . . . . . | **10b** | |
| **c** Other adjustments to reconcile to amount on line 11 (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . | **10c** | 52,873. |
| **11** **Net income (loss) per income statement of includible corporations.** Combine lines 4 through 10 . . . . . . . . . | **11** | 1,315,350. |

**Note:** Part I, line 11, must equal Part II, line 30, column (a), or Schedule M-1, line 1 (see instructions).

**12** Enter the total amount (not just the corporation's share) of the assets and liabilities of all entities included or removed on the following lines.

| | Total Assets | Total Liabilities |
|---|---|---|
| **a** Included on Part I, line 4 . . . . . . . . . . . . . . . ► | 11,047,876. | 8,307,174. |
| **b** Removed on Part I, line 5 . . . . . . . . . . . . . . . ► | | |
| **c** Removed on Part I, line 6 . . . . . . . . . . . . . . . ► | | |
| **d** Included on Part I, line 7 . . . . . . . . . . . . . . . ► | | |

BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120.  CPCA1001L 08/01/19  **Schedule M-3 (Form 1120) (Rev. 12-2019)**

**Form 851**
(Rev October 2016)
Department of the Treasury
Internal Revenue Service

## Affiliations Schedule

For tax year ending  12/31 , 2019
► File with each consolidated income tax return.
► Information about Form 851 and its instructions is at *www.irs.gov/form851*.

OMB No. 1545-0123

| Name of common parent corporation | Employer identification number |
|---|---|
| SMART COMMUNICATIONS COLLIER, INC | 46-0554683 |

Number, street, and room or suite number. If a P.O. box, see instructions.

10491 72ND STREET

City or town                   State    ZIP Code

SEMINOLE, FL 33777

### Part I — Overpayment Credits, Estimated Tax Payments, and Tax Deposits (see instructions)

| Corp No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation | | 144,130. | |
| | Subsidiary corporations: | | | |
| 2 | SMART COMMUNICATIONS PASCO, INC.<br>10491 72ND STREET, SEMINOLE, FL 33777 | 37-1735923 | | |
| 3 | SMART COMMUNICATIONS US, INC.<br>10491 72nd STREET, SEMINOLE, FL 33777 | 37-1601615 | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

Totals (Must equal amounts shown on the consolidated tax return).................. ►    144,130.

### Part II — Principal Business Activity, Voting Stock Information, Etc (see instructions)

| Corp No. | Principal business activity (PBA) | PBA Code Number | Did the subsidiary make any nondividend distributions? Yes | No | Stock holdings at beginning of year Number of shares | Percentage of voting power | Percentage of value | Owned by corporation number |
|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation<br>HOLDING COMPANY | 551112 | | | | | | |
| | Subsidiary corporations: | | | | | | | |
| 2 | SERVICE | 518210 | | X | | % | % | 1 |
| 3 | SERVICE | 541519 | | X | | % | % | 1 |
| 4 | | | | | | % | % | |
| 5 | | | | | | % | % | |
| 6 | | | | | | % | % | |
| 7 | | | | | | % | % | |
| 8 | | | | | | % | % | |
| 9 | | | | | | % | % | |
| 10 | | | | | | % | % | |

BAA  For Paperwork Reduction Act Notice, see instructions.

Form 851 (Rev 10-2016)

CPCA2312L  08/23/16

Form 851 (Rev 10-2016) SMART COMMUNICATIONS COLLIER, INC                   47-2886302   Page 2

| Part III | Changes in Stock Holdings During the Tax Year | | | | | | |

| Corp No. | Name of corporation | Share-holder of Corpora-tion No. | Date of transaction | (a) Changes | | (b) Shares held after changes described in column (a) | |
|---|---|---|---|---|---|---|---|
| | | | | Number of shares acquired | Number of shares disposed of | Percentage of voting power | Percentage of value |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |

(c)  If any transaction listed above caused a transfer of a share of subsidiary stock (defined to include dispositions and deconsolidations), did the share's basis exceed its value at the time of the transfer? See instructions ☐ Yes  ☒ No

(d)  Did any share of subsidiary stock become worthless within the meaning of section 165 (taking into account the provisions of Regulations section 1.1502-80(c)) during the taxable year? See instrs . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

(e)  If the equitable owners of any capital stock shown above were other than the holders of record, provide details of the changes.

_____

_____

_____

_____

_____

_____

(f)  If additional stock was issued, or if any stock was retired during the year, list the dates and amounts of these transactions.

_____

_____

_____

_____

_____

_____

Form 851 (Rev 10-2016)

Form 851 (Rev 10-2016)    SMART COMMUNICATIONS COLLIER, INC    47-2886302 Page 3

**Part IV    Additional Stock Information** (see instructions)

1   During the tax year, did the corporation have more than one class of stock outstanding?............................. ☐ Yes  ☒ No
    If 'Yes', enter the name of the corporation and list and describe each class of stock.

| Corp No. | Name of corporation | Class of stock |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

2   During the tax year, was there any member of the consolidated group that reaffiliated within 60 months of disaffiliation?. ☐ Yes  ☒ No
    If 'Yes', enter the name of the corporation(s) and explain the circumstances.

| Corp No. | Name of corporation | Explanation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

3   During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?............................. ☐ Yes  ☒ No

If 'Yes', enter the name of the corporation and see the instructions for the percentages to enter in columns (a), (b), and (c).

| Corp No. | Name of corporation | (a) Percentage of value | (b) Percentage of outstanding voting stock | (c) Percentage of voting power |
|---|---|---|---|---|
| | | % | % | % |
| | | % | % | % |
| | | % | % | % |
| | | % | % | % |

| Corp No. | (d) Provide a description of any arrangement. |
|---|---|
| | |
| | |
| | |
| | |

BAA                                                                                      Form **851** (Rev 10-2016)

**Form 1125-E**
(Rev October 2016)

Department of the Treasury
Internal Revenue Service

**Compensation of Officers**

► Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
► Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.

OMB No. 1545-0123

| Name | Employer Identification number |
|---|---|
| SMART COMMUNICATIONS HOLDING, INC. | 47-2886302 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1 (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| SMART COMMUNICATIONS COLLIER INC. - 46-0554683 | | % | % | % | |
| JAMES LOGAN | 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 | 100 % | 50.00 % | 0.00 % | 42,662. |
| JONATHON LOGAN | 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 | 100 % | 50.00 % | 0.00 % | 118,153. |
| SMART COMMUNICATIONS PASCO, INC. - 37-1735923 | | % | % | % | |
| JAMES P. LOGAN | 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 | 100 % | 50.00 % | 0.00 % | 0. |
| JONATHON LOGAN | 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 | 100 % | 50.00 % | 0.00 % | 0. |
| SMART COMMUNICATIONS US, INC. - 37-1601615 | | % | % | % | |
| JAMES LOGAN | 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 | 100 % | 50.00 % | 0.00 % | 0. |
| JONATHON LOGAN | 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 | 100 % | 50.00 % | 0.00 % | 0. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | |
|---|---|---|
| 2 Total compensation of officers............................................................... | | 160,815. |
| 3 Compensation of officers claimed on Form 1125-A or elsewhere on return..................... | | |
| 4 Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return............................................................... | | 160,815. |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev 10-2016)

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) ► Attach to your tax return. ► Go to *www.irs.gov/Form4562* for instructions and the latest information. | OMB No. 1545-0172 **2019** Attachment Sequence No. **179** |
|---|---|---|

Department of the Treasury
Internal Revenue Service    (99)

| Name(s) shown on return | Identifying number |
|---|---|
| SMART COMMUNICATIONS HOLDING, INC. | 47-2886302 |

Business or activity to which this form relates

Form 1120

## Part I    Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 1,020,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . . . . . . . . . . . | **3** | 2,550,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7. . . . . . . . . . . . . . . . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instrs. . . | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . . . . . . . . . . . . . | **12** | |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 . . . . . . . . ► | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II    Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | 935,008. |
| 15 | Property subject to section 168(f)(1) election. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |

## Part III    MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 . . . . . . . . . . . . . . . . . . . | **17** | 467,064. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐ | | |

### Section B — Assets Placed in Service During 2019 Tax Year Using the General Depreciation System

| **(a)** Classification of property | **(b)** Month and year placed in service | **(c)** Basis for depreciation (business/investment use only — see instructions) | **(d)** Recovery period | **(e)** Convention | **(f)** Method | **(g)** Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a 3-year property. . . . . . . . . . | | | | | | |
| b 5-year property. . . . . . . . . . | | 2,850,000. | 5 | HY | S/L | 285,000. |
| c 7-year property. . . . . . . . . . | | | | | | |
| d 10-year property. . . . . . . . . | | | | | | |
| e 15-year property. . . . . . . . . | | | | | | |
| f 20-year property. . . . . . . . . | | | | | | |
| g 25-year property. . . . . . . . . | | | 25 yrs | | S/L | |
| h Residential rental property. . . . . . . . . . . . . . . | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property. . . . . . . . . . . . . . . | Various | 2,516,358. | 39 yrs | MM | S/L | 24,178. |
| | | | | MM | S/L | |

### Section C — Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a Class life. . . . . . . . . . . . . . | | | | | S/L | |
| b 12-year. . . . . . . . . . . . . . . | | | 12 yrs | | S/L | |
| c 30-year. . . . . . . . . . . . . . . | | | 30 yrs | MM | S/L | |
| d 40-year. . . . . . . . . . . . . . . | | | 40 yrs | MM | S/L | |

## Part IV    Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **21** | 190,359. |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions . . . . . . . . . . . . . . . . . . . | **22** | 1,901,609. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . . . . . . . | **23** | |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**            FDIZ0812L  08/05/19                    Form **4562** (2019)

Form 4562 (2019)    SMART COMMUNICATIONS HOLDING, INC.                    47-2886302        Page 2

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

| 24 a Do you have evidence to support the business/investment use claimed? | | | | X Yes | No | 24b If 'Yes,' is the evidence written? | X Yes | No |
|---|---|---|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use % | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions ............ 25 | | | | | | | 190,359. | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 2017 MAZDA C | 3/07/19 | 100.0 | 25,000. | 6,900. | 5.0 | 200DB HY | | |
| 2019 CADILLA | 9/17/19 | 100.0 | 63,197. | 45,097. | 5.0 | 200DB HY | | |
| 2020 BUICK E | 11/12/19 | 100.0 | 39,714. | 21,614. | 5.0 | 200DB HY | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 .............. 28 | | | | | | | 190,359. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ...................................... 29 | | | | | | | | 0. |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't** include commuting miles) ................... | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year. ....... | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven. ........................... | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 ...................... | | | | | | | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 | Was the vehicle available for personal use during off-duty hours? ................... | | | | | | | | | | | | |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? ........ | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? ................................. | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? ............................................................ | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners .............. | | |
| 39 | Do you treat all use of vehicles by employees as personal use? ................................... | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ................................. | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions. .................. | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles.

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2019 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2019 tax year .......................................... 43 | | | | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report ................ 44 | | | | | |

Form 4562 (2019)    SMART COMMUNICATIONS HOLDING, INC.                    47-2886302         Page 2

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

24 a Do you have evidence to support the business/investment use claimed?. . . . . . . . . [ ] Yes [ ] No | **24b** If 'Yes,' is the evidence written?. . . . . [ ] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | **25** | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 2020 LAMBOUR | 11/12/19 | 100.0 | 344,360. | 326,260. | 5.0 | 200DB HY | | |
| 2020 LAND RO | 12/23/19 | 100.0 | 195,507. | 177,407. | 5.0 | 200DB HY | | |
| 2019 LAND RO | 7/29/19 | 100.0 | 99,859. | | 5.0 | 200DB HY | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . . . . . | **28** | |

29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **29** |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year . . . . . . | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven. . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . . | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . . . | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . . . . . . . . . . . . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles.

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2019 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |

43 Amortization of costs that began before your 2019 tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **43** | |

44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . . . . . . . . . . . . | **44** | |

FDIZ0812L 08/05/19                                                               Form **4562** (2019)

| 12/31/19 | **Consolidated Statement of Income and Deductions** | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|---|
| | **SMART COMMUNICATIONS HOLDING, INC.** | | | | | | | 47-2886302 |

| | | SMART COMMUNICATIONS COLLIER INC. 46-0556683 | SMART COMMUNICATIONS PASCO, INC. 37-1735923 | SMART COMMUNICATIONS US, INC. 37-1601615 | Total | Eliminations | Adjustments | Consolidated |
|---|---|---|---|---|---|---|---|---|
| | **INCOME** | | | | | | | |
| 1a | Gross receipts or sales | 15,803,722. | 173,088. | | 15,976,810. | | | 15,976,810. |
| 1b | Less returns and allowances | | | | | | | |
| 1c | Net sales | 15,803,722. | 173,088. | | 15,976,810. | | | 15,976,810. |
| 2 | Cost of goods sold | 6,893,941. | 49,295. | | 6,943,236. | | | 6,943,236. |
| 3 | Gross profit | 8,909,781. | 123,793. | | 9,033,574. | | | 9,033,574. |
| 4 | Dividends | | | | | | | |
| 5 | Interest | | | | | | | |
| 6 | Gross rents | | | | | | | |
| 7 | Gross royalties | | | | | | | |
| 8 | Capital gain net income | | | | | | | |
| 9 | Net gain (loss) from 4797 | | | | | | | |
| 10 | Other income | | | | | | | |
| 11 | Total income | 8,909,781. | 123,793. | 0. | 9,033,574. | | | 9,033,574. |
| | **DEDUCTIONS** | | | | | | | |
| 12 | Compensation of officers | 160,815. | | | 160,815. | | | 160,815. |
| 13 | Salaries and wages | 2,368,717. | | | 2,368,717. | | | 2,368,717. |
| 14 | Repairs and maintenance | 220,433. | | | 220,433. | | | 220,433. |
| 15 | Bad debts | | | | | | | |
| 16 | Rents | 144,167. | | | 144,167. | | | 144,167. |
| 17 | Taxes and licenses | 500,335. | 2,618. | 35. | 502,988. | | | 502,988. |
| 18 | Interest expense | 108,529. | 2,377. | | 110,906. | | | 110,906. |
| 19 | Charitable contributions | 4,750. | | | 4,750. | | | 4,750. |
| 20 | Depreciation | 1,897,951. | 2,522. | 1,136. | 1,901,609. | | | 1,901,609. |
| 21 | Depletion | | | | | | | |
| 22 | Advertising | 101,163. | | | 101,163. | | | 101,163. |
| 23 | Pension, profit-sharing plans | | | | | | | |
| 24 | Employee benefit programs | 15,288. | | | 15,288. | | | 15,288. |
| 25 | Domestic production activities deduction | | | | | | | |
| 26 | Other deductions | Statement 1 | 1,759,268. | 10,917. | 252. | 1,770,437. | | | 1,770,437. |
| 27 | Total deductions | 7,281,416. | 18,434. | 1,423. | 7,301,273. | | | 7,301,273. |
| 28 | TI before NOL/special deductions | 1,628,365. | 105,359. | -1,423. | 1,732,301. | | | 1,732,301. |
| 29a | Net operating loss deduction | | | | | | | |
| 29b | Special deductions | | | | | | | |
| 30 | Taxable income | 1,628,365. | 105,359. | -1,423. | 1,732,301. | | | 1,732,301. |

| 12/31/19 | | Consolidated Statement of Cost of Goods Sold | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|---|
| | | SMART COMMUNICATIONS HOLDING, INC. | | | | | | 47-2886302 |

| | | SMART COMMUNICATIONS COLLIER INC. 46-0554683 | SMART COMMUNICATIONS PASCO, INC. 37-1735923 | SMART COMMUNICATIONS US, INC. 37-1601615 | Total | Eliminations | Adjustments | Consolidated |
|---|---|---|---|---|---|---|---|---|
| 1 | Inventory at beginning of year | 352,042. | | | 352,042. | | | 352,042. |
| 2 | Purchases | | | | | | | |
| 3 | Cost of labor | | | | | | | |
| 4 | Additional section 263A costs | | | | | | | |
| 5 | Other costs | Statement 6 | 7,265,864. | 49,295. | | 7,315,159. | | | 7,315,159. |
| 6 | Total | 7,617,906. | 49,295. | | 7,667,201. | | | 7,667,201. |
| 7 | Inventory at end of year | 723,965. | | | 723,965. | | | 723,965. |
| 8 | Cost of goods sold | 6,893,941. | 49,295. | 0. | 6,943,236. | | | 6,943,236. |

| 12/31/19 | | **Consolidated Beginning Balance Sheet** | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|---|
| | | SMART COMMUNICATIONS HOLDING, INC. | | | | | | 47-2886302 |

| | | SMART COMMUNICATI ONS COLLIER INC. 46-0564683 | SMART COMMUNICATI ONS PASCO, INC. 37-1735923 | SMART COMMUNICATI ONS US, INC. 37-1601615 | Total | Eliminations | Adjustments | Consolidated |
|---|---|---|---|---|---|---|---|---|
| | **ASSETS** | | | | | | | |
| 1 | Cash | 77,877. | 2,935. | 60. | 80,872. | | | 80,872. |
| 2a | Trade notes & accounts receivable | 41,444. | | | 41,444. | | | 41,444. |
| 2b | Less allowance for bad debts | | | | | | | |
| 3 | Inventories | 352,042. | | | 352,042. | | | 352,042. |
| 4 | U.S. government obligations | | | | | | | |
| 5 | Tax-exempt securities | | | | | | | |
| 6 | Other current assets | Statement 2 | 620,557. | 513,737. | 250,649. | 1,384,943. | 1,212,773. | | 172,170. |
| 7 | Loans to shareholders | 360,835. | 15,500. | | 376,335. | | | 376,335. |
| 8 | Mortgage and real estate loans | | | | | | | |
| 9 | Other investments | | | | | | | |
| 10a | Buildings & other depreciable assets | 5,246,778. | 158,843. | 197,424. | 5,603,045. | | | 5,603,045. |
| 10b | Less accumulated depreciation | (2,090,496.) | ( 153,627.) | ( 196,274.) | (2,440,397.) | | - | (2,440,397.) |
| 11a | Depletable assets | | | | | | | |
| 11b | Less accumulated depletion | | | | | | | |
| 12 | Land (net of amortization) | 195,000. | | | 195,000. | | | 195,000. |
| 13a | Intangible assets (amortizable) | | | | | | | |
| 13b | Less accumulated amortization | | | | | | | |
| 14 | Other assets | | | | | | | |
| 15 | **Total assets** | 4,804,037. | 537,388. | 251,859. | 5,593,284. | 1,212,773. | | 4,380,511. |
| | **LIABILITIES AND EQUITY** | | | | | | | |
| 16 | Accounts payable | 115,797. | | 11,973. | 127,770. | | | 127,770. |
| 17 | Mortgages, notes, bonds payable in less than one year | 493,345. | | | 493,345. | | | 493,345. |
| 18 | Other current liabilities | Statement 3 | 963,772. | 266,590. | 448,387. | 1,678,749. | 1,212,773. | | 465,976. |
| 19 | Loans from shareholders | | | 718. | 718. | | | 718. |
| 20 | Mortgages, notes, bonds payable in more than one year | 2,165,996. | | 1,861. | 2,167,857. | | | 2,167,857. |
| 21 | Other liabilities | | | | | | | |
| 22a | Capital stock - preferred | | | | | | | |
| 22b | Capital stock - common | 364,667. | | | 364,667. | | | 364,667. |
| 23 | Additional paid-in capital | 185,340. | 70,787. | -3,172. | 252,955. | | | 252,955. |
| 24 | Retained earnings - appropriated | | | | | | | |
| 25 | Retained earnings - unappropriated | 515,120. | 200,011. | -207,908. | 507,223. | | | 507,223. |
| 26 | Adjustments to shareholder equity | | | | | | | |
| 27 | Less cost of treasury stock | | | | | | | |
| 28 | **Total liabilities and equity** | 4,804,037. | 537,388. | 251,859. | 5,593,284. | 1,212,773. | | 4,380,511. |

| 12/31/19 | | **Consolidated Ending Balance Sheet** | | | | | | | Page 1 |

**SMART COMMUNICATIONS HOLDING, INC.** — 47-2886302

| | | | SMART COMMUNICATIONS COLLIER INC. 46-0554663 | SMART COMMUNICATIONS PASCO, INC. 37-1735923 | SMART COMMUNICATIONS US, INC. 37-1601615 | Total | Eliminations | Adjustments | Consolidated |
|---|---|---|---|---|---|---|---|---|---|
| | **ASSETS** | | | | | | | | |
| 1 | Cash | | 468,478. | 63,058. | | 531,546. | | | 531,546. |
| 2a | Trade notes & accounts receivable | | 535,587. | | | 535,587. | | | 535,587. |
| 2b | Less allowance for bad debts | | | | | | | | |
| 3 | Inventories | | 723,965. | | | 723,965. | | | 723,965. |
| 4 | U.S. government obligations | | | | | | | | |
| 5 | Tax-exempt securities | | | | | | | | |
| 6 | Other current assets | Statement 2 | 692,009. | 513,737. | 250,649. | 1,456,395. | 1,212,773. | | 243,622. |
| 7 | Loans to shareholders | | 529,216. | 58,400. | | 587,616. | | | 587,616. |
| 8 | Mortgage and real estate loans | | | | | | | | |
| 9 | Other investments | | | | | | | | |
| 10a | Buildings & other depreciable assets | | 12,215,279. | 158,843. | 197,424. | 12,571,546. | | | 12,571,546. |
| 10b | Less accumulated depreciation | | (3,988,447.) | ( 155,149.) | ( 197,410.) | (4,342,006.) | | | (4,342,006.) |
| 11a | Depletable assets | | | | | | | | |
| 11b | Less accumulated depletion | | | | | | | | |
| 12 | Land (net of amortization) | | 195,000. | | | 195,000. | | | 195,000. |
| 13a | Intangible assets (amortizable) | | | | | | | | |
| 13b | Less accumulated amortization | | | | | | | | |
| 14 | Other assets | | | | | | | | |
| 15 | **Total assets** | | 11,372,087. | 637,899. | 250,663. | 12,260,649. | 1,212,773. | | 11,047,876. |
| | **LIABILITIES AND EQUITY** | | | | | | | | |
| 16 | Accounts payable | | 2,532,571. | 8,515. | 15,997. | 2,557,083. | | | 2,557,083. |
| 17 | Mortgages, notes, bonds payable in less than one year | | 76,768. | | | 76,768. | | | 76,768. |
| 18 | Other current liabilities | Statement 3 | 972,845. | 275,357. | 448,387. | 1,696,589. | 1,212,773. | | 483,816. |
| 19 | Loans from shareholders | | | | | | | | |
| 20 | Mortgages, notes, bonds payable in more than one year | | 5,189,507. | | | 5,189,507. | | | 5,189,507. |
| 21 | Other liabilities | | | | | | | | |
| 22a | Capital stock - preferred | | | | | | | | |
| 22b | Capital stock - common | | 364,667. | | | 364,667. | | | 364,667. |
| 23 | Additional paid-in capital | | 423,352. | 70,787. | -3,172. | 490,967. | | | 490,967. |
| 24 | Retained earnings - appropriated | | | | | | | | |
| 25 | Retained earnings - unappropriated | | 1,812,377. | 283,240. | -210,549. | 1,885,068. | | | 1,885,068. |
| 26 | Adjustments to shareholder equity | | | | | | | | |
| 27 | Less cost of treasury stock | | | | | | | | |
| 28 | **Total liabilities and equity** | | 11,372,087. | 637,899. | 250,663. | 12,260,649. | 1,212,773. | | 11,047,876. |

| 12/31/19 | Consolidated Schedules M-1 and M-2 | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| | SMART COMMUNICATIONS HOLDING, INC. | | | | | | 47-2886302 |

| | | | SMART COMMUNICATIONS COLLIER, INC. 46-0554683 | SMART COMMUNICATIONS PASCO, INC. 37-1735923 | SMART COMMUNICATIONS US, INC. 37-1601615 | Total | Eliminations | Adjustments | Consolidated |
|---|---|---|---|---|---|---|---|---|---|
| | **SCHEDULE M-1** | | | | | | | | |
| 1 | Net income per books | | 1,234,762. | 83,229. | -2,641. | 1,315,350. | | | 1,315,350. |
| 2 | Federal income tax | | 341,957. | 22,125. | | 364,082. | | | 364,082. |
| 3 | Excess of capital losses over capital gains | | | | | | | | |
| 4 | Income subject to tax not recorded on books this year | | | | | | | | |
| | Expenses recorded on books this year not deducted on this return: | | | | | | | | |
| 5a | Depreciation not in return | | | | | | | | |
| 5b | Contributions carryover | | | | | | | | |
| 5c | Travel and entertainment | | 20,646. | | | 20,646. | | | 20,646. |
| | Other items not in return | Statement 4 | 31,000. | 5. | 1,218. | 32,223. | | | 32,223. |
| 6 | Total lines 1 - 5 | | 1,628,365. | 105,359. | -1,423. | 1,732,301. | | | 1,732,301. |
| | Income recorded on books this year not included on this return: | | | | | | | | |
| 7a | Tax-exempt interest | | | | | | | | |
| 7b | Other items | | | | | | | | |
| | Deductions on this return not charged against book income: | | | | | | | | |
| 8a | Depreciation not on books | | | | | | | | |
| 8b | Contribution carryover | | | | | | | | |
| | Other items not on books | | | | | | | | |
| 9 | Total lines 7 and 8 | | 0. | 0. | 0. | 0. | | | 0. |
| 10 | Taxable income | | 1,628,365. | 105,359. | -1,423. | 1,732,301. | | | 1,732,301. |
| | **SCHEDULE M-2** | | | | | | | | |
| 1 | Beginning retained earnings | | 515,120. | 200,011. | -207,908. | 507,223. | | | 507,223. |
| 2 | Net income or loss per books | | 1,234,762. | 83,229. | -2,641. | 1,315,350. | | | 1,315,350. |
| 3 | Other increases | Statement 5 | 62,495. | | | 62,495. | | | 62,495. |
| 4 | Total lines 1 - 3 | | 1,812,377. | 283,240. | -210,549. | 1,885,068. | | | 1,885,068. |
| 5 | Distributions: | | | | | | | | |
| 5a | Cash | | | | | | | | |
| 5b | Stock | | | | | | | | |
| 5c | Property | | | | | | | | |
| 6 | Other decreases | | | | | | | | |
| 7 | Total lines 5 and 6 | | 0. | 0. | 0. | 0. | | | 0. |
| 8 | Ending retained earnings | | 1,812,377. | 283,240. | -210,549. | 1,885,068. | | | 1,885,068. |

| 2019 | Federal Statements | Page 1 |
|---|---|---|
| | SMART COMMUNICATIONS HOLDING, INC. | 47-2886302 |

**Statement 1**
**Form 1120, Line 26**
**Other Deductions**

| | SMART COMMUNICATIONS COLLIER INC. 46-0554683 | SMART COMMUNICATIONS PASCO, INC. 37-1735923 | SMART COMMUNICATIONS US, INC. 87-1601615 | Total | Eliminations | Adjustments | Consolidated |
|---|---|---|---|---|---|---|---|
| Auto and Truck | 43,565. | | 52. | 43,617. | | | 43,617. |
| Bank Charges | 557. | 125. | | 682. | | | 682. |
| COMPUTER EXPENSES | 8,504. | | | 8,504. | | | 8,504. |
| CONTRACT LABOR | 7,963. | | | 7,963. | | | 7,963. |
| DUES AND SUBSCRIPTIONS | 24,642. | | | 24,642. | | | 24,642. |
| EMPLOYEE MEDICAL EXPENSE | 10,620. | | | 10,620. | | | 10,620. |
| EMPLOYEE WELFARE EXPENSE | 44,410. | | | 44,410. | | | 44,410. |
| Insurance | 300,382. | | | 300,382. | | | 300,382. |
| INTERNET FEES | 5,439. | | | 5,439. | | | 5,439. |
| Legal and Professional | 520,263. | 5,229. | | 525,492. | | | 525,492. |
| Meals | 20,646. | | | 20,646. | | | 20,646. |
| MEETINGS EXPENSE | 62,487. | | | 62,487. | | | 62,487. |
| Merchant Credit Card Fees | 1,247. | | | 1,247. | | | 1,247. |
| Miscellaneous | | 5,000. | | 5,000. | | | 5,000. |
| MISCELLANEOUS EXPENSE | 20,524. | | | 20,524. | | | 20,524. |
| Office Expense | 30,142. | | | 30,142. | | | 30,142. |
| Outside Services | 42,718. | | | 42,718. | | | 42,718. |
| P. O. BOX RENT | 6,686. | | | 6,686. | | | 6,686. |
| PAYROLL SERVICE FEES | 39,304. | | | 39,304. | | | 39,304. |
| Printing | 6,262. | | | 6,262. | | | 6,262. |
| RECRUITMENT EXPENSE | 46,528. | | | 46,528. | | | 46,528. |
| RESEARCH & DEVELOPMENT | 81,372. | 150. | | 81,522. | | | 81,522. |
| ROYALTIES | 324,157. | | | 324,157. | | | 324,157. |
| Supplies | 40,403. | | 75. | 40,478. | | | 40,478. |
| Telephone | 17,672. | 538. | | 18,210. | | | 18,210. |
| Utilities | 43,863. | | | 43,863. | | | 43,863. |
| WEB SITE EXPENSE | 8,912. | | | 8,912. | | | 8,912. |
| Total | 1,759,268. | 10,917. | 252. | 1,770,437. | 0. | 0. | 1,770,437. |

| 2019 | **Federal Statements** | **Page 2** |
|---|---|---|
| | SMART COMMUNICATIONS HOLDING, INC. | 47-2886302 |

**Statement 2**
**Form 1120, Schedule L, Line 6**
**Other Current Assets**

| | SMART COMMUNICATIONS COLLIER INC. 46-0554683 | SMART COMMUNICATIONS PASCO, INC. 37-1735923 | SMART COMMUNICATIONS US, INC. 37-1601615 | Total | Eliminations | Adjustments | Consolidated |
|---|---|---|---|---|---|---|---|
| **Beginning:** | | | | | | | |
| Accounts Receivable - Collier | | 513,737. | | 513,737. | | | 513,737. |
| Accounts Receivable - Pasco | | | 250,649. | 250,649. | | | 250,649. |
| Accounts Receivable - Smart US | 448,387. | | | 448,387. | | | 448,387. |
| EMPLOYEE ADVANCES | 3,000. | | | 3,000. | | | 3,000. |
| INTERCOMPANY ACCOUNTS RECEIVABLE | | | | 0. | 1,212,773. | | -1,212,773. |
| OPTION & SECURITY DEPOSIT | 83,000. | | | 83,000. | | | 83,000. |
| PREPAID EXPENSES | 49,540. | | | 49,540. | | | 49,540. |
| Prepaid Federal Tax | 36,630. | | | 36,630. | | | 36,630. |
| Total | 620,557. | 513,737. | 250,649. | 1,384,943. | 1,212,773. | 0. | 172,170. |

| | SMART COMMUNICATIONS COLLIER INC. 46-0554683 | SMART COMMUNICATIONS PASCO, INC. 37-1735923 | SMART COMMUNICATIONS US, INC. 37-1601615 | Total | Eliminations | Adjustments | Consolidated |
|---|---|---|---|---|---|---|---|
| **Ending:** | | | | | | | |
| Accounts Receivable - Collier | | 513,737. | | 513,737. | | | 513,737. |
| Accounts Receivable - Pasco | | | 250,649. | 250,649. | | | 250,649. |
| Accounts Receivable - Smart US | 448,387. | | | 448,387. | | | 448,387. |
| EMPLOYEE ADVANCES | 6,682. | | | 6,682. | | | 6,682. |
| INTERCOMPANY ACCOUNTS RECEIVABLE | | | | 0. | 1,212,773. | | -1,212,773. |
| OPTION & SECURITY DEPOSIT | 80,750. | | | 80,750. | | | 80,750. |
| PREPAID EXPENSES | 156,190. | | | 156,190. | | | 156,190. |
| Total | 692,009. | 513,737. | 250,649. | 1,456,395. | 1,212,773. | 0. | 243,622. |

| 2019 | **Federal Statements** | **Page 3** |
|---|---|---|

**SMART COMMUNICATIONS HOLDING, INC.**                                    47-2886302

**Statement 3**
**Form 1120, Schedule L, Line 18**
**Other Current Liabilities**

| | SMART COMMUNICATIONS COLLIER INC. 46-0554683 | SMART COMMUNICATIONS PASCO, INC. 37-1735923 | SMART COMMUNICATIONS US, INC. 37-1601615 | Total | Eliminations | Adjustments | Consolidated |
|---|---|---|---|---|---|---|---|
| Beginning: | | | | | | | |
| ACCOUNTS PAYABLE - COLLIER | | | 448,387. | 448,387. | | | 448,387. |
| ACCOUNTS PAYABLE - U S PASCO | 513,737. | | | 513,737. | | | 513,737. |
| ACCRUED CREDIT CARD PAYABLE | 164,861. | | | 164,861. | | | 164,861. |
| ACCRUED EXPENSES | 233,638. | | | 233,638. | | | 233,638. |
| ACCRUED FACILITY COMMISSIONS | 34,289. | | | 34,289. | | | 34,289. |
| ENGLEWOOD BANK LINE OF CREDIT | | 15,941. | | 15,941. | | | 15,941. |
| INTERCOMPANY ACCOUNTS PAYABLE | | | | 0. | 1,212,773. | | -1,212,773. |
| PAYABLE TO SMART COMM - US | | 250,649. | | 250,649. | | | 250,649. |
| State Tax Payable | 17,247. | | | 17,247. | | | 17,247. |
| Total | 963,772. | 266,590. | 448,387. | 1,678,749. | 1,212,773. | 0. | 465,976. |

| | SMART COMMUNICATIONS COLLIER INC. 46-0554683 | SMART COMMUNICATIONS PASCO, INC. 37-1735923 | SMART COMMUNICATIONS US, INC. 37-1601615 | Total | Eliminations | Adjustments | Consolidated |
|---|---|---|---|---|---|---|---|
| Ending: | | | | | | | |
| ACCOUNTS PAYABLE - COLLIER | | | 448,387. | 448,387. | | | 448,387. |
| ACCOUNTS PAYABLE - U S PASCO | 513,737. | | | 513,737. | | | 513,737. |
| ACCRUED FACILITY COMMISSIONS | 49,881. | | | 49,881. | | | 49,881. |
| Federal Tax Payable | 297,827. | 22,125. | | 319,952. | | | 319,952. |
| INTERCOMPANY ACCOUNTS PAYABLE | | | | 0. | 1,212,773. | | -1,212,773. |
| PAYABLE TO SMART COMM - US | | 250,649. | | 250,649. | | | 250,649. |
| State Tax Payable | 111,400. | 2,583. | | 113,983. | | | 113,983. |
| Total | 972,845. | 275,357. | 448,387. | 1,696,589. | 1,212,773. | 0. | 483,816. |

| 2019 | **Federal Statements** | **Page 4** |
|------|------------------------|------------|
| | SMART COMMUNICATIONS HOLDING, INC. | 47-2886302 |

**Statement 4**
**Form 1120, Schedule M-1, Line 5**
**Book Expenses Not Deducted**

| | SMART COMMUNICATI ONS COLLIER INC. 46-0554683 | SMART COMMUNICATI ONS PASCO, INC. 37-1735923 | SMART COMMUNICATI ONS US, INC. 37-1601615 | Total | Eliminations | Adjustments | Consolidated |
|---|---|---|---|---|---|---|---|
| Penalties | 31,000. | 5. | 1,218. | 32,223. | | | 32,223. |
| Total | 31,000. | 5. | 1,218. | 32,223. | 0. | 0. | 32,223. |

| 2019 | **Federal Statements** | **Page 5** |
|------|------------------------|-----------|

| | SMART COMMUNICATIONS HOLDING, INC. | 47-2886302 |

**Statement 5**
**Form 1120, Schedule M-2, Line 3**
**Other Increases**

| | SMART COMMUNICATIONS COLLIER INC. 46-0554683 | SMART COMMUNICATIONS PASCO, INC. 37-1735923 | SMART COMMUNICATIONS US, INC. 37-1601615 | Total | Eliminations | Adjustments | Consolidated |
|---|---|---|---|---|---|---|---|
| PRIOR PERIOD ADJUSTMENT | 62,495. | | | 62,495. | | | 62,495. |
| Total | 62,495. | 0. | 0. | 62,495. | 0. | 0. | 62,495. |

| 2019 | Federal Statements | Page 6 |
|---|---|---|
| | SMART COMMUNICATIONS HOLDING, INC. | 47-2886302 |

**Statement 6**
**Form 1125-A, Line 5**
**Other Cost of Goods Sold**

| | SMART COMMUNICATIONS COLLIER INC. 46-0554683 | SMART COMMUNICATIONS PASCO, INC. 37-1735923 | SMART COMMUNICATIONS US, INC. 37-1601615 | Total | Eliminations | Adjustments | Consolidated |
|---|---|---|---|---|---|---|---|
| Contractor Services | 1,054,056. | | | 1,054,056. | | | 1,054,056. |
| Data Storage and Hosting | 33,926. | | | 33,926. | | | 33,926. |
| Facility Commissions Expense | 571,565. | | | 571,565. | | | 571,565. |
| Freight & Shipping Costs | 117,369. | | | 117,369. | | | 117,369. |
| Game Revenue Sharing 50/50 | 11,532. | | | 11,532. | | | 11,532. |
| INTERNET FEES | 119,561. | 37,972. | | 157,533. | | | 157,533. |
| Labor - Mail Processing | 303,499. | | | 303,499. | | | 303,499. |
| Meals | 30,734. | | | 30,734. | | | 30,734. |
| Merchant Credit Card Fees | 508,098. | 11,323. | | 519,421. | | | 519,421. |
| Mobil Mail Carts | 1,098. | | | 1,098. | | | 1,098. |
| Salespersons Commissions | 73,993. | | | 73,993. | | | 73,993. |
| Sublicense Royalty Fees | 127,095. | | | 127,095. | | | 127,095. |
| Tablet Purchases | 3,952,112. | | | 3,952,112. | | | 3,952,112. |
| Travel Expenses | 305,632. | | | 305,632. | | | 305,632. |
| VEHICLE EXPENSE | 55,594. | | | 55,594. | | | 55,594. |
| Total | 7,265,864. | 49,295. | 0. | 7,315,159. | 0. | 0. | 7,315,159. |



## I am sharing '3314585' with you

1 message

**jim.logan@smartcommunications.us** <jim.logan@smartcommunications.us>        Wed, Feb 9, 2022 at 6:02 PM
To: rv@AssetsAmerica.com <rv@assetsamerica.com>

1120

**2020 TAX RETURN**

Client Copy

**Client:**         1019

**Prepared for:**   SMART COMMUNICATIONS HOLDING, INC.
                   10491 72ND STREET
                   SEMINOLE, FL  33777
                   941.799.1586

**Prepared by:**    M. L. SHREVE CPA, P.C.
                   M.L. Shreve CPA, P.C.
                   7781  N. Easy Street
                   Whitehall, MI  49461
                   231 894-5559

**Date:**           September 10, 2021

**Comments:**

**Route to:** _____  _____  _____  _____

**2020 Corporate Return**
prepared for:

**SMART COMMUNICATIONS HOLDING, INC.**
10491 72ND STREET
SEMINOLE, FL 33777

**M.L. Shreve CPA, P.C.**
7781  N. Easy Street
Whitehall, MI 49461

**M.L. Shreve CPA, P.C.**
7781  N. Easy Street
Whitehall, MI 49461
231 894-5559

Client 1019
September 10, 2021

**SMART COMMUNICATIONS HOLDING, INC.**
**10491 72ND STREET**
**SEMINOLE, FL 33777**
**941.799.1586**

| FEDERAL FORMS | |
|---|---|
| Form 1120 | 2020 U.S. Corporation Income Tax Return |
| Schedule G | Information on Persons Owning Stock |
| Schedule M-3 | Net Income (Loss) Reconciliation |
| Form 851 | Affiliations Schedule |
| Form 1125-A | Cost of Goods Sold |
| Form 1125-E | Compensation of Officers |
| Form 4562 | Depreciation and Amortization |
| Form 7004 | Application for Automatic Extension |
| Form 8879-C | IRS e-file Signature Authorization |
| | Depreciation Schedules |

| FLORIDA FORMS | |
|---|---|
| Form F-1120 | 2020 FL Corp. Inc./Franc. & Emerg. Exc. Tax Rtn |
| Form F-1120ES | FL Corp. Declaration/Installment of Estimated Tax |
| Form F-7004 | Tentative Income/Franchise Tax Return |
| Form F-851 | Affiliations Schedule |
| Consolidated | Consolidated Statements |

| FEE SUMMARY |
|---|
| Preparation Fee |

| **2020** | **Federal Income Tax Summary** | | **Page 1** |
|---|---|---|---|

SMART COMMUNICATIONS HOLDING, INC.                              47-2886302

| | **2020** | **2019** | **Diff** |
|---|---|---|---|
| **INCOME** | | | |
| Gross receipts less returns/allowance.... | 21,609,555 | 15,976,810 | 5,632,745 |
| Cost of goods sold................................ | 5,053,913 | 6,943,236 | -1,889,323 |
| Gross Profit | 16,555,642 | 9,033,574 | 7,522,068 |
| Total income................................ | 16,555,642 | 9,033,574 | 7,522,068 |
| **DEDUCTIONS** | | | |
| Compensation of officers........................ | 167,825 | 160,815 | 7,010 |
| Salaries/wages less employment credits... | 2,673,928 | 2,368,717 | 305,211 |
| Repairs and maintenance........................ | 109,848 | 220,433 | -110,585 |
| Rents.................................................... | 212,022 | 144,167 | 67,855 |
| Taxes and licenses................................ | 843,091 | 502,988 | 340,103 |
| Interest................................................ | 219,149 | 110,906 | 108,243 |
| Contributions........................................ | 6,160 | 4,750 | 1,410 |
| Depreciation......................................... | 2,713,057 | 1,901,609 | 811,448 |
| Advertising........................................... | 93,644 | 101,163 | -7,519 |
| Employee benefit programs..................... | 0 | 15,288 | -15,288 |
| Other deductions................................... | 2,285,472 | 1,770,437 | 515,035 |
| Total deductions................................. | 9,324,196 | 7,301,273 | 2,022,923 |
| **TAXABLE INCOME** | | | |
| Taxable income (line 28)........................ | 7,231,446 | 1,732,301 | 5,499,145 |
| Taxable income.................................... | 7,231,446 | 1,732,301 | 5,499,145 |
| **TAX COMPUTATION** | | | |
| Income tax........................................... | 1,518,604 | 363,783 | 1,154,821 |
| Total tax.............................................. | 1,518,604 | 363,783 | 1,154,821 |
| **PAYMENTS AND CREDITS** | | | |
| Overpayment credited to this year.......... | 0 | 44,130 | -44,130 |
| Estimated tax payments.......................... | 400,000 | 100,000 | 300,000 |
| Total payments and credits..................... | 400,000 | 144,130 | 255,870 |
| **REFUND OR AMOUNT DUE** | | | |
| Overpayment......................................... | 0 | 0 | 0 |
| Tax due................................................ | 1,118,604 | 219,653 | 898,951 |
| **SCHEDULE L** | | | |
| Beginning Assets................................... | 11,047,876 | 4,380,511 | 6,667,365 |
| Beginning Liabilities & Equity................ | 11,047,876 | 4,380,511 | 6,667,365 |
| Ending Assets....................................... | 14,391,014 | 11,047,876 | 3,343,138 |
| Ending Liabilities & Equity.................... | 14,391,014 | 11,047,876 | 3,343,138 |
| **TAX RATES** | | | |
| Marginal tax rate................................... | 21.0% | 21.0% | 0.0% |
| Effective tax rate................................... | 21.0% | 21.0% | 0.0% |

**2020**          **Federal Balance Sheet Summary**          **Page 1**

**SMART COMMUNICATIONS HOLDING, INC.**          47-2886302

**ENDING ASSETS**

| | | |
|---|---:|---:|
| Cash........................................................... | | 2,590,727 |
| Accounts receivable........................................ | 798,777 | |
| Less: Allowance for bad debts............................ | (0) | 798,777 |
| Inventories................................................. | | 1,401,970 |
| Other current assets....................................... | | 944,377 |
| Loans to shareholders...................................... | | 963,673 |
| Buildings and other assets................................ | 14,551,553 | |
| Less: Accumulated depreciation............................ | (7,055,063) | 7,496,490 |
| Land........................................................ | | 195,000 |
| Total Assets............................................... | | 14,391,014 |

**ENDING LIABILITIES & EQUITY**

| | | |
|---|---:|---:|
| Accounts payable........................................... | | 458,013 |
| Other current liabilities................................. | | 1,671,320 |
| Long term notes payable.................................... | | 3,635,649 |
| Common stock............................................... | 364,667 | 364,667 |
| Additional paid-in capital................................ | | 414,912 |
| Unappropriated retained earnings.......................... | | 7,846,453 |
| Total Liabilities and Equity.............................. | | 14,391,014 |

| 2020 | Florida Income Tax Summary | Page 1 |
|---|---|---|

**SMART COMMUNICATIONS HOLDING, INC.**

|  | 2020 | 2019 | Diff |
|---|---|---|---|
| **FEDERAL INCOME** | | | |
| Federal taxable income............................ | 7,231,446 | 1,732,301 | 5,499,145 |
| **ADDITIONS** | | | |
| Total additions...................................... | 1,797,948 | 1,239,350 | 558,598 |
| **SUBTRACTIONS** | | | |
| Total subtractions................................. | 519,225 | 316,255 | 202,970 |
| **STATE INCOME (LOSS)** | | | |
| Adjusted federal income......................... | 8,510,169 | 2,655,396 | 5,854,773 |
| Florida portion of adjusted fed inc....... | 8,510,169 | 2,655,396 | 5,854,773 |
| Less: Florida Exemption......................... | 50,000 | 50,000 | 0 |
| Florida net income................................. | 8,460,169 | 2,605,396 | 5,854,773 |
| **TAX COMPUTATION** | | | |
| Income/Franchise tax.............................. | 377,154 | 116,149 | 261,005 |
| Total taxes.............................................. | 377,154 | 116,149 | 261,005 |
| Penalties and interest............................. | 0 | 0 | 0 |
| Total due................................................. | 377,154 | 116,149 | 261,005 |
| **PAYMENTS** | | | |
| Estimated tax payments........................... | 131,152 | 20,000 | 111,152 |
| Total payments....................................... | 131,152 | 20,000 | 111,152 |
| **REFUND OR AMOUNT DUE** | | | |
| Overpayment........................................... | 0 | 0 | 0 |
| Tax due.................................................. | 246,002 | 96,149 | 149,853 |
| **TAX RATES** | | | |
| Marginal tax rate.................................... | 5.5% | 5.5% | 0.0% |
| Effective tax rate.................................... | 4.5% | 13.5% | -9.0% |

| 2020 | General Information | Page 1 |
|------|---------------------|--------|

**SMART COMMUNICATIONS HOLDING, INC.**    47-2886302

**Forms needed for this return**

Federal: 1120, 1125-A, 1125-E, Sch G, Sch M-3, 851, 4562, 7004, 8879-C
         Consolidated
Florida: F-1120, F-1120ES, F-7004, F-851

**PDF Attachments**
Auto-Attach PDFs will be added to the list after the E-File is submitted

Federal
Form 1120, 2020 F-1120ES.PDF
Florida
F1120, Line 16 - Payment & Credits, 2020 F-1120ES.PDF

**Tax Rates**

|          | Marginal | Effective |
|----------|----------|-----------|
| Federal  | 21%      | 21%       |
| Florida  | 5.5%     | 4.5%      |

**Carryovers to 2021**

None

**Estimates**

**Florida Estimates**

|          | Estimate | Overpayment | Balance |
|----------|----------|-------------|---------|
| 6/01/21  | 94,289.  | 0.          | 94,289. |
| 6/30/21  | 94,289.  | 0.          | 94,289. |
| 9/30/21  | 94,289.  | 0.          | 94,289. |
| 12/31/21 | 94,289.  | 0.          | 94,289. |
| Total    | $ 377,156. | $ 0.      | $ 377,156. |

**Allocation of Consolidated Carryovers**

None

**Florida Department of Revenue - Corporate Income Tax**
**Declaration/Installment of Florida Estimated Income/Franchise Tax**

INTU
F-1120ES
R. 01/17

Rule 12C-1.051
Florida Administrative Code
Effective 01/17

Send Payment Voucher To:

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0135

--------------------------------------------------------------------------------

**Make checks payable and mail to:**
Florida Department of Revenue, 5050 W TENNESSEE STREET, TALLAHASSEE FL 32399-0135

**Do Not Detach**

FLCA0201    10/29/20    **Florida Department of Revenue - Corporate Income Tax**
**Declaration/Installment of Florida Estimated Income/Franchise Tax**
Installment **1**

INTU
F-1120ES
R. 01/17

| | | |
|---|---|---|
| Name | SMART COMMUNICATIONS HOLDING, INC. | FEIN    47-2886302 |
| Address | 10491 72ND STREET | Taxable Year Ending  12/21 |
| City/State/ZIP | SEMINOLE, FL 33777 | Estimated Tax Payment  $          94289. |

DOR USE ONLY

| | | | |
|---|---|---|---|
| 472886302 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 20211231 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 001 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 9428900 |

9428900          8141 0 20211231 0002005033 7 3472886302 0000 9

**Florida Department of Revenue - Corporate Income Tax**
**Declaration/Installment of Florida Estimated Income/Franchise Tax**

INTU
F-1120ES
R. 01/17

Rule 12C-1.051
Florida Administrative Code
Effective 01/17

Send Payment Voucher To:

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0135

---------------------------------------------------------------------------------

**Make checks payable and mail to:**
Florida Department of Revenue, 5050 W TENNESSEE STREET, TALLAHASSEE FL 32399-0135

- - - - - - - - - - - - - - - - - - - - - - - **Do Not Detach** - - - - - - - - - - - - - - - - - - - - - -

| FLCA0202   10/29/20 | **Florida Department of Revenue - Corporate Income Tax** | INTU |
|---|---|---|

**Florida Department of Revenue - Corporate Income Tax**
**Declaration/Installment of Florida Estimated Income/Franchise Tax**
Installment **2**

INTU
F-1120ES
R. 01/17

| | | |
|---|---|---|
| **Name** | SMART COMMUNICATIONS HOLDING, INC. | FEIN      47-2886302 |
| **Address** | 10491 72ND STREET | Taxable Year Ending  12/21 |
| **City/State/ZIP** | SEMINOLE, FL 33777 | Estimated Tax Payment  $        94289. |

DOR USE ONLY

| | | | |
|---|---|---|---|
| 472886302 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 20211231 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 001 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 9428900 |

9428900                              8141 0 20211231 0002005033 7 3472886302 0000 9

**Florida Department of Revenue - Corporate Income Tax**
**Declaration/Installment of Florida Estimated Income/Franchise Tax**

INTU
F-1120ES
R. 01/17

Rule 12C-1.051
Florida Administrative Code
Effective 01/17

Send Payment Voucher to:

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0135

------------------------------------------------------------------------------

**Make checks payable and mail to:**
Florida Department of Revenue, 5050 W TENNESSEE STREET, TALLAHASSEE FL 32399-0135

**Do Not Detach**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FLCA0203   10/29/20      **Florida Department of Revenue - Corporate Income Tax**
**Declaration/Installment of Florida Estimated Income/Franchise Tax**

INTU
F-1120ES
R. 01/17

Installment **3**

| | |
|---|---|
| **Name**   SMART COMMUNICATIONS HOLDING, INC. | FEIN   47-2886302 |
| **Address**   10491 72ND STREET | Taxable Year Ending   12/21 |
| **City/State/ZIP** SEMINOLE, FL 33777 | Estimated Tax Payment  $   94289. |

DOR USE ONLY

| | | | | | |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 472886302 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 20211231 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 001 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 9428900 |

9428900                          8141 0 20211231 0002005033 7 3472886302 0000 9

**Florida Department of Revenue - Corporate Income Tax**
**Declaration/Installment of Florida Estimated Income/Franchise Tax**

INTU
F-1120ES
R. 01/17

Rule 12C-1.051
Florida Administrative Code
Effective 01/17

Send Payment Voucher to:

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0135

-------------------------------------------------------------------------------

**Make checks payable and mail to:**
Florida Department of Revenue, 5050 W TENNESSEE STREET, TALLAHASSEE FL 32399-0135

**Do Not Detach**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FLCA0204   10/29/20

**Florida Department of Revenue - Corporate Income Tax**
**Declaration/Installment of Florida Estimated Income/Franchise Tax**

INTU
F-1120ES
R. 01/17

Installment **4**

| | | |
|---|---|---|
| Name | SMART COMMUNICATIONS HOLDING, INC. | FEIN    47-2886302 |
| Address | 10491 72ND STREET | Taxable Year Ending   12/21 |
| City/State/ZIP | SEMINOLE, FL 33777 | Estimated Tax Payment  $    94289. |

DOR USE ONLY

| | | | | | |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 472886302 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 20211231 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 001 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 9428900 |

9428900                    8141 0 20211231 0002005033 7 3472886302 0000 9

Form **8879-C**

### IRS *e-file* Signature Authorization for Form 1120

OMB No. 1545-0123

For calendar year **2020**, or tax year beginning _____ , 2020, ending _____ , _____

**2020**

Department of the Treasury
Internal Revenue Service

► **Do not send to the IRS. Keep for your records.**
► **Go to *www.irs.gov/Form8879C* for the latest information.**

| Name of corporation | Employer identification number |
|---|---|
| SMART COMMUNICATIONS HOLDING, INC. | 47-2886302 |

**Part I   Tax Return Information** (Whole dollars only)

| | | | |
|---|---|---|---:|
| 1 | Total income (Form 1120, line 11) | 1 | 16,555,642. |
| 2 | Taxable income (Form 1120, line 30) | 2 | 7,231,446. |
| 3 | Total tax (Form 1120, line 31) | 3 | 1,518,604. |
| 4 | Amount owed (Form 1120, line 35) | 4 | 1,118,604. |
| 5 | Overpayment (Form 1120, line 36) | 5 | |

**Part II   Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.**

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2020 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize ___M.L. Shreve CPA, P.C._____ to enter my PIN ___01019___ as my signature
                        ERO firm name                                     do not enter all zeros
    on the corporation's 2020 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2020 electronically filed income tax return.

Officer's signature ► _____ Date ► _____ Title ► President

**Part III   Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. _____ 38876077810
                                                          do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2020 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ► ___M. L. SHREVE CPA, P.C._____ Date ► _____

### ERO Must Retain This Form — See Instructions
### Do Not Submit This Form to the IRS Unless Requested To Do So

**BAA   For Paperwork Reduction Act Notice, see instructions.**    Form **8879-C** (2020)

CPCA1201L   08/05/20

Form **7004**
(Rev December 2018)

Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns
► File a separate application for each return.
► Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

**Print or Type**

| Name | Identifying number |
|---|---|
| SMART COMMUNICATIONS HOLDING, INC. | 47-2886302 |

Number, street, and room or suite no. (If P.O. box, see instructions.)
10491 72ND STREET

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
SEMINOLE, FL 33777

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I — Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1 Enter the form code for the return listed below that this application is for .......................................... | 12 |

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II — All Filers Must Complete This Part

2 If the organization is a foreign corporation that does not have an office or place of business in the United States, check here ...... ► ☐

3 If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here ..... ► ☒
If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.
See Attached Schedule

4 If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here .................. ► ☐

5 a The application is for calendar year 20 _20_ , or tax year beginning _ _ _ _ _ _ _ , 20 _ _ , and ending _ _ _ _ _ _ _ , 20 _ _

b **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return   ☐ Final return
☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions – attach explanation.)

| | | |
|---|---|---|
| 6 Tentative total tax ............................................................ | 6 | 1,518,604. |
| 7 **Total** payments and credits. See instructions ..................................... | 7 | 400,000. |
| 8 **Balance due.** Subtract line 7 from line 6. See instructions ......................... | 8 | 1,118,604. |

**BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**    CPCZ0701L  08/09/18    Form **7004** (Rev. 12-2018)

**Form 7004 Attachment for**
**Members of a Consolidated Group**

Page 1

SMART COMMUNICATIONS HOLDING, INC.    47-2886302

| Name and Address | EIN |
|---|---|
| SMART COMMUNICATIONS COLLIER INC.<br>10491  72ND STREET<br>SEMINOLE, FL 33777 | 46-0554683 |
| SMART COMMUNICATIONS PASCO, INC.<br>10491  72ND STREET<br>SEMINOLE, FL 33777 | 37-1735923 |
| SMART COMMUNICATIONS US, INC.<br>10491 72nd STREET<br>SEMINOLE, FL 33777 | 37-1601615 |

Form **1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2020 or tax year beginning _____ , 2020, ending _____ , _____

▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2020**

**A** Check if:

**1a** Consolidated return (attach Form 851) .... [X]

**b** Life/nonlife consolidated return ....

**2** Personal holding co. (attach Sch. PH) ....

**3** Personal service corp. (see instrs) ....

**TYPE OR PRINT**

SMART COMMUNICATIONS HOLDING, INC.
10491 72ND STREET
SEMINOLE, FL 33777

**B** Employer identification number

47-2886302

**C** Date incorporated

12/29/2014

**D** Total assets (see instructions)

$ 14,391,014.

**4** Schedule M-3 attached [X]    **E** Check if: **(1)** ☐ Initial return    **(2)** ☐ Final return    **(3)** ☐ Name change    **(4)** ☐ Address change

| | | | |
|---|---|---:|---:|
| **1a** Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1a | 21,609,555. | |
| **b** Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1b | | |
| **c** Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . | | | 1c | 21,609,555. |
| **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . | | | 2 | 5,053,913. |
| **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . | | | 3 | 16,555,642. |
| **4** Dividends and inclusions (Schedule C, line 23) . . . . . . . . . . . . . . . . . . | | | 4 | |
| **5** Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 5 | |
| **6** Gross rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 6 | |
| **7** Gross royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 7 | |
| **8** Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . . . . . . . | | | 8 | |
| **9** Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . | | | 9 | |
| **10** Other income (see instructions — attach statement) . . . . . . . . . . . . . . . . | | | 10 | |
| **11** **Total income.** Add lines 3 through 10 . . . . . . . . . . . . . . . . . . . . ▶ | | | 11 | 16,555,642. |
| **12** Compensation of officers (see instructions — attach Form 1125-E) . . . . . . . . . . ▶ | | | 12 | 167,825. |
| **13** Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . . | | | 13 | 2,673,928. |
| **14** Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 14 | 109,848. |
| **15** Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 15 | |
| **16** Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 16 | 212,022. |
| **17** Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 17 | 843,091. |
| **18** Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 18 | 219,149. |
| **19** Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 19 | 6,160. |
| **20** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . | | | 20 | 2,713,057. |
| **21** Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 21 | |
| **22** Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 22 | 93,644. |
| **23** Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . . . . . | | | 23 | |
| **24** Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 24 | |
| **25** Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 25 | |
| **26** Other deductions (attach statement) . . . . . . . . . . . . . . See Statement 1 . . | | | 26 | 2,285,472. |
| **27** **Total deductions.** Add lines 12 through 26 . . . . . . . . . . . . . . . . . . ▶ | | | 27 | 9,324,196. |
| **28** Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 . | | | 28 | 7,231,446. |
| **29a** Net operating loss deduction (see instructions) . . . . . . . . . | 29a | | | |
| **b** Special deductions (Schedule C, line 24) . . . . . . . . . . . . . | 29b | | | |
| **c** Add lines 29a and 29b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 29c | |
| **30** **Taxable income.** Subtract line 29c from line 28. See instructions . . . . . . . . . | | | 30 | 7,231,446. |
| **31** Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . . . . . . . . . . | | | 31 | 1,518,604. |
| **32** 2020 net 965 tax liability paid (Schedule J, Part II, line 12) . . . . . . . . . . . | | | 32 | |
| **33** Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) . . . | | | 33 | 400,000. |
| **34** Estimated tax penalty. See instructions. Check if Form 2220 is attached . . . . . . . ▶ ☐ | | | 34 | |
| **35** **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed . . . | | | 35 | 1,118,604. |
| **36** **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid . . . | | | 36 | |
| **37** Enter amount from line 36 you want: Credited to 2021 estimated tax . . . ▶ | | Refunded ▶ | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | ▶ President | |
|---|---|---|---|

Title

May the IRS discuss this return with the preparer shown below? See instructions.

[X] Yes ☐ No

**Paid Preparer Use Only**

| | Print/Type preparer's name | Preparer's signature | Date | | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|---|
| | M. L. SHREVE CPA, P.C. | M. L. SHREVE CPA, P.C. | | | | P01417060 |

Firm's name ▶ M.L. Shreve CPA, P.C.

Firm's EIN ▶ 38-2708740

Firm's address ▶ 7781 N. Easy Street
Whitehall, MI 49461

Phone no. 231 894-5559

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

CPCA0205  09/02/20

Form **1120** (2020)

Form 1120 (2020)    SMART COMMUNICATIONS HOLDING, INC.              47-2886302                    Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) Percentage | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . . . . . . . | | | |
| 15 | Section 965(a) inclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | See instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 24 | **Total special deductions.** Add column (c) lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . . . . . . . . . | | | |

Form **1120** (2020)

Form 1120 (2020)    SMART COMMUNICATIONS HOLDING, INC.                    47-2886302          Page **3**

| Schedule J | Tax Computation and Payment (see instructions) |
|---|---|

**Part I — Tax Computation**

| | | | |
|---|---|---|---:|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions . . . . ▶ ☐ | | |
| 2 | Income tax. See instructions | **2** | 1,518,604. |
| 3 | Base erosion minimum tax amount (attach Form 8991) | **3** | |
| 4 | Add lines 2 and 3 | **4** | 1,518,604. |
| 5a | Foreign tax credit (attach Form 1118) | **5a** | |
| b | Credit from Form 8834 (see instructions) | **5b** | |
| c | General business credit (attach Form 3800) | **5c** | |
| d | Credit for prior year minimum tax (attach Form 8827) | **5d** | |
| e | Bond credits from Form 8912 | **5e** | |
| 6 | **Total credits.** Add lines 5a through 5e | **6** | |
| 7 | Subtract line 6 from line 4 | **7** | 1,518,604. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) | **9a** | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | |
| c | Interest due under the look-back method — completed long-term contracts (attach Form 8697) | **9c** | |
| d | Interest due under the look-back method — income forecast method (attach Form 8866) | **9d** | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | |
| f | Interest/tax due under Section 453A(c) and/or Section 453(l) | **9f** | |
| g | Other (see instructions — attach statement) | **9g** | |
| 10 | **Total.** Add lines 9a through 9g | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | **11** | 1,518,604. |

**Part II — Section 965 Payments** (see instructions)

| | | | |
|---|---|---|---:|
| 12 | 2020 net 965 tax liability paid from Form 965-B, Part II, column (k), line 3. Enter here and on page 1, line 32. | **12** | |

**Part III — Payments and Refundable Credits, and Section 965 Net Tax Liability**

| | | | |
|---|---|---|---:|
| 13 | 2019 overpayment credited to 2020 | **13** | |
| 14 | 2020 estimated tax payments | **14** | 400,000. |
| 15 | 2020 refund applied for on Form 4466 | **15** | |
| 16 | Combine lines 13, 14, and 15 | **16** | 400,000. |
| 17 | Tax deposited with Form 7004 | **17** | |
| 18 | Withholding (see instructions) | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | **19** | 400,000. |
| 20 | Refundable credits from: | | |
| a | Form 2439 | **20a** | |
| b | Form 4136 | **20b** | |
| c | Reserved for future use | **20c** | |
| d | Other (attach statement — see instructions) | **20d** | |
| 21 | **Total credits.** Add lines 20a through 20d | **21** | |
| 22 | 2020 net 965 tax liability from Form 965-B, Part I, column (d), line 4. See instructions | **22** | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | **23** | 400,000. |

Form **1120** (2020)

Form 1120 (2020)    SMART COMMUNICATIONS HOLDING, INC.    47-2886302    Page **4**

| **Schedule K** | **Other Information** (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash **b** ☒ Accrual **c** ☐ Other (specify) ► _____

**2** See the instructions and enter the:

**a** Business activity code no. ► 551112 _____

**b** Business activity ► HOLDING COMPANY _____

**c** Product or service ► COMMUNICATIONS _____

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group?........................... No: X

If "Yes," enter name and EIN of the parent corporation ► _____

_____

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G)............ No: X

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G)....... Yes: X

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions...................................................................................................... No: X

If "Yes," complete (i) through (iv) below.

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions............................................................................................... No: X

If "Yes," complete (i) through (iv) below.

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316........................ No: X

If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? For rules of attribution, see section 318. If "Yes," enter: No: X

**(a)** Percentage owned ► _____ and **(b)** Owner's country ► _____

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ► _____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount ................. ► ☐

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ► $ _____ None

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ► 2 _____

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions)..................... ► ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.)...................................... ► $ _____ None

Form **1120** (2020)

# EXHIBIT 15

**Smart Communications Holding, Inc.**

**Consolidated Financial Statements**

**December 31, 2019**

**Prepared by:**

**M. L. Shreve  CPA, P.C.**
**7781  N. Easy Street**
**Whitehall, Michigan  49461**
**231.894.5559**



## M L S

M.L. Shreve CPA, P.C.
7781 N. Easy Street
Whitehall, Michigan 49461
231.894.5559 (phone)
231.893.2097 (fax)
www.mlshrevecpa.com
mlshrevecpa@frontier.com (email)

To the Management and Officers
Smart Communications Holding, Inc.
10491 72nd Street
Seminole, Florida  33777

Management is responsible for the accompanying consolidated financial statements of Smart Communications Holding, Inc, (a Florida corporation), which comprise the Consolidated Statement of Assets, Liabilities, And Equity – Income Tax Basis as of December 31, 2019, and the related Consolidated Statement of Revenue and Expenses – Income Tax Basis, and the Consolidated Statement of Retained Earnings – Income Tax Basis for the year then ended in accordance with the tax basis of accounting, and for determining that the tax basis of accounting is an acceptable financial reporting framework. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA.  We did not audit or review the consolidated financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. We do not express an opinion, a conclusion, nor provide any form of assurance on these consolidated financial statements.

The financial statements are prepared in accordance with the tax basis of accounting, which is a basis of accounting other than accounting principles generally accepted in the United States of America.

Management has elected to omit substantially all of the disclosures ordinarily included in the consolidated financial statements prepared in accordance with the tax basis of accounting. If the omitted disclosures were included in the consolidated financial statements, they might influence the user's conclusions about the Company's assets, liabilities, equity, revenues, and expenses. Accordingly, the consolidated financial statements are not designed for those who are not informed about such matters.

M.L. Shreve CPA, P.C.

M. L. Shreve CPA, P.C.
Whitehall, Michigan
August 10, 2020

*1*

**Smart Communications Holding, Inc.**
*Consolidated Statement of Assets, Liabilities, and Equity - Income Tax Basis*
**December 31, 2019**

### ASSETS

| | | | |
|---|---|---|---|
| **Current Assets** | | | |
| Cash and Cash Equivalents | $ | 531,545 | |
| Accounts Receivable - Trade | | 536,587 | |
| Accounts Receivable - Employees | | 6,682 | |
| Prepaid Expenses | | 236,940 | |
| Inventory | | 723,965 | |
| **Total Current Assets** | | | $ 2,035,719 |
| **Fixed Assets** | | | |
| Land | | 195,000 | |
| Buildings | | 3,990,768 | |
| Kiosk Computer System | | 3,922,548 | |
| Computer Software | | 2,987,876 | |
| Leasehold Improvements | | 140,398 | |
| Vehicles | | 876,985 | |
| Display System & Demo Build | | 55,069 | |
| Equipment | | 491,433 | |
| Furniture | | 106,469 | |
| | | 12,766,546 | |
| Less: Accumulated Depreciation | | (4,342,006) | |
| Property & Equipment, Net | | | 8,424,540 |
| **Other Assets** | | | |
| Shareholder Loans | | 587,614 | |
| **Total Other Assets** | | | 587,614 |
| | | | |
| **TOTAL ASSETS** | | $ | 11,047,873 |

### LIABILITIES AND EQUITY

| | | | |
|---|---|---|---|
| **LIABILITIES** | | | |
| **Current Liabilities** | | | |
| Bank Overdrafts | $ | 15,949 | |
| Accounts Payable | | 2,539,382 | |
| Accrued Credit Cards | | 1,753 | |
| Accrued Expenses | | 49,881 | |
| Note Payable - Moneyhan Group | | 76,768 | |
| Florida Income Taxes Payable | | 96,401 | |
| Federal Income Tax Payable | | 297,831 | |
| Current Portion - Long Term Debt | | 2,500,000 | |
| **Total Current Liabilities** | | | $ 5,577,965 |
| **Long Term Liabilities** | | | |
| Mortgage Payable | | 1,860,787 | |
| Note Payable - ACG Global | | 1,001,220 | |
| Lattice Technology License | | 2,327,500 | |
| Less Current Portion | | (2,500,000) | |
| **Total Long Term Debt** | | | 2,689,507 |
| **Total Liabilities** | | | 8,267,472 |
| **EQUITY** | | | |
| Common Stock | | 364,667 | |
| Paid In Capital | | 505,966 | |
| Retained Earnings | | 1,909,768 | |
| **Total Equity** | | | 2,780,401 |
| | | | |
| **TOTAL LIABILITIES AND EQUITY** | | $ | 11,047,873 |

**Smart Communications Holding, Inc.**
*Consolidated Statement of Revenue and Expenses - Income Tax Basis*
**For the year ended December 31, 2019**

| | | |
|---|---:|---:|
| **Revenue** | | |
| Mail Services Income | $ | 4,512,000 |
| Lattice Revenue Share | | 444,839 |
| Messaging Income | | 10,963,770 |
| Royalty Fees | | 43,500 |
| Miscellaneous Income | | 12,701 |
| **Total Revenue** | | 15,976,810 |
| **Total Cost of Sales** | | (6,905,264) |
| **Gross Profit** | | 9,071,546 |
| **Expenses** | | |
| Advertising and Promotion | 101,163 | |
| Operating Supplies | 40,478 | |
| Research and Development Expense | 81,522 | |
| Bank Service Fees | 682 | |
| Depreciation Expense | 1,901,609 | |
| Royalties Expense | 324,157 | |
| Workman Compensation Insurance | 10,059 | |
| Employee Health Insurance Expense | 207,040 | |
| Business Insurance Expense | 83,283 | |
| Employee Benefits | 15,287 | |
| Outside Services | 42,718 | |
| Dues and Subscriptions | 24,642 | |
| Printing and Publications | 6,262 | |
| Computer Expenses | 8,504 | |
| Sales Tax Expense | 54,607 | |
| Payroll Taxes Expense | 238,331 | |
| Property Taxes | 69,409 | |
| Legal and Professional Fees | 522,492 | |
| Legal Settlements Expense | 3,000 | |
| Repairs and Maintenance | 220,433 | |
| Officer Compensation | 148,753 | |
| Wages and Salaries | 2,380,779 | |
| Vehicle Expenses | 43,617 | |
| Rent Expense | 144,167 | |
| P. O. Box Rent | 6,686 | |
| Telephone Expense | 18,210 | |
| Internet Fees | 43,411 | |
| Licenses and Permits | 26,657 | |
| Charitable Contributions | 4,750 | |
| Payroll Service Fees | 39,304 | |
| Employee Medical Expenses | 10,620 | |
| Meals and Entertainment | 41,292 | |
| Miscellaneous Expense | 25,524 | |
| Meetings Expense | 62,487 | |
| Employee Welfare | 44,410 | |
| Contract Labor | 7,983 | |
| Web Site Design and Maintenance | 8,912 | |
| Recruitment Expense | 48,527 | |
| Utilities | 43,863 | |
| Office Expense | 30,142 | |
| Credit Card Fees | 1,247 | |
| **Total Expenses** | | 7,134,999 |
| **Income/Loss from Operations** | | 1,936,547 |
| **Other Expenses** | | |
| Interest Expense | 110,906 | |
| Late Fees and Penalties | 32,227 | |
| **Total Other Expenses** | | 143,133 |
| **Income Before Taxes** | | 1,793,414 |
| **Provision for Income Taxes** | | |
| Florida Income Tax | 111,401 | |
| Federal Income Tax | 341,961 | |
| **Total Provision for Taxes** | | 453,362 |
| **Net Income (Loss) for the Period** | $ | 1,340,052 |

*See Accountant's Compilation Report.*

3

**Smart Communications Holding, Inc.**
*Consolidated Statement of Revenue and Expenses - Income Tax Basis*
*Cost of Goods Sold*
**For the year ended December 31, 2019**

**Cost of Sales**

| | | |
|---|---|---:|
| Beginning Inventory | $ | 352,042 |
| Purchases | | 3,952,112 |
| Contractor Services | | 1,054,056 |
| Game Revenue Sharing 50/50 | | 11,532 |
| Freight and Shipping | | 117,369 |
| Internet Services | | 119,561 |
| Data Sorage & Server Hosting | | 33,926 |
| Merchant Card Fees | | 508,098 |
| Facility Commissions | | 571,565 |
| Labor - Mail Processing | | 303,499 |
| Mobile Mall Carts | | 1,098 |
| Salesperson Commissions | | 73,993 |
| Sublicense Royalty Fees Expense | | 127,095 |
| Vehicle Expenses | | 55,594 |
| Travel | | 305,632 |
| Meals | | 30,734 |
| Kiosk Software Expense | | 11,323 |
| | | 7,629,229 |
| Ending Inventory | | (723,965) |
| **Total Cost of Sales** | $ | 6,905,264 |

**Smart Communications Holding, Inc.**
*Consolidated Statement of Retained Earnings - Income Tax Basis*
**For the year ended December 31, 2019**

| | | |
|---|---:|---:|
| Retained Earnings - Beginning of Year | $ | 522,505 |
| Prior Year Adjustment - Income Taxes | | 47,211 |
| | | 569,716 |
| Net Income for the Year | | 1,340,052 |
| Retained Earnings - End of Year | $ | 1,909,768 |



# I am sharing '2019 FINAL CONSOLIDATED FINANCIAL STATEMENTS' with you

1 message

<rv@assetsamerica.com>                                    Thu, Feb 10, 2022 at 12:09 PM
To: jim.logan@smartcommunications.us

2018/2019 financials rcvd, thanks.



Ronny Vogel • CFO

800 5th Ave Ste 101

Seattle • WA 98104

**206.622.3000 office**

**818.442.8200 mobile**

800.833.1000 toll free

800.800.3934 facsimile

rv@AssetsAmerica.com

Teams/Skype: AssetsAmerica

CONFIDENTIALITY NOTICE:  This transmission, the contents of this email, all related responses, and any files and/or attachments, are confidential and are intended only for use by the addressee(s) named herein.  This email may contain proprietary or legally privileged information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email.  If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, copying, distribution or dissemination or use of any of the information contained in or attached to this transmission is strictly prohibited.  If you have received this transmission in error, please contact us immediately via email or telephone and promptly and permanently destroy the original transmission and its attachments, and delete all copies from your systems or printouts thereof.  We reserve the right to monitor all email communications.  Although we believe this email and any attachments are virus-free, we do not guarantee that it is virus-free, and we accept no liability for any loss or damage arising from its use.  Thank you for your courtesy and cooperation.  Copyright © 2022 Assets America, Inc.  All Rights Reserved.  Assets America®, AssetsAmerica.com, and the Assets America® (AAI) logo are all registered trademarks/service marks or trademarks/service marks and the exclusive property of Assets America, Inc. and its subsidiaries.  Please consider the environment before printing this email.

**From:** jim.logan@smartcommunications.us <jim.logan@smartcommunications.us>
**Sent:** Wednesday, February 9, 2022 5:42 PM
**To:** rv@assetsamerica.com
**Subject:** I am sharing '2019 FINAL CONSOLIDATED FINANCIAL STATEMENTS' with you



## I am sharing '2019 FINAL CONSOLIDATED FINANCIAL STATEMENTS' with you
1 message

**jim.logan@smartcommunications.us** <jim.logan@smartcommunications.us>        Wed, Mar 9, 2022 at 9:59 PM
To: Alexis Logan <alexis@baytobaylegal.com>

2019

---------- Forwarded message ---------
From: jim.logan@smartcommunications.us <jim.logan@smartcommunications.us>
Date: Wed, Feb 9, 2022, 8:41 PM
Subject: I am sharing '2019 FINAL CONSOLIDATED FINANCIAL STATEMENTS' with you
To: rv@AssetsAmerica.com <rv@assetsamerica.com>

**Smart Communications Holding, Inc.**

**Consolidated Financial Statements**

**December 31, 2019**

Prepared by:

M. L. Shreve  CPA, P.C.
7781  N. Easy Street
Whitehall, Michigan  49461
231.894.5559



**M L S**

M.L. Shreve CPA, P.C.
7781 N. Easy Street
Whitehall, Michigan 49461
231.894.5559 (phone)
231.893.2097 (fax)
www.mlshrevecpa.com
mlshrevecpa@frontier.com (email)

To the Management and Officers
Smart Communications Holding, Inc.
10491  72nd Street
Seminole, Florida  33777

Management is responsible for the accompanying consolidated financial statements of Smart Communications Holding, Inc, (a Florida corporation), which comprise the Consolidated Statement of Assets, Liabilities, And Equity – Income Tax Basis as of December 31, 2019, and the related Consolidated Statement of Revenue and Expenses – Income Tax Basis, and the Consolidated Statement of Retained Earnings – Income Tax Basis for the year then ended in accordance with the tax basis of accounting, and for determining that the tax basis of accounting is an acceptable financial reporting framework. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA.  We did not audit or review the consolidated financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. We do not express an opinion, a conclusion, nor provide any form of assurance on these consolidated financial statements.

The financial statements are prepared in accordance with the tax basis of accounting, which is a basis of accounting other than accounting principles generally accepted in the United States of America.

Management has elected to omit substantially all of the disclosures ordinarily included in the consolidated financial statements prepared in accordance with the tax basis of accounting. If the omitted disclosures were included in the consolidated financial statements, they might influence the user's conclusions about the Company's assets, liabilities, equity, revenues, and expenses. Accordingly, the consolidated financial statements are not designed for those who are not informed about such matters.

*M.L. Shreve CPA, P.C.*

M. L. Shreve CPA, P.C.
Whitehall, Michigan
August 10, 2020

*1*

**Smart Communications Holding, Inc.**
*Consolidated Statement of Assets, Liabilities, and Equity - Income Tax Basis*
**December 31, 2019**

### ASSETS

| | | | |
|---|---|---:|---:|
| **Current Assets** | | | |
| Cash and Cash Equivalents | $ | 531,545 | |
| Accounts Receivable - Trade | | 536,587 | |
| Accounts Receivable - Employees | | 6,682 | |
| Prepaid Expenses | | 236,940 | |
| Inventory | | 723,965 | |
| **Total Current Assets** | | | $ 2,035,719 |
| **Fixed Assets** | | | |
| Land | | 195,000 | |
| Buildings | | 3,990,768 | |
| Kiosk Computer System | | 3,922,548 | |
| Computer Software | | 2,987,876 | |
| Leasehold Improvements | | 140,398 | |
| Vehicles | | 876,985 | |
| Display System & Demo Build | | 55,069 | |
| Equipment | | 491,433 | |
| Furniture | | 106,469 | |
| | | 12,766,546 | |
| Less: Accumulated Depreciation | | (4,342,006) | |
| Property & Equipment, Net | | | 8,424,540 |
| **Other Assets** | | | |
| Shareholder Loans | | 587,614 | |
| **Total Other Assets** | | | 587,614 |
| | | | |
| **TOTAL ASSETS** | | $ | 11,047,873 |

### LIABILITIES AND EQUITY

| | | | |
|---|---|---:|---:|
| **LIABILITIES** | | | |
| **Current Liabilities** | | | |
| Bank Overdrafts | $ | 15,949 | |
| Accounts Payable | | 2,539,382 | |
| Accrued Credit Cards | | 1,753 | |
| Accrued Expenses | | 49,881 | |
| Note Payable - Moneyhan Group | | 76,768 | |
| Florida Income Taxes Payable | | 96,401 | |
| Federal Income Tax Payable | | 297,831 | |
| Current Portion - Long Term Debt | | 2,500,000 | |
| **Total Current Liabilities** | | | $ 5,577,965 |
| **Long Term Liabilities** | | | |
| Mortgage Payable | | 1,860,787 | |
| Note Payable - ACG Global | | 1,001,220 | |
| Lattice Technology License | | 2,327,500 | |
| Less Current Portion | | (2,500,000) | |
| **Total Long Term Debt** | | | 2,689,507 |
| **Total Liabilities** | | | 8,267,472 |
| **EQUITY** | | | |
| Common Stock | | 364,667 | |
| Paid In Capital | | 505,966 | |
| Retained Earnings | | 1,909,768 | |
| **Total Equity** | | | 2,780,401 |
| | | | |
| **TOTAL LIABILITIES AND EQUITY** | | $ | 11,047,873 |

**Smart Communications Holding, Inc.**
*Consolidated Statement of Revenue and Expenses - Income Tax Basis*
For the year ended December 31, 2019

| | | |
|---|---:|---:|
| **Revenue** | | |
| Mail Services Income | $ | 4,512,000 |
| Lattice Revenue Share | | 444,839 |
| Messaging Income | | 10,963,770 |
| Royalty Fees | | 43,500 |
| Miscellaneous Income | | 12,701 |
| **Total Revenue** | | 15,976,810 |
| **Total Cost of Sales** | | (6,905,264) |
| **Gross Profit** | | 9,071,546 |
| **Expenses** | | |
| Advertising and Promotion | 101,163 | |
| Operating Supplies | 40,478 | |
| Research and Development Expense | 81,522 | |
| Bank Service Fees | 682 | |
| Depreciation Expense | 1,901,609 | |
| Royalties Expense | 324,157 | |
| Workman Compensation Insurance | 10,059 | |
| Employee Health Insurance Expense | 207,040 | |
| Business Insurance Expense | 83,283 | |
| Employee Benefits | 15,287 | |
| Outside Services | 42,718 | |
| Dues and Subscriptions | 24,642 | |
| Printing and Publications | 6,262 | |
| Computer Expenses | 8,504 | |
| Sales Tax Expense | 54,607 | |
| Payroll Taxes Expense | 238,331 | |
| Property Taxes | 69,409 | |
| Legal and Professional Fees | 522,492 | |
| Legal Settlements Expense | 3,000 | |
| Repairs and Maintenance | 220,433 | |
| Officer Compensation | 148,753 | |
| Wages and Salaries | 2,380,779 | |
| Vehicle Expenses | 43,617 | |
| Rent Expense | 144,167 | |
| P. O. Box Rent | 6,686 | |
| Telephone Expense | 18,210 | |
| Internet Fees | 43,411 | |
| Licenses and Permits | 26,657 | |
| Charitable Contributions | 4,750 | |
| Payroll Service Fees | 39,304 | |
| Employee Medical Expenses | 10,620 | |
| Meals and Entertainment | 41,292 | |
| Miscellaneous Expense | 25,524 | |
| Meetings Expense | 62,497 | |
| Employee Welfare | 44,410 | |
| Contract Labor | 7,963 | |
| Web Site Design and Maintenance | 8,912 | |
| Recruitment Expense | 46,527 | |
| Utilities | 43,863 | |
| Office Expense | 30,142 | |
| Credit Card Fees | 1,247 | |
| **Total Expenses** | | 7,134,999 |
| **Income/Loss from Operations** | | 1,936,547 |
| **Other Expenses** | | |
| Interest Expense | 110,906 | |
| Late Fees and Penalties | 32,227 | |
| **Total Other Expenses** | | 143,133 |
| **Income Before Taxes** | | 1,793,414 |
| **Provision for Income Taxes** | | |
| Florida Income Tax | 111,401 | |
| Federal Income Tax | 341,961 | |
| **Total Provision for Taxes** | | 453,362 |
| | | |
| **Net Income (Loss) for the Period** | $ | 1,340,052 |

.

*See Accountant's Compilation Report.*

**Smart Communications Holding, Inc.**
*Consolidated Statement of Revenue and Expenses - Income Tax Basis*
*Cost of Goods Sold*
**For the year ended December 31, 2019**

**Cost of Sales**

| | | |
|---|---|---|
| Beginning Inventory | $ | 352,042 |
| Purchases | | 3,952,112 |
| Contractor Services | | 1,054,056 |
| Game Revenue Sharing 50/50 | | 11,532 |
| Freight and Shipping | | 117,369 |
| Internet Services | | 119,561 |
| Data Sorage & Server Hosting | | 33,926 |
| Merchant Card Fees | | 508,098 |
| Facility Commissions | | 571,565 |
| Labor - Mail Processing | | 303,499 |
| Mobile Mail Carts | | 1,098 |
| Salesperson Commissions | | 73,993 |
| Sublicense Royalty Fees Expense | | 127,095 |
| Vehicle Expenses | | 55,594 |
| Travel | | 305,632 |
| Meals | | 30,734 |
| Kiosk Software Expense | | 11,323 |
| | | 7,629,229 |
| Ending Inventory | | (723,965) |
| **Total Cost of Sales** | $ | 6,905,264 |

**Smart Communications Holding, Inc.**
*Consolidated Statement of Retained Earnings - Income Tax Basis*
**For the year ended December 31, 2019**

| | | |
|---|---|---:|
| Retained Earnings - Beginning of Year | $ | 522,505 |
| Prior Year Adjustment - Income Taxes | | 47,211 |
| | | 569,716 |
| Net Income for the Year | | 1,340,052 |
| Retained Earnings - End of Year | $ | 1,909,768 |

*See accountant's Compilation Report.*

5

# EXHIBIT 16

**Smart Communications Holding, Inc.**

**Consolidated Financial Statements**

**December 31, 2020**

**M.L. SHREVE  CPA, P.C.**

7781 North Easy Street • Whitehall, MI 49461 • (231) 894-5559

**Smart Communications Holding, Inc.**

**Consolidated Financial Statements**

**December 31, 2020**

Prepared by:

**M. L. Shreve  CPA, P.C.**
**7781  N. Easy Street**
**Whitehall, Michigan  49461**
**231.894.5559**

**Smart Communications Holding, Inc.**
*Table of Contents*

Accountant's Compilation Report                                              *1*

Consolidated Financial Statements
    Consolidated Statement of Assets, Liabilities and Equity - Tax Basis    *2*
    Consolidated Statement of Revenue and Expenses - Tax Basis             *3 - 4*
    Consolidated Statement of Retained Earnings - Tax Basis                *5*



*M L S*

M. L. Shreve CPA, P.C.
7781 N. Easy Street
Whitehall, Michigan 49461
231.894.5559 (phone)
231.893.2097    (fax)
www.mlshrevecpa.com
mlshrevecpa@frontier.com (email)

To the Management and Officers
Smart Communications Holding, Inc.
10491 72nd Street
Seminole, Florida 33777

Management is responsible for the accompanying consolidated financial statements of Smart Communications Holding, Inc, (a Florida corporation), which comprise the Consolidated Statement of Assets, Liabilities, And Equity – Income Tax Basis as of December 31, 2020, and the related Consolidated Statement of Revenue and Expenses – Income Tax Basis, and the Consolidated Statement of Retained Earnings – Income Tax Basis for the year then ended in accordance with the Income Tax Basis of accounting, and for determining that the tax basis of accounting is an acceptable financial reporting framework. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. We did not audit or review the consolidated financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. We do not express an opinion, a conclusion, nor provide any form of assurance on these consolidated financial statements.

The financial statements are prepared in accordance with the income tax basis of accounting, which is a basis of accounting other than accounting principles generally accepted in the United States of America.

Management has elected to omit substantially all of the disclosures ordinarily included in the consolidated financial statements prepared in accordance with the tax basis of accounting. If the omitted disclosures were included in the consolidated financial statements, they might influence the user's conclusions about the Company's assets, liabilities, equity, revenues, and expenses. Accordingly, the consolidated financial statements are not designed for those who are not informed about such matters.

We are not independent with respect to Smart Communications Holding, Inc.

*M. K. Shum* CPA, P.C.

*M. L. Shreve CPA, P.C.*
Whitehall, Michigan
September 10, 2021

*1*

**Smart Communications Holding, Inc.**
*Consolidated Statement of Assets, Liabilities, and Equity - Tax Basis*
December 31, 2020

## ASSETS

| | | | | |
|---|---|---:|---|---:|
| Current Assets | | | | |
| | Cash and Cash Equivalents | $ 2,590,727 | | |
| | Accounts Receivable - Trade | 798,777 | | |
| | Accounts Receivable - Employees | 8,256 | | |
| | Technology Grant Advances | 154,975 | | |
| | Accounts Receivable - HLFIP | 99,506 | | |
| | Prepaid Expenses | 681,640 | | |
| | Inventory | 1,401,970 | | |
| Total Current Assets | | | $ | 5,735,851 |
| Fixed Assets | | | | |
| | Land | 195,000 | | |
| | Buildings | 4,073,768 | | |
| | Kiosk Computer System | 4,474,161 | | |
| | Computer Software | 2,987,876 | | |
| | Leasehold Improvements | 203,715 | | |
| | Vehicles | 2,007,987 | | |
| | Display System & Demo Build | 55,069 | | |
| | Equipment | 585,871 | | |
| | Furniture | 163,106 | | |
| | | 14,746,553 | | |
| | Less: Accumulated Depreciation | (7,034,069) | | |
| Property & Equipment, Net | | | | 7,712,484 |
| Other Assets | | | | |
| | Shareholder Loans | 963,673 | | |
| Total Other Assets | | | | 963,673 |
| | | | | |
| **TOTAL ASSETS** | | | $ | 14,412,008 |

## LIABILITIES AND EQUITY

| | | | | |
|---|---|---:|---|---:|
| LIABILITIES | | | | |
| Current Liabilities | | | | |
| | Bank Overdrafts | $ 15,949 | | |
| | Accounts Payable | 442,064 | | |
| | Accrued Credit Cards | 116,809 | | |
| | Accrued Expenses | 170,138 | | |
| | Florida Income Taxes Payable | 261,002 | | |
| | Federal Income Tax Payable | 1,118,604 | | |
| | Current Portion - Long Term Debt | 1,500,000 | | |
| Total Current Liabilities | | | $ | 3,624,566 |
| Long Term Liabilities | | | | |
| | Mortgage Payable | 1,296,578 | | |
| | Note Payable - ACG Global | 498,613 | | |
| | Lattice Technology License | 1,757,500 | | |
| | Notes Payable - Vehicles | 82,959 | | |
| | Less Current Portion | (1,500,000) | | |
| Total Long Term Debt | | | | 2,135,650 |
| Total Liabilities | | | | 5,760,216 |
| EQUITY | | | | |
| Common Stock | | 364,667 | | |
| Paid In Capital | | 414,911 | | |
| Retained Earnings | | 7,872,214 | | |
| Total Equity | | | | 8,651,792 |
| | | | | |
| **TOTAL LIABILITIES AND EQUITY** | | | $ | 14,412,008 |

*See Accountant's Compilation Report.*

2

**Smart Communications Holding, Inc.**
*Consolidated Statement of Revenue and Expenses - Tax Basis*
**For the year ended December 31, 2020**

| | | |
|---|---:|---:|
| **Revenue** | | |
| Mail Services Income | $ | 4,532,800 |
| Lattice Revenue Share | | 284,372 |
| Messaging Income | | 15,311,609 |
| Royalty Fees | | 1,500 |
| Telephone Call Sales | | 984,407 |
| Miscellaneous Income | | 493,752 |
| Interest Income | | 1,115 |
| **Total Revenue** | | 21,609,555 |
| **Total Cost of Sales** | | (5,121,265) |
| **Gross Profit** | | 16,488,290 |
| **Expenses** | | |
| Advertising and Promotion | 93,644 | |
| Operating Supplies | 26,765 | |
| Research and Development Expense | 23,309 | |
| Bank Service Fees | 1,872 | |
| Royalties Expense | 133,210 | |
| Depreciation Expense | 2,690,604 | |
| Insurance Expense | 423,583 | |
| Outside Services | 14,854 | |
| Dues and Subscriptions | 33,915 | |
| Real Estate Fees | 15,860 | |
| Computer Expenses | 26,066 | |
| Sales Tax Expense | 27,604 | |
| Payroll Taxes Expense | 313,763 | |
| Property Taxes | 70,047 | |
| Legal and Professional Fees | 1,171,588 | |
| Repairs and Maintenance | 109,848 | |
| Officer Compensation | 170,000 | |
| Wages and Salaries | 2,671,753 | |
| Rent Expense | 212,022 | |
| P. O. Box Rent | 10,219 | |
| Telephone Expense | 67,090 | |
| Licenses and Permits | 3,927 | |
| Charitable Contributions | 6,160 | |
| Payroll Service Fees | 53,644 | |
| Employee Medical Expenses | 11,723 | |
| Meals and Entertainment | 55,155 | |
| Miscellaneous Expense | 60,152 | |
| Employee Welfare | 5,950 | |
| Contract Labor | 61,125 | |
| Web Site Design and Maintenance | 24,457 | |
| Office Security Expense | 4,184 | |
| Recruitment Expense | 12,497 | |
| Utilities | 48,717 | |
| Office Expense | 30,886 | |
| **Total Expenses** | | 8,686,193 |
| **Income/Loss from Operations** | | 7,802,097 |
| **Other Expenses** | | |
| Interest Expense | 219,149 | |
| Penalties | 41 | |
| **Total Other Expenses** | | 219,190 |
| **Income Before Taxes** | | 7,582,907 |
| **Provision for Income Taxes** | | |
| Florida Income Tax | 377,154 | |
| Federal Income Tax | 1,518,604 | |
| **Total Provision for Taxes** | | 1,895,758 |
| **Net Income (Loss) for the Period** | $ | 5,687,149 |

**Smart Communications Holding, Inc.**
*Consolidated Statement of Revenue and Expenses - Tax Basis*
*Cost of Goods Sold*
**For the year ended December 31, 2020**

**Cost of Sales**

| | | |
|---|---:|---:|
| Beginning Inventory | $ | 723,965 |
| Purchases | | 1,033,195 |
| Tablet Repairs | | 3,150 |
| Technology Services - Facilities | | 266,140 |
| Labor - Sales | | 423,364 |
| Labor - Telephone CC Sales | | 220,299 |
| Labor - Mail Processing | | 456,903 |
| Game Revenue Sharing 50/50 | | 38,654 |
| Freight and Shipping | | 168,277 |
| Internet Services | | 225,089 |
| Data Sorage & Server Hosting | | 74,457 |
| Postage and Shipping | | 26,245 |
| Merchant Card Fees | | 807,368 |
| Facility Commissions | | 1,049,988 |
| Mobile Mail Carts | | 1,050 |
| Salesperson Commissions | | 43,435 |
| Sublicense Royalty Fees Expense | | 148,539 |
| Vehicle Expenses | | 182,694 |
| Travel | | 416,646 |
| Meals | | 38,226 |
| Kiosk Software Expense | | 174,309 |
| Per Diem Expense | | 1,242 |
| | | 6,523,235 |
| Ending Inventory | | (1,401,970) |
| **Total Cost of Sales** | $ | 5,121,265 |

*See Accountant's Compilation Report*

4

**Smart Communications Holding, Inc.**
*Consolidated Statement of Retained Earnings - Tax Basis*
**For the year ended December 31, 2020**

| | | |
|---|---|---:|
| Retained Earnings - Beginning of Period | $ | 1,883,200 |
| Current Year Additions to Retained Earnings | | 301,865 |
| Net Income (Loss) for the Year | | 5,687,149 |
| Retained Earnings - End of Period | $ | 7,872,214 |

# EXHIBIT 17

# Clay County Sheriff's Office

RFP #23-0002
Inmate Communication Services
Proposal

**COPY**

# Smart
## Communications

Different Culture.
Different Approach.
Different Outcome.

*Communication, Automation, Intelligence*

©2024 Smart Communications

CONFIDENTIAL                    SMART-0004996

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



February 14, 2024

Mr. John Householder, Contracts Analyst
Clay County Sheriff's Office
901 North Orange Ave.
Green Cove Springs, FL 32043

Dear Mr. Householder:

Smart Communications is pleased to submit our proposal in response Clay County Sheriff's Office RFP #23-002 for the provisioning of Inmate Communication Services for the Clay County Jail.

Our firm is corrections' most innovative company. For more than a decade, we have been driven by our passion for innovation, resulting in the development of multiple new technologies and services that have truly transformed the inmate communications landscape for the better. In fact, many of the technologies and services that are now commonplace in corrections, such as inmate messaging/email, digital requests and grievances, and electronic postal mail delivery, were first designed and implemented by Smart Communications.

To both meet and exceed the County's requirements and expectations, we are proposing a comprehensive inmate communications technology and service package composed of our turnkey SmartEvo™ ITS, SmartVisit™ VVS, SmartInmate™ Electronic Messaging System and SmartEntertainment™ Streaming Media Platform, along with multiple value-added technologies, services and benefits at *no cost*.

The greatest evidence of a company's ability to provide successful integration, timely service delivery and a true partnership is best demonstrated by current utilization, client references and testimonials. Smart Communications' client footprint has grown organically for 15 years, from one account to more than 150 facilities throughout 26 states. Our client partners in the state of Florida currently include:

- Brevard County Sheriff's Office
- Collier County Sheriff's Office
- Flagler County Sheriff's Office
- Hernando County Sheriff's Office
- Indian River County Sheriff's Office
- Levy County Sheriff's Office
- Osceola County Sheriff's Office
- Putnam County Sheriff's Office

- Charlotte County Sheriff's Office
- Columbia County Sheriff's Office
- Florida Civil Commitment Center
- Highlands County Sheriff's Office
- Lee County Sheriff's Office
- Orange County Sheriff's Office
- Polk County Sheriff's Office

Please refer to "*Exhibit A: Confidential Client Partner List and Testimonials*," which provides point of contact information for all our client partners. We invite you to reach out to any of our clients as this will provide direct feedback on how their partnership with Smart Communications has benefited their facility staff, inmates and the communities they serve.

We welcome the opportunity to demonstrate our proposed technologies and services to the County as a part of the RFP evaluation process. This demonstration will provide an invaluable firsthand look at all potential solutions, allowing for a more informed and strategic approach to selecting the service provider that best aligns with your specific needs and goals. Moreover, it will provide the County with a chance to learn more about our latest innovation, the SmartWatch™ Offender Wearable. The SmartWatch™ is the most advanced technology

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



ever introduced to the corrections environment and offers a whole new universe of control, communication, intelligence and possibilities.

We are excited to collaborate with the County and contribute to the improvement of inmate communication, safety and efficiency at your facility. Our team is committed to delivering a solution that is tailored to your specific needs and requirements, and we welcome any customization requests or further discussions to ensure the success of this project. Moreover, our experience ensures a smooth and successful roll-out of all technologies and services proposed, and as fellow Floridians, headquartered in Pinellas County, we are uniquely positioned to provide rapid, direct on-site support should the need ever arise.

Thank you for your consideration. If you have any questions, need additional information or would like to schedule a demonstration, please do not hesitate to contact me directly by phone 888-253-5178 or email jon.logan@smartcommunications.us.

Respectfully,

Jon Logan
CEO, Smart Communications

Cc: Guy Mosteller (Account Manager), Jerome Anderson (VP of Sales)

CONFIDENTIAL                    SMART-0004998

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## Table of Contents

Executive Summary ........................................................................................................................................... 5

SECTION TWO SCOPE OF WORK............................................................................................................................ 8

2.1 Purpose.............................................................................................................................................. 8

2.2 Statistical Information ....................................................................................................................... 8

2.3 Vendor Requirements ........................................................................................................................ 9

2.4 Inmate Telephone System (ITS) Features and Functionality ......................................................... 18

2.5 Telephone/Kiosk Equipment Requirements................................................................................... 23

2.6 American with Disabilities Act (ADA)............................................................................................. 26

2.7 Call Protocols .................................................................................................................................. 26

2.8 Monitoring and Recording Requirements ...................................................................................... 28

2.9 Video Visitation System (VVS) ....................................................................................................... 40

2.10 Inmate Postal Mail System (IPMS)................................................................................................. 47

2.11 Inmate Email and Text Messaging................................................................................................. 51

2.12 Inmate Tablets and Applications ................................................................................................... 57

2.13 Vendor Maintenance...................................................................................................................... 62

2.14 Inmate Funds Accounts (IFA).......................................................................................................... 63

2.15 Payment and Commission Accountability ...................................................................................... 64

Appendix A: Required Forms................................................................................................................... 65

VENDOR REGISTRATION FORM ............................................................................................................. 65

PROPOSER W-9 FORM ........................................................................................................................... 66

PROPOSAL AUTHORIZED SIGNATURE FORM......................................................................................... 67

PROPOSAL SUBMITTAL FORM............................................................................................................... 68

QUALIFICATIONS STATEMENT FORM..................................................................................................... 69

NON-COLLUSIVE AFFIDAVIT .................................................................................................................. 71

PUBLIC ENTITY CRIMES STATEMENT FORM .......................................................................................... 72

DRUG FREE WORKPLACE FORM ............................................................................................................ 73

INDEMNIFICATION/HOLD HARMLESS FORM ........................................................................................ 74

PRIOR EXPERIENCE NARRATIVE............................................................................................................ 75

REFERENCE LIST FORM .......................................................................................................................... 76

VENDOR QUESTIONNAIRE ..................................................................................................................... 77

COST/FEE SCHEDULE ............................................................................................................................. 78

Cost Proposal/Financial Offer Overview ........................................................................................... 86

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



LIST OF SUBCONTRACTORS ............................................................................................................................. 101

Exhibit A: Confidential Client Partner List and Testimonials ................................................................ 102

Exhibit B: Business Registrations, Certifications and Licenses .............................................................. 115

Exhibit C: Confidential Financial Statements......................................................................................... 123

Exhibit D: Confidential Litigation Matters ............................................................................................. 129

Exhibit E: Service Escalation Matrix and Maintenance Plan ................................................................. 130

Exhibit F: Methodology and Management Plan ..................................................................................... 134

Exhibit G: Proposal Acknowledgement Form and Addendum .............................................................. 140

Exhibit H: Confidential Information Notice ............................................................................................ 159

CONFIDENTIAL                    SMART-0005000

## CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



# Executive Summary

**RESPONSE**: Smart Communications is a true technology company driven by a passion for innovation. We are currently the fastest-growing communications company in corrections. This explosive growth is driven by earning client partner trust, listening to their needs, investing heavily in research/development and customer support, and developing innovative, first-to-market devices and features.

For over a decade, our passion for innovation has resulted in the development of multiple new technologies and services that have truly transformed the inmate communications landscape for the better. In fact, many technologies and services that are now commonplace in corrections, such as inmate messaging/e-mail, inmate digital requests and grievances, and digital postal mail, were invented by Smart Communications.

In 2009, we launched SmartInmate™, the world's first two-way electronic messaging system exclusively designed for correctional use. SmartInmate™ not only changed the corrections environment by giving inmates access to a faster, more affordable option to stay connected with family and friends, it also provided an entirely new intelligence source to help investigators prevent and solve crimes. A year later, we launched SmartRequest™, the industry's first digital request/grievance/medical platform and deployed the first facility-wide digital law library.

The experience gained by deploying these new technologies and working directly with our facility partners gave us insight into the many challenges faced by correctional institutions and how we could use our technological expertise to provide solutions to overcome them. This solution-based approach led directly to the development of our proprietary SmartEvo™ Inmate Telephone System (ITS), the intelligent SmartVisit™ Video Visitation System (VVS), our patented, industry first MailGuard® Postal Mail Elimination and MailGuardLegal Privileged Mail Systems, and more.



OUR HISTORY OF FIRSTS & EXCLUSIVE INNOVATIONS

Our SmartEvo™ ITS platform was developed and is supported by the most knowledgeable and experienced individuals in the correctional telecommunications industry. For example, our Vice-President of Engineering, Thomas Spadaro, has over 30 years of experience in the design and development of real-time, large-scale communications systems for corrections. He worked on the development of the voice systems used by many of the major telecommunications carriers and service providers, including BellSouth, Verizon, AT&T, Sprint and several



CONFIDENTIAL                SMART-0005001

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



international carriers. In 1986, Thomas was credited as the co-inventor of the *first* purpose-built Inmate Phone Control System (IPCS) for Bell South. In 2000, he played a critical role in the introduction of the *first* Voice-Over Internet Protocol (VoIP) enabled IPCS and holds the earliest patent of this application. The telecommunications systems and software developed by our staff have been installed in over 450 correctional institutions and used by more than 158,000 inmates in the United States and abroad.

Smart Communications' SmartVisit™ VVS was first introduced in 2015. In 2019, the SmartVisit™ platform underwent a major update to incorporate various enhancements, including the implementation of Visitation On-Demand (VOD) and full integration in the SmartEcosystem™ Dashboard. SmartVisit™ VVS sessions are scheduled via our robust web-based Visitation Scheduler application. This web-based design allows public users to schedule both on-site and remote video visitation sessions from a PC, smartphone or tablet with an active Internet connection, or a facility lobby kiosk. Visitations may also be scheduled by authorized facility via the SmartEcosystem™ Dashboard. The Visitation Scheduler employs an intelligent, conflict-checking algorithm that only allows video visitation sessions to be scheduled when the on-site visitation hardware is available.

Headquartered in Seminole, FL, with various satellite offices located throughout the country, Smart Communications employs over 100 individuals, including strategically-located and experienced account and technical service representatives. Unlike other vendors that are owned and controlled by private equity funds, Smart Communications is a privately owned company and is not for sale. Our executives and team of great employees are all personally invested and here to stay. All technologies and services we offer are solely developed, managed, supported and enhanced in-house. This ensures the needs and interests of our client partners are the priority and will be met with the quickest and highest level of service and support available.

As detailed in the "***Cost/Fee Schedule***" section of our proposal, we are presenting the Clay County Sheriff's Office with four separate inmate communication technology and service package offer options (Option #1, Option #2, Option #3 and Option #4).

All options are composed of our turnkey SmartEvo™ ITS, SmartVisit™ VVS, SmartInmate™ Electronic Messaging System and SmartEntertainment™ Streaming Media Platform, as well as the following value-added technologies, services and benefits at *no cost*:

- SmartEcosystem™ Dashboard with Advanced Case Management, SmartLink™ Investigator, Call Transcription, Keyword Search and other investigative tools
- Patented MailGuard® Postal Mail Elimination System service ($162,800.00 annual value)*
- Patented MailGuardLegal System service ($162,800.00 annual value)*
- Jail Management System (JMS), Commissary and Related Systems Interfacing with Automated Information Service (AIS)
- Full-time, On-site Certified Technician (OCT) ($84,000.00 annual value)
- All hardware with installation and software upgrades
- 24/7/365 live, U.S.-based customer and technical support

- $33,333.33 Minimum Monthly Commission Guarantee
- SmartTablet™ devices (1:1 distribution ratio) with Wireless Charging Stations and SmartKiosk™ devices
- SmartInmate™ Electronic Messaging System service, including eight *free* SmartInmate™ messages every month for each inmate ($23,400.00 annual value)*
- *Free* unlimited Attorney Messaging with Legal Document delivery and eSignature functionality
- SmartLaw™ Digital Law Library ($10,000.00 annual value)*
- SmartRequest™ Digital Request/Grievance/Medical Form System service
- SmartEd™ and SmartReentry™ tablet-based inmate educational resources and rehabilitative programs

*Based on an inmate average daily population (ADP) of 450.

CONFIDENTIAL                                    SMART-0005002

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## TOTAL VALUE–ADDED TECHNOLOGIES, SERVICES & BENEFITS OVER 3–YEAR CONTRACT TERM:

# $1,324,200.00+

The only differences between the offer options are the service and commission rates associated with SmartEvo™ ITS service:

| SmartEvo™ ITS Service /Commission Rate Offer and Monthly Administrative Fee Payment Value Comparison | | | |
|---|---|---|---|
| **Offer Option** | **ITS Rate/Minute** | **ITS Commission Rate** | **Minimum Monthly Commission Guarantee Amount** |
| #1 | $0.21 | 95.0% | $33,333.33 |
| #2 | $0.19 | 90.0% | $33,333.33 |
| #3 | $0.17 | 85.0% | $33,333.33 |
| #4 | $0.15 | 80.0% | $33,333.33 |

This allows the County to select the ITS call service/commission rate they feel will provide inmates and their loved ones with the best value, while still allowing your overall budgetary needs/objectives to be met.

If you have any questions or would like to discuss modifications to our proposed offer options, please do not hesitate to contact me directly via email jon.logan@smartcommunications.us or phone 888-253-5178.

Thank you for your consideration and we look forward to working with Clay County.

Respectfully,

Jon Logan
CEO - Smart Communications

CONFIDENTIAL                                                            SMART-0005003

## CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



# SECTION TWO SCOPE OF WORK

## 2.1 Purpose

**The Clay County Sheriff's Office is seeking a qualified company (the "Vendor") to provide telephone, video visitation, digital postal mail, electronic mail, text messaging, and inmate computer application services (the "Services") for inmates at the Clay County Jail (the "Facility").**

**RESPONSE**: Acknowledged.

## 2.2 Statistical Information

**2.2.1 The Clay County Jail is located at 901 North Orange Avenue, Green Cove Springs, FL and has a maximum occupancy of four hundred ninety two (492) inmates. Currently, the Average Daily Population (ADP) is four hundred forty six (446) inmates. The CCSO is in the process of expanding the Facility; which upon completion will house a maximum of six hundred six (606) inmates.**

**RESPONSE**: Acknowledged.

**2.2.2 Below are the statistics for phone usage during the period of July 2022 through December 2022:**

|  | Local | Intra- Lata | Inter- Lata | Interstate | International | Total |
|---|---|---|---|---|---|---|
| Total number of calls | 75,735 | 9,421 | 12,606 | 13,158 | 3 | 110,923 |
| Total duration of calls (in minutes) | 934,746 | 121,938 | 161,106 | 160,281 | 43 | 1,378,114 |
| Average number of calls per month | 12,623 | 1,570 | 2,101 | 2,193 | 1 | 18,487 |
| Average duration of calls per month (in minutes) | 155,791 | 20,323 | 26,581 | 26,714 | 7 | 229,686 |
| Average duration of each call (in minutes) | 12 | 13 | 13 | 12 | 14 | 13 |

**RESPONSE**: Acknowledged.

**2.2.3 During the period referenced in 2.2.2 above there were a total of 33,810 text messages sent (an average of 5,635 per month).**

**RESPONSE**: Acknowledged.

**2.2.4 During this said period there were also 1,834 video visitations or an average of 306 per month.**

**RESPONSE**: Acknowledged.

CONFIDENTIAL

SMART-0005004

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## 2.3 Vendor Requirements

**2.3.1 The Vendor shall be required and agrees to accept the following responsibilities and provide the Services to the CCSO.**

**RESPONSE**: Acknowledged and agreed.

**2.3.2 The Vendor shall bear total responsibility and costs for providing and maintaining turn-key Services for the duration of the contract. The Vendor's provision of turn- key Services includes, but is not limited to, providing all personnel, supervision, kiosks, telephones, tablets, hardware, software, maintenance, support, licenses, permits, and any other equipment or services necessary for providing the Services. The CCSO shall have no responsibility for the Services or installation or maintenance of the equipment required to provide Services.**

**RESPONSE**: Acknowledged and agreed. Smart Communications' proposed system is a turnkey package. We will provide all labor, hardware, software and network infrastructure to deliver and maintain a fully functional system at *no cost* to the County.

**2.3.3 The costs related to provision of Services shall be the responsibility of the Vendor and are to be recovered through the selling of Services to the inmates and/or inmate's friends and family. CCSO shall bear no costs associated with provision of Services.**

**RESPONSE**: Acknowledged and agreed.

**2.3.4 The Vendor shall charge calling rates in accordance with the latest FCC Order. The Vendor shall bear the sole responsibility for collection of fees. The CCSO will not bear responsibility for unbillable or uncorrectable calls. Nor shall any revenues be deducted from the CCSO's commission for such calls.**

**RESPONSE**: Acknowledged and agreed.

**2.3.5 The Vendor shall ensure Services provided shall have the ability to integrate with all current CCSO systems and related programs including, but not limited to, Jail Management System (JMS), Inmate Funds Accounts (IFA), and Commissary. Any cost to develop such interface shall be the sole responsibility of the Vendor.**

**RESPONSE**: Acknowledged and agreed. The Smart Communications' technologies, services and SmartEcosystem™ Dashboard feature flexible architecture that is designed to accept various data formats, allowing them to easily interface with JMS, Commissary, Inmate Accounting and other Jail systems the County currently uses. These interfaces provide tremendous value as they automate information flow, ensuring data remains consistent between systems, while simultaneously reducing staff data entry burden.

Interfaces will specifically be established to allow individuals to purchase pre-paid telephone time for inmates to use on the SmartEvo™ ITS. Information received from third party vendors on purchased debit calling time will be credited and applied to the inmate's account when used. Additionally, the interface will provide a standard mechanism which will allow unused prepaid ITS funds to be transferred to the inmate's trust account upon release.

All interfaces will be translated, mapped and established by Smart Communications' Engineering team during project implementation at *no cost* to the County.

CONFIDENTIAL                    SMART-0005005

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**2.3.6 Vendor shall provide equipment in quantities as agreed upon to be sufficient to support the Services. CCSO requests the following minimum requirements: Four (4) kiosks in jail booking area, two (2) kiosks in jail holding area, one (1) ADA compliant kiosk in Medical Unit, two (2) mobile kiosks to be used as needed, one (1) kiosk in First Appearance booth, and individual tablets for inmate use on a one (1) to one (1) ratio, with ten percent (10%) extra to provide for spikes in ADP and equipment failures. There shall also be six (6) visitation kiosks in the CCSO Visitation Facility for use by public.**

**RESPONSE**: Acknowledged and agreed.

**2.3.7 The Vendor shall be responsible for scheduling the installation to include gaining access to the buildings, wiring closets and equipment rooms.**

**RESPONSE**: Acknowledged and agreed.

**2.3.8 The Vendor shall agree to pay all initial set-up charges and any other start-up charges incurred to convert or replace the existing service(s) and equipment.**

**RESPONSE**: Acknowledged and agreed.

**2.3.9 The Vendor must have provided similar services to other detention facilities for a minimum of three (3) years and be licensed to operate and provide the services within Clay County, FL.**

**RESPONSE**: Confirmed. Please refer to "*Exhibit A: Confidential Client Partner List and Testimonials*," for details regarding detention facilities in which we have provided similar services, and "*Exhibit B: Business Registrations, Certifications and Licenses*."

**2.3.10 The Vendor must comply with all applicable county, state and federal law and regulations regarding licensing and certification, and submit documentation of such if requested by the CCSO.**

**RESPONSE**: Acknowledged and agreed.

**2.3.11 The Vendor will at all times adhere to all Federal, State, and Local statutes, ordinances, laws, regulations, codes, directives, and/or orders, and such further rules, regulations, and policies of the CCSO. Failure to comply with such requirements may result in disciplinary action up to and including removal and replacement of Vendor employees or contract termination, as deemed necessary by CCSO.**

**RESPONSE**: Acknowledged and agreed.

**2.3.12 The Vendor must provide evidence that they are presently authorized to provide services being offered and that they have the experience, manpower and financial resources to install and provide follow-up services for all of the Services set forth in this RFP.**

**RESPONSE**: Smart Communications has been researching, developing and providing inmate communication solutions for over a decade. We provide our technologies and services to over 150 different correctional facilities in 26 states.

CONFIDENTIAL

SMART-0005006

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





This experience has provided us with a thorough understanding of the complexities and security concerns associated with operating in a correctional facility, as well as the know-how to deliver solutions in a timely manner and provide ongoing support. We are confident we have the experience, technology and resources necessary to meet and exceed the requirements for this project.

Headquartered in Seminole, FL, with various satellite offices located throughout the country, Smart Communications employs over 100 individuals, including strategically located and experienced account and technical service representatives.

The following Smart Communications team members will be involved to ensure the successful implementation and ongoing support for this project.

CONFIDENTIAL

SMART-0005007

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





NOTE: Dashed lines indicate levels of authority.

## Account Manager – Guy Mosteller



Guy Mosteller is a talented, goal-driven individual with strong interpersonal communication skills. Guy possesses a wealth of knowledge in correctional industry client management based on his 33-year career in law enforcement with Jones County Sheriff's Office (GA), serving as Jail Administration Captain for most of those years. Guy assists with project management and the implementation of correctional facility accounts for the sale of inmate telephone services, mail scanning/processing, electronic messaging and video visitation. Guy will serve as your lead point of contact for all matters relating to your account and service. Guy holds a degree in Criminal Justice and Police Science from Georgia College.

## Project Manager – C.J Withrow

C.J Withrow has more than 35 years of experience working in a diverse range of technical and project management leadership roles in the Information and Communications Technology (ICT) sector for various firms based in Dayton, OH, such as Alpha Net, NetComm, Inc. and Chapel Electric. For 10 years, C.J also served as Tele/Data Instructor for the International Brotherhood of Electrical Workers (IBEW) Local 82's Joint Apprenticeship and Training Committee (JATC). C.J has degrees from both Pickaway-Ross Vocational Center (Chillicothe, OH) and the University of

CONFIDENTIAL                    SMART-0005008

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



Tennessee – Knoxville. C.J has received training and certifications in multiple systems, including Building Industry Consulting Service International (BISCI) (DD2000 and DD102) certification, AMP Network Connect, Ortronics Systems Solutions, Leviton Voice/Data Fiber Optics and Telcom, Avaya Systimax, Axis Camera, Hubbell Permission Wiring, IBM Home Director, AT&T Fiber Optics, Oasis, OSHA and more. This training has allowed C.J to achieve proficiency in a variety of technical skills, including, but not limited to, 3M Hot Melt Connectors (ST, SC, FC), Multi Pair Cabling Splicing, 4/6/8 Pin Modular Plugs, Fluke Testers, 110 Punch Down Blocks, Corning Splicers, Wall and Rack Mount LIUs, Fiber Optic Connectors, as well as Fusion and Mechanical Splices.

### Client Services Manager – Julie Shakir

Julie Shakir has over 10 years of experience in client services, administration and education. Prior to joining Smart Communications, Julie was the co-owner/senior specialist at Thankful Senior Solutions, a consultancy group specializing in assisting seniors and their families with finding independent, assisted-living and memory care services. She then served as the principal at Largo Christian School, with multiple administrative and educational duties. Since joining our team in 2021, Julie has been responsible for a range of client services, project management and training roles for the Midwest and Western regions. As the client services manager, she will monitor support tickets and ensure communication remains open between the clients she serves and the appropriate departments in-house. Julie holds a Bachelor of Science degree from Liberty University.

Julie currently serves as a Client Services Manager for 40 Smart Communications client partner facilities, including:

- Benton Co. Jail (Bentonville, AR)
- Conway Co. Detention Ctr. (Morilton, AR)
- Crawford Co. Jail (Van Buren, AR)
- Miller Co. Jail (Texarkana, AR)
- Poinsett Co. Jail (Harrisburg, AR)
- White Co. Jail (Searcy, AR)
- Santa Cruz Co. Jail (Santa Cruz, CA)
- Tuolumne Co. Jail (Sonora, CA)
- Natchitoches Parish Jail (Natchitoches, LA)
- St. John the Baptist Parish Jail (Laplace, LA)
- Terrebonne Parish Jail (Houma, LA)
- Washington Parish Jail (Franklinton, LA)
- Ottawa Co. Jail (Ottawa, MI)
- Grady Co. Jail (Chickasha, OK)
- Tioga Co. Prison (Wellsboro, PA)
- Bell Co. Jail (Belton, TX)
- Denton Co. Jail (Denton, TX)
- Jefferson Co. Correctional Facility (Beaumont, TX)
- Lubbock Co. Detention Center (Lubbock, TX)
- Kitsap Co. Detention Ctr. (Port Orchard, WA)

- Carroll Co. Detention Ctr. (Berryville, AR)
- Craighead Co. Jail (Jonesboro, AR)
- Lawrence Co. Jail (Walnut Ridge, AR)
- Mississippi Co. Jail (Luxora, AR)
- Pope Co. Jail (Russellville, AR)
- City of Santa Ana Jail (Santa Ana, CA)
- San Mateo Co. Jail (Redwood City, CA)
- Saline Co. Jail (Salina, KS)
- Calcasieu Parish Jail (Lake Charles, LA)
- Morehouse Parish Jail (Bastrop, LA)
- Richland Parish Det. Ctr. (Rayville, LA)
- Tangipahoa Parish Corrections (Amite, LA)
- Oakland Co. Jail (Pontiac, MI)
- Washoe Co. Detention Facility (Reno, NV)
- Crook Co. Jail (Prineville, OR)
- Brazos Co. Detention Center (Bryan, TX)
- Ector Co. Detention Center (Odessa, TX)
- Kerr County Jail (Kerrville, TX)
- Webb Co. Jail (Laredo, TX)
- Lewis Co. Jail (Chehalis, WA)

Additional team members who will be involved in the implementation and ongoing support:

### Provisioning Manager/Senior Technician – Brian Keller

Brian Keller is a detail oriented professional with over 36 years of experience in installations, troubleshooting, wiring and customer support regarding Voice over Internet Protocol (VoIP) inmate telephone and video visitation systems in the correctional facility industry. He is a dedicated team player with strong organizational skills and strives to meet or exceed customer expectations. Brian also enjoys building client relationships and has a proven track record

CONFIDENTIAL                                    SMART-0005009

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



of successfully completing any installation task assigned to him. Brian holds an associate degree in Electronics Technology, has a CISCO Network Association (CCNA) certification and has received Dbase III programming training.

### Director of Education and Client Services – Julie Gallman

Julie Gallman is gifted educator with over 28 years of classroom experience. Julie holds a BA in Elementary Education from Limestone College as well as an MA in Education from Converse College. As the Director of Education, Julie is committed to growing Smart Communications' inmate education programs as well as expanding certification training programs to help inmates gain meaningful employment upon release. Julie also serves as the Director of Client Services and she manages the on-site training of Smart Communications technologies and services when they are implemented in a facility.

### Technical Support Manager – James Brokaw

James Brokaw is a talented Senior Full-Stack developer with 16 years of web development, programming and database administrator. James' skillset includes Coldfusion, PHP, ASP.net, C#, Microsoft SQL Service, MySQL, Relational DB t-SQL, UDF, Javascript, jQuery, AJAX, CSS, SCCSS/SASS, Git Version Control as well as SOAP/XML data transfers. James' knowledge and ability to quickly resolve issues makes him an extremely effective Technical Support Manager.

### Network Operations Manager – Andre Parker

With more than 25 years of experience in developing information technology solutions, Network Operations Manager Andre Parker specializes in seamless network design, and phone and server implementations. His strong attention to detail and organizational skills are matched by his dogged determination in creative troubleshooting and developing effective resolutions. These qualities consistently earn Andre special notice for providing exceptional customer support and communications.

### Quality Assurance Manager – Cynthia Hoos

Cynthia Hoos has more than 20 years of technical expertise in the correctional industry and is responsible for managing Smart Communications' networks. Prior to joining Smart Communications, Cynthia spent 7 years as a presales technical consultant with Hewlett Packard, where she was a product specialist responsible for data-com, servers and communication products. Prior to HP, Cynthia spent 3 years with Scientific Dynamics as a Systems Integrator, where she was responsible for the inmate product certification.

### Security/Privacy Manager – Todd Craig

Todd Craig is a former Acting Assistant Director, Chief of Security Technology and Warden for the Federal Bureau of Prisons (BOP). Todd brings over 36 years of federal and state correctional leadership experience, including institution security, emerging security technologies and cutting-edge enterprise-wide solution development and execution in the corrections industry. As BOP's Acting Assistant Director, Todd provided leadership, supervision and direction to 150 headquarters and 300 field Information, Policy and Public Affairs specialists at the agency's 122 field and six regional sites. He oversaw a budget of $75 million for IT infrastructure and nationwide enterprise network as well as developed, secured and deployed funding for IT infrastructure upgrade ($125 million), and contraband drone and cell phone interdiction ($17 million).

### National Client Relations Director – Nick Langella

Nick Langella possesses over 25 years of senior level executive experience. Prior to joining Smart Communications, Nick served for three years as the Regional Client Relations Manager for an inmate communications service provider where he oversaw operations and customer relations for facilities located in Texas and Oklahoma. As a result of Nick's demonstrations, site visits and rollout of state-of-the-art equipment packages, he increased the company's portfolio by 26% as well as established programs that resulted in a vast increase in positive client endorsements.

CONFIDENTIAL                    SMART-0005010

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



### Vice-President of Sales – Jerome Anderson

Jerome Anderson is an experienced, driven and highly motivated sales professional with an extensive knowledge of corrections. Prior to joining Smart Communications, Jerome worked as a Regional Manager with Keefe Commissary for over 13 years. Jerome holds a bachelor's degree in Business Administration and Management from Baldwin Wallace University in Berea, OH.

### Vice President of Technology – Justin Scott

Justin Scott was Smart Communications' first employee over 14 years ago and is our Vice President of Technology to this day. Justin has been writing custom web applications most of his life, including the world's first inmate messaging system. Justin brings over 24 years of development experience, with over half of his experience working and writing software exclusively for correctional agencies. While Justin's skillset is grounded in ColdFusion and MS SQL Server, he also has vast experience working with a number of other web-based technologies, including PHP, ASP .Net (C#), as well as building native Windows applications in JavaScript using Electron. In conjunction with his web programming, Justin has been involved with network and systems administration, performing in a DevOps role since before the term existed. Justin wears many hats as the IT Director and is responsible for networks deployed at multiple locations and overseeing other staff members in technical support, field services, programming and online operations.

### Vice President of Network Operations – Terry Whiteside

Terry Whiteside joined Smart Communications in January of 2019 and serves as our Vice President of Network Operations. Terry has over 30 years in the telecommunications industry, with more than 18 years in executive and engineering roles. Terry has a Bachelor of Applied Science Degree in Electronic Information Systems Engineering.

### Vice President of Engineering – Thomas Spadaro

Thomas Spadaro has over 30 years of experience in the design and development of real-time, large-scale communications systems for corrections. Before his position at Smart Communications, Thomas worked on the development of the voice systems used by many of the major telecom carriers, including BellSouth, Verizon, AT&T, Sprint and several international carriers. Thomas is credited as the inventor or co-inventor on several corrections industry patents, including patents for VoIP and Three-Way call detection. Thomas currently leads the software development and quality assurance teams at Smart Communications.

### Vice President of Operations – Lisa Eddy

Lisa Eddy has over 25 years of experience exclusively in the inmate telecommunications industry. Lisa has a broad understanding of the corrections industry, including staff training, customer service/retention, sales, marketing, contract management, installations and technical support.

CONFIDENTIAL                                    SMART-0005011

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





**2.3.13 Proposals must include a description of the Vendor's company, a copy of their latest financial statement and/or annual report or recent SEC Form 10-K report.**

**RESPONSE**: Smart Communications Holding, Inc. is a successful, financially stable, privately owned corporation. We have an exclusive banking relationship with Truist Bank. Truist Bank is held by Truist Financial Corporation, headquartered in Charlotte, NC.



To demonstrate our financial stability and resources available to continue operations to meet the requirements of this RFP, the following information has been provided in "***Exhibit C: Confidential Financial Statements***:"

- FY 2022 Consolidated Financial Statements (Independent Accountant's Review Report)
- FY 2021 Consolidated Financial Statements (Audited)

Please note, our FY 2022 Consolidated Financial Statements are currently being reviewed by an independent auditor and should be available within the next 30 to 60 days. Unlike most firms in the industry, Smart Communications has *never* been subject to any liquidated damages or class action lawsuit.

***IMPORTANT NOTE**: Smart Communications is a privately owned company and our financial statements are highly confidential. To the extent such information is sought by a third party via public record request or otherwise, Smart Communications will assert all applicable exemptions to protect such information from public disclosure. To protect our proprietary business information, we respectfully request that only the "redacted" copy of proposal (enclosed) be made available for public inspection/disclosure. Please notify Smart Communications immediately if any portion of our RFP response marked confidential is the subject of any public record request so that we may respond appropriately.*

**2.3.14 The Vendor shall provide a list of each of the customers they have provided the Services to in the last three (3) years, to include customers name, address, telephone number, contact name, and telephone number. Customers on this list will be contacted to verify the Vendor's ability to satisfactorily provide Services. IT IS NOT**

CONFIDENTIAL                    SMART-0005012

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**ACCEPTABLE FOR VENDORS TO RESPOND THAT CUSTOMER REFERENCES ARE PROPRIETARY INFORMATION. FAILURE TO PROVIDE THIS INFORMATION MAY CAUSE YOUR PROPOSAL TO BE REJECTED AS NON-RESPONSIVE.**

**RESPONSE**: Confirmed. Please refer to "*Exhibit A: Confidential Client Partner List and Testimonials*," which provides point of contact information for all Smart Communications' client partners. Detailed reference information for some of our many Florida client partners is provided below:

| REFERENCE #1 | |
|---|---|
| **Facility Name:** | Brevard County Jail |
| **Address/Location:** | 860 Camp Rd., Cocoa, FL 32927 |
| **ADP and Jail Capacity:** | **ADP**: 1,564 \| **Capacity**: 2,000 (Beds) |
| **System Architecture and Configuration:** | Implementation of a secure, independent broadband network to support various centralized/web-based inmate communications technologies and services; included installation of 240 ITS phone stations, 653 inmate tablets and 55 inmate kiosks |
| **Primary Point of Contact:** | Major Vere Samuel |
| **POC Phone and Email:** | 321-690-1500 \| vere.samuel@bcso.us |

| REFERENCE #2 | |
|---|---|
| **Facility Name:** | Hernando County Jail |
| **Address/Location:** | 16425 Spring Hill Dr., Brooksville, FL 34604 |
| **ADP and Jail Capacity:** | **ADP**: 700 \| **Capacity**: 821 (Beds) |
| **System Architecture and Configuration:** | Implementation of a secure, independent broadband network to support various centralized/web-based inmate communications technologies and services; included installation of 117 ITS phone stations, 372 inmate tablets and 48 inmate kiosks |
| **Primary Point of Contact:** | Major Shaun Klucznik |
| **POC Phone and Email:** | 254-933-5468 \| sklucznik@hernandosheriff.org |

| REFERENCE #3 | |
|---|---|
| **Facility Name:** | Indian River County Jail |
| **Address/Location:** | 4055 41st Ave., Vero Beach, FL 32960 |
| **ADP and Jail Capacity:** | **ADP**: 498 \| **Capacity**: 612 (Beds) |
| **System Architecture and Configuration:** | Implementation of a secure, independent broadband network to support various centralized/web-based inmate communications technologies and services; included installation of 122 ITS phone stations, 194 inmate tablets and 32 inmate kiosks. |
| **Primary Point of Contact:** | Lt. Larry Nusser |
| **POC Phone and Email:** | 772-299-8888 \| lnusser@ircsheriff.org |

| REFERENCE #4 | |
|---|---|
| **Facility Name:** | St. John's County Detention and Work Release Centers |
| **Address/Location:** | 3955 Lewis Speedway, St. Augustine, FL 32084 |
| **ADP and Jail Capacity:** | **ADP**: 505 \| **Capacity**: 664 (Beds) |

CONFIDENTIAL

SMART-0005013

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



| System Architecture and Configuration: | Implementation of a secure, independent broadband network to support various centralized/web-based inmate communications technologies and services; included installation of 160 ITS phone stations, 357 inmate tablets and 45 kiosks |
|---|---|
| **Primary Point of Contact:** | Inmate Communications Supervisor Caitlin Parkin |
| **POC Phone and Email:** | 904-209-2208 | cparkin@sjso.org |

*IMPORTANT NOTE: Our client references and partnership details are confidential proprietary business development information. To the extent such information is sought by a third party via public record request or otherwise, Smart Communications will assert all applicable exemptions to protect such information from public disclosure. To protect our proprietary business information, we respectfully request that only the "redacted" copy of proposal (enclosed) be made available for public inspection/disclosure. Please notify Smart Communications immediately if any portion of our RFP response marked confidential is the subject of any public record request so that we may respond appropriately.*

**2.3.15 The Vendor shall list all litigation between the Vendor and any customer, with whom the Vendor has had a contract for Services, within the past three (3) years.**

**RESPONSE**: Confirmed. Smart Communications has been involved in litigation with one customer in the past three years. Please refer to "***Exhibit D: Confidential Litigation Matters***" for details.

*IMPORTANT NOTE: Smart Communications' litigation matters are highly confidential. To the extent such information is sought by a third party via public record request or otherwise, Smart Communications will assert all applicable exemptions to protect such information from public disclosure. To protect our proprietary business information, we respectfully request that only the "redacted" copy of proposal (enclosed) be made available for public inspection/disclosure. Please notify us immediately if any portion of our RFP response marked confidential is the subject of any public record request so that we may respond appropriately.*

**2.3.16 The Vendor will cooperate with the Clay County Sheriff's Office when investigating fraudulent use and/or suspected criminal activity by inmates while using Services provided.**

**RESPONSE**: Acknowledged and agreed.

## 2.4 Inmate Telephone System (ITS) Features and Functionality

**2.4.1 Services shall include an Inmate Telephone System that allows for the purchase of telephone calls by incarcerated individuals using funds available in their Inmate Fund Accounts.**

**RESPONSE**: Confirmed. Smart Communications will interface with the facility's inmate trust to allow funds to be transferred to an inmate's phone/PIN Debit account. This service will be provided at *no cost* to the facility.

**2.4.2 ITS must provide for Services through a centralized system using a secure platform without the need for live operator assistance.**

**RESPONSE**: Confirmed. The SmartEvo™ is a purpose-built digital switching platform designed to provide secured inmate calling services and features. All inmate calls are processed by an automated operator and the system does not allow access to a live operator at any time.

CONFIDENTIAL                    SMART-0005014

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**2.4.3 ITS must ensure that all operational features and system requirements provided must be applicable to all calls placed through the system, including local and long distance calling.**

**RESPONSE**: Confirmed. Smart Communications' SmartEvo™ ITS provides local, domestic and international call capabilities for inmates to stay in touch with their family and friends. The SmartEvo™ ITS processes all calls in the same manner regardless of call type or payment method. All calls originating at the facility are processed with an automated operator with no need for any assistance from a third-party. All calls are subject to the same restrictions and functions, including monitoring, recording and on-site reporting.



**2.4.4 ITS must be capable of providing dial tone to all inmate telephones, kiosks, and tablets at the same time and one central office line per inmate device.**

**RESPONSE**: Confirmed. Our system architecture is provisioned with the necessary resources to provide a dial tone to all inmate communication devices running the SmartEvo™ ITS calling application simultaneously, ensuring reliable and concurrent access to telephone services for all inmates via a central office line.

**2.4.5 ITS must be able to process calls on a selective bilingual basis: English and Spanish. The inmate must be able to select the preferred language utilizing a simple code. The called party must likewise be able to select the preferred language.**

**RESPONSE**: Confirmed. To assist inmates and the called party through the calling process, the SmartEvo™ ITS provides multiple, customizable and easy to understand prompts, messages and instructions in English and Spanish (or other languages, as requested by the County). These prompts and messages can be configured to play randomly or at predetermined timed intervals throughout the call.

**2.4.6 The Vendor must provide telephone reception quality at least equal to the quality offered to the general public and must meet telecommunication industry standards for service quality. The Vendor must accept the CCSO decision regarding whether the reception quality meets industry quality standards.**

**RESPONSE**: Confirmed. The reception quality of the SmartEvo™ ITS meets telecommunication industry standards and is equal to the quality available to the general public. Smart Communications will accept the County's reasonable decision regarding whether the reception quality is acceptable.

**2.4.7 ITS must have a fraud prevention feature such as one that will be able to randomly interject pre-recorded announcements throughout the duration of the conversation to the called party indicating the source of the call. The inmate must not be able to interfere with these announcements.**

**RESPONSE**: Confirmed. The SmartEvo™ ITS can be configured to play call branding information and other prompts at random or predetermined timed intervals throughout the call.

**2.4.8 ITS shall allow for free calls from telephones or kiosks in booking area.**

**RESPONSE**: Confirmed.

**2.4.9 ITS must provide one-way, out-going service only. ITS shall prevent any inmate telephone or tablet from receiving any incoming calls. The Vendor must agree that no inmate telephone or tablet shall be capable of receiving an incoming call and the Vendor must work with the local telephone companies to ensure such control.**

**RESPONSE**: Confirmed. The SmartEvo™ ITS calling application and supporting network infrastructure are specifically designed to prevent the receipt of any incoming calls.

CONFIDENTIAL

SMART-0005015

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**2.4.10 ITS must provide collect, station-to-station, and person-to-person calling.**

**RESPONSE**: Confirmed. The proposed SmartEvo™ ITS will provide collect station to station calling. The SmartEvo™ ITS can also provide Prepaid Collect and Prepaid Debit calling. All calls originating at the facility are processed with an automated operator with no need for any assistance from a third-party.

**2.4.11 ITS must prohibit direct-dialed calls of any type.**

**RESPONSE**: Confirmed.

**2.4.12 ITS shall deny access to 411, 555-1212, 800, 877, 888, 900, 911, 950+1, 976 or 10-10xxx numbers and allow for blocking calls to specific telephone numbers such as those of victims, witnesses, judges and CCSO staff.**

**RESPONSE**: Confirmed. The SmartEvo™ ITS provides complete control over all calls placed through the system and disallows 800/900/information/operator call options. In the early stages of placing a call, the ITS validates dialing patterns and specifically restricts certain prefixes, such as 900, 800, 888, 700, 976, 411, 911, and common patterns, such as "N11", "10XXX", "0" and "00". Additionally, the ITS allows for very specific blocking based on wild card patterns, such as any "NPA" or "NPA-NXX" combinations. There are no limits to the number of wild card patterns that can be added to the system.

**2.4.13 ITS shall only be operational during the scheduled times established and as may be modified from time to time by CCSO.**

**RESPONSE**: Confirmed. Inmate calls can be limited to scheduled calling periods and can be configured facility-wide and by housing units, inmate phones, destination numbers and inmate PINs. These settings can be adjusted at any time by authorized County staff via the web-based SmartEcosystem™ Dashboard.



**2.4.14 ITS must be able to be shut down quickly and selectively.**

**RESPONSE**: Confirmed. The SmartEcosystem™ Dashboard provides authorized facility staff with the ability to instantaneously activate/deactivate (shut down) the SmartEvo™ ITS calling application on an individual device, group of devices or all devices.

**2.4.15 The ITS must be flexible and allow CCSO to shut down quickly and selectively at several locations:**
- **at demarcation location - total institution telephones**
- **at central control center - select telephones or tablets**
- **at central control center – complete housing units**

**RESPONSE**: Confirmed. Manual on/off switches will be furnished and installed at the facility's demarcation point and central control center. The on/off switch installed at the demarcation point will be configured to

CONFIDENTIAL   SMART-0005016

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



activate/deactivate (shut down) SmartEvo™ ITS calling services throughout the entire facility. The on/off switches installed at the central control center will be configured to activate/deactivate SmartEvo™ ITS calling services in specific housing units. Unlike traditional, wall-mounted inmate telephone stations that are wired individually, SmartTablet™ devices are wireless and therefore cannot be activated/deactivated via a manual switch. Therefore, activating/deactivating SmartEvo™ ITS calling services on an individual SmartTablet™ device can only be accomplished via the SmartEcosystem™ Dashboard.

**2.4.16 ITS must be able to take an individual station or tablet out of service without affecting other units.**

**RESPONSE**: Confirmed.

**2.4.17 CCSO must have the capability to restrict usage of Services by an individual user to his/her location.**

**RESPONSE**: Confirmed. Inmates are only able to log in to and utilize SmartTablet™ devices assigned to their specific housing unit.

**2.4.18 ITS shall allow for CCSO to control call duration and set time of day restrictions by phone or tablet, by inmate PIN, by location, or by number called.**

**RESPONSE**: Confirmed. The SmartEvo™ ITS provides the County with complete control over inmate call limits and configurations. Inmate calls can be limited by configurable minute increments, call duration, location, inmate account/PIN and more. These configurations are established during installation and can be adjusted at any time by authorized staff via the web-based SmartEcosystem™ Dashboard.

**2.4.19 ITS must be able to identify and block simultaneous use of a PIN.**

**RESPONSE**: Confirmed. The SmartEvo™ ITS does not permit the entry of duplicate Inmate PINs. The SmartEvo™ ITS also detects and prevents the simultaneous use of a PIN during live calling. Attempts to use a PIN already in use will terminate the call attempt with a termination code of "PIN in Use." An override can be enabled on a specific PIN to permit simultaneous use for that PIN if required; however, this is not a commonly used setting.

**2.4.20 ITS must detect the called party's attempt to access three-way and conference calling at any time during the call and immediately following the connection of the call. If detected, the call must be terminated before connection to the third party, or if during the call, as soon as the transfer or conference is detected.**

**RESPONSE**: Confirmed. Smart Communications' patented 3-Way Call Detection System is a highly-effective fraud deterrent. The system is integrated in the SmartEvo™ ITS without requiring additional hardware or software. Our 3-Way Call Detection System is unique in its ability to dynamically adapt to each phone call based on the complete end-to-end network conditions. This is a substantial improvement over traditional simple threshold silence detection techniques.

#### Highly Accurate 3-Way Call Detection:
The patented detection algorithms are completely developed and maintained by in-house digital signal processing engineers. As 3-way calling does not utilize a dedicated network signaling protocol, any detection system is forced to make the decision to act based on the information which can be observed on the live call. The algorithms in the SmartEvo™ ITS are tuned to perform to the level of aggressiveness desired to provide a good balance between detecting true 3-way calls versus false-detecting other call activities.

A common problem with all 3-Way Call Detection Systems, especially simple silence detection system, is falsely identifying legitimate calls as 3-way attempts due to common occurrences, such as placing a phone down on the table or covering the mouthpiece. Smart Communications' 3-Way Detection algorithm is specifically designed to

CONFIDENTIAL                        SMART-0005017

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



avoid these problems by dynamically adapting at the start of each call, and during the ongoing call, by analyzing the characteristics of the telephone circuit in use. By adapting on the fly, our system can learn the difference between a true "on-hold" event versus a simple quiet conversation period. Our system can further adapt its performance based on geographic destinations or even specific called numbers and exchanges.

### Operation:

The 3-Way Call Detection feature initially analyzes the existing line conditions to use as a baseline for the remainder of the call. The system then monitors the call for conditions that indicate the called party activated a 3-way call or placed the call on hold. When a possible 3-way call attempt has been detected, the system performs the action as programmed by the administrator and a record of the event is stored in the call detail record. After the call is complete, the 3-Way Call Detection System resets and waits for the next call to begin.

### Fully Digital Signal Processing (DSP):

The SmartEvo™ ITS uses an all-digital processing system to analyze the characteristics and performance of each telephone call. Each port in the system provides a dedicated Digital Signal Processing (DSP) resource.

### Dynamic Calibration, Remote Configuration and Adjustment:

At the start of each call, the system adapts the 3-way call process parameters based on the actual line and call conditions. Internally, the system has over 18 soft parameters that provide a fine level of precision to the call detection system. Most installations can use the factory settings, which are the result of extensive field trials and analysis. If necessary, these the parameters can be remotely adjusted to obtain optimum system performance.

### Multiple Detection Options:

Upon detection of a 3-way call attempt, the system performs the action as programmed by the administrator:

- Disconnect the call
- Play a single prompt or begin playing a prompt at random intervals during the call
- Take no external action

### Enable or Disable Detection:

Each call processed by the SmartEvo™ ITS can be classified and tagged to enable or disable 3-way call detection. This feature makes it possible to disable 3-way detection for calls to valid individuals, such as lawyers or public defenders, and enable it for calls to other numbers.

### Record and Store Detection Details for Each Call:

The SmartEvo™ ITS creates a Call Detail Record (CDR) for each call. This record includes a field that indicates detection of a 3-way call attempt. Authorized users can retrieve information about 3-way call attempts through the call detail reporting feature.

**2.4.21 ITS should be capable of informing the called party of their account accumulated thirty (30) day balance prior to acceptance of each call. This balance should be to the next rounded minute.**

**RESPONSE**: Confirmed.

**2.4.22 ITS must be interfaced with the current commissary software and allow inmates to telephone in orders for commissary products.**

**RESPONSE**: Confirmed. The SmartEvo™ ITS can interface with third party vendors to automate the commissary ordering process via telephone. Smart Communications has experience interfacing with many commissary providers.

CONFIDENTIAL                         SMART-0005018

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## 2.5 Telephone/Kiosk Equipment Requirements

**2.5.1 Equipment provided for use by inmate population shall be capable of providing all Services to inmates, and integrate with Inmate Funds Accounts and Commissary.**

**RESPONSE**: Confirmed.

**2.5.2 All equipment shall be new and completely operational at time of installation.**

**RESPONSE**: Acknowledged and agreed.

**2.5.3 All equipment shall comply with Part 69 FCC Rules and meet or exceed all applicable codes and standards for installation and service.**

**RESPONSE**: Acknowledged and agreed.

**2.5.4 All equipment shall be waterproof, fireproof, and feature dual tone multi frequency (DTMF) dialing.**

**RESPONSE**: Smart Communications' SmartTablet™ devices are water and fire resistant and feature dual tone multi frequency (DTMF) dialing.

**2.5.5 In accordance with Section 2.6 below, Telephone Devices for the Deaf (TDD) and equipment accessible to the handicapped must be provided. CCSO requests one (1) ADA compliant kiosk in each dorm, one (1) in the Medical Unit and one (1) in the First Appearance area as a minimum.**

**RESPONSE**: Acknowledged and agreed. Please refer to our response under *Section 2.6* for details.

**2.5.6 Telephone equipment must be powered by the telephone line and have UPS back-up power. No separate power source will be required.**

**RESPONSE**: Confirmed. The SmartKiosk™ device hardware is line powered (PoE) and is delivered with an Uninterruptible Power Supply (UPS). The battery capacity of the UPS provided will allow for this hardware to be operated for a minimum of two hours during an emergency.

**2.5.7 In the event of a power failure, the Vendor must provide an uninterrupted power supply source for a period of a least ten (10) minutes. This is to ensure there is no loss of recordings or "real time" data.**

**RESPONSE**: Confirmed.

CONFIDENTIAL                    SMART-0005019

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**2.5.8 The inmate telephones and kiosks must have all of the following physical and design characteristics:**

- A steel, tamper proof, housing that protects the electronic components of the unit;
- Paint/finish is mar and scratch resistant;
- Operating ease with concise instructions on the faceplate;
- Hearing aid compatible;
- Industry standard design;
- Heavy-duty handsets with no removable parts
- An armored handset cord that is resistant to stretching and breaking;
- Video visitation capability;
- Shatterproof monitors;
- Full duplex audio
- Installation reinforced by security studs to prevent easy removal of unit.
- No exposed cables or other hardware
- Volume control

**RESPONSE**: Confirmed. Smart Communications has over a decade's worth of experience in the research, development and delivery of custom, correctional-grade kiosks. Every aspect of our SmartKiosk™ devices is engineered to withstand severe inmate abuse as well as meet the unique safety and network security requirements of correctional facilities.



The SmartKiosk™ is equipped with an ultra-rugged, shatter-resistant 17.0" touch screen LCD display, a full 1080p high-definition IP camera and various network hardware components that are fully enclosed in a 22.0 X 18.0 X 5.0" (HxWxD) high-strength, 12-gauge steel housing. To prevent tampering and exposure to liquids, the housing does not have any external hinges or openings/ventilation holes. The housing also features smooth, rounded edges to prevent injury, and a rounded top design to prevent beverages being placed on the device. The devices are abrasion and chemical resistant, and can be cleaned/sanitized using commercial-off-the-shelf (COTS) cleaning agents.



To provide optimal sound quality and user privacy during visitation sessions, SmartKiosk™ devices are equipped with a corded Rhino® telephone handset. The handset is constructed of heavy-duty polycarbonate molded plastic and does not have any removable parts. The handset cable is contained in a flexible, stainless steel, armored sheathing with a pull strength exceeding 1,000 ft-pounds and is attached to the SmartKiosk™ device via a bayonet lock method.

Smart Communications' SmartVisit™ Video Visitation System (VVS) is compatible with our proprietary SmartKiosk™ hardware. Our SmartVisit™ application runs on a centralized system that uses carrier-grade collocation facilities which only requires a 1U media server at the facility to process video visitation session audio and video streams. Each SmartKiosk™ device connects via Cat5e or Cat6 Ethernet cable to a dedicated port on an Ethernet switch that is connected to a dedicated Local Area Network (LAN). This connection allows for SmartKiosk™ devices to connect to

CONFIDENTIAL SMART-0005020

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



other allowable devices on the LAN or over the Wide Area Network (WAN). All SmartKiosk™ devices feedback to a central router and firewall located in the facility. A secure connection from the facility to the SmartVisit™ application hosted in Smart Communications' data center is provided to allow for SmartKiosk™ devices to be managed. SmartKiosk™ devices are capable of being powered by 120VAC or PoE via the connected network Ethernet cable.

Smart Communications can also provide wall-mounted inmate telephone stations specifically designed to meet the unique security, safety and durability needs of correctional facilities if required by the County.

**2.5.9 Mobile wireless kiosk units, with full Services capability, shall be available for use by inmates that are incapacitated or in a "lock down" status.**

**RESPONSE**: Acknowledged and agreed.

**2.5.10 Kiosks in jail lobby shall provide for public access and integrate with IFA and Commissary to facilitate friends and family adding funds to inmate accounts.**

**RESPONSE**: Smart Communications will install and maintain an intake booking kiosk for the County.

Smart Communications' intake booking kiosks are designed to securely collect money from new inmates with minimal officer involvement. The booking kiosk provided will accept credit card, debit card and cash deposits (including coins). The booking kiosk will be interfaced with the inmate Trust Fund accounting system to allow deposited funds to be available immediately for inmate commissary purchases. After a deposit has been made, the booking kiosk documents the transaction by taking a picture of the inmate and issues two printed receipt copies (one for the inmate and the other for the facility).



The kiosk is equipped with a 19.0" LCD touch screen display, a webcam, two bill acceptors, each with a 1,000-bill capacity, a credit card reader and a thermal receipt printer. The booking kiosks provided will also feature a coin acceptor. The kiosk will be fully supported and maintained (including cash collections/custodial services and software updates) by Smart Communications throughout the life of the contract at *no cost* to the County.

| PUBLIC/LOBBY AND INTAKE BOOKING KIOSK SPECIFICATIONS | |
|---|---|
| **Enclosure:** | • Free standing<br>• Ruggedized steel construction<br>• Powder coated finish<br>• Front access door with key lock<br>• Baseplate or to floor through baseplate mountable<br>• ADA capable |
| **Dimensions (l x w x h):** | 20.0 x 22.0 x 62.0" (50.80 x 55.88 X 157.48 cm) |
| **Weight:** | 250 lbs. (113.4 kg) |
| **Power:** | 15A (maximum draw) |
| **Components:** | • 19.0" LCD with PCASP touch screen display<br>• PC with Windows OS and Ethernet LAN connection<br>• Thermal Printer<br>• Credit card reader |

CONFIDENTIAL                    SMART-0005021

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



| |
|---|
| • Webcam |
| • 2 Bill Acceptors with 1,000-bill capacity |
| • Coin Acceptor (intake booking kiosk only) |

**2.5.11 Kiosks in booking area and jail lobby shall be equipped with card readers allowing use of debit and credit cards for transactions.**

**RESPONSE:** Confirmed.

## 2.6 American with Disabilities Act (ADA)

**The Vendor must provide accommodations necessary to comply with Americans with Disabilities Act (ADA) requirements, including but not limited to providing devices which are accessible to persons in wheelchairs and proposing systems that are compatible with Telephone Devices for the Deaf (TDD).**

**RESPONSE:** Confirmed. Smart Communications provides the equipment necessary to ensure your facility's telephone service and hardware is compliant with all requirements set forth in the Americans with Disabilities Act (ADA). This includes providing equipment that is accessible to persons in wheelchairs and systems that accommodate inmates who are hard of hearing.



As an alternative to TDD, which is used on standard wall-mounted telephones, we are offering Video Relay Service (VRS) and Video Remote Interpreting (VRI) on our hardware, provided by Purple Communications. Purple Communications' VRS and VRI are FCC-certified services for deaf and hard-of-hearing individuals that promotes equal communications access, satisfying the requirements of Title IV of the Americans with Disabilities Act (ADA). Purple Communications' VRS and VRI are fully interoperable with our SmartVisit™ VVS allowing sessions to be monitored, recorded and administered in the same manner as a standard video visitation session.



## 2.7 Call Protocols

**2.7.1 Each call placed through the ITS must be identified as being a call originating from the Clay County Jail Facility in 100% of the cases. During the call set up process, the inmate shall be put "ON HOLD". The ITS must provide a pre- recorded announcement announcing the collect call is coming from an inmate at the Clay County Jail and that all calls are subject to being recorded.**

**RESPONSE:** Confirmed. During the call setup process, the SmartEvo™ ITS plays a pre-recorded announcement to the inmate and called party that can be customized to suit the specific needs of the County. An example pre-recorded announcement informing the called party of a collect call is as follows:

*"You have a collect call from {prerecorded inmate name}, an inmate at the [Customer's Detention Center Name]. If you accept this call, any attempt to use 3-way or call waiting will automatically disconnect the call. This call is also subject to being recorded or monitored, except for privileged communications between attorney and client. The cost for this call will be {x} cents for the first minute and {x} cents for each additional minute."*

Smart Communications' Network Operations Center (NOC) will work with the County to make changes to the prerecorded announcement messages, as required.

CONFIDENTIAL                    SMART-0005022

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**2.7.2 The called party must hear the pre-recorded announcement and provide confirmation (positive acceptance of call) by selecting an option to do so.**

**RESPONSE**: Confirmed.

**2.7.3 The inmate shall NOT be permitted to monitor call progress and shall NOT be allowed to communicate with called party until the call is positively accepted.**

**RESPONSE**: Confirmed.

**2.7.4 Each call, having been identified as being placed through the Vendor's ITS, must be delivered to the called party as a collect call.**

**RESPONSE**: Confirmed.

**2.7.5 ITS shall provide an option for the called party to request call rate information prior to acceptance.**

**RESPONSE**: Confirmed. Before a call is positively accepted, called parties are provided the option of obtaining call type and rate details from the SmartEvo ™ ITS automated operator.

During the initial greeting message, the automated operator will announce the following:
*"To obtain call type and rate information for this call, dial "3" now."*

When this option is selected, the automated operator will announce the following:
*"The cost for this [call type] call will be [x] dollars and [xx] cents for the first [y] minute(s) and [x] dollars and [xx] cents for each additional {y} minute."*

The automated operator also provides called parties with options to accept or reject the call:
*"To accept this call, dial "1" now. To reject this call, dial "2" now."*

Called parties must positively accept a call (press "1" on their telephone keypad) to allow any communication with an inmate to take place. Charges are only incurred once a call has been accepted by the called party.

**2.7.6 If a call is not accepted by the party called, or if no one answers the call, the Vendor's service must so inform the inmate of the situation and not simply disconnect the call.**

**RESPONSE**: Confirmed. The proposed SmartEvo ™ ITS will play the following recorded messages explaining why a call was not completed:

- **No Answer:** "*The party you have called did not answer*."
- **Busy Signal:** "*The number you dialed is busy now, please try your call again later*."
- **Answering Machine**, **Network Error**, **Phone Lines Down** or **Other System Issue:** "*Please try your call again later*."
- **Called Party Refused Charges:** "*Charges for your call have been refused*."

All voice message recordings are programmable and can be customized to meet County-specific needs.

**2.7.7 In all circumstances, the service must limit the inmate to a single twenty (20) minute call request. Thereafter, the service must require the inmate to disconnect and initiate another call.**

**RESPONSE**: Confirmed. The SmartEvo ™ ITS will play a notification message to both the inmate and called party one-minute prior to the call duration time limit being reached. When the call duration time limit is reached, the

CONFIDENTIAL SMART-0005023

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



call will automatically be terminated. The time at which the notification message is played during a call and the call duration time limit can be adjusted at any time via the secure, web-based SmartEcosystem™ Dashboard.

Additionally, the SmartEvo™ ITS prevents "hook-switch dialing" by limiting the inmate to one call per connection. There is no direct access to Public Switched Telephone Network (PSTN) dial tone and attempts to gain a second dial tone are not allowed. Once the hook switch is depressed, the SmartEvo™ ITS terminates the call. When the hook switch is released, a new call in the SmartEvo™ ITS begins with all SmartEvo™ ITS security and billing procedures in place to manage the new call. Chain dialing is not supported on the SmartEvo™ ITS or inmate stations.

**2.7.8 The ITS must advise the caller by recorded message when the call is denied due to excessive billing.**

**RESPONSE**: Confirmed.

## 2.8 Monitoring and Recording Requirements

**2.8.1 ITS shall offer unlimited, secure, remote access from any PC or laptop with high speed internet connectivity. This connection shall enable authorized users, with the use of a single sign in, to view, monitor and record all calls and video visitations from any telephone, kiosk, or tablet within the ITS and other select telephones outside the Facility as authorized by the Sheriff. Remote access activity shall not impair Services functionality or performance in any way.**

**RESPONSE**: Confirmed. Smart Communications' SmartEcosystem™ Dashboard is web-based, allowing authorized staff to use any PC with a common web browser and active Internet connection to access and manage the SmartEvo™ ITS. Remote access provides the same features and functionalities, permitted by the user's level of access, that are available on the control workstations.

**2.8.2 The ITS must have the ability to exclude conversations with attorney client privilege or other sessions as directed by the Clay County Sheriff's Office.**

**RESPONSE**: Confirmed. The SmartEcosystem™ Dashboard is configured to disable monitoring and recording on attorney phone numbers and accounts to preserve attorney/client privilege. If an attorney has accepted calls before informing the facility that their number should be marked as privileged, the SmartEvo™ ITS will automatically delete any previous recordings as soon their phone number is marked as privileged.

**2.8.3 ITS shall be remotely accessible from any TCP/IP connection by multiple operators, simultaneously. This should include laptop users. The Vendor shall provide all software necessary for accessing the system via a Windows based operating system.**

**RESPONSE**: Confirmed. All technologies and services proposed by Smart Communications are administered via our secure, web-based SmartEcosystem™ Dashboard. This allows for 24/7/365 remote access and administration by multiple authorized facility users simultaneously through any TCP/IP connection. The SmartEcosystem™ is compatible with any PC or other internet-enabled device, and a variety of popular web browsers.

**2.8.4 Recording at Facility should be able to be done on a minimum of sixty (60) devices simultaneously.**

**RESPONSE**: Confirmed. As a centralized system, there is no limit to the number of calls that can be recorded simultaneously. The SmartEvo™ ITS can record all non-privileged inmate calls or be configured to selectively record calls based on inmate PIN, called numbers or inmate telephone station.

CONFIDENTIAL                                                                                    SMART-0005024

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



All call detail records and recordings are stored and backed-up on redundant Storage Area Networks (SAN). These storage systems can scale dynamically with no limitation on total capacity. Call recordings are immediately accessible to authorized users online via the SmartEcosystem™ Dashboard.

**2.8.5 All equipment designated to perform recording of calls must be located within the Clay County Jail where the activity originates, unless authorized by the Clay County Sheriff.**

**RESPONSE**: Smart Communications' proposed solution is a centralized system hosted in carrier grade data centers in Philadelphia, PA, Tampa, FL and Portland, OR to ensure maximum availability and will require minimal equipment to be housed at the facility. Our systems are managed through a secure, web-based application.

**2.8.6 The monitoring and recording of calls and visitations must be selectively programmable by one or more of the following as applicable:**

- **Inmate ID or Name**
- **Visitor Name**
- **Visitation Station**
- **Cell Block or Location**
- **Kiosk or Tablet**
- **Date of Session**
- **Start and Stop Time**
- **Called Number**

**RESPONSE**: Confirmed. The SmartEvo™ ITS can record all non-privileged inmate calls or be configured to selectively record calls based on inmate PIN, called numbers or inmate telephone station. Call recordings are immediately accessible for playback and/or download via the secure, web-based SmartEcosystem™ Dashboard. The SmartEcosystem™ Dashboard can be accessed on-site or remotely on any computer with Internet connection – no additional hardware or software is required.

Non-privileged SmartEvo™ ITS calls can also be monitored by authorized staff or investigators in real-time via the SmartEcosystem™ Dashboard. When an authorized user logs in, they can view all calls in progress and select the call they wish to monitor. There is no indication to the inmate or called party when a call is being monitored.

**2.8.7 ITS should, upon request by a qualified entity, provide specific information for tracking inmate activities and patterns by individual telephone numbers; and for billing purposes.**

**RESPONSE**: Confirmed. Every inmate call made in the SmartEvo™ ITS is tracked in the Call Detail Record (CDR), including calls that are rejected by the called party or do not successfully connect. The CDR contains all relevant call information, such as inmate PIN, inmate station location, destination number, date, start and end time, duration, type and more.

Our web-based SmartEcosystem™ Dashboard features multiple search and keyword tools to allow authorized staff to view statistics and generate a variety of reports with this data to show common connections, shared connections, common callers and other details regarding call activity.

CONFIDENTIAL

SMART-0005025

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





**2.8.8 Monitoring reports shall have the capability of being sorted by any and all of the following criteria:**

- **Daily Statistical reports**
- **Originating number**
- **Terminating number**
- **Date of call**
- **Time of day**
- **Length of call.**
- **Call block statistical report**

**RESPONSE:** Confirmed.

**2.8.9 Billing reports shall have the capability of being sorted by any and all of the following criteria:**

- **Call Detail report**
- **Amount charged per call**
- **Gross revenue**
- **Daily Statistics**
- **Monthly Statistics**
- **Called party/number accepting report**
- **Total Calls**
- **Calls by Date**
- **Time of Day**
- **Length of a Call**

**RESPONSE:** Confirmed.

**2.8.10 ITS should also have the ability to provide customized reports, if requested.**

**RESPONSE:** Confirmed.

**2.8.11 ITS must be capable of showing "real time" call activity on a personal computer. This activity must be detailed by date of call, start time of call, stop time of call, inmate placing call and called number.**

**RESPONSE:** Confirmed. SmartLink™ Investigator's "*Time Analysis*" tool displays all inmate calling and communication events (i.e., messages, photos, visitations, postal mail, etc.) on an easy to view timeline.

CONFIDENTIAL

SMART-0005026

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





Each call/communication event includes an arrow (← or →) that indicates the individual (inmate or public user) who initiated the event.

Authorized facility staff can quickly access detailed information regarding a specific call/communication event (i.e., Message Details) of interest by clicking the event icon located on the left side margin.



To further aid investigators, timeline calling/communication event data can also be filtered by event type and/or data range, as well be exported as a .PDF or .CSV file.

CONFIDENTIAL

SMART-0005027

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



| From | FromType | To | ToType | Event | TimeStamp |
|---|---|---|---|---|---|
| ,DARIUS | Inmate | (360) | Phone | Call | 2023-09-29T18:12:46 |
| ,DARIUS | Inmate | (425) | Phone | Call | 2023-09-29T18:28:55 |
| Christopher | PublicUser | DARIUS | Inmate | Message | 2023-09-29T21:08:02 |
| ,DARIUS | Inmate | Christopher | PublicUser | Message | 2023-09-29T21:33:36 |
| ,DARIUS | Inmate | Julia | PublicUser | Message | 2023-09-29T21:34:06 |
| Christopher | PublicUser | DARIUS | Inmate | Message | 2023-09-29T22:19:28 |
| Christopher | PublicUser | DARIUS | Inmate | Message | 2023-09-29T23:26:47 |
| ,Julia | PublicUser | DARIUS | Inmate | Message | 2023-09-30T00:13:26 |
| Christopher | PublicUser | DARIUS | Inmate | Message | 2023-09-30T09:52:33 |
| Christopher | PublicUser | DARIUS | Inmate | Message | 2023-09-30T14:47:48 |
| ,Julia | PublicUser | DARIUS | Inmate | Message | 2023-09-30T15:01:24 |
| ,Julia | PublicUser | DARIUS | Inmate | Message | 2023-09-30T15:11:04 |
| DARIUS | Inmate | (360) | Phone | Call | 2023-09-30T17:43:05 |
| DARIUS | Inmate | (360) | Phone | Call | 2023-09-30T18:56:19 |
| Julia | PublicUser | DARIUS | Inmate | Message | 2023-10-01T11:33:02 |

**2.8.12 ITS must have the capability of automatically calling and alerting CCSO personnel when a specific number or numbers are dialed.**

**RESPONSE**: Confirmed. Investigative staff can also use the SmartEcosystem™ Dashboard to set up "call watch" alerts based on various triggers, such as inmate PIN, destination telephone number and more. When a "call watch" has been triggered, the SmartEvo™ ITS will immediately issue an alert to the appropriate investigator via email, text message and/or phone. Upon receipt of an alert, the investigator can use a cell phone, landline or Internet-enabled PC to monitor the call in real time.

Call monitoring is covert as neither the inmate nor called party can detect when their call is being monitored. Calls can be monitored by multiple investigators simultaneously without affecting the recording quality.

**2.8.13 ITS must have the capability to record calls automatically without assistance from CCSO personnel.**

**RESPONSE**: Confirmed.

**2.8.14 ITS should have the ability to select a particular device for recording or monitoring while a call is in progress.**

**RESPONSE**: Confirmed. All non-privileged SmartEvo™ ITS calls can be monitored by authorized County or investigative staff in real time via the web-based SmartEcosystem™ Dashboard.

Screenshots illustrating the information viewable during live call monitoring are provided below.

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





All non-privileged SmartEvo™ ITS calls are automatically recorded and stored in the SmartEcosystem™ Dashboard.

**2.8.15 ITS shall allow for authorized personnel or staff to interrupt the call or visit and communicate directly with the inmate or visitor. The audio shall be heard by both the inmate and visitor and shall be included in the recording of the session.**

**RESPONSE**: Confirmed.

CONFIDENTIAL                    SMART-0005029

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**2.8.16 ITS shall be expandable and modular in design in the event the CCSO chooses to utilize comprehensive call recording at a later date.**

**RESPONSE**: The SmartEvo™ ITS is a highly-reliable centralized platform utilizing carrier grade collocation facilities. The core of the ITS switch is a field-proven software architecture designed to provide a robust and scalable platform for telecommunications.

The SmartEvo™ ITS is deployed in redundant carrier grade data centers to ensure maximum uptime as well as access to carrier data and voice facilities. The SmartEvo™ ITS network is designed to perform consistently with the highest levels of availability, easily scales to accommodate new sites and services, and is monitored around-the-clock ensuring the highest performance is achieved.

All call records and recordings are stored and backed-up on redundant Storage Area Networks (SAN). Our SAN is redundant and scalable to meet any system storage requirements. These storage systems can scale dynamically with no limitation on total capacity. Smart Communications will provide sufficient storage for all call recordings for the full term of the contract. All call and video recordings will remain online and are immediately available.

**2.8.17 ITS shall provide for simultaneous playback and recording of conversations. It is mandatory that the playback of any selected channel must be accomplished while continuing to record all input channels.**

**RESPONSE**: Confirmed. All non-privileged SmartEvo™ ITS calls can be played back or monitored in real time by authorized staff or investigators simultaneously while the system continues to record. From the web-based SmartEcosystem™ Dashboard, they can view all calls in progress and completed recordings and select the call they wish to monitor or play back. The user can elect to listen to the call live, rewind or pause the call audio.

**2.8.18 ITS shall allow authorized users the view and analyze call data to establish links between multiple inmates and called numbers. Service should also allow for graphical representation of such links.**

**RESPONSE**: The SmartEcosystem™ is delivered with our SmartLink™ Investigator which provides various manual and automated tools to aid in the investigation or discovery of criminal activity at *no charge*. By using SmartLink™ tools, investigators can easily check for any links between inmates and public individuals or other inmates using multi-path and multi-relation analysis.

SmartLink™ Investigator also incorporates the POLE data model and advanced graphing technology to permit manual or automated analysis of related events and people. Our system incorporates data from all aspects of our broad network of information, including



inmate communications through phone calls, messaging, visitation, financial transactions, connected friends and family, incarceration and release dates, housing assignments and other elements, to facilitate the discovery of related events and individuals, and predict possible future activities using advanced AI techniques.

Additionally, SmartLink™ Investigator works in conjunction with our live monitoring systems to permit automated background checking of suspicious activities that may occur over extended periods of time. Detecting activities based on time and patterns can alert an investigator when a sequence of events takes place, possibly providing time to apprehend an individual and prevent them from completing an undesired action.

Using SmartLink™, an investigator can uncover paths of communication through multiple platforms that are not possible to see by looking at one set of data. The example below shows an indirect relationship between two

CONFIDENTIAL                    SMART-0005030

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



inmates through a public individual using a combination of phone calls placed through SmartEvo™ ITS and messages sent through SmartInmate™ Electronic Messaging system.



**2.8.19 ITS shall provide for continuous on-line diagnostics and continuous supervision, as well as local remote offline system control access for advanced programming and diagnostics. Access to the built-in advanced diagnostics and program control shall be via modem by service center personnel and shall provide failure reports, service history and other diagnostic reports.**

**RESPONSE**: All infrastructure supporting the communications systems we provide at your facility is reliably maintained by our U.S.-based Network Operations Center (NOC). The NOC remotely monitors the health, security and capacity of our system hardware, software applications and associated networks 24/7/365 to help ensure 99.9% uptime. Our systems are periodically polled at intervals of two minutes, with crucial operational statistics transmitted every ten minutes. This continuous monitoring allows our NOC to proactively detect, diagnose and eliminate potential threats before they disrupt service.

The NOC further maintains infrastructure by performing regular system updates such as third-party content and bug fixes. Maintenance updates are typically performed between the hours of 1:00am – 6:00am EST. In the unlikely event that a maintenance update requires system downtime, your facility will be notified by your Account Manager 24 hours in advance.

**2.8.20 All conversations must be transcribed to readable and searchable text format.**

**RESPONSE**: Confirmed. The SmartEcosystem™ Dashboard is also equipped with a powerful transcription tool that allows investigators to quickly and easily transcribe conversations spoken in English or Spanish from a SmartEvo™ ITS call or SmartVisit™ VVS session recording into readable and sharable text.

After an investigator selects the SmartEvo™ ITS or SmartVisit™ VVS session recording to be transcribed, the file recording is transferred to our transcription server. From there, state-of-the-art contextual neural network processors transcribe the audio data at nearly twice the speed of real-time. At this rate, a 10-minute recording would take approximately 6 minutes to transcribe.

CONFIDENTIAL



# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



Immediately after the transcription is completed, an email notification is automatically generated and sent to the investigator who initiated the request. The email includes an embedded hyperlink that navigates to the original record in the SmartEcosystem™ Dashboard where the transcription results are now available.

CONFIDENTIAL

SMART-0005032

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





The transcription results are saved with the original record to provide other authorized staff with quick access. Transcription results are also automatically processed through the SmartEcosystem™ Dashboard keyword filtering engine. When a keyword/phrase (i.e., drugs, escape, kill myself, etc.) is detected, it is flagged with a colored highlight, allowing investigators to quickly locate any occurrences of the keyword/phrase in the transcription results. Transcriptions can easily be exported as a Microsoft Word document.

**2.8.21 ITS must have the capability to re-record, download, or export recordings to a separate storage medium for play on any type of software or digital media.**

**RESPONSE**: Call recordings are immediately accessible to authorized users online via the SmartEcosystem™ Dashboard. The SmartEcosystem™ Dashboard provides simple point and click access to download recordings and copy to alternative media for portable storage such as CD/DVD/USB storage device, etc. System users may

CONFIDENTIAL

SMART-0005033

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



download one or a group of recordings and retain all pertinent call detail information with the recordings for ease of use at alternate locations. By using the Investigate platform, County staff no longer need to download and burn call recordings or other information, such as images of tattoos, to CD-Rs. Once published to a case in the SmartEcosystem™ Dashboard, this information can easily be shared with external users. The Investigate platform allows the County to choose what types of assets each user can access and download.

Recordings are downloadable in a compressed .mp3 format or SmartEvo™ ITS proprietary file format. If recording integrity must be proven, the recording can be saved in the proprietary file format. A digital signature in the file ensures that the file data has not been altered after it has been retrieved from the system. This file format can be played using a SmartEvo™ ITS file player.

**2.8.22 At a minimum, playback of recordings must be able to be done from the CCSO Investigator's Office.**

**RESPONSE**: Call recordings are immediately accessible online via the SmartEcosystem™ Dashboard. Authorized users can securely log in to the SmartEcosystem™ Dashboard from any computer with Internet access to play back and/or download the recordings directly from the user interface; no additional hardware or software is necessary.

**2.8.23 Time and date entries for each recorded conversation must be displayed on a per channel basis. ITS must display all conversations in chronological order to facilitate research and playback.**

**RESPONSE**: Confirmed. The SmartEcosystem™ Dashboard is equipped with a variety of call search and reporting tools that allow authorized facility staff to search for and playback SmartEvo™ ITS call recordings of interest.

The screenshot below demonstrates the ability for facility staff to use the SmartEcosystem™ Dashboard to query the SmartEvo™ ITS call recording database and generate a list of all recorded conversations in chronological order.

CONFIDENTIAL

SMART-0005034

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**Search for Phone Calls**

Call Search

| | |
|---|---|
| Call From: | click here to select where the call originated |
| Call To: | |
| Inmate ID: | Inmate Name: |
| Alternate ID: | |
| Included Calls: | ☑ Only include answered calls (not blocked or restricted) |
| Call Type: | click here to select call types |
| Recording: | ☑ Recorded Calls |
| Fraud Detection: | ☐ Calls with PFE Detection    ☐ Calls with Extra Digit Dialing |
| Date Range From: | 11/13/2022    To: 11/13/2022 |
| Start Time Range From: | To: (hh:mm:ss) |
| | (hh:mm:ss) |

Search    Hide Search    New Search                     Search Criteria Name    Save Search Criteria

Case Management

Clear Selected Calls (0)

Call Details

| ▶ 0:00 / 0:00    ◀) : | Inmate: | Duration: | Termination Code: |
|---|---|---|---|
| Playback Speed: Normal ▼ | Call To: | Charge: | Call Type: |
| | Address: | | |

Showing 100 of 1071 Record(s)                                                     ⬚  ● Export: 🗐
1 2 3 4 5 6 7 8 9 10 ...

| ☐ | Date | Time | Call To | Call From | Duration | Call Type | Inmate | | Charge | Termination Code |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ ◀ | 11/13/2022 | 22:58:19 | | (276) 739-1068 [6B-4] | 01:00 | Prepaid | [10821634] | Kevin | $0.22 | Time Up for Timed Call |
| ☐ ◀ | 11/13/2022 | 22:56:07 | | (276) 739-1003 [2D-1] | 00:51 | PIN Debit Call | [10007066] | William | $0.19 | Normal Call |
| ☐ ◀ | 11/13/2022 | 22:52:33 | | (276) 739-1007 [2D-2] | 07:00 | Courtesy Call | [10400559] | Lynn | $0.00 | Time Up for Timed Call |
| ☐ ◀ | 11/13/2022 | 22:51:12 | | (276) 739-1003 [2D-1] | 01:53 | PIN Debit Call | [10825485] | Christopher | $0.58 | Normal Call |
| ☐ ◀ | 11/13/2022 | 22:51:03 | | (276) 739-1014 [6B-3] | 07:01 | Prepaid | [10015701] | Jason | $1.53 | Normal Call |
| ☐ ◀ | 11/13/2022 | 22:48:28 | | (276) 739-1068 [6B-4] | 01:31 | Prepaid | [10813505] | Sammy | $0.38 | Called Party Hung Up |
| ☐ ◀ | 11/13/2022 | 22:48:25 | | (276) 739-1012 [2D-3] | 11:00 | Prepaid | [10823197] CHRISTOPHER | | $2.10 | Time Up for Timed Call |
| ☐ ◀ | 11/13/2022 | 22:47:21 | | (276) 739-1087 [8F-1] | 09:08 | PIN Debit Call | [10815811] | Jade | $1.91 | Normal Call |
| ☐ ◀ | 11/13/2022 | 22:46:01 | | (276) 739-1015 [6A-4] | 12:12 | PIN Debit Call | [10826226] | JAYSON | $2.59 | Normal Call |
| ☐ ◀ | 11/13/2022 | 22:41:28 | | (276) 739-1005 [6B-1] | 14:29 | Courtesy Call | [10825979] | COLLIN | $0.00 | Normal Call |
| ☐ | 11/13/2022 | 22:41:20 | | (276) 739-1007 [2D-2] | 08:06 | PIN Debit | [10826781] | RYAN | $2.61 | Normal Call |

**2.8.24 ITS must maintain phone recordings for a minimum of one hundred eighty (180) days.**

**RESPONSE**: Confirmed. All call detail records, recordings and account information will be stored online and available to authorized users through the web-based SmartEcosystem™ Dashboard for at least 180 days or the retention period defined by the County.

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**2.8.25 Services should allow for remote conferencing sessions that are under surveillance by the CCSO investigative unit. This feature will allow authorized personnel to monitor a call or visitation from any remote location. The session will be automatically conferenced to a predetermined investigators telephone number in listen mode only once the call has been accepted and is in progress and the entry of a unique PIN by investigator.**

**RESPONSE**: Confirmed. The SmartEvo™ ITS allows authorized staff to set up call watches on as many called numbers, inmates or inmate phones as necessary. The call watches can use one or more of the criteria to make complex watch conditions. Watches can also contain lists of numbers, such as staff, known gang members, accomplices or other high interest groups. When the SmartEvo™ ITS detects a call that matches one of the watch conditions, it will take one of the preset actions, including providing an audible notification, sending a text or email, or call a phone number and allow the user to listen to the call audio remotely. When listening remotely, the user enters a PIN and can listen to the call live, rewind or pause the call audio. When monitoring a call directly through the SmartEcosystem™ Dashboard, authorized staff can also disconnect the call in progress.

## 2.9 Video Visitation System (VVS)

**2.9.1 The Vendor will provide video visitation systems to the Clay County Sheriff's Office and must include all system equipment, installation, training, operation, and maintenance.**

**RESPONSE**: Acknowledged and agreed.

**2.9.2 VVS shall contain all Investigative Tools available to Vendor at time of installation and as may become available in the future. (i.e. "floating head", background distortion, etc.)**

**RESPONSE**: Confirmed. Smart Communications' SmartVisit™ VVS was introduced in 2015 and remains the most intelligent video visitation platform in corrections. SmartVisit™ utilizes industry exclusive content filtering software to ensure unwanted visual information is not present in the background of an active SmartVisit™ session, and a robust, web-based scheduling application to streamline and automate the visitation process. These features provide a true "self-service" video visitation experience with zero staff involvement.

The secure, web-based SmartEcosystem™ Dashboard provides authorized staff with access to important system details, reports and other information, such as:

- **Welcome/Dashboard**: provides a summary view of the number of visits scheduled each day for the week, units offline, recording space and a message board.
- **Session History Report**: includes visitor/inmate name, session date, session start/end times, visitor station location and inmate/pod station location.
- **Visitation Recordings**: Recorded visits are searchable, viewable and downloadable in .MP4 format. *NOTE: Important visitation records can be locked to prevent deletion during standard purging processes.*
- **User Activity Reports**: details facility staff use of the system, by user.

### Facial Detection and Background Masking|
A key feature of Smart Communications' SmartVisit™ VVS is our advanced, real-time facial detection/tracking and background masking software. This software frees up resources by eliminating the need for staff to "babysit" video visitation sessions necessary to prevent the transmission of nudity, gang signs/offensive or lewd hand gestures and other forms of "visual contraband," as well as objects or individuals that may be present in the inmate's or visitor's surroundings. When enabled, this software isolates the inmate's and visitor's faces by blocking out or masking their background/surroundings.

CONFIDENTIAL

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





Additionally, our software will only transmit the inmate's or visitor's live video feed when they are directly facing their device's camera. If at any point during a session a party is no longer directly facing the camera, their video feed will go "*blank*" on the other party's device and a "*[User] not facing camera*" notification message is displayed on both devices. As soon as the party returns to directly facing their camera, their live video feed will automatically resume transmission and the notification message will turn off. Notification messages are included in the video call recording and are also visible to authorized users monitoring the session live.

 

## Visitation Session Monitoring |

The SmartEcosystem™ Dashboard is equipped with a live video visitation monitoring feature, allowing authorized facility staff to monitor all non-privileged SmartVisit™ sessions in real-time, on-site or remotely from any PC equipped with a common web browser and active Internet connection.

The monitoring system's intuitive interface is composed of three display areas:

1. **Live Video Thumbnails** – Displays all SmartVisit™ sessions in progress. Each live video thumbnail includes key session information, such as inmate and visitor names, inmate location/device and time remaining. Any thumbnail in this area may be selected by the user to be monitored. ***NOTE***: *Privileged (i.e., attorney/client) sessions are displayed in this area. However, the session participants' video feeds will not be displayed and their conversation cannot be monitored/listened to.*

CONFIDENTIAL    SMART-0005037

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



2. **Highlighted/Magnified/Selected Live Video Thumbnail** – Displays the SmartVisit™ session selected by the user from the "*live video thumbnail*" area. The audio (conversation) associated with the session displayed is played through the user's monitoring device audio output (i.e., speakers or headphones).



3. **Menu** – Allows the user to adjust interface display settings and perform other actions, such as:

- **Sessions per Row**: Configure the number of sessions shown in each row of the "*Live Video Thumbnail*" display area.

- **Scan Sessions/Scan Rate**: When active, the system will automatically highlight/magnify/select each session displayed in the "*Live Video Thumbnail*" area. Each session will remain highlighted/magnified/selected based on the "*Scan Rate*" defined by the user (5, 10, 15, 30 or 60 seconds) before cycling to the next live video thumbnail.

- **Message Highlighted and All Sessions**: Allows facility staff user to interject a standard or custom text message into a video visitation session in progress. The interjected message text is displayed on both the inmate's and public user's (visitor's) device monitor. All text messages interjected by facility staff are saved in the session's video recording file.

CONFIDENTIAL                    SMART-0005038

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





- **Terminate Highlighted Session**: Allows facility staff user to immediately terminate the video session shown in the *"Highlighted/Magnified/Selected Live Video Thumbnail"* display area.
- **Add Time to Highlighted Session**: Allows facility staff add additional time to the session shown in the *"Highlighted/Magnified/Selected Live Video Thumbnail"* display area.

**2.9.3 VVS shall fully integrate with the ITS, CCSO Jail Management System (JMS) and Commissary system using the same kiosks, telephones, and tablets that are to be used with the ITS. Vendor shall ensure integration with any future versions of these systems with no cost to CCSO.**

**RESPONSE**: Acknowledged and agreed.

**2.9.4 VVS must allow for friends, family, doctors, and attorneys to register and schedule visits with inmates from any internet connected device such as smart phone, tablet, laptop, etc.**

**RESPONSE**: Confirmed. Visitors can manage their account, schedule a visit or conduct a SmartVisit™ VVS session on-site via a SmartKiosk™ device or remotely from a PC or other internet-enabled device via www.smartinmate.com.

**2.9.5 VVS should provide for video visitation to include visitation from the CCSO visitation center using dedicated stations or off-site through a secure web-based software application.**

**RESPONSE**: Confirmed.

**2.9.6 VVS must allow visitors to schedule a visit only on the dates and times available based on CCSO rules and policies, inmate schedules, and visitation station availability; if applicable.**

**RESPONSE**: Confirmed. The SmartEcosystem™ Dashboard is equipped with a granular "***Schedule***" function. This function allows authorized facility staff to control both the days of the week and times in which on-site, on-demand and remote SmartVisit™ VVS services are available for inmate use.

CONFIDENTIAL                                    SMART-0005039

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



⊕ Schedules - All Schedules



In the SmartEcosystem™ Dashboard, authorized facility staff can also review/approve public user visitation requests, schedule a visit on behalf of a public user and access a list of all upcoming visitations.



The SmartEcosystem™ provides staff with complete control over an inmate's ability to log in to a SmartKiosk™ or SmartTablet™ device, and to which service applications they are provided with access. Device and service restrictions may be configured for a specific inmate, group of inmates/housing unit or the entire facility.

CONFIDENTIAL                    SMART-0005040

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## Settings

☐ Disable All Access to Kiosks

☐ Disable Access to E-Mail Messaging

☐ Disable Access to Postal Mail

☐ Disable Access to Photos

☐ Disable Access to Video Visitation

☐ Disable Access to Visit on Demand

☐ Disable Face Detection

☐ Disable Access to Request Forms

☐ Disable Access to Commissary

☐ Disable Access to Law Library

☐ Disable Access to Entertainment

☐ Disable Access to Calendar

**2.9.7 VVS must allow authorized CCSO staff to view all scheduled visits, schedule visits outside of the normally posted schedule, and modify existing visits provided notes are entered into system detailing reason for allowing or modifying the schedule.**

**RESPONSE**: Confirmed. Smart Communications' SmartVisit™ VVS allows authorized Facility staff to schedule visits and modify visits. The system requires the staff to enter notes as to the reason for the modification of the visit.

**2.9.8 VVS will allow authorized CCSO staff to deny or suspend visitation provided notes are entered as to the reason for the denial or suspension of visits.**

**RESPONSE**: Confirmed. The SmartVisit™ VVS allows authorized staff to suspend inmate visitation privileges for a specified period of time or indefinitely, and add notes detailing the reason. During the lock-out period, the system will not process a visitation attempt initiated with the suspended PIN. The PIN privileges will remain suspended until the specified reactivation date or when manually reinstated by authorized staff.

**2.9.9 Individuals scheduling a visit must be presented with, and accept, CCSO's visitation rules as a component of the registration and scheduling process for each visit.**

**RESPONSE**: Confirmed.

**2.9.10 VVS must be flexible and accommodate rules and policies that vary based on different criteria such as, visit type, visitation hours, housing restrictions, and specific inmate or visitor restrictions.**

**RESPONSE**: Confirmed. Please refer to our response to item #2.9.6, above, for details.

CONFIDENTIAL

SMART-0005041

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**2.9.11 Upon the scheduling of a visit, or subsequent modification or cancellation of a visit, VVS must send a message to the inmate with notification of the visit with the name of the visitor and the date and time of the visit.**

**RESPONSE**: To eliminate unnecessary inmate telephone station traffic, visitation scheduling information is automatically communicated to inmates via the SmartTablet™ and SmartKiosk™ devices provided. When a visitation is scheduled, modified or cancelled, a **red push notification** will display on the devices' Main Menu next to the "***Visitation***" icon. When the icon is selected, the Visitation Menu is displayed, which lists the start date/time, duration, visitor name and status (scheduled, completed, missed or cancelled) of all sessions.

**SmartTablet™/SmartKiosk™ Device Main Menu**

**Visitation Menu**





**2.9.12 If a scheduled visit is canceled, VVS must automatically email the visitor with the reason for cancelation and allow for rescheduling, if possible.**

**RESPONSE**: Confirmed. Public users will be notified by email if there are any cancellations or changes to a scheduled visit. The user can log in with their smartinmate.com username and password or use the lobby kiosk to schedule another visit.

CONFIDENTIAL                    SMART-0005042

# CLAY COUNTY SHERIFF'S OFFICE
RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## 2.10 Inmate Postal Mail System (IPMS)

**2.10.1 Vendor shall provide a complete IPMS designed to eliminate the introduction of narcotics and other contraband in to the Facility.**

**RESPONSE**: Smart Communications' proposal includes the provision of our patented MailGuard® and MailGuardLegal® Privileged Postal Mail Elimination System services at absolutely *no cost*.



With MailGuard®, all non-privileged inmate postal mail is sent directly to our 15,000 sq. ft. processing center in Seminole, FL. To maintain the integrity, safety and security of our staff and the mail they process, the MailGuard® processing center is under 24/7 video surveillance and is equipped with a state-of-the-art alarm and fire detection system.



At the processing center, inmate mail is opened and scanned in one of three separate clean rooms. Each room operates on independent air systems to limit contamination risk should a piece of mail contain a dangerous chemical or biological agent. Our highly trained staff utilize cutting-edge technology to open, scan and convert inmate mail into a high-definition, full-color, digital .PDF file. These digital files are then uploaded to the SmartEcosystem™ Dashboard for facility staff review/approval. After the review/approval, the digital files are automatically delivered to the inmates via the SmartTablet™ or SmartKiosk™ devices available at the facility.

In addition to maximizing operational efficiencies and safety, MailGuard® also serves as an invaluable investigative tool to help prevent and solve crimes. All digital mail files are saved in a searchable database that is accessible to authorized staff via Smart Communications' secure, web-based SmartEcosystem™ Dashboard.

We are proud to say that our patented MailGuard® system is increasing officer and inmate safety by preventing dangerous, illegal drugs and biohazards from entering over 150 correctional facilities nationwide. Our MailGuard® clients include the Federal Bureau of Prisons and all 24 Pennsylvania Department of Corrections locations, housing a combined total of over 50,000 inmates.

**2.10.2 All inmate postal mail, with the exceptions of legal mail and publications, shall be received and processed at an off-site location by highly trained staff members using high tech equipment.**

**RESPONSE**: Confirmed.

CONFIDENTIAL                     SMART-0005043

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**2.10.3 IPMS shall provide for the scanning of postal mail into a high-definition, full color, digital .PDF file.**

**RESPONSE**: Confirmed.

**2.10.4 IPMS shall store hard copies of all processed mail in a secure, climate-controlled environment for a minimum of thirty (30 days).**

**RESPONSE**: Confirmed. Original copies of processed inmate mail are stored in a dry, climate-controlled environment in our secure MailGuard® processing facility for 90 days. When the storage period expires, original copies of processed inmate mail are destroyed via an on-site paper shredding process. At any time during the 90-day storage period, the County may submit a written request to Smart Communications to retain original copies of processed mail for a specific inmate, group of inmates or all inmates for a longer time period.

**2.10.5 Senders shall have the right to request the return of the originals after this holding period, by submitting a written request and a self-addressed envelope with sufficient postage for return.**

**RESPONSE**: Confirmed.

**2.10.6 For identification, tracking, and investigative purposes, a unique identifier must be assigned to each digital copy of processed mail.**

**RESPONSE**: Confirmed. After a piece of inmate postal mail has been scanned, a unique identifier is applied/stamped to the front and back sides of the digital copy of the envelope and each individual page/item contained therein. This unique identifier is searchable via the SmartEcosystem™ Dashboard, allowing authorized facility staff to quickly locate and track specific inmate postal mail of interest.

**2.10.7 Processed mail shall be delivered to the CCSO for review/approval prior to delivery to inmate. During this review, authorized Facility staff shall have the capability to accept or reject all or part of the sender's content.**

**RESPONSE**: Confirmed. Authorized staff can monitor and review all processed inmate mail via the SmartEcosystem™ Dashboard. During the MailGuard® facility review process, authorized facility staff can "*Approve*," "*Hold*," "*Reject All*" or "*Reject Part*" of processed inmate postal mail.



This postal mail is currently pending review.

| APPROVE | HOLD | REJECT ALL... | REJECT PART... |

If the "*Reject Part*" option is selected, the facility staff member can select which part(s)/page(s) of the processed inmate postal mail is to be rejected.



CONFIDENTIAL                    SMART-0005044

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



The facility staff member can record the reason why a single or multiple pages of processed inmate postal mail were rejected. The reason noted for the rejection is made available to the inmate while viewing the rejected page(s). All accepted and rejected mail is stored in our database per the retention policy so it can be accessed by staff as needed.

**2.10.8 Electronic access to processed mail shall be made available to inmates within twenty four (24) hours of receipt at no cost to CCSO, inmates, or the public, and available to view for a minimum of five (5) days, excluding recognized holidays.**

**RESPONSE**: Confirmed. All mail received at the MailGuard® processing center will be processed and delivered electronically to the County via the SmartEcosystem™ Dashboard the same day it is received and will be available to view for the duration of the inmate's incarceration.

**2.10.9 IPMS shall provide inmates with the option to access/download electronic copies of their mail via a secure, password protected website for a minimum of twelve (12) months following their release**

**RESPONSE**: Confirmed. Smart Communications will make electronic copies of inmate mail processed through the MailGuard® system available to inmates for up to one year after their release from the facility. Released inmates can access and download electronic copies of their processed mail for free by using their inmate ID and password to log in to our secure, public website at www.smartinmate.com.

**2.10.10 IPMS will allow for inmate to be notified through standard message when mail is rejected or delayed, explaining reason for rejection or delay.**

**RESPONSE**: Confirmed. When logged in to their account on a SmartTablet™ or SmartKiosk™ device, inmates can see placeholders for rejected materials (letters, email and/or photos) and the reason it was rejected.

**2.10.11 To provide senders with assurance of mail delivery, IPMS must provide a website to allow for status tracking purposes (received, approved or, rejected). The website shall provide senders with the option to sign up for status updates via text message or email.**

**RESPONSE**: Confirmed. Mail senders can sign up for a free account at MailGuardTracker.com to check the delivery status of the mail they send to an inmate. Users are assigned a unique MailGuard® Sender ID, allowing them to log in and see if their mail has been received, approved or rejected. Users can also sign up for email or text message notifications to receive mail status updates. Rejected mail can be returned electronically.

**2.10.12 Authorized CCSO personnel shall have access to review, manage, add and monitor processed inmate mail including mail that has been deleted by an inmate on a kiosk or tablet.**

**RESPONSE**: Confirmed.

**2.10.13 IPMS must allow for mail to be database searchable by unique identifier and other information including, but not limited to, keyword, recipient, sender, date range, flagged, rejected, and/or housing area.**

**RESPONSE**: Confirmed. The SmartEcosystem™ Dashboard offers various search tools to allow authorized County staff to locate electronic copies of inmate postal mail processed via MailGuard® without the assistance of Smart Communications.

CONFIDENTIAL

SMART-0005045

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



Authorized staff can search with the following criteria:

- Keyword
- Recipient/inmate name or ID
- Sender name
- Date range
- Flagged or rejected correspondence
- Inmates of Interest
- Housing area/unit location
- Pending review
- Mail on hold



**2.10.14 IPMS must allow authorized users to set alerts and notify CCSO investigative staff when an inmate under investigation receives mail.**

**RESPONSE:** Confirmed.

**2.10.15 Legal mail is protected therefore inspection and scanning by Vendor or CCSO is not permitted.**

**RESPONSE:** Acknowledged and agreed.

**2.10.16 IPMS shall provide the means for inmates to open, scan, print or mark for secure electronic delivery to kiosk or tablet their legal mail in the presence of Facility staff.**

**RESPONSE:** The County will be provided the option of utilizing Smart Communications' patented MailGuardLegal System to deliver legal mail to inmates without jeopardizing privilege, confidentiality or safety.

The MailGuardLegal Cart allows inmates to open, scan and process privileged legal mail in the presence of staff. Once scanned, the inmate can use the MailGuardLegal Cart to print a hard-copy of the scanned file or mark the file for secure electronic delivery. A file marked for electronic delivery can immediately be accessed by the inmate on a SmartKiosk™ or SmartTablet™ device by entering a separate password. To preserve confidentiality, facility staff have no access to any scanned privileged mail files. Depending on the facility's existing policy, the original copy of the privileged mail is bagged and placed into inmate property or destroyed via the MailGuardLegal Cart's built-in paper shredder.

CONFIDENTIAL

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## 2.11 Inmate Email and Text Messaging

**2.11.1 Services will include a system that offers the purchase of message credits enabling two-way communication (emails and text messages) between inmates and friends and family. Vendor shall provide suggested plan and cost structure in their response to this RFP.**

**RESPONSE**: Smart Communications' offer includes the provisioning of our SmartInmate™ Electronic Messaging System service. This highly intelligent and field-proven system allows inmates to stay in contact with their friends and family via a controlled electronic messaging platform like email. SmartInmate™ has many built-in investigative features, providing an invaluable intelligence-gathering, crime-solving and powerful crime prevention tool. For example, SmartInmate™ can automatically monitor and send instant notifications when messages containing user/investigator-defined keywords or names are transmitted, or inmates being shadowed under investigation send or receive messages or connect with a new public user. SmartInmate™ messages are fully keyword searchable with keywords highlighted in the search results to allow users to quickly locate content of interest.



CONFIDENTIAL

SMART-0005047

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



SmartInmate™ also collects data on public users who are in communication with inmates at your agency. Such data can include connected inmates, phone numbers, IP-addresses, email addresses, credit card and bank information, GPS locations, devices used and more.

SmartInmate™ can also be configured to allow approved contacts to share digital photos with inmates. Prior to delivery to an inmate, staff can electronically review the photo. If "virtual" contraband (nudity, offensive gestures/behaviors, etc.) is detected during the review process, the photo is rejected and is not delivered to the inmate. The sender is notified when a digital photo they attempted to share with an inmate is rejected. This notification includes the reason why the photo was rejected. This photo sharing function only allows approved contacts to share digital photos with inmates. Inmates are not able to take or share photos.

### Attorney Messaging with eSignature |

Our SmartInmate™ Electronic Messaging System also includes a specialized Attorney Messaging feature with eSignature functionality, allowing vetted attorneys to exchange electronic messages and legal documents confidentially with inmates at **no cost**. With eSignature functionality, attorneys can insert required signatures, initials and date stamp fields into a legal document. This function helps improve efficiency by eliminating the need for legal documents requiring an inmate's signature to be physically mailed to the facility.



---

| | Messages | Photos | Visits | Phones | $ Trust | Document Upload ▾ | Credits: 0 ▾ | Contacts ▾ | Contact Us |
|---|---|---|---|---|---|---|---|---|---|

**XXII. Additional Terms and Conditions.** _____

_____

**XXIII. Entire Agreement.** This Agreement, along with any attachments or addendums, represents the entire agreement between the parties. Therefore, this Agreement supersedes any prior agreements, promises, conditions, or understandings between the Client and Attorney. This Agreement may be modified or amended if the amendment is made in writing and is signed by both parties.

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement on the dates written hereunder.

**Attorney's Signature** _____ Date _____

Print Name _____

**Client's Signature** ___[Signature]___ Date [Date] [Initial]

Print Name _____

Page 6 of 6
← ❓ →

[Signature]
[Initial]
[Date]

[Save & Preview]
[Cancel]

Inmates can enter the appropriate data (i.e., their signature, initials, date stamp) into the legal document's required form fields and send the completed document back to their attorney. The title, status and date of all legal documents exchanged are recorded for reference purposes.

CONFIDENTIAL

SMART-0005048

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





Copyright © 2023 by Smart Communications. All Rights Reserved.
Privacy Policy - Terms of Service - View in English or Español

Please refer to "*COST/FEE SCHEDULE*" under *Appendix A* for our proposed cost structure.

**2.11.2 Friends and family shall be able to purchase message credits via a secure web site, mobile app or via the lobby kiosk. Inmates shall be able to purchase packages from any device used for providing Services, provided funds are available in their IFA.**

**RESPONSE**: Confirmed.

**2.11.3 System shall allow authorized CCSO staff to access the messages and/or attachments for review, approval or rejection based on CCSO policies and guidelines.**

**RESPONSE**: Confirmed. To protect inmate communications integrity and privacy, our systems are specifically designed to only allow authorized facility staff to filter/remove/reject SmartInmate™ Electronic Messaging System content, including photos.

**SmartInmate™ Electronic Messaging System Photo Review and Approval Processes**|
When a public user sends a photo to an inmate via the SmartInmate™ Electronic Messaging System, the photo is saved in the SmartEcosystem™ Dashboard's "*Pending Review*" folder category.

CONFIDENTIAL                    SMART-0005049

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



| Review Photos (44) | Pre-Defined Reasons | Recently Approved | Recently Rejected | Flagged Photos | All Photos |
|---|---|---|---|---|---|

**Photo Review – 44 Photos Pending**

ℹ️ NOTE: Photo is hosted at Amazon S3 Storage. (SJM admin only note)

Print photo details

| Date / IP | To (Inmate) | From (Public) |
|---|---|---|
| 08/08/2022 5:01 PM | Alexander | Robert |
| 108. | Age: 26 | Age: 64 |



Photo is currently Pending Review

Authorized facility staff may act on the photo by selecting one of the action buttons located below photo:



Enter a photo approval note

APPROVE   FLAG   REJECT...

1.  **Approve:** Selecting this option will place the photo in the "***Recently Approved***" category folder. Photos in this category are placed in queue for delivery to the inmate/recipient.
2.  **Flag:** Selecting this option will place the photo in the "***Flagged Photos***" category folder to be held for future approval or rejection actions. A flagged photo that is not approved within seven days is automatically rejected and refunded to the public user/sender.

CONFIDENTIAL

SMART-0005050

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



3. **Reject**: Selecting this option will place the photo in the "***Recently Rejected***" category folder. Photos in this category are placed in queue for return and refund to the public user/sender. Authorized facility staff can select a "***Pre-Defined Reason***" to provide the public user/sender with details explaining why the photo was rejected.

| Review Photos (2) | Pre-Defined Reasons | Recently Approved | Recently Rejected | Flagged Photos (1) | All Photos | |
|---|---|---|---|---|---|---|
| **All Photo Rejection Reasons** | | | | | | |

Add Pre-Defined Reason

Generally-Available Responses

| Edit | Title | Response | Delete |
|---|---|---|---|
| Edit | Inappropriate Content or Photograph | The content was inappropriate and was returned to sender. | Delete |

Any/all actions applied to a photo are automatically logged in the "***Photo Action Log***."

Photo Action Log

| 08/08/2022 5:01 PM | Photo uploaded and saved for review (178,3550282) |
|---|---|

### "*Recently Approved*" and "*Recently Rejected*" Photos|

When an "**Approve**" or "**Reject**" action is applied to a photo, the photo is not immediately delivered to the inmate/recipient or returned/refunded to the public user/sender. Instead, the photo is placed in an action queue that is processed by the server every few minutes. Photos will wait in the queue for a minimum of five minutes before the action selected by the authorized facility staff member is officially applied/executed. This delay provides a facility staff member with an opportunity to change an action in case an incorrect action was initially selected.

For example, if an inappropriate photo is accidentally "*approved*," the action may be changed within five minutes by selecting the photo from the "***Recently Approved***" category folder and selecting the "**Reject**" action button instead. Likewise, if an appropriate photo is accidentally "*rejected*," the action may be changed by selecting the photo from the "***Recently Rejected***" category folder and selecting the "**Approve**" action button.

If a photo has been in the action queue for at least five minutes, the server will apply the selected actions when the server processor runs and no further action is necessary. Once the actions have been officially applied/executed (i.e., five minutes after the decision is made), they are permanent and cannot be reversed.

### Credits Returned on Rejected Photos|

When a photo is rejected and the action is officially applied/executed, the credits used by the public user to send the photo are refunded to their SmartInmate™ account. This refund happens automatically - no manual action is needed to adjust the credit balance of the public user who sent the rejected photo.

When logged in to their account on a SmartTablet™ or SmartKiosk™ device, inmates can see placeholders for rejected materials (i.e., letters, emails and/or photos) and the reason it was rejected.

The public user will receive an e-mail or text message notification when their photo has been rejected.

### 2.11.4 System must have the capability of translating messages written in Spanish to English for the purpose of review by CCSO.

**RESPONSE**: Confirmed. Smart Communications' SmartEcosystem™ Dashboard is equipped with a machine-based language translation tool. This tool allows facility staff to quickly translate content, such as mail, messages, requests/grievances, etc., written in a foreign language to English.

CONFIDENTIAL                    SMART-0005051

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



As illustrated below, the language translation tool is easy to use. While reviewing content (i.e. electronic message), simply click the "***Translate to English***" button.



After the button is clicked, the message will be translated and displayed in English.



Our translation tool supports multiple languages, including, but not limited to, Chinese (simplified), Filipino (Tagalog), Russian, Arabic, French, German, Hindi, Indonesian, Italian, Japanese, Korean, Portuguese (Brazil), Thai, Turkish, Ukrainian and Vietnamese. Additional languages may be added at any time at ***no cost*** to the County.

CONFIDENTIAL

SMART-0005052

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## 2.12 Inmate Tablets and Applications

**2.12.1 Vendor will provide free basic tablets that provide inmates access to education and entertainment applications for the purpose of rehabilitation, management and decreased recidivism.**

**RESPONSE**: Confirmed.

**2.12.2 At a minimum, tablets should be capable of providing all of the following services and applications:**
- Placing outbound telephone calls
- Reading scanned mail items
- eMessaging (email)
- Text messaging
- Video visitation
- Submitting jail forms/requests
- Access to CCSO created training documents or digital media
- Placing Commissary orders
- Listening to music
- Life Skills applications (resume writing, job interview etiquette, banking, personal finance and budgeting skills, credit repair, etc.)
- Basic Education applications (writing and math skills)
- Utilities (dictionary, calendar, calculator, etc.)
- Playing single player games
- Reading eBooks
- Correspondence School information
- Access to Job Boards
- Access to Bibles and religious programs
- Law Library Access
- PREA Training

**RESPONSE**: Confirmed. Our SmartTablet™ devices can be configured to include the following applications:

- **Phone Calls**: inmates can speak to their friends and family using our SmartEvo™ ITS.
- **Video Visitation**: inmates can participate in on-site and remote video sessions via our SmartVisit™ VVS.
- **Messaging**: inmates can send and receive text messages from friends, family and County staff. Inmates can also receive photographs and video messages.
- **MailGuard®**: Patented Mail Scanning provides inmates with free access to personal mail that is processed off-site daily at our state-of-the-art MailGuard® processing center. Our patented MailGuard® keeps facility staff and inmates safe by eliminating the risk of contraband entering the facility via postal mail and by providing a streamlined, labor-free, automated means to process inmate postal mail. MailGuard® also serves as an invaluable investigative tool; digital mail is database-searchable to allow your staff to gain intelligence and eliminate secret communication.
- **Entertainment**: inmates can stream various media, TV shows, movies and games on demand through SmartEntertainment™, with complimentary access to select Ebooks and Internet radio stations.
- **Education and Reentry**: provides inmates with complimentary access to a vast resource of educational, reentry, vocational, life skills, self-improvement and recovery courses and content.

CONFIDENTIAL                SMART-0005053

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



- **Job Search**: helps inmates return to the job market and move past their criminal record by providing access to the U.S. Department of Labor's CareerOneStop website. CareerOneStop provides resources to help inmates find employers and learn how to talk about their conviction.

- **Requests/Grievance**: inmates can electronically create and submit general requests, medical requests and grievances via our SmartRequest™ platform. The customizable and detailed electronic forms are centrally tracked and managed, putting an end to shuffling paper forms around the facility.

- **Law Library**: provides inmates with complimentary, self-service access to Federal and State statutes and case law, a legal dictionary, and other aids to assist with research pertinent to their case. By eliminating the need to escort inmates through the facility to access legal resources, staff burden is reduced.

- **Commissary**: allows inmates to place orders for commissary items. Integration with the facility's commissary provider is performed by Smart Communications at no cost.

- **PDF Viewer/Documents**: allows inmates to view the inmate handbook, PREA information and other .PDF documents uploaded by authorized facility staff.

- **Inmate Videos**: allows inmates to access MP4 video files uploaded by authorized facility staff (i.e., video version of inmate handbook, facility orientation video, etc.).

- **Calendar**: inmates can access a system-wide calendar/appointment manager. Authorized users can add appointments and other dates to specific inmates' calendars or to the global calendar for all inmates. **_NOTE_**: _The calendar can also be interfaced with the JMS to allow inmates to access court/release date information. This function is facility/vendor-specific, and some vendors may charge for access to the data._

- **Trust Account/Debit Purchase Lookups**: inmates can view trust account balances and debit purchases. **_NOTE_**: _Requires the County's inmate banking/trust commissary vendor to provide the appropriate data feed._

- **Calculator, Dictionaries and Clock**: provides inmates with access to a calculator to perform basic math and trigonometric calculations, language dictionaries (English/Spanish) and a clock with local time.

- **Video Relay Service**: Video Relay Service (VRS) and Video Remote Interpreting (VRI) can be provided by Purple Communications on Smart Communications' hardware. Purple Communications' VRS and VRI are FCC-certified solutions for deaf and hard-of-hearing individuals that promotes equal communications access, satisfying the requirements of Title IV of the Americans with Disabilities Act (ADA).



CONFIDENTIAL                    SMART-0005054

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**2.12.3 Vendor may provide "premium" or additional content for inmates to purchase. This could include, but not be limited to, additional songs and games as well as watching movies and television shows.**

**RESPONSE**: Confirmed. Our SmartEntertainment™ platform, available on SmartTablet™ devices, helps keep inmates occupied while providing the County with the opportunity to earn additional commissions. SmartEntertainment™ offers a wide variety of streaming media choices, including movies, tv series, select radio stations and games.

**Sample Movie Titles|**



**Sample Game Titles|**



**Sample TV Series Titles|**



**Book Titles|**



**Free access** to over 1,000 popular classical eBook titles from the Project Gutenberg Library, including such titles as *"Pride and Prejudice," "The Adventures of Sherlock Holmes," "War and Peace," "The Call of the Wild,"* and more.

Carrying G or PG-13 ratings only, all content accessible on the SmartEntertainment™ platform is "correctional-friendly." The SmartEcosystem™ Dashboard gives authorized facility staff full control over all content available to inmates on a SmartTablet™ device.

SmartEntertainment™ content is streamed on demand to an inmate's device – no centralized kiosk is needed to transfer content. Premium SmartEntertainment™ content is available at an affordable, flat per minute rate so inmates don't have to pay a hefty daily, weekly or monthly subscription fee to access content.

**2.12.4 Access to inmate accounts for Services must be password protected and/or use a unique PIN to prevent unauthorized access by other inmates.**

**RESPONSE**: Confirmed. Inmate access to SmartTablet™ devices will require a log in before accessing any services.

**2.12.5 Access for each session of tablet use shall be granted with proof of acknowledgement or receipt of a predetermined CCSO message.**

**RESPONSE**: Confirmed. The SmartTablet™ devices can be configured to display terms and conditions or require acknowledgement of facility notices before the inmate can log in and use the device. These notices can be displayed the first time the inmate logs in and any time the notices have been updated.

CONFIDENTIAL

SMART-0005055

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



### 2.12.6 The tablet must allow inmates access to only those services and applications provided and as approved by CCSO.

**RESPONSE**: Confirmed. The SmartTablet™ devices are administered via our secure, web-based SmartEcosystem™ Dashboard. Authorized users can enable or disable SmartTablet™ device login and application accessibility per inmate, per housing unit or facility-wide. A scheduling system can also automatically deny device access during pre-defined times, such as meals, counts, lockdown times, etc. SmartTablet™ devices can also be disabled on-demand through self-service management tools when needed by administration for emergencies, unscheduled transports, etc. The SmartEcosystem™ Dashboard can also be configured to require inmates to acknowledge receipt of facility documents at timed intervals or upon log in.

### 2.12.7 The tablets must be secured in a case suitable for use in a detention facility with no access to internal parts or functions.

**RESPONSE**: Confirmed. Smart Communications has over 10 years' experience in the research, development and production of inmate kiosk and tablet devices. The purpose-built design of our devices offers superior durability, security and safety features that can't be matched by "inmate tablets" offered by other vendors that are nothing more than a consumer-grade device enclosed in a rugged case.

Our 4th generation SmartTablet™ device's 7.0" touch screen LCD display is protected by a 2mm thick, chemically strengthened, glass cover. The display glass is composed of alkali-aluminosilicate material that makes the glass tougher and scratch resistant, which allows the glass to survive impacts, deep cuts and scratches.

The device's LCD display and internal components are housed in an ultra-rugged and chemical-stain resistant Lexan® polycarbonate (PC) resin polymer. The outer edge of the housing is lined with 20 security screws that require a custom tool for removal. To further prevent inmates from accessing components or hiding contraband in the device, the interior of the device is only accessible after all 20 security screws have been removed. Four additional security screws are used to secure the cover of the compartment that houses the device's micro-USB service port.

SmartTablet™ devices are also equipped with a standard 1/8" (3.5mm) TRRS Auxiliary Audio Jack that is compatible with most earbuds, headphones or headsets offered by the facility's commissary provider.

SmartTablet™ devices are produced in batch lots. To assure quality after production, devices are selected at random from the lot and subjected to a variety of free fall/drop endurance, chemical resistance/corrosion endurance, operational/storage temperature shock and other quality control tests.



SmartTablet™ (front view)

1 Battery Charge Status LED, bi-colored
(red = battery charging, green = battery fully charged)

2 Built-in Camera, 2 MegaPixel*

3 Ambient Light Sensor (auto-adjusts screen brightness)

4 Built-in Microphone

5 Built-in Speakers with Adjustable Volume Control

*Camera is only enabled during facial detection security login and SmartVisit™ VVS application use.



SmartTablet™ (rear view)

1 20x outer edge security screws prevents access/tampering with the internal components

2 Model, serial number, FCC ID and compliance details*

3 Secured compartment housing micro USB service port*

*Device S/N also embossed on interior facing compartment cover.

CONFIDENTIAL

SMART-0005056

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**2.12.8 Tablets must provide zoom-in/magnify capability to allow inmates to clearly read smaller details within file.**

**RESPONSE**: Confirmed.

**2.12.9 The tablets must include a headphone jack to allow the inmate to use single sided headphones. Headphones shall be available for purchase by inmates and include a microphone.**

**RESPONSE**: Confirmed. SmartTablet™ devices are equipped with a 3.5mm headset jack. Smart Communications will work with the County's commissary provider to ensure single-sided headphones equipped with a microphone are available for purchase by inmates.

**2.12.10 The tablets must have a minimum twenty four (24) hour battery life.**

**RESPONSE**: Confirmed. The battery run time of a SmartTablet™ device is determined by amount of usage activity. When fully charged and with minimal usage activity, the device's battery should last 24+ hours. When fully charged and with heavy usage activity (i.e. SmartEntertainment™ streaming), the device's battery should last 12+ hours.

**2.12.11 The Vendor will provide a charging solution that allows for all tablets to be charged at the same time, at a location not accessible to inmate population.**

**RESPONSE**: Confirmed. Custom, FCC compliant wireless charging stations are provided that can charge up to 10 SmartTablet™ devices simultaneously. Our charging stations feature safe contact charging technology, which maximizes convenience, safety and security. Our charging slots feature electronic short circuit protection and do not have single use fuses that would need to be replaced.

## Safe Contact Charging



SmartTablet™ (bottom view)      SmartTablet™ Wireless Charging Station

SmartTablet™ devices are powered by an internal, 3.7v rechargeable li-ion battery. A SmartTablet™ is charged by inserting the device, face up or face down, into any of the wireless charging station slots. When inserted, the +/- charging pads located on the bottom of the tablet engage the charging pins in the slot, which automatically initiates the battery charge cycle – there are no cables or wires to connect or exposed ports. The battery charge status is indicated by the bi-colored LED located on the top of the tablet device. The LED turns from red to green when the device's battery is fully charged.

SmartTablet™ device wireless charging stations will be installed in locations as designated by the County.

CONFIDENTIAL                                    SMART-0005057

## CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## 2.13 Vendor Maintenance

**2.13.1 Vendor shall have one (1) employee on site from 7:30am to 4:30pm (includes one (1) hour lunch period) each day, Monday through Friday, excluding agreed upon holidays, to distribute tablets, provide application access support, address equipment technical complaints and all matters related to the Services. Additionally, off site or online Customer support shall be available to CCSO staff twenty four (24) hours per day, seven (7) days per week.**

**RESPONSE**: Confirmed. To help ensure we provide the County with the best support and maintenance service possible a full-time On-site Certified Technician (OCT) will be provided by Smart Communications.

The duties of the OCT include, but are not limited to:

- Perform routine and preventive maintenance on all technologies and services provided by Smart Communications
- Maintain all SmartEcosystem™ databases associated with the SmartEvo™ ITS, SmartVisit™ VVS, SmartTablet™ devices; enter all PINs, PANs, blocked numbers and any other new inmate calling information in the ITS
- Manage SmartTablet™ device distribution to inmates and replacements
- Receive and resolve all administrative comments and questions, including unblocking specified telephone numbers and designating specified numbers as privileged
- Provide reports and investigative assistance at the County's request, such as the following:
  - SmartEvo™ ITS activity reports, including usage and revenue
  - SmartVisit™ VVS activity reports, including remote and on-site visitation sessions and remote revenue
  - SmartTablet™ device activity reports, including educational program and entertainment content usage/revenue
  - SmartEvo™ ITS and SmartVisit™ VVS call monitoring
  - Request and service ticket reports
  - Investigation documentation, including CDRs and audio, audio/visual recordings, electronic messages and scanned inmate postal mail

Should a service issue arise, our highly trained, professional Technical Support Center staff, located in Seminole, FL, is available 24/7/365 to assist the County via the following methods:

**Toll-free Phone**: 844-346-0988
**Email**: support@smarteco.us
**Web Portal**: https://manage.smartjailmail.com

For complete support and maintenance details, please refer to "*Exhibit E: Service Escalation Matrix and Maintenance Plan*."

**2.13.2 Due to the nature of service the CCSO provides, the Vendor must show evidence that, if required, they can respond to an emergency service problem with a technician within two (2) hours on a twenty four (24) hour per day basis, seven (7) days per week. The Vendor shall provide a local or toll-free telephone number to be used for reporting maintenance requests. Emergency service shall be considered a request for service that, if not accomplished, would leave the system inoperable for more than two (2) hours.**

**RESPONSE**: Confirmed. Smart Communications' proposal includes a full-time On-site Certified Technician (OCT). During non-working hours, this individual will remain on call 24/7/365 to promptly respond to any emergency service problem in less than two hours.

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**2.13.3 The Vendor must have the ability to perform remote diagnostics to the Services to determine if the problem is with local equipment or other off site equipment or systems.**

**RESPONSE:** Confirmed. The technologies, services and networks deployed by Smart Communications are maintained by our in-house Network Operations Center (NOC). Our NOC remotely monitors network health, security and other factors that impact network performance 24/7/365 to ensure 99.9% uptime. Proactive monitoring allows our NOC to anticipate and identify potential sources of service degradation or interruption before they become a problem. If an issue is anticipated or has been identified, our experienced NOC personnel take immediate corrective action. If our NOC is unable to resolve the issue remotely, the facility will be notified.

**2.13.4 The Vendor must provide the necessary labor, parts, materials, and transportation to maintain Services equipment in good working order and in compliance with the equipment manufacturer's requirements throughout the life of the contract. No charge shall be made to the Clay County Sheriff's Office for maintenance of the equipment.**

**RESPONSE:** Acknowledged and agreed.

**2.13.5 The Vendor shall provide, via email to the CCSO Relationship Manager, a monthly report on all maintenance issues submitted along with current status and/or conclusion of the reported problems.**

**RESPONSE:** Acknowledged and agreed.

## 2.14 Inmate Funds Accounts (IFA)

**2.14.1 Services shall provide for the use of inmate owned, prepaid accounts (IFA) to pay for selected purchases as detailed further in this RFP. This account shall be funded through funds applied at time of booking or through direct deposits from friends and family via a kiosk, mobile app, or on-line access. These accounts shall incorporate the use of a personal identification number ("PIN") and inmates will be required to input the PIN at the beginning of each session of using Services.**

**RESPONSE:** Confirmed.

**2.14.2 Services must provide, free of charge, the ability for family members and friends to deposit money into an inmate's account by each of these three (3) methods:**
- **Secure Website (credit/debit card)**
- **Twenty-four (24) hour call center or toll free number (credit/debit card)**
- **Lobby Kiosk**

**RESPONSE:** Confirmed. Family and friends can deposit money into an inmate's account via credit and debit cards 24/7/365 via our secure website, www.smartinmate.com, or by contacting our Customer Care Center toll-free at 888-253-5178. Credit card, debit card and cash deposits via the facility's lobby kiosk will also be available to family and friends. All inmate account deposit services will be provided at *no charge*.

**2.14.3 All deposits must be linked with the Vendor's software and JMS so that all deposits are transferred to the inmate's account on a real-time basis.**

**RESPONSE:** Confirmed. Funds deposited in an inmate account typically post in real time and are available immediately.

**2.14.4 Vendor shall provide CCSO a username and password that allows CCSO to securely access the online interface and perform the following functions:**

CONFIDENTIAL                    SMART-0005059

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



- View and cancel incoming payments
- Download payment files
- Download monthly reports
- Investigate and supervise payments

**RESPONSE**: Acknowledged and agreed.

## 2.15 Payment and Commission Accountability

**2.15.1** A copy of the current rates charged for Services shall be on file with the CCSO. The CCSO must be notified, in writing, of any proposed increase or decreases in the rates charged. The CCSO must approve increases or decrease in rate(s) prior to any change. Any charges which are not approved by the CCSO in writing in advance of the charge shall be grounds for termination of the contract.

**RESPONSE**: Acknowledged and agreed.

**2.15.2** Vendor shall pay commissions to CCSO based on the Gross Revenues earned through provision of Services with no deductions for fraud, bad debt, uncollectible calls, unbillable calls, etc. No deduction shall be made for any cost to provide or maintain the service described. Any deductions applied which are not approved by the CCSO in writing, in advance of the deduction, shall be grounds for termination of the contract, except for taxes, tax-like surcharges, or regulatory required fees.

**RESPONSE**: Acknowledged and agreed.

**2.15.3** Regulatory charges; taxes and fees; federal, state, and/or local charges; transaction, funding, or cost-recovery fees; credits; charges billed by third parties; and promotional programs are excluded from Vendor revenue.

**RESPONSE**: Acknowledged and agreed.

**2.15.4** Vendor to submit Cost/Fee Schedule in Appendix A as part of their proposal detailing the commission level or percentage paid for each of the Services allowing for payment of commission.

**RESPONSE**: Acknowledged and agreed. Please refer to "*COST/FEE SCHEDULE*" under *Appendix A*.

**2.15.5** The Vendor shall be the responsible party for billing and collections.

**RESPONSE**: Acknowledged and agreed.

**2.15.6** Vendor shall submit billing report and commissions for all Services billed for in the previous month by the fifteenth (15th) of the month following.

**RESPONSE**: Acknowledged and agreed.

**2.15.7** Proposer shall state a proposed guaranteed commission which will be payable to the Clay County Sheriff's Office, for deposit into the CCSO Inmate Welfare Fund, in an amount based on monthly sale of Services.

**RESPONSE**: Acknowledged and agreed. Please refer to "*COST/FEE SCHEDULE*" under *Appendix A*.

**2.15.8** Commission rate shall consist of two components: 1) a minimum dollar amount and 2) a percentage of gross revenues commission rate. Both will remain fixed during the contract term. The monthly commission will be determined by applying the percentage rate to gross revenues with the provision that the amount will not be less than the guaranteed minimum.

**RESPONSE**: Acknowledged and agreed.

CONFIDENTIAL                                         SMART-0005060

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



# Appendix A: Required Forms

## VENDOR REGISTRATION FORM

Inmate Communication Services                                      RFP 23-0002

### VENDOR REGISTRATION FORM



CLAY COUNTY SHERIFF'S OFFICE
Vendor/CCSO Member
Maintenance/Registration Form

| Section 1: Vendor Setup/Update (To be completed by Purchasing Section.) | | | | | |
|---|---|---|---|---|---|
| Vendor Number | | ☐  Add New Vendor | ☐ | Change Existing Vendor | |

| Section 2: Business Profile and Contact Information (To be completed by Vendor) | | | | | |
|---|---|---|---|---|---|
| Social Security Number or Federal Employer's Identification Number | | 47-28888302 | | | |
| Business Name | Smart Communications | | | | |
| Contact Phone Number | 888-253-5178 | Contact Email Address | jon.logan@smartcommunications.us | | |
| Remittance Email Address | jon.logan@smartcommunications.us | Purchase Order Email Address | jon.logan@smartcommunications.us | | |
| Billing Street Address | 10491 72nd St. | | | | |
| City | Seminole | State | FL | ZIP code | 33777 |
| Billing Contact Person | Noreen Gunning | Billing Office Number | 727-281-0176 | | |
| Billing Contact Email | noreen.gunning@smartcommunications.us | | | | |
| ACH (Direct Deposit) Routing Number | 2631914387 | ACH (Direct Deposit) Account Number | 1100019697701 | Account Type | |
| | | | | Checking | X |
| | | | | Savings | ☐ |

**Description of Services/Commodities:**

Inmate communication technologies and services

| Section 3: Authorized Signature of Vendor | | | |
|---|---|---|---|

I, the undersigned, affirm that: 1) I do not have a business or familial relationship with a CCSO member whom may have approval authority over my services or payment which is not disclosed below; 2) I have provided a copy of a completed IRS Form W-9; and, 3) I have provided a copy of my most recent Annual Report filed with the business regulatory entity of my state of incorporation.

| Vendor Representative | Jon Logan | Signature | *(signature)* |
|---|---|---|---|
| Title of Representative | CEO | Date | 2/1/24 |

The name(s) of CCSO Member(s) whom I have a business or familial relationship with are listed in the next column (if additional lines are needed, please attach a separate sheet of paper):     N/A

| Section 4: CCSO Member Setup/Update (To be completed by Purchasing Section.) | | | | |
|---|---|---|---|---|
| Vendor Number | | ☐  Add New Member | ☐ | Change Existing Member |

| Section 5: CCSO Member Information (To be completed by CCSO Member) | | | | |
|---|---|---|---|---|
| Member Name | | | OSN # | |
| Bank Name | | | | |
| ACH (Direct Deposit) Routing Number | | ACH (Direct Deposit) Account Number | | Account Type |
| | | | | Checking ☐ |
| | | | | Savings ☐ |

| Section 6: Authorized Signature of CCSO Member Requesting Setup/Change | | | |
|---|---|---|---|
| Member Name | | Signature | |
| OSN # | | Date | |

| For Clay County Sheriff's Office Purchasing Section Use Only | Send the Original Form along with a Completed W-9 and annual report to: |
|---|---|
| Comments: | purchasing@claysheriff.com |
| | Attn: Purchasing Section |
| | Entered by: |
| | Approved by: |

CONFIDENTIAL                                                        SMART-0005061

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## PROPOSER W-9 FORM

Inmate Communication Services

RFP 23-0002

## PROPOSER W-9 FORM

| Form **W-9**<br>(Rev. January 2011)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification** | Give Form to the<br>requester. Do not<br>send to the IRS. |
|---|---|---|

Name (as shown on your income tax return)

Smart Communications Holding, Inc.

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax
classification (required): ☐ Individual/sole proprietor ☒ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

☐ Exempt payee

☐ Other (see instructions) ▶

Address (number, street, and apt. or suite no.)     Requester's name and address (optional)

10491 72nd St.

City, state, and ZIP code

Seminole, FL 33777

List account number(s) here (optional)

### Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

**Social security number**

| | | | – | | | – | | | | |

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Employer identification number**

| 4 | 7 | | – | 2 | 8 | 8 | 6 | 3 | 0 | 2 |

### Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

| Sign<br>Here | Signature of<br>U.S. person ▶ | Date ▶ 1/12/24 |
|---|---|---|

### General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 1-2011)

CONFIDENTIAL

SMART-0005062

# CLAY COUNTY SHERIFF'S OFFICE
RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## PROPOSAL AUTHORIZED SIGNATURE FORM

Inmate Communication Services                                    RFP 23-0002

## PROPOSAL AUTHORIZED SIGNATURE FORM

**The undersigned person, by the undersigned's authorized signature affixed hereon, warrants that:**

1. The undersigned is an authorized representative of the Vendor's company and the enclosed Proposal is submitted on behalf of the Vendor's company.

2. The undersigned has carefully reviewed all the materials and data provided on the Vendor's Proposal on behalf of the company, and, after specific inquiry, believes all the material and data to be true and correct.

3. The Proposal offered by the Vendor's company is in full compliance with the Request for Proposal requirements set forth in this Request for Proposal.

4. The Vendor's company authorizes the CCSO, its staff or consultants to contact any of the references provided in the Proposal and specifically authorizes such references to release either orally, or in writing, any appropriate data with respect to the Vendor's company providing the goods or services detailed in this RFP.

5. The undersigned has been specifically authorized to enter in to a contract in full compliance with all requirements and conditions as set forth in this Request for Proposal.

6. Each Proposal submitted by the Proposer shall contain this form with the **original** signature of authorized representative.

Smart Communications
Name of Company

Signature of Authorized Representative

Jon Logan
Type or Printed Name of Authorized Representative

CEO                                                             1/12/24
Title                                                           Date

CONFIDENTIAL                                                   SMART-0005063

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## PROPOSAL SUBMITTAL FORM

Inmate Communication Services                                    RFP 23-0002

## PROPOSAL SUBMITTAL FORM

| Smart Communications | 888-253-5178 |
|---|---|
| Company Name | Telephone |

10491 72nd St.

Home Office Address

Seminole, FL 33777

City, State & Zip

Address: Office Servicing Clay County, if other than above

Jon Logan, CEO

Name/Title of CCSO Representative

| 888-253-5178 | jon.logan@smartcommunications.us |
|---|---|
| Telephone Number | Email Address |

**The undersigned attests to his/her authority to submit this Proposal and to bind the Vendor herein named to perform as per contract, if the Vendor is awarded a Contract by the CCSO.**

**The undersigned further certifies that he/she has read the Qualifications, Terms and Conditions, Insurance Requirements and all other documentation relating to this request and this Proposal is submitted with full knowledge and understanding of the requirements and time constraints noted herein.**

|  | 1/12/24 |
|---|---|
| Signature | Date |

CONFIDENTIAL                    SMART-0005064

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## QUALIFICATIONS STATEMENT FORM

Inmate Communication Services                                     RFP 23-0002

## QUALIFICATIONS STATEMENT FORM

The undersigned certifies under oath the truth and correctness of all statements and all answers to questions made hereinafter:

**SUBMITTED TO:**   Clay County Sheriff's Office          **CHECK ONE:**
Attn.: Contracts                                  x Corporation
901 North Orange Avenue                      ___ Partnership
Green Cove Springs, FL 32043              ___ Individual
                                                          ___ Joint Venture
**SUBMITTED BY:**                                        ___ Other
NAME:                 Jon Logan
ADDRESS:           10491 72nd St., Seminole, FL 33777
PRINCIPLE OFFICE:  10491 72nd St., Seminole, FL 33777

State the true, exact, correct and complete legal name of the partnership, corporation, trade or fictitious name under which you do business and the address of the place of business.

The correct name of the Proposer is:   Smart Communications

The address of the principal place of business is: 10491 72nd St., Seminole, FL 33777

If the Proposer is a corporation, answer the following:

a. Date of Incorporation: 12/24/14

b. State of Incorporation: Florida

c. President's Name: Jon Logan

d. Vice President's Name: N/A

e. Secretary's Name: N/A

f. Treasurer's Name: Jon Logan

a. Name and address of Resident Agent: Brad Barrios

100 North Tampa St., Suite 1900, Tampa, FL 33602

If Proposer is an individual or partnership, answer the following:

a. Date of Organization: N/A

b. Name, address and ownership units of all partners:

N/A

CONFIDENTIAL                                                  SMART-0005065

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



Inmate Communication Services

RFP 23-0002

c. State whether general or limited partnership: N/A

If Proposer is other than an individual, corporation or partnership, describe the organization and give the name and address of principals:

N/A

If Proposer is operating under fictitious name, submit evidence of compliance with the Florida Fictitious Name Statute.

How many years has your organization been in business under its present business name? 10

Under what other former names has your organization operated?

N/A

## ACKNOWLEDGEMENT

On this the 5th day of January , 20 24 before me, the undersigned Notary Public of the State of Florida , personally appeared Jon Logan and (Name(s) of individual(s) who appeared before notary whose name(s) is/are Subscribed to the within instrument, and he/she/they acknowledge that he/she/they executed it.

NOREEN A. GUNNING
Notary Public
State of Florida
Comm# HH257915
Expires 4/27/2026

Noreen A. Gunning
(Name of Notary Public: Print, stamp, or type as commissioned)

NOTARY PUBLIC, STATE OF Florida

NOTARY PUBLIC
SEAL OF OFFICE:

X Personally known to me, or ____ Produced Identification: _____ **DID** take an oath, or **DID NOT** take an oath

CONFIDENTIAL   SMART-0005066

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## NON-COLLUSIVE AFFIDAVIT

Inmate Communication Services                                      RFP 23-0002

## NON-COLLUSIVE AFFIDAVIT

State of Florida

County of Pinellas

Jon Logan _____ being first duly sworn, deposes and says that.

1. He/she is the CEO _____ , (Owner, Partner, Officer, Representative or
   Agent) of Smart Communications _____ the Proposer that has
   submitted the attached Proposal;

2. He/she is fully informed respecting the preparation and contents of the attached Proposal and of all
   pertinent circumstances respecting such Proposal;

3. Such Proposal is genuine and is not a collusive or sham Proposal;

4. Neither the said Proposer nor any of its officers, partners, owners, agents, representatives, employees
   or parties in interest, including this affiant, have in any way colluded, conspired, connived or agreed,
   directly or indirectly, with any other Proposer, company, or person to submit a collusive or sham Proposal
   in connection with the Work for which the attached Proposal has been submitted; or have in any manner,
   directly or indirectly sought by agreement or collusion, or have in any manner, directly or indirectly, sought
   by agreement or collusion, or communication or conference with any Proposer, company, or person to
   fix the price or prices in the attached Proposal or of any other Proposer, or to fix any overhead, profit, or
   cost elements of the Proposal price or the Proposal price of any other Proposer, or to secure through
   any collusion, conspiracy, connivance, or unlawful agreement any advantage against (Recipient), or any
   person interested in the proposal Work.

Witnessed in the presence of:

_____                          Noreen Gunning
                                                   (Printed Name)

_____
                                                   (Printed Name)

### ACKNOWLEDGEMENT

On this the 5th _____ day of January _____ , 2024, before me, the undersigned Notary
Public     of     the     State     of     Florida _____ , personally     appeared
Jon Logan _____ and (Name(s) of individual(s) who appeared before
notary) whose name(s) is/are Subscribed to the within instrument, and he/she/they acknowledge that
he/she/they executed it.

NOREEN A. GUNNING
Notary Public
State of Florida
Comm# HH257915
Expires 4/27/2026

Noreen Gunning
(Name  of  Notary  Public;  Print,  stamp,  or  type  as
commissioned)

NOTARY PUBLIC, STATE OF FLORIDA

NOTARY PUBLIC
SEAL OF OFFICE:

X Personally known to me, or ____Produced Identification: _____ DID take an
oath, or DID NOT take an oath

CONFIDENTIAL                                                    SMART-0005067

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## PUBLIC ENTITY CRIMES STATEMENT FORM

Inmate Communication Services                                    RFP 23-0002

### PUBLIC ENTITY CRIMES STATEMENT FORM

A person or affiliate who has been placed on the State of Florida's convicted vendor list following a conviction for a public entity crime may not submit a Proposal on a contract to provide any goods or services to a public entity, may not submit a response on a contract with a public entity for services in the construction or repair of a public building or public work, may not submit bids on leases of real property to a public entity, may not be awarded or perform work as a Vendor, Supplier, Sub-Contractor, or Contractor under a contract with any public entity, and may not transact business with any public entity in excess of the threshold amount provided in **Section 287.017, for CATEGORY TWO for a period of 36 months from the date of being placed on the convicted vendor list**.

I, Jon Logan _____ , being an authorized representative of

Smart Communications _____ , located at City: Seminole _____

State: Florida _____ Zip: 33777 _____ , have read and understand the contents of the Public Entity Crime Information and of this formal RFP package, hereby submit our Proposal accordingly.

Signature: _____          Date: 1/12/24 _____

Phone: 888-253-5178 _____          Federal ID#: 47-2886302 _____

CONFIDENTIAL                                    SMART-0005068

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## DRUG FREE WORKPLACE FORM

Inmate Communication Services                    RFP 23-0002

## DRUG FREE WORKPLACE FORM

Preference shall be given to business with drug-free workplace programs. Whenever two or more Proposals, which are equal with qualifications and service, are received by the CCSO for the procurement of commodities or contractual services, a Proposal received from a business that certifies that it has implemented a drug-free workplace program shall be given preference in the award process. In order to have a drug-free workplace program, your company shall:

1. Publish a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in the workplace and specifying the action that will be taken against employees for violations of such prohibition.

2. Inform employees about the dangers of drug abuse in the workplace, the business's policy of maintaining a drug-free workplace, any programs, and the penalties that may be imposed upon employees for drug abuse violations.

3. Give each employee engaged in providing the commodities or contractual services that are under an RFP, a copy of the statement specified in subsection (1).

4. In the statement specified in subsection (1), notify the employees that as a condition of working on the commodities or contractual services that are under RFP, the employee will abide by the terms of the statement and will notify the employer of any conviction of, or plea of the United Sates or any state, for a violation occurring in the workplace no later than five (5) days after such conviction.

5. Impose a sanction on, or require the satisfactory participation in a drug abuse assistance or rehabilitation program if such is available in the employee's community, by an employee who is so convicted.

6. Make a good faith effort to continue to maintain a drug-free workplace through implementation of this section.

As the person authorized to sign the statement, I certify that this company complies fully with the above requirements.

Concur_____ **X** _____        Variance _____

1/12/24 _____        _____ Jon Logan, CEO _____
Date                             Vendor's Signature

CONFIDENTIAL                                    SMART-0005069

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## INDEMNIFICATION/HOLD HARMLESS FORM

Inmate Communication Services                                        RFP 23-0002

## INDEMNIFICATION/HOLD HARMLESS FORM

The elected company shall (if required by CCSO) defend, indemnify and hold the CCSO, the CCSO's representatives or agents, and the officers, directors, agents, employees, and assign of each harmless for and against any and all claims, demands, suits, judgments, damages to persons or property, injuries, losses or expenses of any nature whatsoever (including attorneys' fees at trial at appellate level) arising directly or indirectly from or out of any negligent act or omission of the elected company, its Sub-contractors and their officers, directors, agents or employees; any failure of the elected company to perform its services hereunder in accordance with generally accepted professional standards; any material breach of the elected company's representations as set forth in the Proposal or any other failure of the elected company to comply with the obligations on its part to be performed under a contract.

Concur ___X___ Variance _____

I, _Jon Logan_____, being an authorized representative of the company of

Smart Communications _____ located at City _Seminole_____

10491 72nd St._____, State _Florida_____, Zip Code _33777_____

Phone: 888-253-5178_____

Having read and understood the contents above, hereby submit accordingly as of this

Date, _January 12_____, 20 _24_____.

Jon Logan_____
Printed Name

_____
Signature

This signed document shall remain in effect for a period of one (1) year from the date of signature of for the contract period, whichever is longer.

CONFIDENTIAL                                        SMART-0005070

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## PRIOR EXPERIENCE NARRATIVE

Inmate Communication Services                                    RFP 23-0002

## PRIOR EXPERIENCE NARRATIVE

Details of prior experience should include

- The size of organization and length of time in business and experience providing services similar in size and value to those requested in this RFP

- Current and recent history of past performance by the Proposer;

- The number of existing clients and the number of retained clients for the past three (3) years;

- The apparent capabilities of the Proposer to perform well in the execution of its obligations under a contract with the CCSO as evidenced by its leadership and management personnel.

Smart Communications has been researching, developing and providing inmate communication solutions

for over a decade. We provide our technologies and services to over 150 different correctional facilities in

26 states. Please refer to "*Exhibit A: Confidential Client Partner List and Testimonials,*" which provides

point of contact information for all our client partners. We invite you to reach out to any of our clients as

this will provide direct feedback on how their partnership with Smart Communications has benefited

their facility staff, inmates and the communities they serve.

This experience has provided us with a thorough understanding of the complexities and security

concerns associated with operating in a correctional facility, as well as the know-how to deliver solutions

in a timely manner and provide ongoing support. We are confident we have the experience, technology

and resources necessary to meet and exceed the requirements for this project.

Headquartered in Seminole, FL, with various satellite offices located throughout the country, Smart

Communications employs over 100 individuals, including strategically located and experienced account

and technical service representatives. Smart Communications team members that will be involved to

ensure the successful management, implementation and ongoing support for this project are provided in

response to RFP requirement #2.3.12.

CONFIDENTIAL                                    SMART-0005071

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## REFERENCE LIST FORM

Inmate Communication Services                                     RFP 23-0002

## REFERENCE LIST FORM

Proposer shall submit as a part of the proposal package, business references with name of the business, address, contact person, and telephone number that have utilized the services being proposed to the CCSO. The CCSO reserves the right to contact any of the personnel of the references provided.

Name: Brevard County Jail

Address: 860 Camp Rd., Cocoa, FL 32927

Contact: Maj. Vere Samuel

Telephone No.: ( 321 ) 690-1500

Name: Hernando County Jail

Address: 16425 Spring Hill Dr., Brooksville, FL 34604

Contact: Maj. Shaun Klucznik

Telephone No.: ( 254 ) 933-5468

Name: Indian River County Jail

Address: 4055 41st Ave., Vero Beach, FL 32960

Contact: Lt. Larry Nusser

Telephone No.: ( 772 ) 299-8888

Name: Southwest Virginia Regional Jail Authority (SWRJA)

Address: 15205 Joe Derting Dr., Abingdon, VA  24210

Contact: Lt. Col. Dwayne Lockhart

Telephone No.: ( 276 ) 739-3520 ext. 5008

Name: St. John's County Detention and Work Release Center

Address: 3955 Lewis Speedway, St. Augustine, FL 32084

Contact: Inmate Communications Supervisor Caitlin Parkin

Telephone No.: ( 904 ) 209-2208

CONFIDENTIAL                                     SMART-0005072

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## VENDOR QUESTIONNAIRE

Inmate Communication Services                                    RFP 23-0002

## VENDOR QUESTIONNAIRE

Company Name Smart Communications

Person completing questionnaire Jon Logan

Title CEO

Email Address jon.logan@smartcommunications.us

Company Website: www.smartcommunications.us

FEIN / TIN: 47-2886302

Date this business formed: 12/29/14

State in which business was formed: FL

Annual Gross Revenue: $56,653,540.00*

Total Number of Employees: 115

What quality management processes does your company have in place?
Various quality assurance measures are employed during installation and throughout contract term. All technologies and services are installed, maintained and supported by experienced staff members.

What recourse do customers have for any non-conformity or discrepancy?
We are committed to providing our clients with the best support available. Any non-conformity or discrepancy may be reported to our Technical Support Center and/or designated Account Manager.

Does your company provide services to other businesses similar in size and quantity?
Yes

Are all Services accomplished "in-house"? If not, which Services are outsourced?
Yes

What other products or services does your company offer? Inmate Telephones, Video Visitation, Electronic Messaging, Mail Scanning, Entertainment, Education/Visitation, Law Library, Requests and Grievances,Tablets, Kiosks and Wearables

In the past five (5) years, has your company or any officer been excluded from entering into contracts with any governmental agency? _____ Details N/A

In the past five (5) years, has your company or any officer had any permit, license, concession, franchise or lease terminated for cause? _____ Details N/A

Have any bankruptcy proceedings been initiated by or against your company in the past seven (7) years? No

Are there or have there been any judgements, injunctions, or liens against your company?
In the past five (5) years? N/A _____ Open, unsatisfied or in effect today? N/A

*IMPORTANT NOTE: Smart Communications is a privately owned company and our financial/revenue information is highly confidential. To the extent such information is sought by a third party via public record request or otherwise, Smart Communications will assert all applicable exemptions to protect such information from public disclosure. Please notify Smart Communications immediately if any portion of our RFP response marked confidential is the subject of any public record request so that we may respond appropriately.

CONFIDENTIAL                                    SMART-0005073

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## COST/FEE SCHEDULE

Inmate Communication Services                              RFP 23-0002

## COST/FEE SCHEDULE

### Financial Offer Option #1

For Evaluation and Contracting Purposes, all Proposers shall complete the Cost/Fee Schedule below:

| Monthly Commission Schedule | | | | | |
|---|---|---|---|---|---|
| **Monthly Payment Guarantee** | | | | $33,333.33 | |
| | | Surcharge or Connect Fee | First Minute Rate | Each Additional Minute Rate | Commission Percentage Offered |
| Collect | Local | $0.00 | $0.21 | $0.21 | 95.0% |
| | International | $0.00 | $0.21 | $0.21 | 95.0% |
| Direct Billed | Local | $0.00 | $0.21 | $0.21 | 95.0% |
| | International | $0.00 | $0.21 | $0.21 | 95.0% |
| Prepaid Collect | Local | $0.00 | $0.21 | $0.21 | 95.0% |
| | International | $0.00 | $0.21 | $0.21 | 95.0% |
| Advanced Pay | Local | $0.00 | $0.21 | $0.21 | 95.0% |
| | International | $0.00 | $0.21 | $0.21 | 95.0% |
| Debit | Local | $0.00 | $0.21 | $0.21 | 95.0% |
| | International | $0.00 | $0.21 | $0.21 | 95.0% |
| Video Conferencing | On Premises | $0.00 | $0.21 | $0.21 | 95.0% |
| | Off Premises | $0.00 | $0.21 | $0.21 | 95.0% |
| | Online | $0.00 | $0.21 | $0.21 | 95.0% |
| | Cost Structure | | | | Commission Percentage Offered |
| Electronic Messaging | 8 *FREE* messages/month $0.50 for each additional message | | | | 0.0% |
| Text Messaging | 8 *FREE* messages/month $0.50 for each additional message | | | | 0.0% |
| Tablet Applications | Remote Video Visitation - $0.21/minute | | | | 25.0% |
| Tablet Premium Content | $0.03/minute | | | | 25.0% |

All proposed rates and fees must be fully compliant with all pertinent FCC, federal, state, and local regulations.

The proposed commission payable shall be stated as a percentage of gross revenue for Services provided through the Inmate Communication System, with no fee additions beyond the maximum rates and fees specifically allowed by the FCC Order, state tariffs, and any other pertinent regulations.

Failure to state commissions as a percentage of gross revenue, using only rates and fees that are compliant with all pertinent regulations, will cause Proposer's proposal to be deemed non-compliant and ineligible for award.

**Page 1 of 2**

CONFIDENTIAL                          SMART-0005074

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



Inmate Communication Services

RFP 23-0002

### Ancillary Fees, Administration, or Value Added Services

I, the Proposer, request the CCSO's consideration of the following additional fees. Further, I affirm that no additional fees, unless listed below and specially incorporated into a future agreement between myself and the CCSO, shall be charged to the CCSO under a potential contract.

| Description of Service | Amount | Basis for Billing |
|---|---|---|
| MailGuard® Postal Mail Elimination System | No Charge | N/A |
| MailGuardLegal® Privileged System | No Charge | N/A |
| Full-Time, On-site Certified Technician | No Charge | N/A |
| SmartLaw™ Digital Law Library | No Charge | N/A |
| SmartRequest™ Digital Requests | No Charge | N/A |
| SmartEd™ and SmartReentry™ | No Charge | N/A |
| Attorney Messaging with Legal Documents | No Charge | N/A |
| SmartVisit™ VVS (Local/On-site) | No Charge | N/A |
| Website Deposit Fee (ITS) | $3.00 | Per Transaction |
| Website Deposit Fee (Messaging, VVS) | $1.50 | Per Transaction |
| Live Agent Deposit Fee | $5.95 | Per Transaction |
| Lobby Kiosk Deposit Fee (if available) | $5.95 | Per Transaction |
| Mail-In Deposit Fee (Check or Money Order) | $0.00 | Per Transaction |
| | | |
| | | |

***IMPORTANT NOTE:*** Please refer to "***Cost Proposal/Financial Offer Overview***" for complete offer details.

Jon Logan, CEO
Print Name and Title

2/7/24
Signature and Date

**Page 2 of 2**

CONFIDENTIAL

SMART-0005075

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



Inmate Communication Services                                    RFP 23-0002

## COST/FEE SCHEDULE

### Financial Offer Option #2

For Evaluation and Contracting Purposes, all Proposers shall complete the Cost/Fee Schedule below:

| Monthly Commission Schedule | | | | | |
|---|---|---|---|---|---|
| Monthly Payment Guarantee | | | | $33,333.33 | |
| | | Surcharge or Connect Fee | First Minute Rate | Each Additional Minute Rate | Commission Percentage Offered |
| Collect | Local | $0.00 | $0.19 | $0.19 | 90.0% |
| | International | $0.00 | $0.19 | $0.19 | 90.0% |
| Direct Billed | Local | $0.00 | $0.19 | $0.19 | 90.0% |
| | International | $0.00 | $0.19 | $0.19 | 90.0% |
| Prepaid Collect | Local | $0.00 | $0.19 | $0.19 | 90.0% |
| | International | $0.00 | $0.19 | $0.19 | 90.0% |
| Advanced Pay | Local | $0.00 | $0.19 | $0.19 | 90.0% |
| | International | $0.00 | $0.19 | $0.19 | 90.0% |
| Debit | Local | $0.00 | $0.19 | $0.19 | 90.0% |
| | International | $0.00 | $0.19 | $0.19 | 90.0% |
| Video Conferencing | On Premises | $0.00 | $0.19 | $0.19 | 90.0% |
| | Off Premises | $0.00 | $0.19 | $0.19 | 90.0% |
| | Online | $0.00 | $0.19 | $0.19 | 90.0% |
| | Cost Structure | | | | Commission Percentage Offered |
| Electronic Messaging | 8 **FREE** messages/month $0.50 for each additional message | | | | 0.0% |
| Text Messaging | 8 **FREE** messages/month $0.50 for each additional message | | | | 0.0% |
| Tablet Applications | Remote Video Visitation - $0.21/minute | | | | 25.0% |
| Tablet Premium Content | $0.03/minute | | | | 25.0% |

All proposed rates and fees must be fully compliant with all pertinent FCC, federal, state, and local regulations.

The proposed commission payable shall be stated as a percentage of gross revenue for Services provided through the Inmate Communication System, with no fee additions beyond the maximum rates and fees specifically allowed by the FCC Order, state tariffs, and any other pertinent regulations.

Failure to state commissions as a percentage of gross revenue, using only rates and fees that are compliant with all pertinent regulations, will cause Proposer's proposal to be deemed non-compliant and ineligible for award.

**Page 1 of 2**

CONFIDENTIAL                                    SMART-0005076

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



Inmate Communication Services

RFP 23-0002

### Ancillary Fees, Administration, or Value Added Services
I, the Proposer, request the CCSO's consideration of the following additional fees. Further, I affirm that no additional fees, unless listed below and specially incorporated into a future agreement between myself and the CCSO, shall be charged to the CCSO under a potential contract.

| Description of Service | Amount | Basis for Billing |
|---|---|---|
| MailGuard® Postal Mail Elimination System | No Charge | N/A |
| MailGuardLegal® Privileged System | No Charge | N/A |
| Full-Time, On-site Certified Technician | No Charge | N/A |
| SmartLaw™ Digital Law Library | No Charge | N/A |
| SmartRequest™ Digital Requests | No Charge | N/A |
| SmartEd™ and SmartReentry™ | No Charge | N/A |
| Attorney Messaging with Legal Documents | No Charge | N/A |
| SmartVisit™ VVS (Local/On-site) | No Charge | N/A |
| Website Deposit Fee (ITS) | $3.00 | Per Transaction |
| Website Deposit Fee (Messaging, VVS) | $1.50 | Per Transaction |
| Live Agent Deposit Fee | $5.95 | Per Transaction |
| Lobby Kiosk Deposit Fee (if available) | $5.95 | Per Transaction |
| Mail-In Deposit Fee (Check or Money Order) | $0.00 | Per Transaction |
| | | |
| | | |

***IMPORTANT NOTE:*** Please refer to "***Cost Proposal/Financial Offer Overview***" for complete offer details.

Jon Logan, CEO
Print Name and Title

_____ 2/7/24
Signature and Date

**Page 2 of 2**

CONFIDENTIAL

SMART-0005077

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



Inmate Communication Services

RFP 23-0002

## COST/FEE SCHEDULE

### Financial Offer Option #3

For Evaluation and Contracting Purposes, all Proposers shall complete the Cost/Fee Schedule below:

| Monthly Commission Schedule | | | | | |
|---|---|---|---|---|---|
| Monthly Payment Guarantee | | | | $33,333.33 | |
| | | Surcharge or Connect Fee | First Minute Rate | Each Additional Minute Rate | Commission Percentage Offered |
| Collect | Local | $0.00 | $0.17 | $0.17 | 85.0% |
| | International | $0.00 | $0.17 | $0.17 | 85.0% |
| Direct Billed | Local | $0.00 | $0.17 | $0.17 | 85.0% |
| | International | $0.00 | $0.17 | $0.17 | 85.0% |
| Prepaid Collect | Local | $0.00 | $0.17 | $0.17 | 85.0% |
| | International | $0.00 | $0.17 | $0.17 | 85.0% |
| Advanced Pay | Local | $0.00 | $0.17 | $0.17 | 85.0% |
| | International | $0.00 | $0.17 | $0.17 | 85.0% |
| Debit | Local | $0.00 | $0.17 | $0.17 | 85.0% |
| | International | $0.00 | $0.17 | $0.17 | 85.0% |
| Video Conferencing | On Premises | $0.00 | $0.17 | $0.17 | 85.0% |
| | Off Premises | $0.00 | $0.17 | $0.17 | 85.0% |
| | Online | $0.00 | $0.17 | $0.17 | 85.0% |
| | Cost Structure | | | | Commission Percentage Offered |
| Electronic Messaging | 8 *FREE* messages/month $0.50 for each additional message | | | | 0.0% |
| Text Messaging | 8 *FREE* messages/month $0.50 for each additional message | | | | 0.0% |
| Tablet Applications | Remote Video Visitation - $0.21/minute | | | | 25.0% |
| Tablet Premium Content | $0.03/minute | | | | 25.0% |

All proposed rates and fees must be fully compliant with all pertinent FCC, federal, state, and local regulations.

The proposed commission payable shall be stated as a percentage of gross revenue for Services provided through the Inmate Communication System, with no fee additions beyond the maximum rates and fees specifically allowed by the FCC Order, state tariffs, and any other pertinent regulations.

Failure to state commissions as a percentage of gross revenue, using only rates and fees that are compliant with all pertinent regulations, will cause Proposer's proposal to be deemed non-compliant and ineligible for award.

**Page 1 of 2**

CONFIDENTIAL

SMART-0005078

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



Inmate Communication Services

RFP 23-0002

**Ancillary Fees, Administration, or Value Added Services**
I, the Proposer, request the CCSO's consideration of the following additional fees. Further, I affirm that no additional fees, unless listed below and specially incorporated into a future agreement between myself and the CCSO, shall be charged to the CCSO under a potential contract.

| Description of Service | Amount | Basis for Billing |
|---|---|---|
| MailGuard® Postal Mail Elimination System | No Charge | N/A |
| MailGuardLegal® Privileged System | No Charge | N/A |
| Full-Time, On-site Certified Technician | No Charge | N/A |
| SmartLaw™ Digital Law Library | No Charge | N/A |
| SmartRequest™ Digital Requests | No Charge | N/A |
| SmartEd™ and SmartReentry™ | No Charge | N/A |
| Attorney Messaging with Legal Documents | No Charge | N/A |
| SmartVisit™ VVS (Local/On-site) | No Charge | N/A |
| Website Deposit Fee (ITS) | $3.00 | Per Transaction |
| Website Deposit Fee (Messaging, VVS) | $1.50 | Per Transaction |
| Live Agent Deposit Fee | $5.95 | Per Transaction |
| Lobby Kiosk Deposit Fee (if available) | $5.95 | Per Transaction |
| Mail-In Deposit Fee (Check or Money Order) | $0.00 | Per Transaction |
| | | |
| | | |

*IMPORTANT NOTE:* Please refer to "*Cost Proposal/Financial Offer Overview*" for complete offer details.

Jon Logan, CEO
Print Name and Title

2/7/24

Signature and Date

**Page 2 of 2**

CONFIDENTIAL

SMART-0005079

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



Inmate Communication Services

RFP 23-0002

## COST/FEE SCHEDULE

### Financial Offer Option #4

For Evaluation and Contracting Purposes, all Proposers shall complete the Cost/Fee Schedule below:

| Monthly Commission Schedule | | | | | |
|---|---|---|---|---|---|
| Monthly Payment Guarantee | | | | $33,333.33 | |
| | | Surcharge or Connect Fee | First Minute Rate | Each Additional Minute Rate | Commission Percentage Offered |
| Collect | Local | $0.00 | $0.15 | $0.15 | 80.0% |
| | International | $0.00 | $0.15 | $0.15 | 80.0% |
| Direct Billed | Local | $0.00 | $0.15 | $0.15 | 80.0% |
| | International | $0.00 | $0.15 | $0.15 | 80.0% |
| Prepaid Collect | Local | $0.00 | $0.15 | $0.15 | 80.0% |
| | International | $0.00 | $0.15 | $0.15 | 80.0% |
| Advanced Pay | Local | $0.00 | $0.15 | $0.15 | 80.0% |
| | International | $0.00 | $0.15 | $0.15 | 80.0% |
| Debit | Local | $0.00 | $0.15 | $0.15 | 80.0% |
| | International | $0.00 | $0.15 | $0.15 | 80.0% |
| Video Conferencing | On Premises | $0.00 | $0.15 | $0.15 | 80.0% |
| | Off Premises | $0.00 | $0.15 | $0.15 | 80.0% |
| | Online | $0.00 | $0.15 | $0.15 | 80.0% |
| | | Cost Structure | | | Commission Percentage Offered |
| Electronic Messaging | 8 *FREE* messages/month $0.50 for each additional message | | | | 0.0% |
| Text Messaging | 8 *FREE* messages/month $0.50 for each additional message | | | | 0.0% |
| Tablet Applications | Remote Video Visitation - $0.21/minute | | | | 25.0% |
| Tablet Premium Content | $0.03/minute | | | | 25.0% |

All proposed rates and fees must be fully compliant with all pertinent FCC, federal, state, and local regulations.

The proposed commission payable shall be stated as a percentage of gross revenue for Services provided through the Inmate Communication System, with no fee additions beyond the maximum rates and fees specifically allowed by the FCC Order, state tariffs, and any other pertinent regulations.

Failure to state commissions as a percentage of gross revenue, using only rates and fees that are compliant with all pertinent regulations, will cause Proposer's proposal to be deemed non-compliant and ineligible for award.

### Page 1 of 2

CONFIDENTIAL

SMART-0005080

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



Inmate Communication Services

RFP 23-0002

### Ancillary Fees, Administration, or Value Added Services

I, the Proposer, request the CCSO's consideration of the following additional fees. Further, I affirm that no additional fees, unless listed below and specially incorporated into a future agreement between myself and the CCSO, shall be charged to the CCSO under a potential contract.

| Description of Service | Amount | Basis for Billing |
|---|---|---|
| MailGuard® Postal Mail Elimination System | No Charge | N/A |
| MailGuardLegal® Privileged System | No Charge | N/A |
| Full-Time, On-site Certified Technician | No Charge | N/A |
| SmartLaw™ Digital Law Library | No Charge | N/A |
| SmartRequest™ Digital Requests | No Charge | N/A |
| SmartEd™ and SmartReentry™ | No Charge | N/A |
| Attorney Messaging with Legal Documents | No Charge | N/A |
| SmartVisit™ VVS (Local/On-site) | No Charge | N/A |
| Website Deposit Fee (ITS) | $3.00 | Per Transaction |
| Website Deposit Fee (Messaging, VVS) | $1.50 | Per Transaction |
| Live Agent Deposit Fee | $5.95 | Per Transaction |
| Lobby Kiosk Deposit Fee (if available) | $5.95 | Per Transaction |
| Mail-In Deposit Fee (Check or Money Order) | $0.00 | Per Transaction |
| | | |
| | | |

*IMPORTANT NOTE:* Please refer to "*Cost Proposal/Financial Offer Overview*" for complete offer details.

Jon Logan, CEO
Print Name and Title

2/7/24

Signature and Date

**Page 2 of 2**

CONFIDENTIAL

SMART-0005081

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## Cost Proposal/Financial Offer Overview

Smart Communications is pleased to present the Clay County Sheriff's Office with four separate inmate communication technology and service package offer options (Option #1, Option #2, Option #3 and Option #4).

All options are composed of our turnkey SmartEvo™ ITS, SmartVisit™ VVS, SmartInmate™ Electronic Messaging System and SmartEntertainment™ Streaming Media Platform, as well as the following value-added technologies, services and benefits at *no cost*:

- SmartEcosystem™ Dashboard with Advanced Case Management, SmartLink™ Investigator, Call Transcription, Keyword Search and other investigative tools
- Patented MailGuard® Postal Mail Elimination System service ($162,800.00 annual value)*
- Patented MailGuardLegal System service ($162,800.00 annual value)*
- Jail Management System (JMS), Commissary and Related Systems Interfacing with Automated Information Service (AIS)
- Full-time, On-site Certified Technician (OCT) ($84,000.00 annual value)
- All hardware with installation and software upgrades
- 24/7/365 live, U.S.-based customer and technical support provided

- $33,333.33 Minimum Monthly Commission Guarantee
- SmartTablet™ devices (1:1 distribution ratio) with Wireless Charging Stations and SmartKiosk™ devices
- SmartInmate™ Electronic Messaging System service, including eight *free* SmartInmate™ messages every month for each inmate ($23,400.00 annual value)*
- *Free* unlimited Attorney Messaging with Legal Document delivery and eSignature functionality
- SmartLaw™ Digital Law Library ($10,000.00 annual value)*
- SmartRequest™ Digital Request/Grievance/Medical Form System service
- SmartEd™ and SmartReentry™ tablet-based inmate educational resources and rehabilitative programs

*Based on an inmate average daily population (ADP) of 450.

## TOTAL VALUE–ADDED TECHNOLOGIES, SERVICES & BENEFITS OVER 3-YEAR CONTRACT TERM:

# $1,324,200.00+

The only differences between the offer options are the service and commission rates associated with SmartEvo™ ITS service:

| SmartEvo™ ITS Service /Commission Rate Offer and Monthly Administrative Fee Payment Value Comparison | | | |
|---|---|---|---|
| **Offer Option** | **ITS Rate/Minute** | **ITS Commission Rate** | **Minimum Monthly Commission Guarantee Amount** |
| #1 | $0.21 | 95.0% | $33,333.33 |
| #2 | $0.19 | 90.0% | $33,333.33 |
| #3 | $0.17 | 85.0% | $33,333.33 |
| #4 | $0.15 | 80.0% | $33,333.33 |

This allows the County to select the ITS call service/commission rate they feel will provide inmates and their loved ones with the best value, while still allowing your overall budgetary needs/objectives to be met.

CONFIDENTIAL                    SMART-0005082

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



 **When evaluating our SmartEvo™ ITS Call/Commission Rates, please note:**

» Unlike other providers, Smart Communications pays ITS commission based on "true" Gross Call Revenue on all call types, including interstate and international. This means Clay County will receive commission on every single revenue–generating phone call. There are no deceptive accounting practices or misrepresentation of FCC Orders to reduce commission revenue.

To further strengthen the County's budget, all offers also includes:

- 25.0% commission **on total gross SmartVisit™ VVS remote video visitation session revenue**

- 25.0% commission **on total gross SmartEntertainment™ revenue**

- 100.0% commission **on total gross SmartEvo™ ITS Inbound Voicemail eXchange (VMX™) revenue provided at a fixed rate of $1.00/voicemail.**



Additional information about all aspects of our proposal, technologies, services and benefits is provided in greater detail in the sections that follow.

*As a dynamic firm committed to providing our client partners with superior value, our proposed options are flexible and we are open to discussing any alternative rate structures that may better suit the County's objectives.*

If you have any questions or would like to discuss modifications to our proposed offer options, please do not hesitate to contact me directly via email jon.logan@smartcommunications.us or phone 888-253-5178.

Thank you for your consideration and we look forward to working with Clay County.

Respectfully,

Jon Logan
CEO - Smart Communications

CONFIDENTIAL                    SMART-0005083

## CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



# The First, Most Field–Proven and Innovative Inmate Telephone System Available

## SmartEvo™ Inmate Telephone System (ITS)

Smart Communications' state-of-the-art SmartEvo™ ITS includes:

**Administration and Control|**
- Robust call scheduling and control feature set provides automated and manual, granular control over all aspects of availability and access privileges
- Multiple call analysis tools providing standard and customizable reports
- Easy to manage global and personal allowable number lists
- Secure, web-based design provides full on-site and remote access to all administrative controls and tools based on user permission level

**Security|**
- Voice biometrics
- 3-way calling and hook-switch dialing detection and prevention
- Positive DTMF call acceptance
- 24/7/365 remote network monitoring ensures 99.9% uptime

**Recording Storage and Retrieval|**
- CDRs, call recordings and systems data are stored on encrypted and redundant storage area networks (SAN) at three separate geographic locations
- All CDR and recording data is accessible to staff for one year or longer after agreement expiration
- Download a single file or a set of call recordings to play back, copy to disk or email in .MP3 file format

**Call Monitoring and Investigative Tools|**
- Unlimited and undetectable live call monitoring
- Hot number/call watch list offering text, phone or email alert notifications
- Call transcription with translation and keyword search
- Advanced case management tools to help investigators better track and manage assets for specific incidents or individuals that can be shared securely with external law enforcement agencies
- "*Best Known Name and Address*" feature queries internal client databases to help locate the address associated with telephone numbers
- SmartLink™ tools allow investigators to check for any links between inmates and public individuals or other inmates using multi-path and multi-relation analysis

**Optional Value-Added Features|**
- Interoperable with SmartTablet™ and SmartKiosk™ devices to provide tablet/kiosk-based calling
- Indigent calling feature to configure free call quantity limits to predesignated numbers, including designated call durations and calling windows
- Custom speed dial to agency-defined numbers and/or designated voicemail boxes for inmates to contact PREA, crime tips, public defenders and more
- Seamless Video Relay Service (VRS) and Video Remote Interpreting (VRI) interfacing

| SmartEvo™ ITS Service/Commission Rate Offers | | |
|---|---|---|
| **Offer Option** | **ITS Rate/Minute** | **ITS Commission Rate** |
| #1 | $0.21 | 95.0% |
| #2 | $0.19 | 90.0% |
| #3 | $0.17 | 85.0% |
| #4 | $0.15 | 80.0% |

*NOTE: ITS rates apply to all call tariff (Local, IntraLATA/Intrastate, InterLATA/Interstate, Interstate and International) and payment types (Collect, Direct-Billed, Prepaid Collect and Inmate PIN Debit). ITS rates and commissionable revenue do not include local, state or federal taxes, or any amount Smart Communications collects for payments required by statutory or regulatory programs mandated by governmental agencies, such as the Federal Universal Service Fund (USF) or cost recovery fees. SmartEvo™ ITS Voicemail Exchange (VMX™) service is available. This service allows public users to leave up to a 60-second voicemail for a charge of $1.00/voicemail message. The County will receive 100.0% commission on total gross VMX™ revenue.*

CONFIDENTIAL                    SMART-0005084

## CLAY COUNTY SHERIFF'S OFFICE
RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



# True "Self–Service" Video Visitation With Zero Staff Involvement

## SmartVisit™ Video Visitation System (VVS)

Smart Communications' SmartVisit™ VVS was introduced in 2015 and remains the most intelligent video visitation platform in corrections. SmartVisit™ utilizes industry exclusive content filtering software and a robust web-based scheduling application that streamlines and automates the visitation process to provide a true "self-service" video visitation experience with zero staff involvement. Our advanced content filtering software eliminates the need for staff to "baby-sit" a visitation session. Only the user's face is shown, blocking out all other content, such as backgrounds, gang signs/hand gestures, nudity and other "virtual contraband."




The secure, web-based SmartEcosystem™ Dashboard provides authorized staff with access to important VVS details, reports and information, including:

- **Welcome/Dashboard**: provides a summary view of the number of visits scheduled each day for the week, units offline, recording space and a message board.
- **Session History Report**: includes visitor/inmate name, session date, session start/end times, visitor station location and inmate/pod station location.
- **Video Visitation Recordings**: recorded visits are searchable, viewable and downloadable in .MP4 format.
- **User Activity Reports**: details facility staff use of the system, by user.

Additionally, our SmartVisit™ VVS helps keeps inmates connected with their family and friends by supporting Video on Demand (VOD) which allows inmates to initiate their own remote video visitation sessions on SmartKiosk™ or SmartTablet™ devices with no minimum usage requirements.

| SmartVisit™ VVS Service and Commission Rates – All Offer Options | Visitation Type | Service Rate/Minute | Commission Rate |
|---|---|---|---|
| | Local (On-site) | FREE | N/A |
| | Remote (Scheduled and On-Demand) | $0.21 | 25.0% |

CONFIDENTIAL

SMART-0005085

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



# Corrections First and Most Field Proven System with Unlimited Free Attorney Messaging and Legal Document Delivery with eSignature Functionality

## SmartInmate™ Electronic Messaging System

Smart Communications' offer options include the provision of our SmartInmate™ Electronic Messaging System service. This highly intelligent system allows inmates to stay in contact with their friends and family via a controlled electronic messaging platform like email. SmartInmate™ has many built-in investigative features; for example, SmartInmate™ can automatically monitor and send instant notifications when messages containing user-defined keywords or names are transmitted, or when inmates being shadowed under investigation send/receive messages or connect with a new public user. SmartInmate™ also collects data on public users who communicate with inmates at your agency. Such data includes connected inmates, phone numbers, IP-addresses, email addresses, GPS locations and more. SmartInmate™ messages are fully keyword searchable with keywords highlighted in the search results.



CONFIDENTIAL

SMART-0005086

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



SmartInmate™ also includes a specialized Attorney Messaging feature with eSignature functionality. This feature allows vetted attorneys to exchange electronic messages and legal documents confidentially with inmates at **no cost**. With eSignature functionality, attorneys can insert required signatures, initials and/or date stamp fields into a legal document. This function helps improve efficiency by eliminating the need for legal documents requiring an inmate's signature to be physically mailed to the facility.



| Messages | Photos | Visits | Phones | Trust | Document Upload ▾ | Credits: 0 ▾ | Contacts ▾ | Contact Us |
|---|---|---|---|---|---|---|---|---|

**XXII. Additional Terms and Conditions.** _____

**Page 6 of 6**
← ❓ →

**XXIII. Entire Agreement**. This Agreement, along with any attachments or addendums, represents the entire agreement between the parties. Therefore, this Agreement supersedes any prior agreements, promises, conditions, or understandings between the Client and Attorney. This Agreement may be modified or amended if the amendment is made in writing and is signed by both parties.

**Signature**

**Initial**

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement on the dates written hereunder.

**Date**

**Attorney's Signature** _____ Date _____

Print Name _____

**Save & Preview**

**Client's Signature** ___ Signature ___ Date ___ Date ___ Initial ___

**Cancel**

Print Name _____

Inmates can enter the appropriate data (i.e., their signature, initials, date stamp) into the legal document's required form fields and send the completed document back to their attorney. The title, status and date of all legal documents exchanged are recorded for reference purposes.



| Messages | Photos | Visits | Phones | Trust | Document Upload ▾ | Credits: 0 ▾ | Contacts ▾ | Contact Us |
|---|---|---|---|---|---|---|---|---|

My Account    Log Out

Title  Document Title    Sent To  John Doe.    🔍 Search

| Title | Sent To | Status | Date | Delete |
|---|---|---|---|---|
| Legal Retainer Agreement | Julie | ✔ Signed | 04/21/2023 | ✖ Delete |
| LegalRetainer2 | Julie | ✉ Sent | 04/21/2023 | ✖ Delete |

Copyright ® 2023 by Smart Communications. All Rights Reserved.
Privacy Policy - Terms of Service - View in English or Español

## CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



Additionally, SmartInmate™ allows approved contacts to share digital photos with inmates. Prior to delivery to an inmate, staff can electronically approve or reject the photo. If "virtual" contraband (nudity, offensive gestures/behaviors, etc.) is detected during the review process, the photo is rejected and is not delivered to the inmate. The sender is notified when a digital photo they attempted to share with an inmate is rejected. This notification includes the reason why the photo was rejected/not delivered. The photo sharing/delivery function of SmartInmate™ allows only approved contacts to share digital photos with inmates. Inmates are not able to take or share photos.

| | Service Type | Service Rate |
|---|---|---|
| SmartInmate™ Service Rates – All Offer Options | Internal Facility/Staff Text Messages | FREE |
| | Attorney Messages with Legal Document delivery and eSignature functionality | |
| | Text message (up to 30,000 characters) | 8 **FREE** messages/month $0.50 for each additional message |
| | Photo Attachment (inbound only) | $1.00/photo |

## FREE COMMUNICATION...NO INMATE LEFT BEHIND.

Studies have consistently found that inmates who maintain close contact with their family members while incarcerated have better post-release outcomes and lower recidivism rates.

To ensure all inmates can stay connected with their family regardless of their financial situation, Smart Communications will donate eight FREE SmartInmate™ Messages every month to each inmate – $23,400.00 annual value.

Since 2009, Smart Communications has donated over 40 million free messages.

## Completely Eliminate 100% of Drugs and Other Contraband From Entering Your Facility Through Inmate Postal Mail at NO COST

### Patented MailGuard® Postal Mail Elimination System

Smart Communications' offer includes our patented MailGuard® Postal Mail Elimination System service to enhance facility safety and efficiency at *no charge* ($162,00.00 annual value). MailGuard® provides a complete solution to one of corrections' longest running problems and security loopholes –contraband and secret communications entering facilities in inmate postal mail. MailGuard® keeps your staff and inmates safer by providing a remote, virtual mailroom that processes and electronically delivers inmate postal mail with zero agency staff labor or exposure risk.

CONFIDENTIAL                    SMART-0005088

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





Non-privileged Inmate postal mail is sent directly to our MailGuard® processing center in Seminole, FL. Upon arrival, our highly trained staff utilize cutting-edge technology to convert the inmate mail into a high-definition, full-color, digital .PDF file. These digital files are then uploaded to our intelligent MailGuard® platform for facility staff review/approval. After review/approval the digital mail files are automatically delivered to the inmates via SmartKiosk™ or SmartTablet™ devices available at the facility. MailGuard® also serves as an invaluable investigative/ intelligence gathering tool. Digital mail is database searchable and allows investigative staff to gain intelligence.

Our public MailGuardTracker.com website allows mail senders to check the delivery status of their mail by signing up for a free account. Users are also offered optional email/text message notifications to receive status updates and can have their rejected mail returned electronically. All processed mail is available for inmates to download for up to one year after their release at **no charge**.



Our offer also includes the provision of our patented MailGuardLegal Privileged Mail System service at **no charge** ($162,000.00 annual value). This field-proven system eliminates delivery of illicit substances through privileged legal mail without violating inmate confidentiality or privacy rights. The system includes a portable MailGuardLegal Cart equipped with customized hardware, allowing inmates to open, scan and print their legal mail under the direct supervision of an officer.

## The Easiest to Use, Most Customizable and Detailed Electronic Form Submission Platform Provided at NO COST

### SmartRequest™ Digital Request/Grievance/Medical Forms

Smart Communiations' proposal includes our SmartRequest™ Digital Request/Grievance/ Medical Form System service. As the world's first digital inmate request/grievance/medical form system in corrections, SmartRequest™ is also the easiest to use, most customizable and detailed electronic form submission platform available. SmartRequest™ automates the inmate form process and helps eliminate paperwork. Electronic forms are centrally tracked and managed, putting an end to shuffling paper forms around the facility. Requests are responded to electronically



CONFIDENTIAL

SMART-0005089

## CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



allowing inmates to get answers quickly; the system can provide automated standard responses and status updates to all involved. The workflow on the SmartRequest™ platform is custom-tailored to department policies and is easy to customize without vendor assistance. Limitations, timers, forwarding, notes, reassignment, escalating, appeals, Jail Management System (JMS) integration, automated reporting (including keyword tracking) and more are all standard features.

# Inmate Self–Service Access to Current Legal Resources and Aids Provided at NO COST

## SmartLaw™ Digital Law Library

Smart Communications' SmartKiosk™ and SmartTablet™ devices will be configured to provide inmates with self-service access to a digital Law Library at *no charge* ($10,000.00 annual value). This value-added benefit reduces staff burden by eliminating the need to escort inmates through the facility to access legal resources. The digital Law Library is kept current with real-time updates, meeting the legal needs of inmates. It provides inmates with access to Federal and State statutes



and case law, a legal dictionary, a practice manual and other legal aids to assist them with research pertinent to their case. The time an inmate spends accessing the Law Library is logged and retained in our system. The retention of this information creates an audit trail to provide proof of access to help reduce and counter legal disputes.

# Jail Management System (JMS), Commissary and Other Related System Interfaces Provided at NO COST

Smart Communications will interface with the County's JMS and host your commissary vendor's menu at *no charge*. These interfaces will allow inmates to order commissary directly through the SmartEvo™ ITS, SmartKiosk™ devices and SmartTablet™ devices. We will also work with the appropriate providers to ensure all required deposit/banking services and hardware is available.



Smart Communications will also provide the County with 24/7/365 Automated Information Service (AIS) interfaces. The AIS provides both inmates and external users with general facility and inmate information over the phone automatically, alleviating staff burden.

Inmates access the AIS by entering a speed dial number on any designated inmate phone. Once connected, inmates can access information regarding charges, court dates, visitation eligibility, bond amount, etc.

External users access the AIS by dialing the facility's main telephone number. Once connected, external users can access information such as facility address and directions, visitation policies, inmate charges, inmate court dates, inmate visitation eligibility, inmate bond amount, etc. The AIS also provides external users with the option to set up and fund a personal prepaid account or deposit funds into an inmate's PIN debit account.

CONFIDENTIAL                    SMART-0005090

## CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



# Time Tested, Correctional Grade Hardware Provided at NO COST

## SmartTablet™ and SmartKiosk™ Devices

Smart Communications has over a decade of experience in the research, development and delivery of custom, correctional-grade kiosks and tablets. Our SmartKiosk™ and SmartTablet™ devices are engineered to withstand inmate abuse and meet the unique safety and security requirements of correctional facilities.

Each SmartKiosk™ device connects via Cat5e or Cat6 Ethernet cable to a dedicated port on an Ethernet switch that is connected to a dedicated Local Area Network (LAN). This connection allows SmartKiosk™ devices to connect to other allowable devices on the LAN or over the Wide Area Network (WAN). All SmartKiosk™ devices feedback to a central router and firewall located within the facility. A secure connection from the facility to the SmartVisit™ application located in Smart Communications' data center is provided to allow SmartKiosk™ devices to be managed. SmartKiosk™ devices are capable of being powered by 110VAC or PoE via the connected network Ethernet cable.



The SmartKiosk™ is composed of a 17.0" touchscreen LCD display designed for high-threat environments, a high-definition IP camera and other electrical/computer hardware mounted in a high-strength, 12-gauge steel housing. The housing fully encloses the internal components and does not have any openings or external hinges which prevents tampering and exposure to liquids. The housing also features smooth rounded edges to prevent injury and a rounded top design. To provide optimal sound quality and user privacy, SmartKiosk™ devices are equipped with a corded telephone handset. The handset is constructed of heavy-duty polycarbonate molded plastic and does not contain any removable parts. The handset's cable is contained in a flexible, stainless steel, armored sheathing with a pull strength that exceeds 1,000 ft-pounds and is attached to a SmartKiosk™ device via a bayonet lock method.

Our wireless SmartTablet™ devices offer a variety communication services and resources to help keep inmates connected and informed. Our devices can be configured to provide inmate access to the following applications:

- Phone Calls
- Entertainment: Movies, TV Shows, eBooks, Games, and Music/Radio
- Requests, Grievances and Medical Forms
- Facility Notices, Informational Documents and Videos

- Video Visitation
- MailGuard® Digitized Postal Mail
- Law Library
- PDF Viewer/Documents
- Commissary Ordering
- Video Relay Services (VRS)

- Messaging
- Education and Reentry Content
- Job Search
- Calendar
- Trust Account/Debit Lookup

CONFIDENTIAL                                   SMART-0005091

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



All aspects of our SmartTablet™ devices and wireless charging stations are purpose-built from the ground up to meet the unique durability, security and safety requirements necessary to support safe, reliable and hassle-free operations within a correctional environment.

Our 4th generation SmartTablet™ device's 7.0" touch screen LCD display is protected by a 2mm thick, chemically strengthened, glass cover. The display glass is composed of alkali-aluminosilicate material that makes the glass tougher and scratch resistant, which allows the glass to survive impacts, deep cuts and scratches.

The device's LCD display and internal components are housed in an ultra-rugged and chemical-stain resistant Lexan® polycarbonate (PC) resin polymer. The outer edge of the housing is lined with 20 security screws that require a custom tool for removal. To further prevent inmates from accessing components or hiding contraband in the device, the interior of the device is only accessible after all 20 security screws have been removed. Four additional security screws are used to secure the cover of the compartment that houses the device's micro USB service port. SmartTablet™ devices are also equipped with a standard 1/8" (3.5mm) TRRS Auxiliary Audio Jack that is compatible with most earbuds, headphones or headsets offered by the County's commissary provider.

SmartTablet™ devices are produced in batch lots. To assure quality after production, devices are selected at random from the lot and are subjected to a variety of free fall/drop endurance, chemical resistance/corrosion endurance, operational/storage temperature shock and other quality control tests.

## SmartTablet™ Device Overview



SmartTablet™ (front view)

**1** Battery Charge Status LED, bi-colored
(red = battery charging, green = battery fully charged)

**2** Built-in Camera, 2 MegaPixel*

**3** Ambient Light Sensor (auto-adjusts screen brightness)

**4** Built-in Microphone

**5** Built-in Speakers with Adjustable Volume Control

*Camera is only enabled during facial detection security login and SmartVisit™ VVS application use.

### Security and Identification



SmartTablet™ (rear view)

**1** 20x outer edge security screws prevents access/tampering with the internal components

**2** Model, serial number, FCC ID and compliance details*

**3** Secured compartment housing micro USB service port*

*Device S/N also embossed on interior facing compartment cover.

SmartTablet™ devices are powered by an internal, 3.7v rechargeable li-ion battery. When fully charged, a device can be used continuously for more than 8 hours. Custom, FCC compliant wireless charging stations are provided that can charge up to 10 SmartTablet™ devices simultaneously. Our charging stations feature safe contact charging technology, which maximizes

## Safe Contact Charging





16.25"



36.50"

SmartTablet™ (bottom view)        SmartTablet™ Wireless Charging Station

convenience, safety and security. Our charging slots feature electronic short circuit protection and do not have single use fuses that would need to be replaced. A SmartTablet™ is charged by simply inserting the device, face up or face down into any of the wireless charging station's slots. When inserted, the +/- charging pads located

CONFIDENTIAL                                SMART-0005092



on the bottom of the tablet engage the charging pins in the slot, which automatically initiates the battery charge cycle – there are no cables or wires to connect or exposed ports. The battery charge status is indicated by the bi-colored LED located on the top of the tablet device. The LED turns from red to green when the device's battery is fully charged.

Our charging stations are only capable of charging SmartTablet™ devices, and unlike charging stations offered by other vendors, they cannot be used to charge contraband electronic devices, such as cell phones. This design also reduces staff burden, as inmates can check-out, check-in, charge and store SmartTablet™ devices with zero involvement from facility staff and no clunky charging carts to manage.

## Inmate Education and Rehabilitative Programming Provided at NO COST

### SmartEd™ and SmartReentry™

SmartEd™ and SmartReentry™ tablet-based inmate education platforms will be provided at **no cost** to inmates or the County. SmartEd™ is composed of 20,000 instructional videos and 7,000 practices exercises relating to core educational subjects. SmartReentry™ includes Beyond Prison, Probation and Parole (BPPP). BPPP is a 10-part interactive reentry video series that helps change the way incarcerated individuals view their path to rehabilitation. The series features inspiring stories told by successful formerly-incarcerated men and women who have overcome the challenges, obstacles and fears associated with transitioning from prison back to society, family and community. This video series empowers instructors and support groups to help participants make the most out of the powerful, inspiring and motivational messages/strategies in each BPPP video.

Smart Communications' SmartEd™ is a highly customizable and expandable platform that can be configured to support more advanced educational, reentry, life skills, self-improvement and recovery courses such as: iPathways, North American Learning Institute (NALI) and the Breaking Free Group. Each of our advanced educational resources requires significant amount of bandwidth, network resources, licensing fees and in some cases facility staff resources to deliver and maintain and therefore are typically provided separately.

Smart Communications looks forward to discussing which of these advanced programs can be provided at **no cost** to best complement and/or enhance the County's current educational and rehabilitative program offerings as well as ensure resources are deployed in the most effective and efficient manner possible.

## Free eBooks and Low Cost Streaming Movies, TV Series, Games and More

### SmartEntertainment™ Streaming Media Platform

Our SmartEntertainment™ platform, available on SmartTablet™ devices, helps keep inmates occupied while providing the County with the ability to earn additional commissions. SmartEntertainment™ offers a wide variety of streaming media choices, including movies, tv series, select radio stations, audio books and video games. Carrying

CONFIDENTIAL                        SMART-0005093

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



G or PG-13 ratings only, all content accessible on the SmartEntertainment™ platform is "correctional-friendly." The SmartEcosystem™ Dashboard gives authorized facility staff full control over all content available to inmates.

**Sample Movie Titles|**



**Sample TV Series Titles|**



**Sample Game Titles|**



**Book Titles|**



*Free access* to over 1,000 popular classical eBook titles from the Project Gutenberg Library, including such titles as *"Pride and Prejudice," "The Adventures of Sherlock Holmes," "War and Peace," "The Call of the Wild,"* and more.

SmartEntertainment™ content is immediately streamed on demand to an inmate's tablet – there is no centralized kiosk needed to transfer content. Premium SmartEntertainment™ content is available at an affordable flat per minute rate so inmates don't have to pay a hefty daily, weekly or monthly subscription fee to access content.

| SmartEntertainment™ Service and Commission Rates – All Offer Options | Media Description | Service Rate | Commission Rate |
|---|---|---|---|
| | Basic Content Streaming | FREE | N/A |
| | Premium Content Streaming | $0.03/minute | 25.0% |

**Deposits|**

Public users are assessed a fee to deposit funds into a SmartEvo™ ITS Prepaid Collect, Inmate PIN Debit account or SmartInmate™ (Messaging, Entertainment and VVS) account. The deposit fee amount assessed is based on the deposit account type and method as illustrated in the table below.

| | Deposit Method | Fee Amount/Transaction |
|---|---|---|
| **Deposit Fee Schedule** | Secure Website (ITS) | $3.00 |
| | Secure Website (Messaging, Entertainment & VVS) | $1.50 |
| | Live Agent | $5.95 |
| | Lobby Kiosk (available) | $3.00 |
| | Mail-In Payment/Certified Check/Money Order | $0.00 |

CONFIDENTIAL                    SMART-0005094

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## Immediate Data Access with Unbreached Network Security and Infrastructure

All network infrastructure and connections, hardware and software required to deliver our proposed technologies and services will be furnished, installed and maintained by Smart Communications at **no charge**. These items include, but are not limited to:

- Secure, independent network infrastructure and hardware with redundant broadband Internet service and uninterruptible power supplies

- Full-time, On-site Certified Technician (OCT) ($84,000.00 annual value)

- 24/7/365 U.S.-based customer and technical support

- SmartTablet™ devices (1:1 distribution ratio) with Wireless Charging Stations and SmartKiosk™ devices

- Intake booking kiosk

- Initial on-site training. **_NOTE:_** *Additional on-site or remote training will be provided at the County's request throughout contract at no charge.*

## A Whole New Universe of Control, Communication, Intelligence and Possibilities

### SmartWatch™ Offender Wearable

By partnering with Smart Communications, the Clay County Jail will be among the first agencies to have the opportunity to utilize our latest innovation – the SmartWatch™.



*The SmartWatch™ is the most advanced technology ever introduced to the corrections environment, opening a whole new universe of control, communication, intelligence and possibilities:*

- Communication and control
- Live location tracking and monitoring
- Health and wellness monitoring and alerts
- Investigative intelligence, Voice Biometrics Keyword tracking and covert monitoring
- Facility alerts, announcements, digital forms

CONFIDENTIAL

SMART-0005095

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**Communication and Connection** - The SmartWatch™ provides total communication and connection to the facility and the outside world, leveraging advanced technology to support offender phone calls, video visitation, telehealth visits, privileged visits, text messaging, email, MailGuard® mail scanning, digital request forms, optional music, movies, media and more.

**Tracking and Monitoring Offenders** - In addition to connection and communication, the SmartWatch™ provides the most advanced live offender tracking technology in the industry. Far superior to decades of old RFID tracking capabilities. The SmartWatch™ can trace live and historical, exact offender location within inches, track history of movement, see live mapping in real time of all offenders in motion or segregate monitoring to specific offenders. Create patterns, alerts of motion and gathering activities, and more.

**Health and Wellness** - The SmartWatch™ is an intelligent device that monitors every offender in real time with vital health and wellness data and reporting. Offender body temperature, oxygen level and heart rate are monitored and reported in real time, with a customizable monitoring dashboard to create reports, alerts, emergency alarms, wellness histories and more, allowing agency operators and medical staff to have their finger on the pulse of each offender's physical health in real time, keeping the agency ahead of tragedies before they happen.



**Intelligence and Control** - The SmartWatch™ opens a new universe of never before possibilities of live and historical intelligence and control of the entire offender environment. With baked-in intelligence controls fully integrated into the SmartEcosystem™ Dashboard, the SmartWatch™ allows administrators and investigators the ability to monitor phone calls, visits, text, emails, as well as shadow offenders in live time with voice biometrics, key word tracking, covert monitoring voice and video capabilities – all at the fingertips of administrators. SmartWatch™ empowers agency intelligence within the offender environment at levels never possible before.

*SmartWatch™ is the future and Smart Communications welcomes you to the possibilities.*




CONFIDENTIAL

SMART-0005096

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## LIST OF SUBCONTRACTORS

Inmate Communication Services                                RFP 23-0002

## LIST OF SUBCONTRACTORS

Subcontractors may be used to perform work under the contract only as necessary. If a Proposer intends to use subcontractors, the Proposer must identify in the Proposal the names of the subcontractors and the portions of the work the subcontractors will perform.

Not applicable. Smart Communications does not intend on utilizing any subcontractors in the performance

of this contract.

CONFIDENTIAL                                SMART-0005097

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



# Exhibit A: Confidential Client Partner List and Testimonials

*IMPORTANT NOTE: Our client references and partnership details are confidential proprietary business development information. To the extent such information is sought by a third party via public record request or otherwise, Smart Communications will assert all applicable exemptions to protect such information from public disclosure. To protect our proprietary business information, we respectfully request that only the "redacted" copy of proposal (enclosed) be made available for public inspection/disclosure. Please notify us immediately if any portion of our RFP response marked confidential is the subject of any public record request so that we may respond appropriately.*

**Benton County Jail**
1300 SW 14th St | Bentonville, AR 72712
**ADP:** 760 | **Capacity:** 749

**Primary Point of Contact Details**
Capt. Harold Gage | Phone: (479) 271-1011
Email: harold.gage@bentoncountyar.gov

**Craighead County Jail**
901 Willett Rd. | Jonesboro, AR 72403
**ADP:** 286 | **Capacity:** 433

**Primary Point of Contact Details**
Jail Admin. Keith Bowers | Phone: (870) 933-4526
Email: kbowers@craigheadso.org

**Garland County Detention Center**
3564 Albert Pike Rd. | Hot Springs, AR 71913
**ADP:** 300 | **Capacity:** 350

**Primary Point of Contact Details**
Chief Deputy Steven Elrod | Phone: (501) 651-7804
Email: selrod@garlandcounty.org

**Mississippi County Jail**
685 N County Road 599 | Luxora, AR 72358
**ADP:** 97 | **Capacity:** 150

**Primary Point of Contact Details**
Asst. Jail Admin. Haley Hooten | Phone: (870) 658-2243
Email: jail.admin@mcagov.com

**Pope County Jail**
3 Emergency Ln | Russellville, AR 72802
**ADP:** 181 | **Capacity:** 173

**Primary Point of Contact Details**
Chief Dep. Blake Wilson | Phone: (479) 968-2558
Email: bwilson@popecoso.org

**City of Santa Ana Police Dept.**
62 Civic Center Plaza | Santa Ana, CA 92702
**ADP:** 400 | **Capacity:** 502

**Primary Point of Contact Details**
Mr. Ken Willard | Phone: (714) 245-8128
Email: kwillard@santa-ana.org

**San Diego County Detention Bureau**
1173 Front St. | San Diego, CA 92101
**ADP:** 4,036 | **Capacity:** 5,695

**Primary Point of Contact Details**
Cmmdr. Billy Duke | Phone: (858) 974-2278
Email: billy.duke@sdsheriff.org

**Santa Cruz County Sheriff's Office**
259 Water Street | Santa Cruz, CA 95060
**ADP:** 344 | **Capacity:** 611

**Primary Point of Contact Details**
Lt. Christopher Shearer | Phone: (831) 454-7800
Email: christopher.shearer@santacruzcounty.us

**Carroll County Detention Center**
205 Hailey Rd | Berryville, AR 72616
**ADP:** 75 | **Capacity:** 100

**Primary Point of Contact Details**
Dep. Chief Jerry Williams | Phone: (870) 350-1305
Email: jerry.w.williams@me.com

**Crawford County Jail**
409 Main St | Van Buren, AR 72956
**ADP:** 258 | **Capacity:** 307

**Primary Point of Contact Details**
Jail Admin. Verlin Winters | Phone: (479) 474-1721
Email: vwinters@crawford-county.org

**Miller County Jail**
2300 East St | Texarkana, AR 71854
**ADP:** 312 | **Capacity:** 300

**Primary Point of Contact Details**
Chief Dep. Mark Lewis | Phone: (870) 774-3001
Email: mlewis@millercountyso.us

**Poinsett County Jail**
1500 Justice Dr | Harrisburg, AR 72432
**ADP:** 97 | **Capacity:** 136

**Primary Point of Contact Details**
Chief Dep. Jeremy Lally | Phone: (870) 578-5411
Email: jlally@poinsettcounty.us

**White County Jail**
1600 E Booth Rd Ste 200 | Searcy, AR 72143
**ADP:** 382 | **Capacity:** 330

**Primary Point of Contact Details**
Maj. Clayton Edwards | Phone: (501) 279-6279
Email: raycoffman@wcso.cc

**Monterey County Sheriff's Office**
1401 Natividad Rd. | Salinas, CA 93906
**ADP:** 1,051 | **Capacity:** 1,400

**Primary Point of Contact Details**
TBD – Contract in Negotiations

**San Mateo County Corrections Division**
300 Bradford St. | Redwood City, CA 94063
**ADP:** 781 | **Capacity:** 1,500

**Primary Point of Contact Details**
Lt. John Kovach | Phone: (650) 599-3016
Email: jkovach@smcgov.org

**Tuolumne County Jail**
175 Yaney Ave | Sonora, CA 95370
**ADP:** 147 | **Capacity:** 240

**Primary Point of Contact Details**
Sgt. Eric Roberts | Phone: (209) 770-5348
Email: eroberts@co.tuolumne.ca.us

CONFIDENTIAL                    SMART-0005098



# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES

**Brevard County Sheriff's Office**
860 Camp Rd | Cocoa, FL 32927
ADP: 1,564 | Capacity: 2,000

**Primary Point of Contact Details**
Maj. Vere Samuel | Phone: (321) 690-1500
Email: vere.samuel@bcso.us

**Collier County Jail**
3319 Tamiami Trl E Bldg J | Naples, FL 34112
ADP: 654 | Capacity: 1,300

**Primary Point of Contact Details**
Program Mgr. Robin Eckenroth | Phone: (239) 252-9551
Email: robin.eckenroth@colliersheriff.org

**Flagler County Sheriffs' Office**
1002 Justice Lane | Bunnell, FL 32110
ADP: 198 | Capacity: 400

**Primary Point of Contact Details**
Chief Daniel Engert | Phone: (386) 586-4862
Email: dengert@flaglersheriff.com

**Hernando County Detention Center**
16425 Spring Hill Dr | Brooksville, FL 34604
ADP: 700 | Capacity: 821

**Primary Point of Contact Details**
Admin. Asst. Elizabeth O'Donnell | Phone: (352) 544-2334
Email: eodonnell@hernandosheriff.org

**Indian River Sheriff's Office**
4055 41st Ave | Vero Beach, FL 32960
ADP: 482 | Capacity: 612

**Primary Point of Contact Details**
Ms. Shannon Kartak | Phone: (772) 978-6318
Email: skartak@ircsheriff.org

**Levy County Jail**
9150 NE 80th Ave | Bronson, FL 32621
ADP: 158 | Capacity: 304

**Primary Point of Contact Details**
Lt. Scott Snyder | Phone: (352) 486-5121 ext 248
Email: ssnyder@levyso.com

**Osceola County Department of Corrections**
402 Simpson Rd | Kissimmee, FL 34744
ADP: 650 | Capacity: 851

**Primary Point of Contact Details**
Capt. Anthony Ciuzio | Phone: (407) 742-4325
Email: anthony.ciuzio@osceola.org

**Putnam County Jail**
130 Orie Griffin Blvd. | Palatka, FL 32178
ADP: 399 | Capacity: 403

**Primary Point of Contact Details**
Lt. Karly Yoder | Phone: (386) 268-0694
Email: kyoder@putnamsheriff.org

**Charlotte County Jail**
26601 Airport Rd | Punta Gorda, FL 33982
ADP: 648 | Capacity: 960

**Primary Point of Contact Details**
Lt. Ryan Barber | Phone: (941) 833-6357
Email: rbarber@ccsofl.net

**Columbia County Sheriff's Office**
389 NW Quinten St | Lake City, FL 32055
ADP: 229 | Capacity: 255

**Primary Point of Contact Details**
Lt. Cedric May | Phone: (386) 623-1122
Email: cedric.may@columbiasheriff.org

**Florida Civil Commitment Center**
13619 SE Highway 70 | Arcadia, FL 34266
ADP: 528 | Capacity: 720

**Primary Point of Contact Details**
Dir. Jon Carner | Phone: (863) 491-4848
Email: jcarner@wellpath.us

**Highlands County Jail**
338 S Orange St | Sebring, FL 33870
ADP: 466 | Capacity: 512

**Primary Point of Contact Details**
Maj. Tim Lethbridge | Phone: (863) 402-7201
Email: tlethbridge@highlandssheriff.org

**Lee County Sheriff's Office**
14750 Six Mile Cypress Pkwy | Ft. Myers, FL 33912
ADP: 1,571 | Capacity: 2,000

**Primary Point of Contact Details**
Lt. Owen Trulock | Phone: (239) 258-3667
Email: otrulock@sheriffleefl.org

**Orange County Corrections Department**
3723 Vision Blvd. | Orlando, FL 32839
ADP: 2,858 | Capacity: 3,800

**Primary Point of Contact Details**
IT Project Lead Kenroy Ellis | Phone: (40) 836-3560
Email: kenroy.ellis@ocfl.net

**Polk County Department of Detention**
1891 Jim Keene Blvd | Winter Haven, FL 33880
ADP: 2,997 | Capacity: 3,500

**Primary Point of Contact Details**
Capt. Marco Avila | Phone: (863) 534-6103
Email: mavila@polksheriff.org

**Seminole County Jail and Juvenile Facility**
211 Eslinger Way | Sanford, FL 32773
ADP: 846 | Capacity: 1,394

**Primary Point of Contact Details**
Sgt. William Noonan | Phone: (407) 448-0104
Email: wnoonan@seminolesheriff.org

CONFIDENTIAL SMART-0005099

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**St. Johns County Detention Facility**
3955 Lewis Speedway | Saint Augustine, FL 32084
ADP: 500 | Capacity: 714

**Primary Point of Contact Details**
Ms. Caitlin Parkin | Phone: (904) 209-2208
Email: cparkin@sjso.org

**Coweta County Correctional Institute**
560 Greison Trl | Newnan, GA 30263
ADP: 185 | Capacity: 300

**Primary Point of Contact Details**
Warden Larry Clifton | Phone: (770) 254-3723
Email: lclifton@coweta.ga.us

**Mitchell County Correctional Institute**
4838 GA Hwy 37 | Camilla, GA 31730
ADP: 149 | Capacity: 160

**Primary Point of Contact Details**
Dep. Warden Johnny Duckworth | Phone: (229) 336-2045
Email: jduckworth@mitchellcountyga.net

**Stephens County Jail**
1677 Scenic Dr. | Toccoa, GA 30577
ADP: 175 | Capacity: 192

**Primary Point of Contact Details**
Lt. John Ulm | Phone: (706) 886-2514
Email: julm@stephenssheriff.com

**Will County Sheriff's Office**
95 S Chicago St | Joliet, IL 60436
ADP: 595 | Capacity: 1,000

**Primary Point of Contact Details**
Dep. Chief Vincent Perillo | Phone: (815) 740-5647
Email: vperillo@willcosheriff.org

**Saline County Jail**
251 North 10th St. | Saline, KS 67401
ADP: 256 | Capacity: 200

**Primary Point of Contact Details**
Lt. Jeremiah Hayes | Phone: (785) 826-6502
Email: jerermiah.hayes@saline.org

**Louisville Metro/Jefferson Co. DOC**
400 S. 6th St. | Louisville, KY 40202
ADP: 1,350 | Capacity: 1,850

**Primary Point of Contact Details**
Jail Admin. Jerry Collins | Phone: (504) 574-2167
Email: jerry.collins@louisvilleky.gov

**Calcasieu Parish Jail**
5410 E Broad St | Lake Charles, LA 70615
ADP: 840 | Capacity: 1,500

**Primary Point of Contact Details**
Cmmdr. Brandon Strenth | Phone: (337) 491-3768
Email: bstrenth@cpso.com

**Volusia County Division of Corrections**
1354 Indian Lake Road | Daytona Beach, FL 32124
ADP: 1,690 | Capacity: 1,500

**Primary Point of Contact Details**
Capt. Mike Gallenkamp | Phone: (386) 254-1562
Email: mgallenkamp@volusia.org

**Dawson County Detention Center**
19 Tucker Ave | Dawsonville, GA 30534
ADP: 126 | Capacity: 192

**Primary Point of Contact Details**
Capt. Anthony Davis | Phone: (706) 344-3535 ext. 20091
Email: adavis@dawsoncountysheriff.org

**Spalding County Correctional Institute**
401 Justice Blvd | Griffin, GA 30224
ADP: 430 | Capacity: 510

**Primary Point of Contact Details**
Warden Carl Humphrey | Phone: (770) 467-4760
Email: chumphrey@spaldingcounty.com

**Livingston County Sheriff's Office**
844 W Lincoln St | Pontiac, IL 61764
ADP: 152 | Capacity: 200

**Primary Point of Contact Details**
Sgt. Lisa Draper | Phone: (815) 844-5774 ext. 8
Email: ldraper@livingstoncountyil.gov

**Johnson County Sheriff's Office**
101 N. Kansas Ave. | Olathe, KS 66061
ADP: 750 | Capacity: 1,040

**Primary Point of Contact Details**
Lt. Greg Smith | Phone: (913) 715-5900
Email: greg.smith@jocogov.org

**Barren County Detention Center**
201 Samson St. | Glasgow, KY 42141
ADP: 230 | Capacity: 255

**Primary Point of Contact Details**
Capt. Beth Boston | Phone: (254) 413-2846
Email: bboston@glasgow-ky.com

**Woodford County Detention Center**
204 Beasley Dr | Versailles, KY 40383
ADP: 138 | Capacity: 220

**Primary Point of Contact Details**
Chief Dep. Nathaniel Brashear | Phone: (859) 873-3196
Email: nbrashear@woodfordcountyky.gov

**Morehouse Parish Jail**
351 S Franklin St | Bastrop, LA 71220
ADP: 422 | Capacity: 496

**Primary Point of Contact Details**
Chief Isaac Brown | Phone: (318) 874-7855
Email: ibrown@mpso.net

CONFIDENTIAL                    SMART-0005100

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**Natchitoches Parish Jail**
299 Edwina Dr | Natchitoches, LA 71457
**ADP:** 325 | **Capacity:** 572

**Primary Point of Contact Details**
Capt. Glenn Sers | **Phone:** (318) 357-9300
**Email:** hsers@npsheriff.net

**Saint John the Baptist Parish Jail**
100 Dep Barton Granier Dr | Laplace, LA 70068
**ADP:** 137 | **Capacity:** 150

**Primary Point of Contact Details**
Sgt. Brian Brocato | **Phone:** (985) 652-9513
**Email:** brian.brocato@stjohnsheriff.org

**Terrebonne Parish Jail**
3211 Grand Caillou Road | Houma, LA 70361
**ADP:** 567 | **Capacity:** 650

**Primary Point of Contact Details**
Chief Stephen Bergeron | **Phone:** (985) 876-2500
**Email:** sbergeron@tpso.net

**St Mary's County Detention Center**
41880 Baldridge Street | Leonardtown, MD 20650
**ADP:** 230 | **Capacity:** 280

**Primary Point of Contact Details**
Program Mgr. Christiana King | **Phone:** (301) 475-4200 ext. 2247
**Email:** christiana.king@stmarysmd.com

**Ingham County Sheriff's Office**
640 N Cedar St | Mason, MI 48854
**ADP:** 300 | **Capacity:** 444

**Primary Point of Contact Details**
Capt. Robert Earle | **Phone:** (517) 676-8321
**Email:** rearle@ingham.org

**Oakland County Jail and Children's Village**
1201 N Telegraph Rd | Pontiac, MI 48341
**ADP:** 932 | **Capacity:** 1,558

**Primary Point of Contact Details**
Capt. Steve Schneider | **Phone:** (248) 858-1084
**Email:** schneiders@oakgov.com

**Sanilac County Jail**
65 N. Elk St. | Sandusky, MI 48471
**ADP:** 130 | **Capacity:** 102

**Primary Point of Contact Details**
Lt. Ryan McConnachie | **Phone:** (810) 648-6339
**Email:** rmcconnachie@sanilaccounty.net

**Jackson County Department of Corrections**
1300 Cherry St. | Kansas City, MO 64106
**ADP:** 777 | **Capacity:** 875

**Primary Point of Contact Details**
Deputy Dir. Deloris Wells | **Phone:** (816) 881-4210
**Email:** dwells@jacksongov.org

**Richland Parish Detention Center**
456 Highway 15 Unit II | Rayville, LA 71269
**ADP:** 780 | **Capacity:** 780

**Primary Point of Contact Details**
Warden Ricky Scott | **Phone:** (318) 248-3057
**Email:** rscott@richlandso.org

**Tangipahoa Parish Corrections**
101 Campo Lane | Amite, LA 70422
**ADP:** 556 | **Capacity:** 600

**Primary Point of Contact Details**
Warden Heath Martin | **Phone:** (225) 290-7686
**Email:** martinh@tpso.org

**Washington Parish Jail**
1002 Main Street | Franklinton, LA 70438
**ADP:** 175 | **Capacity:** 180

**Primary Point of Contact Details**
Asst. Warden Barry Cooper Jr | **Phone:** (985) 839-3434
**Email:** bcooper@wpso.la.gov

**Eaton County Sheriff's Office**
1025 Independence Blvd. | Charlotte, MI 48813
**ADP:** 188 | **Capacity:** 196

**Primary Point of Contact Details**
Capt. Ross Tyrell | **Phone:** (517) 543-5007
**Email:** rtyrell@eatoncounty.org

**Jackson County Sheriff's Office**
1995 Chanter Road | Jackson, MI 49201
**ADP:** 222 | **Capacity:** 380

**Primary Point of Contact Details**
Lt. Mike Coburn | **Phone:** (517) 768-1605
**Email:** mcoburn@mijackson.org

**Ottawa County Sheriff's Office**
12220 Fillmore Street | West Olive, MI 49460
**ADP:** 258 | **Capacity:** 384

**Primary Point of Contact Details**
Chief Derek Christensen | **Phone:** (616) 786-4140
**Email:** dchristensen@miottawa.org

**Dunklin County Justice Center**
1175 Floyd St. | Kennett, MO 63857
**ADP:** 106 | **Capacity:** 173

**Primary Point of Contact Details**
Ms. Nicole Green | **Phone:** (573) 888-2424
**Email:** nicolegreen@dunklincomo.org

**Desoto County Jail and Juvenile Detention Center**
311 W South St | Hernando, MS 38632
**ADP:** 310 | **Capacity:** 550

**Primary Point of Contact Details**
Dir. Chad Wicker | **Phone:** (662) 469-8551
**Email:** cwicker@desotocountyms.gov

CONFIDENTIAL                    SMART-0005101

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**Jefferson-Franklin County Regional Correctional Facility - MDOC**
279 MS HWY 33 | Fayette, MS 39069
**ADP:** 335 | **Capacity:** 500

**Primary Point of Contact Details**
Capt. Henry Felton | **Phone:** (601) 597-8766
**Email:** henfelton@att.net

**Lafayette County Detention Center**
711 Jackson Ave. East | Oxford, MS 38655
**ADP:** 175 | **Capacity:** 205

**Primary Point of Contact Details**
Jail Admin. Johnny McDonald | **Phone:** (662) 234-6421
**Email:** jmcdonald@lafayettecoms.com

**Tate County Sheriff's Office**
1 Justice Dr | Senatobia, MS 38668
**ADP:** 90 | **Capacity:** 164

**Primary Point of Contact Details**
Jail Admin. Anna Sloan - Clayton | **Phone:** (662) 562-4434
**Email:** aclayton@tatecountysheriff.com

**Robeson County Jail**
122 Legend Rd | Lumberton, NC 28358
**ADP:** 305 | **Capacity:** 410

**Primary Point of Contact Details**
Capt. Lloyd Powell | **Phone:** (910) 671-6284
**Email:** lpowell@robesoncoso.org

**New Mexico Department of Corrections**
4337 NM 14 | Santa Fe, NM 87508
**ADP:** 4000 | **Capacity:** 5745

**Primary Point of Contact Details**
Dir. Gary Maciel | **Phone:** (505) 827-8519
**Email:** gary.maciel@state.nm.us

**Lake County Adult Detention Facility**
104 East Erie Street | Painesville, OH 44077
**ADP:** 365 | **Capacity:** 400

**Primary Point of Contact Details**
Capt. Cynthia Brooks | **Phone:** (440) 350-5503
**Email:** cynthia.brooks@lakecountyohio.gov

**MonDay Community Correctional Institution**
1951 S. Gettysburg Ave. | Dayton, OH 45408
**ADP:** 250 | **Capacity:** 270

**Primary Point of Contact Details**
Asst. Dir. David Bell | **Phone:** (937) 225-5811
**Email:** belld@mcohio.org

**Morrow County Sheriff's Office**
101 Home Rd | Mount Gilead, OH 43338
**ADP:** 131 | **Capacity:** 128

**Primary Point of Contact Details**
Lt. Christina High | **Phone:** (419) 947-1151
**Email:** chigh@morrowcountysheriff.org

**Kemper-Neshoba County Regional Facility - MDOC**
374 Stennis Industrial Park Rd | De Kalb, MS 39328
**ADP:** 380 | **Capacity:** 494

**Primary Point of Contact Details**
Warden Jordan Jowers | **Phone:** (601) 743-5767
**Email:** jjowers@knrcf.us

**Marion-Walthall Regional Correctional Facility**
503 S Main St | Columbia, MS 39429
**ADP:** 599 | **Capacity:** 765

**Primary Point of Contact Details**
Maj. Zac Guidroz | **Phone:** (601) 736-3621
**Email:** zguidroz@mwcf.us

**Missoula County Detention Center**
2340 Mullan Rd. | Missoula, MT 59808
**ADP:** 400 | **Capacity:** 394

**Primary Point of Contact Details**
Capt. Jason Kowalski | **Phone:** (406) 258-4498
**Email:** jkowalski@co.missoula.mt.us

**Douglas Co. DOC & Criminal Justice Center**
710 S 17th St | Omaha, NE 68102
**ADP:** 1,053 | **Capacity:** 1,467

**Primary Point of Contact Details**
Asst. Dir. Amber Redmon | **Phone:** (402) 599-2267
**Email:** amber.redmon@douglascounty-ne.gov

**Washoe County Adult and Juvenile Detention Centers**
911 E Parr Blvd | Reno, NV 89512
**ADP:** 1,085 | **Capacity:** 1,124

**Primary Point of Contact Details**
County Manager Kimberly Lintz | **Phone:** (775) 328-2971
**Email:** klintz@washoecounty.us

**Licking County Sheriff's Office**
155 E Main St | Newark, OH 43055
**ADP:** 300 | **Capacity:** 332

**Primary Point of Contact Details**
Jail Admin. Wes Wagner | **Phone:** (740) 670-5555
**Email:** wwagner@lickingcounty.gov

**Montgomery County Jail**
330 W 2nd St | Dayton, OH 45422
**ADP:** 736 | **Capacity:** 914

**Primary Point of Contact Details**
Capt. Dave Parin | **Phone:** (937) 496-6964
**Email:** parind@mcohiosheriff.org

**Multi-County Adult Correctional Center**
1514 Victory Rd | Marion, OH 43302
**ADP:** 185 | **Capacity:** 215

**Primary Point of Contact Details**
Capt. Rachel McCullough | **Phone:** (740) 387-7434
**Email:** rmccullough@co.marion.oh.us

CONFIDENTIAL        SMART-0005102

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**Smart** Communications

**Grady County Jail**
215 N. 3rd St. | Chickasha, OK 73018
ADP: 629 | Capacity: 700

**Primary Point of Contact Details**
Lt. Rusty Winsett | Phone: (405) 222-1000
Email: rwinsett@gccja.com

**Butler County Prison**
202 S. Washington St. | Butler, PA 16001
ADP: 429 | Capacity: 564

**Primary Point of Contact Details**
Warden Joseph DeMore | Phone: (724) 431-2174
Email: jdemore@co.butler.pa.us

**Erie County Prison**
1618 Ash St. | Erie, PA 16503
ADP: 625 | Capacity: 902

**Primary Point of Contact Details**
Deputy Warden Michael Holman | Phone: (814) 451-7521
Email: mholman@eriecountypa.gov

**Somerset County Jail**
123 E. Fairview St. | Somerset, PA 15501
ADP: 106 | Capacity: 150

**Primary Point of Contact Details**
Dep. Warden Brian Pelesky | Phone: (814) 445-1608
Email: peleskyb@co.somerset.pa.us

**Wayne County Correctional Facility**
44 Mid Wayne Dr | Honesdale, PA 18431
ADP: 61 | Capacity: 200

**Primary Point of Contact Details**
Warden Kevin Bishop | Phone: (570) 253-2621 ext. 1500
Email: kbishop@waynecountypa.gov

**Colleton County Sheriff's Office**
112 S. Miller Street | Walterboro, SC 29488
ADP: 55 | Capacity: 95

**Primary Point of Contact Details**
Capt. Wanda Taylor | Phone: (843) 549-5742
Email: wtaylor@colletoncounty.org

**Lancaster County Detention Center**
1941 Pageland Hwy | Lancaster, SC 29720
ADP: 167 | Capacity: 121

**Primary Point of Contact Details**
Lt. Stacy Hatfield | Phone: (803) 313-2224
Email: shatfield@lacoso.net

**Spartanburg County Detention**
950 California Ave | Spartanburg, SC 29303
ADP: 1,200 | Capacity: 1,400

**Primary Point of Contact Details**
Lt. Mark Freeman | Phone: (864) 596-2607
Email: mfreeman@spartanburgcounty.org

**Crook County Jail**
400 NE 3rd St | Prineville, OR 97754
ADP: 35 | Capacity: 86

**Primary Point of Contact Details**
Cpl. Hannah Pierce | Phone: (541) 416-3620
Email: hannah.pierce@crookcountysheriff.org

**Clinton County Correctional Facility**
58 Pine Mountain Rd | McElhattan, PA 17748
ADP: 171 | Capacity: 300

**Primary Point of Contact Details**
Warden Angela Hoover | Phone: (570) 769-7680
Email: ahoover@clintoncountypa.com

**Pennsylvania Dept. of Corrections (All 24 Facilities)**
1920 Technology Parkway | Mechanicsburg, PA 17050
ADP: 36,000 | Capacity: 44,840

**Primary Point of Contact Details**
Ms. Chris Meukel | Phone: (717) 728-2097
Email: cmeukel@pa.gov

**Tioga County Prison**
1768 Shumway Hill Rd | Wellsboro, PA 16901
ADP: 77 | Capacity: 67

**Primary Point of Contact Details**
Warden Ryan Fish | Phone: (570) 724-5911
Email: rfish@tiogacountypa.us

**Berkeley County Detention Center**
300 California Ave | Moncks Corner, SC 29461
ADP: 460 | Capacity: 500

**Primary Point of Contact Details**
Sgt. Danny Jones | Phone: (843) 719-4391
Email: danny.jones@berkeleycountysc.gov

**Florence County Sheriff's Office**
6719 Friendfield Rd | Effingham, SC 29541
ADP: 303 | Capacity: 512

**Primary Point of Contact Details**
Maj. Michael Brown | Phone: (843) 665-2121 ext. 445
Email: mbrown@fcso.org

**Lexington County Detention Center**
521 Gibson Rd. | Lexington, SC 29071
ADP: 800 | Capacity: 702

**Primary Point of Contact Details**
Capt. Brian Currence | Phone: (803) 785-8230
Email: bcurrence@lcsd.sc.gov

**York County Detention Center**
1675 York Hwy Ste 3A | York, SC 29745
ADP: 450 | Capacity: 565

**Primary Point of Contact Details**
Capt. Rodney Hope | Phone: (803) 628-3080
Email: rodney.hope@yorkcountygov.com

CONFIDENTIAL    SMART-0005103

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**Gibson County Correctional Complex**
401N S College St. | Trenton, TN 38382
ADP: 300 | Capacity: 329

**Primary Point of Contact Details**
Jail Admin. Sherry Smith | Phone: (731) 855-1121
Email: sjsmith@gibsonsheriff.com

**Bell County Sheriff's Office**
101 E. Central Ave. | Belton, TX 78042
ADP: 1,256 | Capacity: 1,400

**Primary Point of Contact Details**
Jail Admin. Shane Sowell | Phone: (254) 933-5468
Email: shane.sowell@bellcounty.texas.gov

**Denton County Jail and Juvenile Detention Center**
127 N Woodrow Ln | Denton, TX 76205
ADP: 1,046 | Capacity: 1,788

**Primary Point of Contact Details**
Chief Dep. Barry Caver | Phone: (940) 349-1701
Email: barry.caver@dentoncounty.com

**Jefferson County Downtown Correctional Facility and Minnie Rogers Juvenile Facility**
5030 Highway 69 S | Beaumont, TX 77705
ADP: 879 | Capacity: 1,220

**Primary Point of Contact Details**
Chief John Shauberger | Phone: (409) 835-8720
Email: jshauberger@co.jefferson.tx.us

**Lubbock County Sheriff's Office**
3502 North Holly Ave | Lubbock, TX 79408
ADP: 1,455 | Capacity: 1,454

**Primary Point of Contact Details**
Asst. Chief Dep. Ryan Braus | Phone: (806) 775-7009 ext. 9
Email: rbraus@lubbockcounty.gov

**Webb County Jail**
902 Victoria Street | Laredo, TX 78040
ADP: 451 | Capacity: 570

**Primary Point of Contact Details**
Chief Alejandro Gutierrez | Phone: (956) 523 - 4400
Email: agutierrez@webbcountytx.gov

**Fairfax County Adult Detention Center**
10520 Judicial Dr | Fairfax, VA 22030
ADP: 1,200 | Capacity: 1,260

**Primary Point of Contact Details**
Capt. C.J. Oakley | Phone: (703) 246-2100
Email: charles.oakley@fairfaxcounty.gov

**Newport News County Jail**
224 26th St | Newport News, VA 23607
ADP: 445 | Capacity: 450

**Primary Point of Contact Details**
Support Svcs. Mgr. Tracy Hayes | Phone: (757) 926-8535
Email: thayes@nnva.gov

**Hamblen County Jail**
510 Allison St Ste 1 | Morristown, TN 37814
ADP: 255 | Capacity: 255

**Primary Point of Contact Details**
Lt. William Hart | Phone: (423) 586-3781
Email: william.hart@co.hamblen.tn.us

**Brazos County Adult and Juvenile Detention Center**
1700 Highway 21 W | Bryan, TX 77803
ADP: 605 | Capacity: 1,089

**Primary Point of Contact Details**
Sgt. Abby Bolangeri | Phone: (979) 361-4871
Email: abelangeri@brazoscountytx.gov

**Ector County Detention Center**
844 W Lincoln St. | Odessa, TX 79760
ADP: 858 | Capacity: 1,079

**Primary Point of Contact Details**
Capt. Steve McNeill | Phone: (432) 335-3060
Email: stevemcneill@ectorcountysheriff.us

**Kerr County Jail**
400 Clearwater Paseo | Kerrville, TX 78028
ADP: 233 | Capacity: 328

**Primary Point of Contact Details**
Asst. Jail Admin. Andrew Blizzard | Phone: (830) 739-4844
Email: ablizzard@co.kerr.tx.us

**Tarrant County Sheriff's Office**
100 N. Lamar St. | Fort Worth, TX 76196
ADP: 4,057 | Capacity: 4,989

**Primary Point of Contact Details**
Jail Admin. Greg Pilkington | Phone: 817-884-3000
Email: jpilkington@tarrantcounty.com

**Albemarle-Charlottesville Regional Jail**
160 Peregory Ln. | Charlottesville, VA 22902
ADP: 267 | Capacity: 659

**Primary Point of Contact Details**
Capt. Theresa Schwab | Phone: (434) 987-8573
Email: schwabt@acrj.org

**Middle River Regional Jail Authority**
350 Technology Dr. | Staunton, VA 24401
ADP: 818 | Capacity: 902

**Primary Point of Contact Details**
IT Director Kimberly Hardy | Phone: (540) 245-5420
Email: khardy@mrrjva.gov

**Roanoke City Jail**
324 Campbell Ave SW | Roanoke, VA 24016
ADP: 407 | Capacity: 550

**Primary Point of Contact Details**
Security Chief Nikki Jenkins | Phone: (540) 853-2621
Email: nikki.jenkins@roanokeva.gov

CONFIDENTIAL                    SMART-0005104

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**Southwest Virginia Regional Jail Authority (SWVRJA) - Abingdon, Duffield, Haysi and Tazewell**
15205 Joe Derting Drive | Abingdon, VA 24210
ADP: 2,000 | Capacity: 2,000

**Primary Point of Contact Details**
Lt. Col. Dwayne Lockhart | Phone: (276) 739-3520
Email: dlockhart@swvrja.com

**Lewis County Jail**
351 NW North St | Chehalis, WA 98532
ADP: 180 | Capacity: 356

**Primary Point of Contact Details**
Chief Chris Sweet | Phone: (360) 740-2714
Email: chris.sweet@lewiscountywa.gov

**Kitsap County Corrections**
614 Division St MS 33 | Port Orchard, WA 98366
ADP: 398 | Capacity: 518

**Primary Point of Contact Details**
Lt. Keith Hall | Phone: (360) 337-7107
Email: khall@co.kitsap.wa.us

**Snohomish County Corrections**
3025 Oakes Ave. | Everett, WA 98201
ADP: 450 | Capacity: 1,321

**Primary Point of Contact Details**
Lt. Clint Moll | Phone: (425) 388-3474
Email: clinton.moll@co.snohomish.wa.us

CONFIDENTIAL

SMART-0005105

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## Client Partner Testimonials and References|

Smart Communications is pleased to share the following testimonials/recommendation letters to help provide
your agency with insight as to our past performance on other contracts and the tremendous value we offer.





# Mike Griffis
# Sheriff

**Eddie Mancha**
**Chief Deputy**

P.O. BOX 2066
ODESSA TEXAS 79760
(432)335-3050
FAX (432)335-3586



March 21, 2022

We live in an era when legislation continues to add increased workloads on law enforcement
organizations. While having the added struggle of personnel shortages, we regularly search for innovating
solutions at overcoming challenges. Throughout the past few years, the implementation of Smart
Communications helped our detention center with a variety of stellar advancements, including – Mail Guard,
electronic grievance process, inmate electronic messaging capabilities, and widespread access to a digital law
library. These features created no financial strain to the taxpayer, and yielded a wealth of benefit to the
detention center and inmates alike.

Inmate correspondence also serves as a valuable resource for gathering intelligence about potential
threats inside the facility or details related to criminal investigations. Through use of this feature, detention
personnel identified numerous individuals presenting with suicidal ideation, threats to assault others, and
attempts to smuggle in contraband. This resource benefits the community in reducing criminal activity and
identifying some of the warning signs of persons experiencing a mental health crisis.

Throughout the nation, a large sum of detention centers face a new emerging threat of illicit substances
introduced into the jail. Inmates discovered a method of exploiting the privileged correspondence of legal mail
as a vessel to transport illicit drugs inside the secured area of the detention center. Under the guise of legal
mail, the papers are soaked and dried with harmful substances. These often consist of THC, synthetic
cannabinoids, fentanyl, and other narcotic analgesics. Risks of overdose, injuries to inmates and staff amassed
substantial concerns with the compromised vulnerability of legal mail.

In a meeting with our strategic partner, Smart Communications offered yet another solution to an
existing challenge. With use of a specialized cart, scanned documents of legal mail become accessible to
inmates through encrypted files. The tangible papers themselves do not enter the cell, as they either become
stored within inmate personal property or shredded in the presence of the inmate. This new practice of
disseminating legal mail is currently in the implementation phase at this detention center, and we are
enthusiastic about cutting down on drugs entering the facility.

Captain Steven McNeill, Psy.D.
Jail Administrator

Sheriff Mike Griffis

CONFIDENTIAL                    SMART-0005106

# CLAY COUNTY SHERIFF'S OFFICE
RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





SPALDING COUNTY CORRECTIONAL INSTITUTION
**Carl Humphrey,** Warden
**Anthony Washington,** Deputy Warden of Security
**Beth Griffin,** Deputy Warden of Care & Treatment

SCCI began using inmate tablets through a contract with Smart Communications in September of 2020. The initial plan was to process inmate mail through the Smart Communication processing facility and have it downloaded to the tablets for inmate viewing. This decision was made to protect SCCI staff members and inmates from potential harmful and/or lethal chemicals placed on letters, cards and envelopes.

To date, inmate mail continues to be downloaded to the inmate tablets. This process allows more time for Mail Room staff to complete other tasks and creates a safer living and working environment by reducing the clutter of excess correspondence in the inmate living areas and eliminating the entrance of foreign substances into the facility on inmate mail.

Inmates also have the benefit of electronic messaging and video visits using the Smart Communications tablets. Electronic messaging gives SCCI inmates an alternative to the inmate phone system and allows instantaneous written contact with inmate family members.

Video visits through the Smart Communications tablets has been especially helpful during COVID-19 pandemic when face to face inmate visits are not possible. Video visitation was eagerly welcomed and widely used by the inmate population.

_____
Warden's Signature

12-28-2020
Date

**295 JUSTICE BLVD.   •   GRIFFIN, GEORGIA 30224   •   TEL. 770-467-4760   •   FAX 770-467-4766**

CONFIDENTIAL    SMART-0005107

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





# MARION COUNTY
## REGIONAL CORRECTIONAL FACILITY

BERKLEY HALL, SHERIFF          DEREK MINGO, WARDEN
503 SOUTH MAIN STREET  •  COLUMBIA, MS  •  39429
PHONE: 601.736.3621                        FAX: 601.736.4473

January 20, 2021

To Whom It May Concern:

Marion County Mississippi has been using Smart Communications since April of 2017. Starting with the SmartKiosk system then later adding the MailGuard system and just recently added the tablets. I have worked in investigations since 2014 and would say that the systems we use from Smart Communications are a huge asset to gathering information, intel and helping push cases along to the District Attorney and followed by prosecution.

We have been able to use these systems to identify phone numbers tied to large narcotic cases and even find out locations and develop location patterns based on the information the system provides. These systems have assisted in all types of cases including murder, kidnapping, sexual assaults, narcotics, extortion just to name a few. The ability to monitor inmate correspondence by implementing key words and have those messages sent directly to an assigned e-mail is a huge time saver and allows investigators to use their time wisely and not have to sit and read messages word for word every day.

Marion County's system has been used to assist in cases worked by the Federal Bureau of Investigations, the Drug Enforcement Administration, Mississippi Bureau of Investigations, Mississippi Bureau of Narcotics, Mississippi Department of Corrections, the Attorney Generals office and numerous County and municipalities locally.

This system is extremely user friendly and even the most novice officer can use it. It offers a way to monitor inmate population all while making revenue for the agency while also providing intel that would normally take countless man hours or would never be gathered. I would recommend this system to any agency that houses inmates of any kind or custody.

Major Zack Guidroz
Marion County Sheriff's Office
Marion County Mississippi

CONFIDENTIAL                        SMART-0005108

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





## COUNTY SHERIFF

January 29, 2021

Smart Communications
10491 72nd St.
Seminole, FL 33777

To Whom It May Concern:

The Montgomery County Jail has been using Smart Communications' SmartKiosks since May of 2019. These kiosks have been a game changer for our jail. We no longer have mail coming into our facility as it goes directly to Smart Communications facility where it is scanned into the kiosk. This has cut down on contraband coming into the facility and also limits the amount of trash and papers in our housing units.

When the Coronavirus Pandemic hit in March 2020, we were not utilizing all the features on the kiosk system. At the time we were only allowing inmates to submit request, grievances, receive photos and mail. The Ohio Governor Mike DeWine shut down much of Ohio including not allowing public visitors in jail's and prison facilities. Once this occurred, I was able to contact Smart Communications who had our Video visitation for inmate's families up in running in only a few days. Smart Communications continued to work with us to allow video visitation for attorneys and also free messaging for all attorneys and public defenders doing business in our facility.

Smart Communications employees are very proactive and when problems do occur, they are quick to respond and fix the issue. All the employees I have personally dealt with from Smart Communications are very friendly, personable and ready to help once called upon.

If you're looking for a better solution for your jail, I would highly recommend Smart Communications.

Thanks,

Captain Brad Daugherty Montgomery
County Sheriff's Office 345 W.
Second Street
Dayton, OH 45402

CONFIDENTIAL

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





**Gabriel A. Morgan**
*Sheriff*



CITY OF NEWPORT NEWS

P.O. Box 57
224 – 26ᵗʰ Street
Newport News, VA 23607



(757) 926-8759
Fax: (757) 926-8429

January 4, 2021

To whom it may concern,

The Newport News Sheriff's Office is pleased to be a reference for Smart Communications and the services they provide for us.

We have been partners with Smart Communications for a couple of years now. Our main reason for contracting with them, was for the mail scanning service. This has been a huge asset in preventing the introduction of contraband into our jail. We fully expected resistance from our inmate population when this change occurred and were surprised at how easily they accepted this new way of receiving mail. Perhaps the ability to send and receive messages made that an easy trade off. Actual mail numbers have declined significantly.

The system is very user friendly. In fact, it is so easy to navigate, I find myself using the SmartMail system for quick lookups of inmate locations, and basic information. This is so much easier than our Jail Management System. The ability to electronically share information and notices to our inmate population, has saved us on our printing budget.

We are very happy with the SmartMail system and the attentiveness of the Smart Communications Team.

Colonel Eileen Sprinkle
Chief Deputy
Newport News Sheriff's Office



## CLIENT PARTNER TESTIMONIAL

**Desoto County Adult and Juvenile Detention Center**
**Hernando, MS | Client Partner Since 2013**

"The no-cost, total inmate technology solution the DCSO is receiving from Smart Communications has resulted in multiple benefits to inmates and staff. DCSO inmates now have free access to tablets equipped with various educational, self-help, reentry resources as well as entertainment options. All DCSO inmates are also provided with free messages every week to help them stay connected with family and friends. MailGuard and MailGuardLegal are reducing labor costs and are helping to keep inmates and facility staff safe by eliminating any risk of contraband or bio-hazards from entering DCSO jail facilities via postal mail. Furthermore, as the DCSO's ITS and VVS provider, Smart Communications has dramatically reduced the costs of these services for inmates while guaranteeing the facility $216,000.00 in annual commission revenue."

-Captain Jeff Jackson

CONFIDENTIAL                    SMART-0005110

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



# Exhibit B: Business Registrations, Certifications and Licenses

The following documents have been provided to demonstrate Smart Communications' compliance with all applicable local, county, state and federal standards and regulations for the provisioning of the inmate communication services.

## 2024 Florida Profit Corporation Annual Report|

### 2024 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P14000102324

**Entity Name:** SMART COMMUNICATIONS HOLDING. INC.

**Current Principal Place of Business:**
10491 72ND ST.
SEMINOLE, FL 33777

**Current Mailing Address:**
10491 72ND ST.
SEMINOLE, FL 33777 US

**FEI Number: 47-2886302**

**Name and Address of Current Registered Agent:**

BARRIOS, BRAD F
100 NORTH TAMPA ST.
SUITE 1900
TAMPA FL 33802 US

**FILED
Jan 08, 2024
Secretary of State
9864395704CC**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: BRAD F. BARRIOS | 01/08/2024 |
|---|---|
| Electronic Signature of Registered Agent | Date |

### Officer/Director Detail :

| Title | PRESIDENT, TREASURER, AND DIRECTOR | Title | DIRECTOR AND PRESIDENT |
|---|---|---|---|
| Name | LOGAN, JONATHAN D | Name | LOGAN, JAMES P |
| Address | 10491 72ND ST | Address | 10491 72ND ST. |
| City-State-Zip: | SEMINOLE FL 33777 | City-State-Zip: | SEMINOLE FL 33777 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: JAMES P. LOGAN | PRESIDENT | 01/08/2024 |
|---|---|---|
| Electronic Signature of Signing Officer/Director Detail | | Date |

CONFIDENTIAL                    SMART-0005111

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## FCC Form 499 Filer Database Detailed Information |



**FCC Form 499 Filer Database Detailed Information**

FCC > CGB Home > FCC Form 499 Filer Database > FCC Form 499 Filer Database Detailed Information

### FCC Form 499 Filer Database
### DETAILED INFORMATION

Form 499 Filer 833166 RSS Feed

**Filer Identification Information:**

| | |
|---|---|
| 499 Filer ID Number: | 833166 |
| Registration Current as of: | Apr  1 2019 12:00AM |
| Legal Name of Reporting Entity: | Smart Communications Holding, Inc. |
| Doing Business As: | |
| Principal Communications Type: | Non-Interconnected VoIP (NVOIP) |
| Universal Service Fund Contributor: | No |
| (Contact USAC at 888-641-8722 if this is not correct.) | |
| Holding Company: | |
| Registration Number (CORESID): | 0028168466 |
| Management Company: | |
| Headquarters Address: | 10491 72nd Street |
| City: | Seminole |
| State: | FL |
| ZIP Code: | |
| Customer Inquiries Address: | 10491 72nd Street |
| City: | Seminole |
| State: | FL |
| ZIP Code: | |
| Customer Inquiries Telephone: | 941-799-1586 |
| Other Trade Names: | |

**Agent for Service of Process:**

| | |
|---|---|
| Local/Alternate Agent for Service of Process: | |
| Telephone: | |
| Extension: | |
| Fax: | |
| E-mail: | |
| Business Address of Agent for Mail or Hand Service of Documents: | |
| City: | |
| State: | |
| ZIP Code: | |

| | |
|---|---|
| D.C. Agent for Service of Process: | Corporation Service Company |
| Telephone: | 888-690-2882 |
| Extension: | |
| Fax: | 202-408-3141 |
| E-Mail: | sop@cscinfo.com |
| Business Address of D.C. Agent for Mail or Hand Service of Documents: | 1090 Vermont Avenue, NW |
| City: | Washington |
| State: | DC |
| ZIP Code: | |

**FCC Registration Information:**

| | |
|---|---|
| Chief Executive Officer: | James Logan |
| Business Address: | 10491 72nd Street |
| City: | Seminole |
| State: | FL |
| ZIP Code: | |

| | |
|---|---|
| Chairman or Other Senior Officer: | |
| Business Address: | |
| City: | |
| State: | |
| ZIP Code: | |

Source: http://apps.fcc.gov/cgb/form499/499detail.cfm?FilerNum=833166. Available Online: October 8th, 2019.

CONFIDENTIAL

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



```
                City:        Seminole
                State:       FL
                ZIP Code:

Chairman or Other Senior Officer:
        Business Address:
                City:
                State:
                ZIP Code:

President or Other Senior Officer:
        Business Address:
                City:
                State:
                ZIP Code:
```

Jurisdictions in Which the Filing Entity Provides Telecommunications Services:

```
Alabama
Arizona
California
Colorado
Florida
Georgia
Illinois
Indiana
Iowa
Kansas
Kentucky
Louisiana
Maryland
Massachusetts
Michigan
Minnesota
Mississippi
Missouri
Montana
Nebraska
New Jersey
New York
North Carolina
Ohio
Oklahoma
Oregon
Pennsylvania
South Carolina
Tennessee
Texas
Virginia
Washington
Wisconsin
```

Use browser "Back" button to return to results page.

Return to Search Form

This database reflects filings received by USAC as of Sep. 20, 2019

| FCC Home | | Search | | RSS | | Updates | | E-Filing | | Initiatives |

Federal Communications Commission
445 12th Street SW
Washington, DC 20554
More FCC Contact Information...

Phone: 1-888-CALL-FCC (1-888-225-5322)
TTY: 1-888-TELL-FCC (1-888-835-5322)
Fax: 1-866-418-0232

Source: http://apps.fcc.gov/cgb/form499detail.cfm?FilerNum=833166. Available Online: October 8th, 2019.

CONFIDENTIAL

SMART-0005113

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## Smart Communications' Interstate and International Institutional Service, Rates, Terms and Conditions|

Smart Communications Holding, Inc.
10491 72nd Street
Seminole, FL 33777

Interstate/International Rates, Terms and Conditions
Original Title Page

Posted: February 7, 2019

Interstate and International Institutional Service

Rates, Terms and Conditions

Provided by

SMART COMMUNICATIONS HOLDING, INC

---

Smart Communications Holding, Inc.

Interstate/International Rates, Terms and Conditions
Original Page 1

Posted: February 7, 2019

### CHECK SHEET

Pages of this RTC, as indicated below, are effective as of the date shown at the bottom of the respective pages. Original and revised pages, as named below, comprise all changes from the original RTC and are currently in effect as of the date on the bottom of this page.

| PAGE | REVISION | |
|---|---|---|
| Title | Original | * |
| 1 | Original | * |
| 2 | Original | * |
| 3 | Original | * |
| 4 | Original | * |
| 5 | Original | * |
| 6 | Original | * |
| 7 | Original | * |
| 8 | Original | * |
| 9 | Original | * |
| 10 | Original | * |
| 11 | Original | * |
| 12 | Original | * |
| 13 | Original | * |
| 14 | Original | * |
| 15 | Original | * |
| 16 | Original | * |
| 17 | Original | * |
| 18 | Original | * |

* - Indicates those pages included with this Filing.

---

Smart Communications Holding, Inc.

Interstate/International Rates, Terms and Conditions
Original Page 2

Posted: February 7, 2019

### TABLE OF CONTENTS

| Section Title Page | Page Title |
|---|---|
| Check Sheet | 1 |
| Table of Contents | 2 |
| Explanation of Symbols | 3 |
| Section 1 - Terms and Abbreviations | 4 |
| Section 2 - Rules and Regulations | 5 |
| Section 3 - Service Descriptions and Rates | 12 |

---

Smart Communications Holding, Inc.

Interstate/International Rates, Terms and Conditions
Original Page 3

Posted: February 7, 2019

### EXPLANATION OF SYMBOLS

The following are the only symbols used for the purposes indicated below:

C - To signify Changed Regulation

D - Delete or Discontinue

I - Change Resulting in an Increase to a rate

M - Moved from Another RTC Location

N - New

R - Change Resulting in a Reduction to a rate

S - Matter Appearing Elsewhere or Repeated for Clarification

T - Change in Text But No Change to Rate or Charge

V - Signifies Vantage RTC

Z - Correction

---

CONFIDENTIAL

SMART-0005114

Case 8:24-bk-07106-RCT    Doc 45-2    Filed 12/17/24    Page 242 of 299

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



Smart Communications Holding, Inc.    Interstate International Rates, Terms and Conditions
Original Page 4

Posted: February 7, 2019

## SECTION 1 · TERMS AND ABBREVIATIONS

**Access Line** – An arrangement which connects the Subscriber's location to a Smart Communications switching center or designated point of presence.

**Ancillary Service Charge** – Any charge Customers may be assessed for the use of Inmate Calling services that are not included in the per-minute charges assessed for individual calls.

**Automated Collect Call** – Calls billed to the called party that are completed through an automated call processing system. The automated system prompts the call originator and called party. The called party must accept charges for the call and is responsible for payment.

**Called Party** – The person, individual, corporation or other entity whose telephone number is called. The Called Party is responsible for payment of the charges for use of Smart Communications' automated collect service.

**Company or Carrier** – Smart Communications Holding, Inc., unless otherwise clearly indicated by the context.

**Commission** – The Federal Communications Commission.

**Correctional or Confinement Institutions** – Used throughout this tariff to refer to any type of confinement facility, including prisons, jails, work farms, detention centers or other facilities used for penalty or confinement purposes.

**Customer or End User** – The person, firm, corporation or other entity which uses Smart Communications' service and is responsible for payment of charges and compliance with the Company's tariff.

**Inmate** – The jail or confined population of correctional or confinement institutions.

**Jail** – A facility of a local, state or federal law enforcement agency that is used primarily to hold individuals who are (1) awaiting adjudication of criminal charges; (2) post-conviction and committed to confinement for sentences of one year or less; (3) post-conviction and awaiting transfer to another facility. The term also includes city, county or regional facilities that contracted with a private company to manage day-to-day operations; privately-owned and operated facilities primarily engaged in housing city, county or regional inmates; and facilities used to detain individuals pursuant to a contract with U.S. Immigration and Customs Enforcement.

**Smart Communications**: Used throughout this tariff to mean Smart Communications Holding, Inc.

**LEC** – Local Exchange Company.

**Prison** – A facility operated by a territorial, state or federal Agency that is used primarily to confine individuals convicted of felonies and sentenced to serve in excess of one year. The term also includes public and private facilities that provide outsource housing to other agencies such as the State Department of Corrections and the Federal Bureau of Prisons; and facilities that would otherwise fall under this definition of a Jail but in which the majority of inmates are post-conviction or are committed to confinement for sentences longer than one year.

**RTC** – Refers to this Rates, Terms and Conditions document.

**Subscriber** – The correctional institution that contracts with the Company for the provision of automated operator assisted telecommunications services for use by inmates and other incarcerated persons.

Smart Communications Holding, Inc.    Interstate International Rates, Terms and Conditions
Original Page 6

Posted: February 7, 2019

## SECTION 2 · RULES AND REGULATIONS, (CONT'D)

### 2.3 Use

Services provided under this RTC may be used for any lawful purpose for which the service is technically suited, limited to the provisions of this RTC.

### 2.4 Assignment and Transfer

All facilities provided under this RTC are directly or indirectly controlled by the Company. Service may not be transferred or assigned without the express written consent of the Company. All regulations and conditions contained in this RTC shall apply to all such permitted assignees or transferees, as well as all conditions of service.

### 2.5 Terminal Equipment

Company-provided facilities and services may be used with or terminated in Company- or Contractor-provided terminal equipment or communications systems, such as a telephone set, PBX or key system. Such terminal equipment shall be furnished and maintained at such expense by or on behalf of Smart Communications and the Contractor. When such terminal equipment is used, the equipment shall comply with the generally accepted minimum protective criteria standards of the telecommunications industry as endorsed by the Federal Communications Commission.

---

Smart Communications Holding, Inc.    Interstate International Rates, Terms and Conditions
Original Page 5

Posted: February 7, 2019

## SECTION 2 · RULES AND REGULATIONS

### 2.1 Undertaking of Smart Communications Holding, Inc.

Smart Communications' services and facilities are furnished for communications originating at correctional or confinement institutions between locations within the United States and foreign countries. The terms of this RTC apply to Smart Communications' interstate and international calls.

Smart Communications provides for the installation, operation, and maintenance of the communications services provided herein in accordance with the terms and conditions set forth under this RTC. Smart Communications may act as the Subscriber's agent for ordering access connection facilities provided by other carriers or entities, to allow connection of a Subscriber's location to the Smart Communications services.

The Company's services and facilities are available twenty-four hours per day, seven days per week subject to restrictions imposed by the administration of the institution.

### 2.2 Limitations

2.2.1    Smart Communications provides calling services to inmates and other incarcerated persons in confinement/correctional institutions.

2.2.2    Service is offered subject to the availability of the necessary facilities or equipment, and subject to the provisions of this RTC.

2.2.3    Smart Communications reserves the right to suspend or limit service when it considers it conditions beyond its control, or when the Customer is using service in violation of provisions of this RTC, or in violation of the law.

2.2.4    The Company does not undertake to transmit messages, but offers the use of its facilities when available, and will not be liable for errors in transmission or for failure to establish connections.

2.2.5    Service may otherwise be limited at the request of the institution's administration or by rules of the Commission to decrease fraud and maintain security and control over the inmate population.

---

Smart Communications Holding, Inc.    Interstate International Rates, Terms and Conditions
Original Page 7

Posted: February 7, 2019

## SECTION 2 · RULES AND REGULATIONS, (CONT'D)

### 2.6 Liabilities of the Company

2.6.1    The Company shall not be liable for claim or loss, expense or damage (including indirect, special or consequential damage), for any interruption, delay, error, omission, or defect in any service, facility (including services and facilities involved in emergency calling activity) transmission provided under this RTC, if caused by any person or entity other than the Company, by any malfunction of any service or facility provided by any other carrier, by an act of God, fire, war, civil disturbance, or act of government, or by any other cause beyond the Company's direct control.

2.6.2    The Company shall not be liable for, and shall be fully indemnified and held harmless by Customer, End User and Subscriber against any claim or loss, expense, or damage (including indirect, special or consequential damage) for defamation, libel, slander, invasion, infringement of copyright or patent, unauthorized use of any trademark, trade name or service mark, unfair competition, interference with or misappropriation or violation of any contract, proprietary or creative right, or any other injury to any person, property or entity arising out of the material, data, information, or other content revealed to, transmitted, or used by the Company under this RTC, or for any act or omission of the Customer, End User or Subscriber; or for any personal injury or death of any person caused directly or indirectly by the installation, maintenance, location, condition, operation, failure, presence, use, or removal of equipment or wiring provided by the Company, if not caused by negligence of the Company.

2.6.3    The Company shall not be liable for any defacement of or damages to the premises of a Subscriber or Customer resulting from the furnishing of service which is not the direct result of the Company's negligence.

2.6.4    Except when a court of competent jurisdiction finds that gross negligence, willful neglect or willful misconduct on the Company's part has been a contributing factor, the liability of the Company for any claim or loss, expense or damage (including indirect, special or consequential damage) for any interruption, delay, error, omission, or defect in any service, facility (including services and facilities involved in emergency calling activity) or transmission provided under this RTC shall not exceed an amount equivalent to the proration charge to the Customer or Subscriber for the period of service or facility usage during which such interruption, delay, error, omission or defect occurs. For this purpose of computing this amount, a month is considered to have thirty (30) days.

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



---

Smart Communications Holding, Inc.  Interstate International Rates, Terms and Conditions
Original Page 8

Posted: February 7, 2019

### SECTION 2 - RULES AND REGULATIONS, (CONT'D.)

**2.7   Taxes and Fees**

**2.7.1   FCC Universal Service Fund**

In compliance with the FCC's Universal Service Orders, the Company is required to pay a percentage of its retail revenues to support the Universal Service Fund (USF). This amount is in addition to standard usage charges and any applicable service charges and surcharges associated with the Company's service. The Company's Universal Service cost recovery will match the relevant quarterly Universal Service Contribution Factor approved by the FCC rounded up to the nearest tenth of a percent. Universal Service Contribution Factors are available at: http://www.fcc.gov/omd/contribution-factor.html.

**2.8   Payment for Service**

**2.8.1   Payment for Service**

The Customer is responsible for payment of all charges for services furnished by the Company. All charges due by the Customer are payable to the Company or to any agency duly authorized to receive such payments (such as a local exchange company).

**2.8.2   Disputed Charges**

Charges billed directly by the Company are due upon receipt. Amounts not paid within 10 days of the invoice will be considered past due. For charges billed directly by the Company, notice from the Customer of a dispute as to charges must be received by the Company within thirty (30) days after the date of the invoice. Otherwise, all charges will be considered correct and binding.

For charges billed through the Customer's local exchange carrier, notice from the Customer of disputed charges must be received by the Company within thirty (30) days after the date of the bill is issued. Otherwise, all charges will be considered correct and binding on the Customer.

The Company will promptly investigate and advise all billed parties as to its findings concerning disputed charges. Adjustments to Customer's bills shall be made to the extent that circumstances exist which reasonably indicate that such charges are appropriate.

---

Smart Communications Holding, Inc.  Interstate International Rates, Terms and Conditions
Original Page 10

Posted: February 7, 2019

### SECTION 2 - RULES AND REGULATIONS, (CONT'D.)

**2.9   Refusal or Discontinuance by Company**

2.9.1   Smart Communications may block calls or suspend service as applicable, for any of the following reasons:

A.   For failure of the Customer to pay a bill for service when it is due.

B.   For violation of any of the Company's rules and regulations as set forth herein.

C.   For failure of the Subscriber to provide the Company reasonable access to its equipment and property.

D.   For Subscriber's breach of the contract for service between the Company and the Subscriber.

E.   When necessary for the Company to comply with any order or request of any governmental authority having jurisdiction.

F.   In the event of fraudulent use of the service.

G.   In the event of tampering with the Company's equipment.

H.   In the event of a condition determined to be hazardous to the Customer or Subscriber, to the Company's equipment, the public, or to employees of the Company.

I.   In the event of a Customer's or Subscriber's use of equipment in such a manner as to adversely affect the Company's equipment or the Company's service to others.

---

Smart Communications Holding, Inc.  Interstate International Rates, Terms and Conditions
Original Page 9

Posted: February 7, 2019

### SECTION 2 - RULES AND REGULATIONS, (CONT'D.)

**2.8   Payment for Service, (Cont'd.)**

**2.8.3   Validation of Credit**

The Company reserves the right to validate the creditworthiness of Customers and billed parties through available verification procedures and to establish a maximum predetermined credit amount. Where a requested billing method cannot be validated or maximum credit amount established, the Company may refuse to provide service or require establishment of a prepaid account in lieu of a debit account.

Service provided by the Company are available to inmate of confinement facilities in accordance with facility authorized programs. The Company may request that the confinement facility adopt, as part of its program, terms that enable the Company to collect the charges for all inmate calls, including without limitation, the blocking of calls by the Company to certain telephone numbers when the amount charged to such a telephone number exceeds a predetermined amount or becomes past due.

**2.8.4   Return Check Charge**

A return check charge of $25.00 will be assessed for checks returned for insufficient funds. Any applicable return check charges will be assessed according to the terms and conditions of this ICC and pursuant to Federal law.

**2.8.5   Late Payment Fees**

The Company reserves the right to assess a late payment fee of 1.5% per month on any past due balance. A balance is considered past due if unpaid fifteen (15) days following the date printed on the bill listing amounts owed by the Customer. Any applicable late payment fees will be assessed according to the terms and conditions of the Company or its billing agent.

---

Smart Communications Holding, Inc.  Interstate International Rates, Terms and Conditions
Original Page 11

Posted: February 7, 2019

### SECTION 2 - RULES AND REGULATIONS, (CONT'D.)

**2.10   Call Restrictions**

Calling capabilities may be restricted by the administration of the correctional or confinement institution. The following types of calls will be blocked: directory assistance (i.e. 700, 800, 500, 911, 976, 950, 10XXX, 1+ toll free). These calls may block calls to specific telephone numbers and may limit calling service to pre-approved telephone numbers only. Cell duration may be limited by the institution.

**2.11   Use of Recording Devices**

Subscribers who use recording devices do so at their own risk. Subscribers may use a recording device only in compliance with the requirements of local, state, and federal laws.

**2.12   Adjustment to Rates and Charges**

The Company may adjust its rates and charges or impose additional rates and charges on its Customers in order to recover amounts it is required by governmental or quasi-governmental authorities to collect from or pay to others in support of statutory or regulatory programs.

**2.13   Contracts**

Service is offered on a contractual basis to meet specialized requirements of correctional facilities. The terms of each contract shall be mutually agreed upon between the facility and the Company and may include discounts on rates contained herein, charges for specially designed non-telecommunications services, restrictions on the use of certain telephone services, or other contractual features.

©2024 SMART COMMUNICATIONS   CONFIDENTIAL   SMART-0005116

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



---

Smart Communications Holding, Inc.                Interstate/International Rates, Terms and Conditions
Original Page 12

Posted: February 7, 2019

## SECTION 3 - SERVICE DESCRIPTIONS AND RATES

### 3.1  General

The Company offers domestic interstate and international automated operator assisted collect calling services for use by inmates and other incarcerated persons in correctional or confinement facilities. Inmate access to the Company's services may be restricted by the administration of the Institution served. The Company's services are available twenty-four hours per day, seven days a week. Unless otherwise specified in this RFC, interstate service is offered in conjunction with interstate and international service.

Customers are charged individually for each call placed through the Company's network. Charges are based on individual contracts between the Company and Institutions.

### 3.2  Timing of Calls

3.2.1   Billing for calls placed over the Company's network is based in part on the duration of the call as follows, unless otherwise specified in this RFC.

3.2.2   Timing of each call begins when the called station is answered (i.e. when two way communications are established). Answer detection is based on standard industry answer detection methods including hardware and software answer detection. For Collect Calls, charges apply only if the collect party accepts the responsibility for payment.

3.2.3   Chargeable time for each call ends when one of the parties disconnects from the call.

3.2.4   Unless otherwise specified in this RFC, the minimum Initial Period for billing purposes is one (1) minute.

3.2.5   Unless otherwise specified in this RFC, billing for Additional Periods range after the Initial Period is in full one (1) minute increments.

3.2.6   The Company will not knowingly bill for unanswered calls. When a Customer indicates that he/she was billed for an unanswered call, the Company will undertake in investigation of the circumstances of the call and issue a credit when appropriate.

---

Smart Communications Holding, Inc.                Interstate/International Rates, Terms and Conditions
Original Page 13

Posted: February 7, 2019

## SECTION 3 - SERVICE DESCRIPTIONS AND RATES, (CONT'D.)

### 3.3  Institutional Automated Collect Service

Institutional Automated Collect Service is provided for use by inmates and other incarcerated persons in Correctional Institutions. Interstate service is offered in conjunction with intrastate service.

Service may be limited by the administration of the institutions. Calls are billed to the Called Party. The Called Party must actively accept charges for the call.

Institutional Automated Collect Service allows inmates to make collect calls to terminating interstate and international locations as specified following. An automated system prompts the caller and the called party through user - friendly instructions. The called party must accept responsibility for payment of the charges by dialing the designated digit for acceptance. If a call is not accepted within five (5) seconds of the automated voice recording prompt, the automated recording is replayed a second time. If no acceptance digit is not received five (5) seconds after the second recording is completed, the call is automatically terminated.

Use of the automated collect calling service is subject to the rules and regulations of this RTC and the institution's administrative instructions.

---

Smart Communications Holding, Inc.                Interstate/International Rates, Terms and Conditions
Original Page 14

Posted: February 7, 2019

## SECTION 3 - SERVICE DESCRIPTIONS AND RATES, (CONT'D.)

### 3.4  Prepaid Institutional Calling Services

3.4.1   General

Prepaid Institutional Calling Services provide alternative payment arrangements for inmates in Confinement Institutions. Prepaid Institutional Calling Services are available 24 hours a day, seven days per week. Access to telephone service by an inmate may be subject to times of day and usage restrictions imposed by individual Confinement Institutions. No minimum service period applies.

Network usage for Prepaid Institutional Calls is debited from the Available Usage Balance in full minute increments. For debiting purposes, call timing is rounded up to the nearest one (1) minute increment. Usage charges are computed and rounded up to the nearest penny on a per call basis.

The called party is automatically informed of the Available Usage Balance remaining in the Prepaid Account prior to acceptance of the call. Network usage is deducted from the Available Usage Balance in the account on a real time basis as the call progresses. A reminder message is also provided when the account balance hits one minute of usage remaining. All calls must be charged against an account that has sufficient available balance. Calls in progress will be terminated by the Company if the balance on the account is insufficient to continue the call.

Payment for Prepaid Institutional Calling Services and any Available Usage in the Prepaid Account is refundable upon request by the called party. The Available Usage Balance expires six months from the date the last call is made via the Prepaid account. No refunds of unused balances will be issued after the expiration date.

Two options are available with Prepaid Institutional Calling Services. The first option, the Prepaid Debit Account, allows the inmate to set up his/her own prepaid account at the Confinement Institution, the second option, Prepaid Collect Service, allows the Called Party who receives collect calls from inmates to set up his/her own prepaid account.

---

Smart Communications Holding, Inc.                Interstate/International Rates, Terms and Conditions
Original Page 15

Posted: February 7, 2019

## SECTION 3 - SERVICE DESCRIPTIONS AND RATES, (CONT'D.)

### 3.4  Prepaid Institutional Calling Services, (Cont'd.)

3.4.1   General, (Cont'd.)

**I.     Option A: Prepaid Debit Account**

With a Prepaid Debit Account, the inmate is assigned a Personal Identification Number (PIN). When the inmate places a call, he/she enters the PIN and called telephone number. All deposits to the account are paid to and handled by the Institution. The Company receives payment from the inmate's debit account via the Institution; it does not engage in direct monetary transactions with the inmate.

The Company's system automatically informs the caller of the Available Usage Balance remaining in the Prepaid Debit Account, and provides prompts to place the call by entering the destination telephone number. Network usage is deducted from the Available Usage Balance in the account on a real time basis as the call progresses.

**II.    Option B: Prepaid Collect Service**

Prepaid Collect Service is available for use by individuals who receive collect calls from inmates in Confinement Institutions. Once an account is established, all collect calls from the facility to the telephone number associated with the prepaid collect account are automatically processed as prepaid collect. If the payment into the account is provided via credit card, credit verification procedures are carried out under the terms specified in Section 2 of this tariff. Deposits to the account are credited and handled by the Company via arrangement with a vendor.

There are no minimum deposit amounts required. Additional payments will be accepted with a $50.00 payment maximum. Initial and additional payments into the account may be made by cashier's check, money order, credit card, debit card, electronic checking or Western Union. Transaction fees will apply for credit card and check by phone transactions. All payments will be subject to applicable taxes.

---

©2024 SMART COMMUNICATIONS

CONFIDENTIAL                                                            SMART-0005117

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



| Smart Communications Holding, Inc | Interstate/International Rates, Terms and Conditions |
|---|---|
| | Original Page 16 |

Posted: February 7, 2019

SECTION 3 - SERVICE DESCRIPTIONS AND RATES, (CONT'D.)

3.5    Institutional Contract Service Rates - Domestic Interstate

   3.5.1   Institutional Collect Service Rates and Charges

      A.    Option 1

         Rate Per Minute:      $0.25

   3.5.2   Institutional Prepaid Collect Service Rates and Charges

      A.    Option 1

         Rate Per Minute:      $0.21

   3.5.3   Institutional Pin Debit Rates and Charges

      A.    Option 1

         Rate Per Minute:      $0.21

   3.5.4   Institutional Debit Card Rates and Charges

      A.    Option 1

         Rate Per Minute:      $0.21

| Smart Communications Holding, Inc | Interstate/International Rates, Terms and Conditions |
|---|---|
| | Original Page 17 |

Posted: February 7, 2019

SECTION 3 - SERVICE DESCRIPTIONS AND RATES, (CONT'D.)

3.6    Institutional Contract Service Rates – International

   3.6.1   Institutional Prepaid Debit

      A.    Rates and Charges

| Contract Rates | Per Minute Charge |
|---|---|
| All Contracts | $1.50 |

| Smart Communications Holding, Inc | Interstate/International Rates, Terms and Conditions |
|---|---|
| | Original Page 18 |

Posted: February 7, 2019

SECTION 3 - SERVICE DESCRIPTIONS AND RATES (CONT'D.)

3.7    Ancillary Service Charges

   3.7.1   Automated Payment Fees (where available) – Credit Card payment, debit card payment, and bill processing fees, including fees for payments made by interactive voice response (IVR), web, or kiosk (where available).

      Automated payment fees      $3.00

   3.7.2   Live Agent Fee – A fee associated with the optional use of a live operator to complete Inmate Calling Service transactions.

      Live Agent Fee      $2.95

   3.7.3   Paper Bill/Statement Fees - Fees associated with providing customers of Inmate Calling Services an optional paper billing statement.

      Paper Bill Statement Fees      $2.00

CONFIDENTIAL

SMART-0005118

## CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



# Exhibit C: Confidential Financial Statements

**2022 Consolidated Financial Statements – Independent Accountant's Review Report |**



ℳℒ𝕊

M.L. Shreve CPA, P.C.
7781 N. Easy Street
Whitehall, Michigan 49461
231.894.5559 (phone)
231.893.2097 (fax)
www.mlshrevecpa.com
mlshrevecpa@frontier.com (email)

---

### INDEPENDENT ACCOUNTANT'S REVIEW REPORT

To Management
Smart Communications Holding, Inc.
Seminole, Florida 33777

We have reviewed the accompanying consolidated financial statements of Smart Communications Holding, Inc. (a corporation), which comprise the consolidated balance sheet as of December 31, 2022, and the related consolidated statements of income and retained earnings and cash flows for the year then ended, and the related notes to the consolidated financial statements. A review includes primarily applying analytical procedures to management's financial data and making inquiries of company management. A review is substantially less in scope than an audit, the objective of which is the expression of an opinion regarding the consolidated financial statements as a whole. Accordingly, we do not express such an opinion.

#### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of the consolidated financial statements that are free from material misstatement whether due to fraud or error.

#### Accountant's Responsibility

Our responsibility is to conduct the review engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. Those standards require us to perform procedures to obtain limited assurance as a basis for reporting whether we are aware of any material modifications that should be made to the consolidated financial statements for them to be in accordance with accounting principles generally accepted in the United States of America. We believe that the results of our procedures provide a reasonable basis for our conclusion.

We are required to be independent of Smart Communications Holding, Inc. and to meet our other ethical responsibilities in accordance with the relevant ethical requirements related to our review.

#### Accountant's Conclusion

Based on our review, we are not aware of any material modifications that should be made to the accompanying consolidated financial statements in order for them to be in accordance with accounting principles generally accepted in the United States of America.

*Mark A Lunn CPA PC.*

**M. L. Shreve CPA, P.C.**
Whitehall, Michigan
July 26, 2023

CONFIDENTIAL                SMART-0005119

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## 2022 Consolidated Balance Sheet|

**Smart Communications Holding, inc.**
**Consolidated Balance Sheet**
**December 31, 2022**

| | ASSETS | |
|---|---|---|
| **Current Assets** | | |
| Cash and Cash Equivalents | $ 852,272 | |
| Accounts Receivable - Trade | 617,034 | |
| Technology Grant Advances | 37,539 | |
| Taxes Receivable - Federal | 355,700 | |
| Prepaid Corporate Taxes - Florida | 65,628 | |
| Prepaid Facility Commissions | 458,333 | |
| Prepaid Expenses | 265,601 | |
| Inventory | 690,704 | |
| **Total Current Assets** | | $ 3,343,011 |
| **Fixed Assets** | | |
| Buildings | 6,715,548 | |
| Kiosk Computer System | 2,597,602 | |
| Computer Software | 2,587,876 | |
| Leasehold Improvements | 355,761 | |
| Vehicles | 2,632,697 | |
| Display System $ Demo Build | 43,780 | |
| Equipment | 599,469 | |
| Furniture | 131,051 | |
| | 16,593,774 | |
| Less: Accumulated Depreciation | (7,196,441) | |
| Property & Equipment, Net | | 9,307,333 |
| **Other Assets** | | |
| Shareholder Loans | 1,453,103 | |
| Accounts Receivable - Affiliated Entities | 7,496,203 | |
| Deferred Income Taxes - Federal | 536,251 | |
| Deferred Taxes - Florida | 90,269 | |
| **Total Other Assets** | | 9,575,916 |
| **TOTAL ASSETS** | | $ 22,226,260 |

| | LIABILITIES AND EQUITY | |
|---|---|---|
| **LIABILITIES** | | |
| **Current Liabilities** | | |
| Accounts Payable | $ 1,299,422 | |
| Accrued Credit Cards | 264,120 | |
| Accrued Commissions | 971,993 | |
| Accrued Expenses | 332,813 | |
| Current Portion - Long Term Debt | 589,405 | |
| **Total Current Liabilities** | | $ 3,447,753 |
| **Long Term Liabilities** | | |
| Lattice Technology License | 698,000 | |
| Notes Payable - Vehicles | 59,714 | |
| Less Current Portion | (589,405) | |
| **Total Long Term Debt** | | 138,309 |
| **Total Liabilities** | | 3,586,062 |
| **EQUITY** | | |
| Common Stock | 384,667 | |
| Paid in Capital | 392,151 | |
| Retained Earnings | 17,863,380 | |
| **Total Equity** | | 18,640,198 |
| **TOTAL LIABILITIES AND EQUITY** | | $ 22,226,260 |

*See Accountant's Review Report and Notes* 2

CONFIDENTIAL  SMART-0005120

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## 2022 Consolidated Income Statement |

**Smart Communications Holding, Inc.**
**Consolidated Income Statement**
**For the year ended December 31, 2022**

| | | |
|---|---|---:|
| **Revenue** | | |
| Revenue from Contracts with Customers - Mail Services | | |
| Mail Services Income | $ | 4,512,000 |
| Revenue from Contracts with Custmers - Messaging | | |
| Messaging Sales | | 25,932,773 |
| Telephone Call Sales | | 9,982,533 |
| Telephone Service Fees | | 4,388,973 |
| Trust Account Funding Fees | | 37,076 |
| | | 40,341,355 |
| Returns and Allowances | | (35,341) |
| Net Messaging Sales | | 40,306,014 |
| Total Net Revenue witrh Customers | | 44,818,014 |
| Miscellaneous Income | | 81,183 |
| **Total Net Revenue** | | 44,899,197 |
| **Total Cost of Sales** | | (24,076,834) |
| **Gross Profit** | | 20,822,363 |
| **Total Expenses** | | (15,762,740) |
| **Income /Loss from Operations** | | 5,059,623 |
| | | |
| **Other Income and (Expense)** | | |
| Interest Expense | $ (14,140) | |
| Penalties and Late Fees | (22,137) | |
| | | (36,277) |
| **Net Other Income and (Expense)** | | (36,277) |
| **Income Before Taxes** | | 5,023,346 |
| **Provision for Income Taxes** | | |
| State Income Tax Expense | (110,987) | |
| Florida Corporate Tax Expense | (282,300) | |
| Federal Income Tax | (1,019,300) | |
| **Total Provision for Taxes** | | (1,412,587) |
| | | |
| **Net Income (Loss) for the Year** | $ | 3,610,759 |

*See Accountant's Review Report and Notes*                                              **3**

CONFIDENTIAL                                              SMART-0005121

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## 2021 Consolidated Financial Statements – Independent Auditor's Report|



$\mathfrak{MLS}$

**M.L. Shreve CPA, P.C.**
7781 N. Easy Street
Whitehall, Michigan 49461
231.894.5559 (phone)
231.893.2097 (fax)
www.mlshrevecpa.com
mlshrevecpa@frontier.com (email)

December 21, 2022

### Independent Auditor's Report

To the Board of Directors
Smart Communications Holding, Inc.
Seminole, Florida 33777

### Report on the Audit of the Consolidated Financial Statements

#### *Opinion*

We have audited the consolidated financial statements of Smart Communications Holding, Inc., which comprise the consolidated balance sheet as of December 31, 2021, and the related consolidated statements of income, changes in stockholders' equity, and cash flows for the year then ended, and the related notes to the consolidated financial statements.

In our opinion, the accompanying consolidated financial statements present fairly, in all material respects, the financial position of Smart Communications Holding, Inc. as of December 31, 2021, and the results of its operations and its cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

#### *Basis for Opinion*

We conducted our audit in accordance with auditing standards generally accepted in the United States of America (GAAS). Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Financial Statements section or our report. We are required to be independent of Smart Communications Holding, Inc. and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audit. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

#### *Responsibilities of Management for the Consolidated Financial Statements*

Management is responsible for the preparation and fair presentation of the consolidated financial statements in accordance with accounting principles generally accepted in the United States of America, and for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the consolidated financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about Smart Communications Holding, Inc.'s ability to continue as a going concern for year ended December 31, 2023.

*1*

CONFIDENTIAL                SMART-0005122

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## 2021 Consolidated Balance Sheet (Audited)|

**Smart Communications Holding, Inc.**
*Consolidated Balance Sheet*
**December 31, 2021**

| ASSETS | | |
|---|---:|---:|
| **Current Assets** | | |
| Cash and Cash Equivalents | $ 5,404,852 | |
| Accounts Receivable - Trade | 239,086 | |
| Accounts Receivable - Employees | 7,149 | |
| Technology Grant Advances | 37,539 | |
| Taxes Receivable - Florida | 109,937 | |
| Prepaid Corporate Taxes - Florida | 100,000 | |
| Prepaid Expenses | 674,500 | |
| Inventory | 1,894,388 | |
| **Total Current Assets** | | $ 8,467,251 |
| **Fixed Assets** | | |
| Buildings | 4,034,661 | |
| Kiosk Computer System | 2,987,602 | |
| Computer Software | 2,987,875 | |
| Leasehold Improvements | 355,710 | |
| Vehicles | 2,514,000 | |
| Display System & Demo Build | 43,780 | |
| Equipment | 599,469 | |
| Furniture | 131,051 | |
| | 13,654,148 | |
| Less: Accumulated Depreciation | (5,525,408) | |
| **Property & Equipment, Net** | | 8,128,740 |
| **Other Assets** | | |
| Shareholder Loans | 428,855 | |
| Accounts Receivable - Affiliated Entities | 1,899,986 | |
| Deferred Income Taxes - Federal | 536,251 | |
| Deferred Taxes - Florida | 90,269 | |
| **Total Other Assets** | | 2,955,361 |
| **TOTAL ASSETS** | | $ 19,551,352 |

| LIABILITIES AND EQUITY | | |
|---|---:|---:|
| **LIABILITIES** | | |
| **Current Liabilities** | | |
| Accounts Payable | $ 1,331,100 | |
| Accrued Credit Cards | 102,916 | |
| Accrued Commissions | 581,378 | |
| Accrued Expenses | 254,750 | |
| Federal Income Tax Payable | 20,153 | |
| Note Payable - ACG Global | 36,694 | |
| Current Portion - Long Term Debt | 825,000 | |
| **Total Current Liabilities** | | $ 3,151,991 |
| **Long Term Liabilities** | | |
| Lattice Technology License | 1,187,500 | |
| Notes Payable - Vehicles | 68,687 | |
| Less Current Portion | (825,000) | |
| **Total Long Term Debt** | | 431,187 |
| **Total Liabilities** | | 3,583,178 |
| **EQUITY** | | |
| Common Stock | 364,667 | |
| Paid In Capital | 392,151 | |
| Retained Earnings | 15,211,356 | |
| **Total Equity** | | 15,968,174 |
| **TOTAL LIABILITIES AND EQUITY** | | $ 19,551,352 |

*See Notes to Consolidated Financial Statements.*

3

CONFIDENTIAL

SMART-0005123

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## 2021 Consolidated Income Statement (Audited) |

Smart Communications Holding, Inc.
*Consolidated Income Statement*
For the year ended December 31, 2021

| | | |
|---|---|---:|
| **Revenue** | | |
| Mail Services Income | $ | 4,512,000 |
| Messaging Sales | | 21,628,106 |
| Telephone Call Sales | | 5,510,925 |
| Telephone Service Fees | | 638,138 |
| Miscellaneous Income | | 30,252 |
| | | 32,319,421 |
| Sales Reporting Errors | | (370,089) |
| Less Reurns and Allowances | | (22,955) |
| | | 31,926,377 |
| **Total Cost of Sales** | | (15,795,401) |
| **Gross Profit** | | 16,130,976 |
| | | |
| **Total Expenses** | | (10,961,790) |
| | | |
| **Income /Loss from Operations** | | 5,169,186 |
| | | |
| **Other Income and (Expense)** | | |
| Gain on Sale of Assets | | 540,589 |
| Interest Expense | $ (125,242) | |
| Penalties and Late Fees | (170,123) | |
| | | (295,365) |
| **Net Other Income and (Expense)** | | 245,224 |
| **Income Before Taxes** | | 5,414,410 |
| **Provision for Income Taxes** | | |
| Florida Income Tax | (119,794) | |
| Federal Income Tax | (783,902) | |
| **Total Provision for Taxes** | | (903,696) |
| | | |
| **Net Income (Loss) for the Year** | $ | 4,510,714 |

*See Notes to Consolidated Financial Statements.*

*4*

CONFIDENTIAL

SMART-0005124

## CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



# Exhibit D: Confidential Litigation Matters

Smart Communications has been involved in litigation with one customer in the past three years as presented below:

- Smart Communications Holding, Inc. v. Morehouse Parish Sheriff's Office (6th Judicial Circuit, Pinellas County, FL, Case No. 23-008785-CI)

Please note that this matter will not have a material effect or impact on Smart Communications' ability to conduct ongoing operations, including performance of the contract should it be the successful bidder.

***IMPORTANT NOTE****: Smart Communications' litigation matters are highly confidential. To the extent such information is sought by a third party via public record request or otherwise, Smart Communications will assert all applicable exemptions to protect such information from public disclosure. To protect our proprietary business information, we respectfully request that only the "redacted" copy of proposal (enclosed) be made available for public inspection/disclosure. Please notify Smart Communications immediately if any portion of its RFP response that is marked confidential is the subject of any public record request so that it may respond appropriately.*

CONFIDENTIAL                    SMART-0005125

## CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



# Exhibit E: Service Escalation Matrix and Maintenance Plan

Smart Communications provides dependable service from initial system design planning and implementation through ongoing maintenance and support. All maintenance, support, training, and repair of our technologies and services will be provided to the County at **no cost**.

Technical and maintenance support services will be provided to the County by in-house Smart Communications staff:

- Account Manager (Guy Mosteller)
- Network Operations Center (NOC)
- Technical Support Center (TSC)

Additional technical and maintenance support services will be provided by our qualified technicians:

- Full-time, On-site Certified Technician (OCT)
- Field Service Technicians (FSTs)

### Account Manager |
Guy Mosteller will serve as the County's Account Manager and primary point of contact. As the Account Manager, Guy will provide the County with service and support in the following areas:

- Technology and Service Utilization
- Proactive and Reactive Communications
- Staff and Inmate Training Support
- Troubleshooting and Trouble Ticket Assistance

Smart Communications is committed to ensuring our technologies and services continue to meet and exceed the County's expectations. To deliver on this commitment, Guy will meet with facility staff each quarter to discuss their satisfaction with system performance, and the quality of the support and maintenance provided. During these meetings, Guy will also provide information regarding any new systems, options and/or features available that will benefit inmates and staff. Guy may be reached via email guy.mosteller@smartcommunications.us or phone 727-313-1711.

### Network Operations Center (NOC) |
To ensure 99.9% uptime, Smart Communications' NOC team utilizes an advanced application that monitors the health, security and capacity of the networks, applications and hardware utilized by our technologies and services, 24/7/365. This continuous monitoring allows our network experts to identify, diagnose and resolve potential system and network irregularities/inconsistencies before they become a problem that negatively impacts service. If an irregularity/inconsistency is detected, the monitoring application immediately sends an alert to NOC staff to investigate and address. If it is determined that additional technical support is needed, the NOC will contact the Onsite Certified Technician (OCT). The NOC and OCT work together to further evaluate the issue and work towards resolution. If the issue cannot be resolved remotely, the TSC will contact the facility and Account Manager to coordinate the dispatch of a Field Service Technicians (FST) to the facility.

### Technical Support Center (TSC) |
Should a service issue arise, our highly trained, professional TSC staff, located in Seminole, FL, is available 24/7/365 to assist the County via the following methods:

CONFIDENTIAL                    SMART-0005126

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**Toll-free Phone**: 844-346-0988
**Email**: support@smarteco.us
**Web Portal**: https://manage.smartjailmail.com

Smart Communications' TSC uses a ticketing system to manage service requests. When a service request is received, the TSC representative will open a new ticket. Each service request ticket is assigned a priority level (P1, P2, or P3) based on the percentage of the system being adversely affected. The priority level assigned determines the target resolution type, client communications and updates, as well as the escalation path.

### SERVICE REQUEST TICKET PRIORITY LEVELS AND ESCALATION PATHS|

| Priority Level | Examples/Characteristics | Target Resolution Time | Client Updates | Escalation Path |
|---|---|---|---|---|
| P1 | Loss of critical functionality:<br>• Complete system failure<br>• Complete loss of monitoring or recording functionality<br>• Complete loss of administrative or investigative access or functionality<br>• 50% or more of inmate equipment is not working in a specific area/housing unit | <4 hours | Every Hour | Ticket request is immediately reported to the Vice-President of Network Operations |
| P2 | Loss of significant functionality:<br>• Loss of monitoring or recording capabilities at facility (other than a complete loss)<br>• Data backup failure<br>• 50% or less of inmate equipment is not working in a specific area/housing unit | <8 hours | Every 2 Hours | P2 issues not resolved within 8 hours are reported to the NOC Manager and escalated to Priority Level 1 (P1) |
| P3 | Loss of non-significant functionality:<br>• Software fixes not critical to operations<br>• Loss of trouble ticket system | <24 hours | Every 4 Hours | P3 issues not resolved within 24 hours are reported to the TSC Manager and escalated to Priority Level 2 (P2) |

CONFIDENTIAL                                    SMART-0005127

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





TSC representatives take full ownership of the service request ticket they are assigned and will make every effort to resolve the service issue remotely within the designated timeframe and escalate according to priority level. If it is determined that a service request ticket cannot be resolved remotely, TSC will contact the Onsite Certified Technician (OCT). The TSC and OCT work together to further evaluate the issue and work towards resolution. If the issue is unable to be resolved remotely, the TSC will contact the facility and Account Manager to coordinate the dispatch of a Field Service Technician (FST) to the facility.

TSC representatives will also be responsible for providing client updates regarding the issue resolution status and closing the service ticket once the issue has been resolved.

### On-site Certified Technician (OCT)|

To help ensure we provide the County with the best support and maintenance service possible a full-time On-site Certified Technician (OCT) will be provided by Smart Communications.

The duties of the OCT include, but are not limited to:

- Perform routine and preventive maintenance on all technologies and services provided by Smart Communications
- Maintain all SmartEcosystem™ databases associated with the SmartEvo™ ITS, SmartVisit™ VVS, SmartTablet™ devices; enter all PINs, PANs, blocked numbers and any other new inmate calling information in the ITS
- Manage SmartTablet™ device distribution to inmates and replacements
- Receive and resolve all administrative comments and questions, to include the unblocking of specified telephone numbers and designating specified numbers as privileged

CONFIDENTIAL

SMART-0005128

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



- Provide reports and investigative assistance at the County's request, such as the following:
  - SmartEvo™ ITS activity reports, including usage and revenue
  - SmartVisit™ VVS activity reports, including remote and on-site video visitation sessions and remote revenue
  - SmartTablet™ device activity reports, including educational program and entertainment content usage/revenue
  - SmartEvo™ ITS and SmartVisit™ VVS call monitoring
  - Request and service ticket reports
  - Investigation documentation, including CDRs and audio, audio/visual recordings, electronic messages and scanned inmate postal mail

### Field Support Technicians (FSTs)|

Smart Communications employs numerous Field Service Technicians (FSTs) throughout the country. Our FSTs have an extensive technical background and are certified to work on all the technologies and services we provide. If additional on-site support is needed to resolve an issue, an FST will be dispatched to the facility. These individuals will be equipped with the appropriate tools and an inventory of system components/replacement parts whenever on-site support or repairs are needed.

### System Updates|

Smart Communications is committed to delivering new technology and system improvements to our clients as they become available. Smart Communications plans for quarterly releases of major application upgrades, including a major version update once a year. Hot issues or emergency feature requests are incorporated using the same strict development process and are released as system patches. In between scheduled updates, minor system patches are applied as needed to incorporate urgent client feature requests. System patches are also incorporated into the next quarterly release cycle. System patches and upgrades are provided at *no cost*.

All software enhancements and patches for all Smart Communications' components are developed and tested by our in-house software engineering and quality assurance teams. Dedicated and authorized service personnel are permitted remote access to the servers through firewall permissions that only permit access from our corporate network. Software updates are applied and tested. Each update has processes in place to back out and restore a previous version, if necessary. All software is version-controlled and devices report currently running versions back to a central management system.

### Immediate SmartTablet™ Replacement|

Smart Communications will provide the facility with a pool of spare SmartTablet™ devices to allow for a damaged or inoperable device to be immediately replaced. Pre-printed shipping labels and boxes to return damaged/inoperable devices will also be provided. Upon receipt of the damaged/inoperable device, we will send a replacement to replenish the spare device pool. Smart Communications will provide additional/replacement tablets to the County at *no cost* and we do not hold the County liable for any SmartTablet™ device that sustains damage.

CONFIDENTIAL                    SMART-0005129

## CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



# Exhibit F: Methodology and Management Plan

Smart Communications has extensive experience installing and maintaining inmate communications systems throughout the country. We have developed standard installation, cut-over and turn-up procedures that minimize disruptions and allow the new systems to come online quickly with minimal facility staff involvement.

We utilize a five-phase approach to project planning and implementation that is recognized by the Project Management Institute (PMI). Under this approach, projects are managed and implemented in five distinct phases: 1) Initiation, 2) Planning, 3) Execution, 4) Monitor and Control, and 5) Project Close.

*By coupling this phased approach to project management/ implementation with our experience, Smart Communications anticipates all proposed systems will be installed and fully operational within 45 days of contract execution.*

A brief description of each project management/implementation phase, Project Milestones and Risk Mitigation Plans are provided below. An formal Project Plan/Implementation Schedule providing a complete list of all phase tasks along with resources employed



and performance timelines will be provided to the County within five days after the pre-installation site visit. The pre-installation site visit will be performed shortly after contract execution.

**Initiation (1.0)**: Immediately after contract execution, Smart Communications conducts an internal planning meeting to review and discuss the project and related documentation, including the RFP Scope of Work, preliminary project/implementation plan timeline and executed contract. During this meeting, Smart Communications staff are officially assigned to specific roles and project team/groups, which include:



- Account Manager
- Project Manager
- Quality Assurance Manager

- Client Services Manager
- Installation Team
- Software Engineers

Field Service Technicians (FSTs) located at our headquarters in Seminole, FL are also notified that a new client is being onboarded.

The preliminary project/implementation plan timeline is updated with official project team/group assignments as well as any other changes that may have resulted from contract negotiations.

After the internal planning meeting has concluded, an introductory/project kick-off call is conducted with the County's designated project lead. The primary purpose of this call is to schedule an on-site pre-installation survey and project planning meeting, obtain the names and point of contact details for the primary project stakeholders, including IT department manager, facility escorts, materials receiver and any other project liaisons, as well as to request facility floorplans and site access/security/background check forms.

The Initiation phase concludes after the on-site site survey and project planning meeting has been scheduled and the County's record in our internal project management system is updated with all relevant information discussed and obtained during this phase.

CONFIDENTIAL                    SMART-0005130

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**Planning (2.0):** During the planning phase, an on-site pre-installation site survey will be conducted by Smart Communications' project manager and installation team staff who thoroughly inspect the facility's architecture, existing inmate communication systems infrastructure and jail system interfaces.

The project manager records various pieces of critical information to allow for a formal project/implementation plan timeline to be drafted and presented to the County for approval. The formal project plan will contain detailed information, including but not limited to:

- Telephone/equipment room details:
  - Physical location(s) and dimensions
  - Cabinet or rack mount requirements
  - Electrical and surge protection requirements
  - HVAC requirements
  - Telephone demarcation point(s)
- Wireless Access Points (WAPs)
- Building to building connectivity (fiber) (if applicable)
- Hardware quantities and installation points:
  - Network hardware
  - SmartKiosk™ devices
  - SmartTablet™ devices and charging stations
  - MailGuardLegal Cart
- Detailed project plan/implementation timeline with Gantt Chart

- Main Distribution Frame (MDF) location
- Independent Distribution Frames (IDFs), housing units/pods and number of inmates per unit/pod
- Jail System Interfaces:
  - Jail Management System (JMS)
  - Commissary
  - Inmate Trust Fund (ITF)
- Preferred local electrical contractor(s)
- Detailed provisioned service list:
  - SmartEvo™ ITS
  - MailGuard® and MailGuardLegal
  - SmartVisit™ VVS
  - SmartInmate™ Electronic Messaging
  - SmartRequest™
  - SmartLaw™ Digital Law Library
  - SmartEd™ and SmartReentry™
  - SmartEntertainment™
  - Jail System Interfaces

The formal project plan will be submitted to the County's Project Lead (PL) five days after the pre-installation site survey has been completed.

Network broadband circuit delivery is subject to long delivery lead times. To expedite this process, the Network Operations Center (NOC) orders these circuits and services from Internet Service Provider(s) that will be used to support the systems to be installed immediately after the pre-installation site-survey.

Shortly after the pre-installation site survey has been conducted and the formal project plan has been submitted, the on-site project planning meeting with the County's designated staff will take place. During this meeting, unique facility needs will be discussed, stakeholder questions and concerns are addressed and the formal project plan/implementation plan timeline is reviewed and approved.

The Planning phase concludes with the scheduling of on-site installation and training of facility staff.

CONFIDENTIAL                                                     SMART-0005131

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**Execution (3.0)**: This phase consists of several tasks and subtasks, including the following:

- Requisition of hardware from inventory and preparation
- Design and development of applicable jail system interfaces
- QA testing of applicable jail system interfaces
- Configuration of QA testing of provisioned service applications
- Post installation hardware/system application QA testing

- Shipping of hardware to site location
- Creation of client user profiles and permissions in the SmartEcosystem™ Dashboard
- Acquisition, conversion and loading of inmate data feeds
- Site installation
- On-site facility staff training

The Execution phase concludes with performance of final hardware/systems testing, cut-over and turn-up.

**Monitor and Control (4.0)**: During this phase, the 5-day Customer Acceptance period is initiated. During this time, the facility's systems are closely monitored on-site by Smart Communications' on-site staff and remotely by our NOC technicians.



The Monitor and Control phase concludes with the client's confirmation/acceptance that all technologies and services provided are functioning properly.

**Project Close (5.0)**: During this final phase, Smart Communications will complete any outstanding action items, if applicable, and will request the client's PL contact to sign-off on the successful completion of the project. A Project Implementation Satisfaction survey will also be distributed to be completed by County staff involved with the implementation. Once the County has signed-off on the project, the record is closed in our internal project management system.



## *Project Milestones|*

The fields associated with major milestones are shaded in light gray within each high-level, preliminary project plan/implementation schedule provided below and can be broken down into pre-installation, on-site installation and post-installation milestones, as detailed in the narrative below:

### Pre-Installation Milestones|
Pre-installation milestones are achieved during both the project Initiation and Planning phases.

1. Completion of Internal Planning/Kick-off Meeting
2. Completion of Introductory/Project Kick-off Call with the County's PL and Scheduling of Pre-Installation Site Survey Planning Meeting
3. Submission of Required Site Access/Security/Background Check Forms
4. Completion of Pre-Installation Site Survey
5. Submission of Revised/Formal Project Plan/Implementation Schedule to County's PL
6. Ordering of Network Broadband Circuitry
7. On-site Project Planning Meeting with PL and Designated Facility Staff
8. Scheduling of Equipment Installation and Facility Staff Training

CONFIDENTIAL                    SMART-0005132

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## On-site Installation Milestones|

On-site installation milestones are achieved during the project Execution phase. The first set of these milestones is primarily achieved by Smart Communications' NOC, Software Engineering (SE) and Materials Procurement/Warehouse (MP) personnel and include:

1. Finalization of Network Diagram
2. Requisition of Network and Inmate Hardware from Inventory
3. Ordering of Additional, Site-Specific Materials (i.e., cable, conduit, etc.)
4. Preparation/Configuration of Network and Inmate Hardware
5. Creation of FTP Account to Support JMS, Commissary and Other Applicable Jail System Interfaces
6. Shipping and Delivery of Hardware and Additional Materials to Site

After the hardware and additional materials are delivered to the site, our NOC and SE, along with Quality Assurance (QA) and Client Services Management (CSM) personnel work towards the completion of the second set of on-site installation milestones, which include:

1. Creation of SmartEcosystem™ Dashboard Client User Profiles and Permissions
2. Acquisition, Conversion and Loading of Inmate Data Feeds
3. Quality Assurance Testing of JMS, Commissary and Other Applicable Jail System Interfaces
4. Configuration and Quality Assurance Testing of Provisioned Service Applications (i.e., SmartEvo™ ITS, SmartVisit™ VVS, SmartInmate™ Electronic Messaging, SmartEd™, SmartLaw™ Digital Law Library, etc.)

While Smart Communications' NOC, SE, QA and CSM staff work towards the completion of the second set of on-site Installation milestones, our Installation Team Members (ITMs) begin the installation of the hardware and additional materials delivered to the site location.

## Post-Installation Milestones|

Post-installation milestones are achieved during the project Execution, Monitor and Control, and Project Close phases and include:

1. Successful Installation of All Network and Inmate Hardware and Additional Site Materials
2. All Network and Inmate Hardware Installed is Identified, Labeled and Documented in the Site Equipment Inventory List
3. Completion of All Post-Installation Hardware/System Application Quality Assurance Tests to Verify Functionality
4. Completion of On-Site Training with Facility Staff User Groups (i.e., System Administrator, Supervisory General and Investigation Staff)
5. Completion of System(s) Cut-Over and Turn-Up
6. Initiation of 5-day Customer Acceptance Period*
7. Receipt of Confirmation/Acceptance of Proper System Functionality from the County's PL

CONFIDENTIAL        SMART-0005133

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## *Risk Mitigation Plan|*

Though standard project implementation/installation procedures are used, each project is unique and is subject to certain controllable and non-controllable risks as well as assumptions. Smart Communications has developed various risk mitigation plans to help ensure timely project completion, even when faced with challenges and unforeseen circumstances.

**Risk Description**: Equipment delivery issues (i.e., delivery delay, incorrect equipment is delivered, non-functional and/or non-conforming equipment)

**Risk Type**: Controllable

**Risk Impact**: May delay project completion timeline

**Risk Mitigation Strategy**: Our Provisioning Manager orders the necessary equipment shortly after receipt of the Notification of Award (NOA) to ensure it is delivered at the appropriate time. If there is a delivery delay or other problem with the equipment ordered by the Provisioning Manager, we can keep the project implementation on schedule by immediately fulfilling the equipment order from surplus inventory maintained at our warehouse.

**Risk Description**: Site readiness issues (i.e., age and condition of facility's network infrastructure or wiring)

**Risk Type**: Controllable

**Risk Impact**: May delay project completion as additional technicians may be required to repair, replace or upgrade existing infrastructure and/or wiring

**Risk Mitigation Strategy**: Shortly after contract award, our Project Manager and installation team will conduct a thorough site survey with the appropriate County staff member who can provide access to all areas throughout the facility in which network infrastructure and equipment will be deployed. During the site survey, the facility's existing network infrastructure and wiring will be inspected. If the site survey inspection reveals substantial infrastructure and wiring upgrades are needed, and such upgrades would create an unacceptable delay in project implementation, our Project Manager will arrange to subcontract these basic installation tasks to the local engineering/technical firm selected by the County. If subcontractors are used, such personnel will be subjected to thorough background screenings and will work in full compliance with all facility access policies and rules. All costs associated with infrastructure and wiring upgrades and the use of subcontractors are paid in full by Smart Communications.

**Risk Description**: Training issues (i.e., facility staff scheduling/availability, classroom availability, open internet accessibility)

**Risk Type**: Controllable

**Risk Impact**: Incomplete or insufficient training can prevent County staff from effectively using and taking advantage of all features and benefits of the technologies and services being provided.

**Risk Mitigation Strategy**: Upon award of contract, our Project Manager submits a training request to our Education and Client Services Director. Our Education and Client Services Director then assigns this request to the appropriate Instructor/Client Services team member. The Instructor/Client Services team member assigned to the training request will contact the appropriate County point of contact and conduct an initial interview to determine training needs. During this initial interview, the following topics will be discussed:

1. Introduction and general discussion of technologies and services to be provided
2. Identification of facility staff who will need to be trained in the use and operation of the technologies and services to be provided
3. Establishment of facility staff user permissions and roles (staff, staff administrator, investigator and system administrator)

CONFIDENTIAL                    SMART-0005134

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



As soon as the project implementation plan is finalized by the Project Manager and the system go-live/turn-up date has been established, the assigned Instructor/Client Services team member will communicate this information to the appropriate facility point of contact and set a firm on-site training date and location. To provide facility staff with the best training and transition experience possible, we recommend on-site training is scheduled for the day before or the day of the system go-live/turn-up date. This provides facility staff with the opportunity to immediately work with the systems in the facility itself. Furthermore, the Instructor/Client Services will remain on-site the day after training is conducted to provide staff with additional support.

In addition to on-site training, Client Services will provide remote, web-based training as needed. These online instructor-led training courses serve to introduce new County staff to Smart Communications' technologies and services or to refresh the knowledge base of or introduce new features to existing staff. Both on-site and remote training are available upon request at no cost throughout the contract term.

**Risk Description**: Implementation delay or service disruption caused by third-party network circuit/connection provider

**Risk Type**: Non-Controllable

**Risk Impact**: Like all inmate communications providers, we rely on third-party firms to provide the broadband network circuits and connection necessary for our technologies and services to operate. Implementation delays or service disruptions sometimes occur because these third-party providers, for reasons beyond our control, do not meet expected installation times or service levels.

**Risk Mitigation Strategy**: If any issues arise with provisioning these network circuits/connections, it is immediately escalated to our VP of Network Operations who will work with the third-party provider to resolve the issue as soon as possible and keep the County informed of the resolution status. Broadband circuits are a critical component required for the delivery/operation of the technologies and services we provide and typically involve the longest lead times. To help ensure project completion deadlines are met, these circuits are ordered immediately after receipt of NOA.

**Risk Description**: Delays in integrating required data feeds from the County's jail management system (JMS), commissary providers, inmate trust fund (ITF) or other third-party system vendor

**Risk Type**: Non-Controllable

**Risk Impact**: The ability to integrate the data feeds of the County's existing JMS, Commissary, ITF or other third-party jail system into our systems is dependent on the third-party's level of cooperation, as well as requirements that may be unique to their systems.

**Risk Mitigation Strategy**: Smart Communications has successfully interfaced our technologies and services with multiple local and nationally recognized third-party JMS, commissary, ITF and other jail system providers. With support for real-time modern SOAP and Restful Web Services, legacy flat file support including data translation and mapping tools, and over 30 years of experience, nearly any interface can be achieved by our software engineers and Network Operations Center (NOC) team. A specific team of software engineers and NOC staff will be assigned to the County. Among other things, this team will maintain a project interface log to build the design of the interface. All interfaces developed are rigorously performance tested by our in-house Quality Assurance (QA) team to ensure functionality prior to deployment.

CONFIDENTIAL            SMART-0005135

# CLAY COUNTY SHERIFF'S OFFICE
RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



# Exhibit G: Proposal Acknowledgement Form and Addendum

Inmate Communication Services                                RFP 23-0002

## PROPOSAL ACKNOWLEDGEMENT FORM

### Request for Proposal (RFP) #: 23-0002
### Project Name: Inmate Communication Services

All Proposers must register receipt of this solicitation with the CCSO. By completing and returning this form, you are registering receipt of this solicitation and requesting notification of Addenda that may be issued regarding this solicitation.

The CCSO will attempt to notify all prospective Proposers of any and all Addenda issued to the solicitation. However, it shall be the responsibility of the Proposer, prior to submitting their response, to either:

1. Visit (CCSO Purchasing) https://www.claysheriff.com/resources/purchasing  link to view the solicitation and download all issued Addenda; or

2. Contact contracts@claysheriff.com to determine if Addenda were issued.

Proposers must acknowledge or incorporate the Addenda into their response.

| | |
|---|---|
| COMPANY NAME: | Smart Communications |
| CONTACT PERSON: | Aaron Dexter |
| ADDRESS: | 10491 72nd St. |
| CITY, STATE AND ZIP: | Seminole, FL  33777 |
| PHONE NUMBER: | 888-253-5178 |
| FAX NUMBER: | 941-761-5448 |
| E-MAIL ADDRESS: | aaron.dexter@smartcommunications.us |

*SUBMIT THIS COMPLETED REGISTRATION FORM BY FAX - (904) 529-6482 OR BY EMAIL – CONTRACTS@CLAYSHERIFF.COM*

CONFIDENTIAL                                SMART-0005136

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**Addendum #1 – Issued 1/10/24**



**CLAY COUNTY SHERIFF'S OFFICE**
PROUDLY SERVING WITH HONOR AND COURAGE
SHERIFF MICHELLE COOK

**ADDENDUM 1**

**Request for Proposal (RFP) # 23-0002**

**Project Name: Inmate Communication Services**

**January 10, 2024**

**Special Note:** Amendments and questions are numbered sequentially through all issued addendums.

Amendment #1 to RFP 23-0002

Bottom paragraph of Page 5 referencing the pre-proposal conference shall be amended to reflect a January 17, 2024 date.

Amendment #2 to RFP 23-0002

Section 2.2 Statistical Information shall be amended to reflect the following:

2.2.2  Below are the statistics for phone usage during the period of September 2023 through November 2023 (3 months usage).

|  | Local | Intra-Lata | Inter-Lata | Interstate | International | Total |
|---|---|---|---|---|---|---|
| Total number of calls | 34,665 | 9,327 | 8,432 | 8,561 | 0 | 60,985 |
| Total duration of calls (in minutes) | 433,121 | 117,026 | 105,459 | 99,331 | 0 | 754,937 |
| Average number of calls per month | 11,555 | 3,109 | 2,811 | 2,854 | 0 | 20,328 |
| Average duration of calls per month (in minutes) | 144,374 | 39,009 | 35,153 | 33,110 | 0 | 251,646 |
| Average duration of each call (in minutes) | 12 | 13 | 13 | 12 | 0 | 12 |

2.2.3  During the period referenced in 2.2.2 above there were a total of 21,573 text messages sent. This is an average of 7,191 per month.

P.O. BOX 548 | Green Cove Springs, FL 32043-0548
(904) 264-6512 | (352) 473-7211 | (904) 284-0710 fax

www.claysheriff.com



CONFIDENTIAL                                        SMART-0005137

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





**CLAY COUNTY SHERIFF'S OFFICE**
**PROUDLY SERVING WITH HONOR AND COURAGE**
SHERIFF MICHELLE COOK

2.2.4  During this said period there were also 1,175 video visitations or an average of 392 per month.

## Question 1

Would the County please provide a copy of the agreement/contract and all amendments (if applicable) the County has executed with its incumbent Inmate Telephone System (ITS), Video Visitation System (VVS), Tablet and Mail Scanning Service provider(s)?

Response – Unable to provide, the contract is considered confidential by incumbent.

## Question 2

Would the County please provide their current ITS call and commission rates for each applicable call category/tariff type identified in the table below?:

| Call Category/Tariff Type | Call Rate/Min. | Commission Rate Percentage |
|---|---|---|
| Local -- Collect | | |
| IntraLata - Collect | | |
| InterLata – Collect | | |
| Interstate - Collect | | |
| International - Collect | | |
| Local -- Prepaid Collect | | |
| IntraLata - Prepaid Collect | | |
| InterLata – Prepaid Collect | | |
| Interstate - Prepaid Collect | | |
| International - Prepaid Collect | | |
| Local -- PIN Debit | | |
| IntraLata - PIN Debit | | |
| InterLata – PIN Debit | | |
| Interstate - PIN Debit | | |
| International - PIN Debit | | |

Response – Unable to provide, this data is considered to be confidential.

## Question 3

Will the County please provide a copies of Call Detail/Commission Summary Reports for the past three months which shows a breakdown of all ITS calls, minutes, commission rates and revenues?

Response – Revenue data will not be released, please refer to the chart in Section 2.2.2 above for other data.

P.O. BOX 548 | Green Cove Springs, FL 32043-0548
(904) 264-6512 | (352) 473-7211 | (904) 284-0710 fax

www.claysheriff.com

CONFIDENTIAL

SMART-0005138

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





### CLAY COUNTY SHERIFF'S OFFICE
**PROUDLY SERVING WITH HONOR AND COURAGE**
SHERIFF MICHELLE COOK

### Question 4

Will the County please provide their current VVS call and commission rates for each applicable call category/type identified in the table below?:

| VVS Call Category/Type | Call Rate/Min. | Commission Rate Percentage |
|---|---|---|
| On-site VVS | | |
| Remote VVS | | |

Response – Unable to provide, this data is considered to be confidential.

### Question 5

Will the County please provide copies of Call Detail/Commission Summary Reports for the past three months which shows a breakdown of all VVS calls, minutes, commission rates and revenues?

Response – All releaseable usage data is available in amended Section 2.2 referenced above.

### Question 6

1. Are inmate tablets currently installed at the facility? If so, will the County please provide the following information:
   a. How many inmate tablet devices are currently available in the facility
   b. How many inmate tablet charging stations/carts currently installed at the facility?
   c. What services (i.e. education, electronic messaging, entertainment, video visitation, etc.) are available on the tablet devices currently in use at the facility?

Response – Tablets are not currently used at the facility. This will be a new program within our facility.

### Question 7

Will the County please provide usage and revenue information for the past three months on any additional services such as inmate electronic messaging (aka email), entertainment, video messaging, etc?

Response – All releaseable usage data is available in amended Section 2.2 referenced above.

P.O. BOX 548 | Green Cove Springs, FL 32043-0548
(904) 264-6512 | (352) 473-7211 | (904) 284-0710 fax
www.claysheriff.com

WWW.SMARTCOMMUNICATIONS.US.   |   888-253-5178   |   10491 72ND ST. SEMINOLE, FL 33777   | Page 143 of 160
©2024 SMART COMMUNICATIONS

CONFIDENTIAL                                         SMART-0005139

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





**CLAY COUNTY SHERIFF'S OFFICE**
**PROUDLY SERVING WITH HONOR AND COURAGE**
SHERIFF MICHELLE COOK

### Question 8

How many inmate telephone stations are currently installed at the facility?

Response – There are currently 41 single receiver terminals in confinement and 6 dual receiver terminals in the visitation center.

### Question 9

Item #2.5.5. on page #17 of the RFP states that, "*CCSO requests one (1) ADA compliant kiosk in each dorm…*" Will the County please provide the number of facility dorms?

Response – Once the current constrcution is complete there will be 24.

### Question 10

Item #2.14.2 on page #27 of the RFP states that, "*Services must provide, free of charge, the ability for family members and friends to deposit money into an inmate's account by each of these three (3) methods: 1) Secure Website (credit/debit card); 2) Twenty-four (24) call center or toll free number (credit/debit card) and 3) Lobby Kiosk.*" Typically, vendors will access a fee that is regulated by the FCC on a monetary deposits to help offset transaction processing costs and/or equipment maintainance. Will the County please advise if the charging of deposit fees are allowable?

Response – Fees are not allowable. There should be no charge to family or friends for services.

### Question 11

Will the County please provide the name and contact information of their current Jail Management System (JMS) provider?

Response – Central Square Technologies

### Question 12

Will County please provide the name and contact information of their current Inmate Fund Accounts (IFA) provider?

Response – Swanson Services Corporation/Cobra Banking Systems

P.O. BOX 548 | Green Cove Springs, FL 32043-0548
(904) 264-6512 | (352) 473-7211 | (904) 284-0710 fax

www.claysheriff.com

CONFIDENTIAL                    SMART-0005140

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





**CLAY COUNTY SHERIFF'S OFFICE**
**PROUDLY SERVING WITH HONOR AND COURAGE**
SHERIFF MICHELLE COOK

Question 13

Will County please provide the name and contact information of their current Commissary services provider?

Response – Keefe Group

Question 14

After the first round of questions are answered, will the County accept additional questions if clarification is needed for any of the County's responses?

Response – Yes, Questions and follow ups are allowed until five (5) business days prior to Proposal Due Date.

P.O. BOX 548 | Green Cove Springs, FL 32043-0548
(904) 264-6512 | (352) 473-7211 | (904) 284-0710 fax

www.claysheriff.com

CONFIDENTIAL                                      SMART-0005141

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**Addendum #2 – Issued 1/25/24**



**CLAY COUNTY SHERIFF'S OFFICE**
PROUDLY SERVING WITH HONOR AND COURAGE
SHERIFF MICHELLE COOK

**ADDENDUM 2**

**Request for Proposal (RFP) # 23-0002**

**Project Name: Inmate Communication Services**

**January 25, 2024**

**Special Note:** Amendments and questions are numbered sequentially through all issued addendums.

Amendment #3 to RFP 23-0002

RFP 23-0002 Inmate Communication Services shall be amended to reflect a new Proposal Due Date of February 14, 2024.  (02/14/24)

P.O. BOX 548 | Green Cove Springs, FL 32043-0548
(904) 264-6512 | (352) 473-7211 | (904) 284-0710 fax
www.claysheriff.com

CONFIDENTIAL                    SMART-0005142

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**Addendum #3 – Issued 1/30/24**



**CLAY COUNTY SHERIFF'S OFFICE**
**PROUDLY SERVING WITH HONOR AND COURAGE**
SHERIFF MICHELLE COOK

## ADDENDUM 3

### Request for Proposal (RFP) # 23-0002
### Project Name: Inmate Communication Services
### January 30, 2024

**Special Note:** Amendments and questions are numbered sequentially through all issued addendums.

(Continued from Addendum #2)

Question 15
Please provide a copy of all current contracts and amendments pertaining to all services under this RFP.

Response – A copy of the current contract and all associated addenda will be posted to the CCSO website following the posting of this Addendum.

Question 16
Does the County receive commissions on revenue generated by interstate calls today?

Response – Yes, currently the CCSO receives commission on ALL call types.

Question 17
Does the County require that proposals include commissions on interstate calls?

Response – This is preferred.

Question 18

Will the County allow for a proposal to present multiple pricing options for the County's consideration?

Response – Yes, multiple options are acceptable and encouraged. Each offer should be completed on a separate page (Page 1 of Cost/Fee Schedule) but only one signature page is required.

P.O. BOX 548 | Green Cove Springs, FL 32043-0548
(904) 264-6512 | (352) 473-7211 | (904) 284-0710 fax
www.claysheriff.com

CONFIDENTIAL                    SMART-0005143

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





### CLAY COUNTY SHERIFF'S OFFICE
**PROUDLY SERVING WITH HONOR AND COURAGE**
SHERIFF MICHELLE COOK

### Question 19

Please provide a breakdown by housing unit of the inmate capacity in each. The inmate capacity for each cell block is necessary for determining network requirements and charging stations needed to support the tablets.

Response – See graph below:

| UNIT | # HOUSED | | UNIT | # HOUSED | | UNIT | # HOUSED |
|------|----------|--|------|----------|--|------|----------|
| A | 50 | | C | 34 | | F1 | 10 |
| B1 | 10 | | D1 | 78 | | F2 | 27 |
| B2 | 23 | | D2 | 78 | | F3 | 10 |
| B3 | 10 | | E1 | 13 | | F4 | 12 |
| B4 | 10 | | E2 | 12 | | G1 | 20 |
| B5 | 23 | | E3 | 28 | | G2 | 60 |
| B6 | 14 | | E4 | 10 | | H1 | 55 |
| Medical | 14 | | | | | H2 | 20 |

| | |
|--|--|
| 2ND FLOOR ADDITION | 24 |
| 3RD FLOOR ADDITION | 70 |

TOTAL POPULATION     715

### Question 20

Please provide a breakdown of the inmate population, in percentages or actual numbers, by local, DOC, or other agency.

Response – This is an ever changing number. Currently, there are 451 local inmates, 21 DOC inmates and 0 from other agencies.

### Question 21

In order to ensure a level playing field for all bidders, please confirm that the successful vendor must provide new equipment. Also, please verify that this applies to both new potential bidders and the incumbent provider.

Response – Yes, All equipment provided for these services is to be new, regardless of provider.

P.O. BOX 548 | Green Cove Springs, FL 32043-0548
(904) 264-6512 | (352) 473-7211 | (904) 284-0710 fax
www.claysheriff.com

CONFIDENTIAL                    SMART-0005144

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





**CLAY COUNTY SHERIFF'S OFFICE**
**PROUDLY SERVING WITH HONOR AND COURAGE**
SHERIFF MICHELLE COOK

Question 22

Please provide the schedule in which the inmates have access to the inmate phones.

Response – Program usage hours are currently set to be 8 AM to 10 PM seven days a week.

Question 23

What limits does the County place, if any, on use of the services in this RFP –maximum number of onsite visits allowed per week (or other interval), remote visits per week, calls per week, minutes per call/visit, etc?

Response – Maximum of two (2 ) onsite visits per week, no limit on remote visits, no limit on calls per week. Calls are purchased in twenty (20) minute blocks. Visitations are in twenty (20) or forty (40) minute blocks.

Question 24

Mail scanning is a required service listed under Section 2.10 on RFP p. 23. What is the average number of inmate mail pieces received daily? Of these, what percentage are legal mail?

Response – An average of 20 pieces of mail are processed by the vendor, daily. Legal mail is currently delivered directly to the detention facility. We prefer vendor to process ALL inmate mail in the future.

Question 25

Section 2.12.2 on RFP p. 25 requires "Law Library Access" on the tablets. Do you have a subscription to a law library service today, or is the vendor expected to provide the law library subscription?

Response – CCSO does not have a subscription. This will be the responsibility of the vendor.

Question 26

Section 3.2 on RFP p. 29 outlines several items that will be considered in the evaluation of proposals. Will the County please provide weights for each of the criteria?

P.O. BOX 548 | Green Cove Springs, FL 32043-0548
(904) 264-6512 | (352) 473-7211 | (904) 284-0710 fax

www.claysheriff.com

CONFIDENTIAL                                SMART-0005145

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





**CLAY COUNTY SHERIFF'S OFFICE**
**PROUDLY SERVING WITH HONOR AND COURAGE**
SHERIFF MICHELLE COOK

Response – See table below:

| Evaluation Criteria | Weight |
| --- | --- |
| 1. Understanding of the Project and Requirements | 10 |
| 2. Methodology and Management Plan for the Project | 20 |
| 3. Experience and Qualifications | 20 |
| 4. Contract Value / Commission Rates | 50 |

### Question 27

Can the County provide further information regarding station-to-station calls, what it entails, etc.?

Response – Station-to-Station calls are identified as calls that begin as soon as the other party answers. On a person-to-person call, the operator will announce the call and ask for the specific person the inmate is attempting to reach. Charging won't begin until the specific party comes on the line.

### Question 28

We understand that the County plans to transition to handset-free devices. Is it your intention for the awarded vendor to get rid of handsets with the initial install of services under this RFP or to install handsets initially and then take them out and replace them with tablets at some point in the future. If the latter, how far down the road to expect this to take place?

Response – It is the intent of the CCSO that all wall mounted telephones, with the exception of those in the booking area, be removed from jail and be replaced by tablets, portable phones, and kiosks in the types and quantities as outlined in the response to Question 30 below.

### Question 29

Section 2.3.14 on p. 15 requires contact information for "each of the customers [the vendor has] provided the Services to in the last three (3) years," while the Reference List Form on p. 47 requires this information for just 5 customers. Will the 5 references on the Reference List Form be sufficient to meet the requirement on p. 15.

Response – If the five (5) references listed on the Reference List Form are Customers that the Vendor has provided the same or like services to then this will be sufficient.

P.O. BOX 548 | Green Cove Springs, FL 32043-0548
(904) 264-6512 | (352) 473-7211 | (904) 284-0710 fax

www.claysheriff.com



CONFIDENTIAL                          SMART-0005146

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





**CLAY COUNTY SHERIFF'S OFFICE**
**PROUDLY SERVING WITH HONOR AND COURAGE**
SHERIFF MICHELLE COOK

Question 30

Please clarify the quantities of equipment required for each type (as applicable):

  a. Inmate telephones 4 each (only in Booking area, 2 in each cell)
  b. TDD/TTY devices All kiosks
  c. VRS devices All kiosks
  d. Visitation phones (connected to the inmate phone system) Phones should be a part of the video visitation kiosks.
  e. Cart phones - 0
  f. Hands-free inmate phones - 0
  g. Portable cordless phones – 6 (4 for C wing (confinement) and 2 for Medical).
  h. Enclosures / pedestals (specify type) - 0
  i. Workstations - 0
  j. Wireless inmate tablets – One per inmate plus ten percent (10%) for population spikes, failures, etc. Beginning quantity to be estimated at 495 units. An ADP of 450 inmates plus the 10%. As the jail expansion is completed later this year this number will increase to a maximum amount of 788 tablets.
  k. Wireless access points – To be determined by Vendor needs.
  l. Cell phone detection devices – Vendor should give details on what is available in the response.
  m. Video visitation kiosks – inmate – At project startup - 25 total wall mounted units
    A - Wing = 1    Multiuse dorm = 1    Booking = 1
    B – Wing = 6 (one in each cellblock)    D – Wing = 4 (two in each cellblock)
    E – Wing = 4 (one in each cellblock)    F – Wing = 4 (one in each cellblock)
    G – Wing = 2 (one in each cellblock)    H – Wing = 2 (one in each cellblock)
  n. Video visitation kiosks – visitor building – 6 total
  o. Lobby kiosk - Kiosk in Lobby is for Inmate Fund Accounts only. Not a part of this RFP other than to be compatible.
  p. Other kiosks (specify type) – None
  q. Other equipment (specify type) - None

  Response – See data above for required types and quantities.

Question 31

Section 2.3.6 states Four (4) kiosks in jail booking area. Will the County please confirm how many of the 4 kiosks are used for the actual Booking/Intake process? In addition, please confirm the number of lobby kiosk, related to trust deposit, currently in place today?

  Response – This is an error in the RFP. There will be just one (1) kiosk in the jail booking area used for Inmate Communications. The others referenced are for monetary transactions within the Inmate Fund Accounts (IFA) system and not a part

P.O. BOX 548 | Green Cove Springs, FL 32043-0548
(904) 264-6512 | (352) 473-7211 | (904) 284-0710 fax

www.claysheriff.com

CONFIDENTIAL   SMART-0005147

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





**CLAY COUNTY SHERIFF'S OFFICE**
**PROUDLY SERVING WITH HONOR AND COURAGE**
SHERIFF MICHELLE COOK

of the Inmate Communications System. There is one (1) kiosk in the lobby for trust (IFA) deposits as well.

### Question 32
The Calendar of Events section states the contract award date of March 1, 2024, and the services estimated start date of March 15, 2024. The period of 15 calendar days between award of contract and provision of service is feasible only with the incumbent vendor will you accept alternate implementation timelines?

Response – With the Proposal Due Date being extended all other dates will be adjusted as well. CCSO acknowledges the complexity of the Services and time needed for Vendors to acquire the necessary resources therefore, the actual services start date will be negotiated with the awarded vendor as necessary.

### Question 33
We respectfully request that the County extend the bid submission date by two weeks from when the final vendor question responses will be provided. This would allow vendors to have an adequate opportunity to review answers to questions that are currently only known to the incumbent provider. The current schedule accepts questions until 01/26/24, which is only 3 – 4 business day(s) prior to when vendors will need to ship their proposals.

Response – Given the quantity and depth of the questions submitted by vendors, CCSO shall extend the Proposal Due Date by an additional fourteen (14) days.

### Amendment #3 to RFP 23-0002

Proposal Due Date shall now be 02/14/2024.

### Question 34
Within the evaluation criteria, what is the distribution of points related to each of the evaluation criteria and how are these points calculated? What is the distribution of points related to the offered commission versus rates and how are these points calculated?

Response – Refer to response for Question 26 above and the following formula information.

The distribution of points based on commission will be determined as shown in the example below. The Proposal which provides the highest commission will receive the maximum number of points allocated to commission.

P.O. BOX 548 | Green Cove Springs, FL 32043-0548
(904) 264-6512 | (352) 473-7211 | (904) 284-0710 fax

www.claysheriff.com

CONFIDENTIAL                          SMART-0005148

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





**CLAY COUNTY SHERIFF'S OFFICE**
**PROUDLY SERVING WITH HONOR AND COURAGE**
SHERIFF MICHELLE COOK

EXAMPLE
**Formula Used to Convert Cost to Points**

**STEP 1.** List all Proposal per minute charges and Commission rates.

**STEP 2.** Multiply Proposer's Commission by their rate to determine CCSO's share of each minute.

**STEP 3.** Convert Commission to points using this formula:
[(Highest CCSO Share of Minute) x (Maximum Points for Cost)] ÷ (Applicable Proposer CCSO Share of Minute) = POINTS

Example:

This RFP allots 50% (50 points) for cost.

Proposer #1 – Charges $1.05 per minute; Commission 60% = .63 Commission
Proposer #2 – Charges $.8 per minute; Commission 70% = .56 Commission
Proposer #3 – Charges $1.2 per minute; Commission 40% = .48 Commission

**Proposer #1 receives 50 points.**
[($.63) x (50)]/($.63) = 50

**Proposer #2 receives 44.44 points.**
[($.63) x (50)]/($.56) = 44.44

**Proposer #3 receives 38.10 points.**
[($.63) x (50)]/($.48) = 38.10

Question 35
Will the County agree to accept a digital scan or stamped signature for this proposal response in lieu of a pen ink signature?

Response – No, at this point CCSO still requires original "wet" signatures on all proposals.

Question 36

P.O. BOX 548 | Green Cove Springs, FL 32043-0548
(904) 264-6512 | (352) 473-7211 | (904) 284-0710 fax
www.claysheriff.com

CONFIDENTIAL   SMART-0005149

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





**CLAY COUNTY SHERIFF'S OFFICE**
**PROUDLY SERVING WITH HONOR AND COURAGE**
SHERIFF MICHELLE COOK

Section 2.8.5 states equipment recording calls must be located within the Clay County Jail. Since all vendors have transitioned to cloud-based platforms, will the County please confirm that Clay County will accept off-site recording systems?

Response – It is understood and acceptable that off-site recording systems be used provided CCSO Staff and Investigators have ready access to such system(s).

## Question 37

Will the County please confirm if multiple offers are allowed and if multiple pricing/commission forms and signatures are required per offer?

Response – Similar to Question 18. Yes, multiple offers are acceptable. Each offer should be completed on a separate page (Page 1 of Cost/Fee Schedule) but only one signature page is required.

## Question 38

Will the County please provide the annual number of all trust deposits and amounts, minus any vendor fees?

Response – For the period Jan. 1 through Dec. 31, 2024 there were 2166 transactions for a total deposit amount of $309,612.89. It needs to be noted that the IFA process will not be replaced by this RFP or the resulting contract. Proposed ITS must be capable of integrating with the current IFA system only.

## Question 39

Will the County please confirm the contact's name, phone number, and address vendors need to address proposals to?

Response – Please refer to page 2 of RFP regarding instructions for delivery of Proposals.

Contact Information:

John Householder
Contracts Analyst
Clay County Sheriff's Office
901 N. Orange Avenue
Green Cove Springs, FL 32043
(904) 529-6033

P.O. BOX 548 | Green Cove Springs, FL 32043-0548
(904) 264-6512 | (352) 473-7211 | (904) 284-0710 fax

www.claysheriff.com

CONFIDENTIAL                SMART-0005150

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





**CLAY COUNTY SHERIFF'S OFFICE**
**PROUDLY SERVING WITH HONOR AND COURAGE**
SHERIFF MICHELLE COOK

Question 40
With regards to Question 1 provided by Clay County on January 10, 2024 stating the requested data (copy of the agreement/contract and all amendments the County has executed with its incumbent Inmate Telephone System (ITS), Video Visitation System (VVS), Tablet and Mail Scanning Service provider) is unable to be provided as the data is considered to be confidential.

Response – Update for Question 1 - A copy of our current contract and associated addenda will be posted on our website following this addendum.

Question 41 - With regards to Questions 2, 4, 5 and 7 provided by Clay County on January 10, 2024 stating the requested data is unable to be provided as the data is considered to be confidential. It is our understanding that under Section 119 Florida Statute (Public Records) this data does not fall under items able to be considered confidential.

Response – Question 2 - Updated response below

| Call Category/Tariff Type | Call Rate/Min. | Commission Rate Percentage |
|---|---|---|
| Local -- Collect | .16 per minute | 89 % |
| IntraLata - Collect | .16 per minute | 89 % |
| InterLata – Collect | .16 per minute | 89 % |
| Interstate - Collect | .21 per minute | 89 % |
| International - Collect | | |
| Local -- Prepaid Collect | .16 per minute | 89 % |
| IntraLata - Prepaid Collect | .16 per minute | 89 % |
| InterLata – Prepaid Collect | .16 per minute | 89 % |
| Interstate - Prepaid Collect | .21 per minute | 89 % |
| International - Prepaid Collect | | |
| Local -- PIN Debit | .16 per minute | 89 % |
| IntraLata - PIN Debit | .16 per minute | 89 % |
| InterLata – PIN Debit | .16 per minute | 89 % |
| Interstate - PIN Debit | .21 per minute | 89 % |
| International - PIN Debit | | |

Question 4 - Updated response below:

| VVS Call Category/Type | Call Rate/Min. | Commission Rate Percentage |
|---|---|---|
| On-site VVS | .47 per minute | 20% if total qty. > 350 per month |
| Remote VVS | .47 per minute | 20% if total qty. > 350 per month |

Question 5 and Question 7 - Latest reports will be posted on CCSO website following this Addendum.

P.O. BOX 548 | Green Cove Springs, FL 32043-0548
(904) 264-6512 | (352) 473-7211 | (904) 284-0710 fax

www.claysheriff.com

CONFIDENTIAL

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





**CLAY COUNTY SHERIFF'S OFFICE**
**PROUDLY SERVING WITH HONOR AND COURAGE**
SHERIFF MICHELLE COOK

### Question 42

2.3.14 The Vendor shall provide a list of each of the customers they have provided the Services to in the last three (3) years, to include customers name, address, telephone number, contact name, and telephone number. Customers on this list will be contacted to verify the Vendor's ability to satisfactorily provide Services. IT IS NOT ACCEPTABLE FOR VENDORS TO RESPOND THAT CUSTOMER REFERENCES ARE PROPRIETARY INFORMATION. FAILURE TO PROVIDE THIS INFORMATION MAY CAUSE YOUR PROPOSAL TO BE REJECTED AS NON-RESPONSIVE.

This seems to refer to two items: (1) The references (References List Form), which we provide for you to contact, and (2) The three-year client list.

We consider the references non-proprietary, but we do consider the Client List as trade secret Proprietary and Confidential information. If we mark the client list as confidential, will that make us non-responsive?

In other words, are you requiring that both items be non-proprietary/non-confidential?

> Response – In addition to Question 29 response, Client list may be marked as "Confidential" and will be considered as such. CCSO shall only use information from this list as a means to contact customers the Proposer has provided Services to in the past. Vendor will NOT be considered non-responsive.

### Question 43

Will the County please confirm if fees are allowed for deposits per the FCC?

> Response - Yes, and Proposer should list those fees in their Proposal.

### Question 44

Will the County confirm vendor responses are only to include Section Two Scope of Work and Appendix A Required Forms?

> Response – Vendor responses must include Section Two Scope of Work and Appendix A Required Forms at a minimum. Proposers are encouraged to submit as much additional information as desired in order to assist CCSO in the review and evaluation process.

P.O. BOX 548 | Green Cove Springs, FL 32043-0548
(904) 264-6512 | (352) 473-7211 | (904) 284-0710 fax
www.claysheriff.com

CONFIDENTIAL     SMART-0005152

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES





**CLAY COUNTY SHERIFF'S OFFICE**
**PROUDLY SERVING WITH HONOR AND COURAGE**
SHERIFF MICHELLE COOK

### Question 45

Page 17 – 2.4.21. Regarding the 30-day accumulated account balance, can the county please clarify if this is for direct billed customers only? Would a current account balance suffice?

> Response – Yes this is for direct billed customers. Yes, a current balance should be sufficient. We choose to provide this service to an inmate's friends and family as a courtesy.

### Question 46

Page 19 – 2.8.1 – View, monitor, and record all calls and video visitations. Will the county please clarify the county's definition of 'other select telephones outside the facility'? Please provide examples of how this might be used.

> Response – The phones referenced are to be used by Investigators when they may be off site. Examples - at another CCSO location or remotely via their agency issued cell phone.

### Question 47

Page 27 – 2.14.4 Regarding the payments/transactions, (the ability to view and cancel incoming payments, download payment files, download monthly reports, and investigate and supervise payments) will the county please clarify to what types of payments/transactions this request is pertaining? Will the county please give more detail regarding this request?

> Response – This is to allow CCSO to review payments/transactions as part of an investigation or for disciplinary actions; allowing for the review of who was contacting inmates for investigative purposes and cancel or postpone requests as needed for disciplinary actions.

P.O. BOX 548 | Green Cove Springs, FL 32043-0548
(904) 264-6512 | (352) 473-7211 | (904) 284-0710 fax

www.claysheriff.com

CONFIDENTIAL SMART-0005153

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



**Addendum #4 – Issued 2/6/24**



**CLAY COUNTY SHERIFF'S OFFICE**
**PROUDLY SERVING WITH HONOR AND COURAGE**
SHERIFF MICHELLE COOK

**ADDENDUM 4**

**Request for Proposal (RFP) # 23-0002**

**Project Name: Inmate Communication Services**

**February 06, 2024**

**Special Note:** Amendments and questions are numbered sequentially through all issued addendums.

Question #48

Addendum 3 #30 states "All kiosks" in response to "b. TDD/TTY devices." This is technically impossible, as TDD/TTY is an analog service. Please clarify, are you simply looking for devices to provide appropriate accommodations to comply with ADA requirements – for example, by supplying VRS on the tablets and TDD/TTY devices for use with inmate telephone services?

Response – Your explanation is acknowledged. Vendors must comply with all ADA requirements as stated in subsections 2.3.6 and 2.5.5 as well as section 2.6 of the RFP.

Amendment to Response on Question 34

The example shown for calculation of points shall be amended to the following:

**Proposer #1 receives 50 points.**
$[(\$.63) \times (50)]/(\$.63) = 50$

**Proposer #2 receives 44.44 points.**
$[(\$.56) \times (50)]/(\$.63) = 44.44$

**Proposer #3 receives 38.10 points.**
$[(\$.48) \times (50)]/(\$.63) = 38.10$

P.O. BOX 548 | Green Cove Springs, FL 32043-0548
(904) 264-6512 | (352) 473-7211 | (904) 284-0710 fax
www.claysheriff.com

CONFIDENTIAL                    SMART-0005154

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



## Exhibit H: Confidential Information Notice

The table below identifies all information contained in Smart Communications proposal response to Clay County Sheriff's Office RFP #23-002 for the provisioning of Inmate Communication Services for the Clay County Jail to we deem to be confidential.

Please note that for the County's convenience, confidential information contained in our proposal has not been completely marked nor separated as such actions would diminish the document's readability and thus make it more difficult to evaluate effectively.

Instead, we have enclosed a "redacted" copy in both print and electronic formats in which all confidential information has been removed.

**IMPORTANT NOTE**: *To protect our proprietary business information, we respectfully request that only the "redacted" copy of proposal be made available for public inspection/disclosure.*

| CONFIDENTIAL INFORMATION LIST | | |
|---|---|---|
| **Section** | **Page #** | **Confidential Information Description** |
| 2.3 Vendor Requirements, 2.3.12 | 13 | Proprietary Client Partner Details |
| 2.3 Vendor Requirements, 2.3.14 | 17-18 | Proprietary Client Partner Details |
| 2.4 Inmate Telephone System (ITS) Features and Functionality, 2.4.13 | 20 | Proprietary SmartEcosystem™ Dashboard (Admin Console) Phone Schedule Screenshot |
| 2.5 Telephone/Kiosk Equipment Requirements, 2.5.8 | 24-25 | Proprietary SmartKiosk™ Device Specifications and Equipment Photo |
| 2.8 Monitoring and Recording Requirements, 2.8.7 | 30 | Proprietary SmartEcosystem™ Dashboard (Admin Console) Call Search Screenshot |
| 2.8 Monitoring and Recording Requirements, 2.8.11 | 30-32 | Proprietary SmartLink™ Investigator Analysis Screenshots |
| 2.8 Monitoring and Recording Requirements, 2.8.14 | 33 | Proprietary SmartEcosystem™ Dashboard (Admin Console) Live Monitor Screenshots |
| 2.8 Monitoring and Recording Requirements, 2.8.18 | 34-35 | Proprietary SmartLink™ Investigator Details and Screenshot |
| 2.8 Monitoring and Recording Requirements, 2.8.18 | 36-37 | Proprietary SmartEcosystem™ Dashboard (Admin Console) Recording Transcription Screenshots |
| 2.8 Monitoring and Recording Requirements, 2.8.18 | 39 | Proprietary SmartEcosystem™ Dashboard (Admin Console) Call Search Screenshot |
| 2.9 Video Visitation System (VVS), 2.9.2 | 41-43 | Proprietary SmartEcosystem™ Dashboard (Admin Console) VVS Live Monitor Screenshots |
| 2.9 Video Visitation System (VVS), 2.9.6 | 44-45 | Proprietary SmartEcosystem™ Dashboard (Admin Console) VVS Scheduling and Disable Setting Screenshots |
| 2.9 Video Visitation System (VVS), 2.9.6 | 46 | Proprietary SmartEcosystem™ Dashboard (Admin Console) VVS Scheduling Screenshots |

CONFIDENTIAL

# CLAY COUNTY SHERIFF'S OFFICE

RESPONSE TO RFP #23-0002
INMATE COMMUNICATION SERVICES



| 2.10 Inmate Postal Mail System (IPMS), | 50 | Proprietary SmartEcosystem™ Dashboard (Admin Console) Mail Search Screenshot |
| --- | --- | --- |
| 2.11 Inmate Email and Text Messaging, 2.11.1 | 51 | Proprietary SmartEcosystem™ Dashboard (Admin Console) Messaging Viewer Screenshot |
| 2.11 Inmate Email and Text Messaging, 2.11.1 | 52-53 | Proprietary Attorney Messaging with eSignature Feature Screenshots |
| 2.11 Inmate Email and Text Messaging, 2.11.3 | 54 | Proprietary SmartEcosystem™ Dashboard (Admin Console) Photo Viewer Screenshot |
| 2.11 Inmate Email and Text Messaging, 2.11.4 | 56 | Proprietary SmartEcosystem™ Dashboard (Admin Console) Message Translation Screenshots |
| 2.12 Inmate Tablets and Applications, 2.12.2 | 58 | Proprietary SmartTablet™ Device User Interface Screenshot |
| 2.12 Inmate Tablets and Applications, 2.12.7 | 60 | Proprietary SmartTablet™ Device Specifications and Hardware Images |
| Appendix A: Required Forms, Reference Form List | 76 | Proprietary Client Partner Details |
| Appendix A: Required Forms, Vendor Questionnaire | 77 | Proprietary Company Financial Details |
| Appendix A: Required Forms, Cost Proposal/Financial Offer Overview | 89 | Proprietary SmartEcosystem™ Dashboard (Admin Console) VVS Live Monitor Screenshots |
| Appendix A: Required Forms, Cost Proposal/Financial Offer Overview | 90 | Proprietary SmartEcosystem™ Dashboard (Admin Console) Messaging Viewer Screenshot |
| Appendix A: Required Forms, Cost Proposal/Financial Offer Overview | 91 | Proprietary Attorney Messaging with eSignature Feature Screenshots |
| Appendix A: Required Forms, Cost Proposal/Financial Offer Overview | 95-96 | Proprietary SmartKiosk™ and SmartTablet™ Device Specifications and Hardware Images |
| Exhibit A: Confidential Client Partner List and Testimonials | 102-114 | Proprietary Client Partner Details |
| Exhibit C: Confidential Financial Statements | 123-128 | Proprietary Company Financial Details |
| Exhibit D: Confidential Litigation Matters | 129 | Proprietary Company Litigation Details |
| Exhibit E: Service Escalation Matrix and Maintenance Plan | 132 | Proprietary SmartEcosystem™ Dashboard (Admin Console) Ticketing System Screenshot |

CONFIDENTIAL                    SMART-0005156

# EXHIBIT 18

THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

JONATHAN LOGAN and SMART
COMMUNICATIONS HOLDING, INC ,

     Plaintiffs

v                                                     CASE NO   2023-CA-001002

JANICE LOGAN, individually and as Trustee
of the James Logan Family Trust dated
February 10, 2021 and ALEXIS LOGAN,
individually,

     Defendants

_____/        CONSOLIDATED WITH

JANICE LOGAN, as Trustee of the James
Logan Family Trust, dated February 10, 2021,

     Plaintiff,

v                                                     CASE NO   2023-CA-001280

JONATHAN D  LOGAN and SMART
COMMUNICATIONS HOLDING, INC ,
nominal defendant, and LOCO FLORIDA, LLC,
nominal defendant,

     Defendants

_____/

**ORDER ON JANICE LOGAN'S MOTION TO APPOINT A**
**TEMPORARY CUSTODIAN AND FOR CONTEMPT**

**THIS MATTER** came before the Court for hearing on December 6, 2023 on the *Motion to*

*Appoint a Temporary Custodian and for Contempt* ("Contempt Motion") filed by JANCE LOGAN,

individually and as Trustee of the James Logan Family Trust dated February 10, 2021 ("Janice"), and

1

the Court, having reviewed the Contempt Motion and the Smart Parties'[1] Response thereto, having heard the arguments of counsel, and otherwise being advised fully in the premises, it is hereby

**ADJUDGED**

1      Without admission of any liability or wrongdoing whatsoever, Jonathan Logan ("Jon"), Smart Communications Holding, Inc ("Smart Communications"), and Smart Communications Holding, LLC, a Delaware limited liability company ("Smart Delaware") hereby stipulate as follows

    a   Jon, Smart Communications, and Smart Delaware, agree that they will take no action to cause Smart Communications or Smart Delaware to pay licensing and/or royalty fees for its use of intellectual property owned by HLFIP, LLC, except as may be permitted by further Court Order on proper motion and notice  This includes Jon agreeing not to allow any entity he owns or controls from paying such licensing and/or royalty fees

    b   Jon, Smart Communications, and Smart Delaware agree that they will take no action to cause any payment, or any other action that is outside the ordinary course of business, by Smart Communication or Smart Delaware, other than those as have been made in the usual and ordinary course of business (such as to Yacht), to be made to any entity owned or controlled by Jon, except as may be permitted by further Court Order on proper motion and notice

    c   Smart Communications Holding LLC, a Delaware limited liability company ("Smart Delaware") agrees to submit to the jurisdiction of this Court and shall be made party defendant in CASE NO   2023-CA-001280

    d   Janice shall be entitled to access to the books and records of Smart Delaware to the same extent to which she would be entitled to access to books and records of Smart

---

[1] Collectively, Jonathan Logan, Smart Communications Holding, Inc  and Loco Florida, LLC

2

Communications in accordance with, and without limitation to, chapter 607, Florida Statutes Historical books and records of both Smart Communications and Smart Delaware shall be provided no later than December 24, 2023

2  Except as stated herein, nothing herein shall prejudice any of the rights of the parties to take further action or seek further relief from this Court, including to modify or expire the terms set forth herein or as may otherwise be appropriate

**DONE AND ORDERED** in Chambers, at Sarasota County, Florida, on this ___15th___ day of December, 2023

HONORABLE HUNTER W CARROLL
Circuit Court Judge

Copies furnished to Counsel of Record

#12285772 v2

# EXHIBIT 19

IN THE TWELFTH JUDICIAL CIRCUIT COURT
IN AND FOR SARASOTA COUNTY, FLORIDA

JONATHAN LOGAN,
SMART COMMUNICATIONS
HOLDING INC,
JANICE LOGAN,
            Plaintiff,

v.                                        CASE NO.  2023 CA 001002 NC
                                              DIVISION C CIRCUIT

JANICE LOGAN,
JANICE LOGAN AS TRUSTEE OF
THE JAMES LOGAN FAMILY
TRUST DATED FEBRUARY 19 2021,
ALEXIS LOGAN,
JONATHAN D LOGAN,
SMART COMMUNICATIONS
HOLDING INC,
LOCO FLORIDA LLC,
SMART COMMUNICATIONS
HOLDING INC,
HLFIP HOLDING LLC,
            Defendant.
_____

**ORDER BIFURCATING PHASE 2 TRIAL**

Previously, the Court severed the counts associated with the validity of the purported Shareholders Agreement for Smart Communications Holding, Inc. ("SmartComm") from the other aspects of the lawsuit. The Court conducted a 3-day nonjury trial, colloquially described as the Phase 1 trial.

In a nutshell, the Court found in Phase 1 that the purported Shareholders Agreement dated September 23, 2022, was invalid and unenforceable. The Court further found there was no Shareholders Agreement between the two 50% shareholders of SmartComm's stock: (1) Jonathan D. Logan; and (2) Janice Logan, as Trustee of the James Logan Family Trust, dated February 10, 2021. The Court entered final judgment following the Phase 1 trial [DIN 652].

The Court previously set Phase 2 trial to address all remaining matters for the trial period beginning January 27, 2025. There has been substantial change to the nature of this lawsuit since Phase 1 trial.

Critically, Janice Logan, as Trustee of the James Logan Family Trust—a 50% owner of SmartComm—filed a Second Amended Complaint that contained a count seeking judicial

Page 1 of 7

dissolution of SmartComm. Then SmartComm filed its election pursuant to section 607.1436, Florida Statutes, to purchase the shares at fair value that are owned by Janice Logan, as Trustee of the James Logan Family Trust.

The statutory time frame for negotiating has elapsed. This leaves the Court with the obligation to determine the fair value of the shares. Section 607.1436(4) directs the valuation date to be "the day before the date on which [the judicial dissolution petition] was filed or such other date as the court deems appropriate under the circumstances." Unless the Court identifies "such other date," the valuation date would be May 28, 2024.

Trustee Janice Logan filed an amended motion seeking two basic items [DIN 827]. *First*, she seeks for the Court to set the "such other date" for valuation to be February 27, 2023, the date Jonathan Logan and SmartComm filed their original lawsuit. *Second*, she seeks to have all matters in all operative pleadings resolved during the existing trial period beginning on January 27, 2025.

Jonathan Logan, who is the other 50% owner of SmartComm and is its incumbent management, opposes those requests. Jonathan Logan and SmartComm strongly contend the specific date identified in statute should be the valuation date. Alternatively, they contend that if the Court were to depart from the statutorily prescribed date and select "such other date," they would then contend a separate, yet unspecified date that corresponds to federal action regulating the field in which SmartComm operates, should be the "such other date." Specifically, they identify that President Biden in January 2023 signed the Martha Wright-Reed Just and Reasonable Communications Act of 2022 into law that directed the FCC to ensure charges for audio or video communications services used by inmates be reasonable. The FCC has been in rule-making mode since then, which according to SmartComm may adversely affect its revenues. Further, Jonathan Logan and his other entities involved in this case seek to cancel the existing trial date [DIN 843, 852].

While Janice Logan argued the Court can determine the valuation date now, the Court believes it better for there to be an evidentiary hearing on the issue of the correct valuation date. The Court understands that it conducted the Phase 1 trial; however, that trial did not focus on the proper valuation date. The Court believes it prudent under these circumstances to address the valuation date directly and allow the parties an opportunity to present evidence to that issue.

There is a separate core issue framed by the pleadings that could substantially impact value: the viability of the claimed royalty due to HLFIP Holdings, LLC from SmartComm. As HLFIP sees it "the Court must decide (1) whether HLFIP owns some or all the intellectual property that SmartComm uses to provides services to correctional facilities across the country and (2) the royalty that HLFIP is owned for the intellectual property that it owns and licenses to SmartComm." [DIN 821, p. 5]. The Court will shorthand this as the "license/royalty" issue. The HLFIP entity is 100% owned and controlled by Jonathan Logan.

While the Court could direct the parties' experts to prepare multiple valuations for multiple valuation dates, the existence of the "license/royalty" issue would further require additional valuation assumptions that could substantially impact the analysis.

Filed 11/25/2024 08:14 AM - Karen E. Rushing, Clerk of the Circuit Court, Sarasota County, FL

For those reasons, the Court will bifurcate the Phase 2 trial. Part 1 of the Phase 2 trial will focus on: (1) the proper valuation date; and (2) the "license/royalty" issue. Part 1 of the Phase 2 trial will occur during the existing three-week trial period that begins on January 27, 2025.

The Court described this in open Court on November 22, 2024. In thinking about this matter further over the weekend, the Court would also be willing to consider adding a third issue: any issue all parties agree to. It may be that the parties believe another issue should be addressed in Part 1 of Phase 2. However, before the Court will consider it, ***all parties to this litigation*** must agree. Please let the Court know if there is an agreement between the parties to add another issue to Part 1 of Phase 2.

Finally, the Court currently anticipates that Part 2 of the Phase 2 trial will occur during the three-week trial period beginning on May 5, 2025. Part 2 of Phase 2 will address the remaining issues. The Court explained some of the contingencies for that trial period, which the Court need not detail here. However, the parties should keep that trial period available. The Court hopes within the next couple of weeks the Court will have clarity on those contingencies.

IT IS ORDERED:

1.    Janice Logan's amended motion to determine fair value and advance entire case to trial [DIN 827] is granted only to the extent identified in this order.

2.    The Smart Parties' motion to amend the trial order and continue trial; and HLFIP's motion to amend the trial order and continue trial [DIN 843, 852, respectively] are granted only to the extent identified in this order.

3.    The Court bifurcates the Phase 2 trial.

4.    Part 1 of the Phase 2 trial will remain in the existing three-week trial period beginning on January 27, 2025. Part 1 will be limited to three issues: (1) the proper valuation date; (2) the license/royalty issue; and (3) any issue (if any) all parties agree to be heard during Part 1.

5.    Part 2 of the Phase 2 trial is being tentatively scheduled for the three-week trial period beginning on May 5, 2025.

6.    The parties are directed to meet and confer to address the creation of a case management plan to address this trial schedule.

DONE AND ORDERED in Sarasota, Sarasota County, Florida, on November 25, 2024.

e-Signed 11/25/2024 8:14 AM 2023 CA 001002 NC

**HUNTER W CARROLL**
Circuit Judge

## <u>SERVICE CERTIFICATE</u>

On November 25, 2024, the Court caused the foregoing document to be served via the Clerk of Court's case management system, which served the following individuals via email (where indicated). On the same date, the Court also served a copy of the foregoing document via First Class U.S. Mail on the individuals who do not have an email address on file with the Clerk of Court.

CRAIG STEPHEN BARNETT
200 EAST LAS OLAS BLVD
SUITE 2100
FORT LAUDERDALE, FL  33301

CRAIG STEPHEN BARNETT
GREENBERG TRAURIG ET AL
515 E LAS OLAS BLVDSUITE 2000
FORT LAUDERDALE, FL  33301

BRETT ALAN GEER
PO BOX 47212
SAINT PETERSBURG, FL  33743

M MARIE WILSON ESQ
2357 S TAMIAMI TRAIL #3 PMB #122
VENICE, FL  34293

MARK MATTHEW WALL
101 EAST KENNEDY BLVD
SUITE 3700
TAMPA, FL  33602

CHARLES FRANKLIN JOHNSON III
802 11TH ST W
BRADENTON, FL  34205

ANITRA F RAIFORD
2555 GRAND BLVD
KANSAS CITY, MO  64108

CHELSEA KOFF
200 EAST LAS OLAS BLVD

SUITE 2100
FORT LAUDERDALE, FL  33301

JOSEPH H III VARNER
777 S. HARBOUR ISLAND PLACE, #800
TAMPA, FL  33602

JASON SAMUEL OLETSKY
401 E JACKSON ST STE 1700
TAMPA, FL  33602

JONATHAN T TORTORICI
4301 WEST BOY SCOUT BLVD STE 300
TAMPA, FL  33607

JAROD A BRAZEL
101 E. KENNEDY BLVD., SUITE 3700
TAMPA, FL  33602

JULIE NEGOVAN
6750 N ANDREWS AVE STE 200
FORT LAUDERDALE, FL  33309

REGINALD KEITH PETERSEN
6750 N ANDREWS AVE STE 200
FORT LAUDERDALE, FL  33309

SARAH O'ROURKE
100 N TAMPA STREET STE 2900
SUITE 2900
TAMPA, FL  33602

ANDREW L FRANKLIN
111 S. WACKER DR.
STE. 4700
CHICAGO, IL  60606

DAVID E SCHOENFELD
111 SOUTH WACKER DRIVE
SUITE 4700
CHICAGO, IL  60606

JESSICA LEONA MAZZEO
6750 N ANDREWS AVE
STE. 200

FORT LAUDERDALE, FL  33309

PETER F O'NEILL
2555 GRAND BOULEVARD
KANSAS CITY, MO  64108

MICHAEL J HARWIN
200 EAST LAS OLAS BOULEVARD
SUITE 2100
FORT LAUDERDALE, FL  33301

CHRISTOPHER ROY CLARK
106 EAST COLLEGE AVENUE
SUITE 700
TALLAHASSEE, FL  32301

GLENN T BURHANS JR
106 EAST COLLEGE AVENUE
SUITE 700
TALLAHASSEE, FL  32301

DUSTIN BRYAN HILLSLEY
AKERMAN LLP
201 EAST LAST OLAS BOULEVARD, SUITE 1800
FORT LAUDERDALE, FL  33301

CHRISTOPHER GEORGE OPRISON
DLA PIPER LLP (US)
200 SOUTH BISCAYNE BOULEVARD - SUITE 2500
MIAMI, FL  33131

BRIDGET K SMITHA
106 EAST COLLEGE AVENUE
SUITE 700
TALLAHASSEE, FL  32301

MAX CORY RUDOLF
350 EAST LAS OLAS BLVD.
SUITE 1600
FT. LAUDERDALE, FL  33301

**Filed 11/25/2024 08:14 AM - Karen E. Rushing, Clerk of the Circuit Court, Sarasota County, FL**

# EXHIBIT 20

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## IN AND FOR SARASOTA COUNTY, FLORIDA

JONATHAN LOGAN and SMART
COMMUNICATIONS HOLDING, INC.,

<div align="center">Plaintiffs,</div>

v.                                                                Case No. 2023-CA-1002-NC

JANICE LOGAN, individually, as Trustee of the James
Logan Family Trust, dated February 10, 2021, and as
Personal Representative of the ESTATE OF
JAMES LOGAN, JUSTIN PETERSON, and
ALEXIS LOGAN,

<div align="center">Defendants.                    /</div>

JANICE LOGAN, as Trustee of the James Logan
Family Trust, dated February 10, 2021,

<div align="center">Counterclaim Plaintiff,</div>

v.

JONATHAN D. LOGAN, SMART
COMMUNICATIONS HOLDING, INC.,
SMART COMMUNICATIONS HOLDING, LLC, and
HLFIP HOLDING, LLC,

<div align="center">Counterclaim Defendants.                    /</div>

JANICE LOGAN, as Trustee of the James Logan          (CONSOLIDATED)
Family Trust, dated February 10, 2021, and derivatively
on behalf of Smart Communications Holding, Inc.,

<div align="center">Plaintiff,</div>                               Case No.: 2023-CA-1280-NC

v.

JONATHAN D. LOGAN, SMART
COMMUNICATIONS HOLDING, INC., nominal
defendant, SMART COMMUNICATIONS HOLDING,
LLC, HLFIP HOLDING, LLC,
LOCO FLORIDA LLC, and SMART
COMMUNICATIONS YACHT HOLDING, LLC,

<div align="center">Defendants.                    /</div>

## JANICE LOGAN'S NOTICE OF TAKING IN-PERSON,
## VIDEOTAPED DEPOSITION OF NOREEN GUNNING

**PLEASE TAKE NOTICE** that pursuant to Rule 1.310 of the Florida Rules of Civil Procedure*,* counsel for the Janice Logan will take the following in-person, videotaped deposition upon oral examination before a court reporter or Notary Public in and for the State of Florida, or some other officer duly authorized by law to take depositions.

|  |  |
|---|---|
| **DEPONENT:** | **Noreen Gunning** |
| **DATE/TIME:** | **December 5, 2024** |
| | **9:00 a.m. (EST)** |
| **LOCATION:** | **Akerman LLP** |
| | **401 E. Jackson Street, Suite 1700** |
| | **Tampa, FL 33602** |

The deposition is being taken for the purpose of discovery, for use at a hearing or trial, or all of the foregoing, and for such other purposes as are permitted under the Florida Rules of Civil Procedure and other applicable law. The oral examination will continue as needed on dates and times to hopefully be agreed upon by the parties and their counsel.

Pursuant to Rule 1.310(b)(4) the deposition will be videotaped. Janice will furnish the videographer's details closer to the date of the deposition.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed and served on all counsel of record via the Florida Court's e-filing portal, on November 1, 2024.

Dated:  November 1, 2024

Respectfully submitted,

/s/   *David E. Schoenfeld*

Anitra R. Clement
Florida Bar No. 100354
**SHOOK, HARDY & BACON L.L.P.**
100 N. Tampa St., Ste. 2900
Tampa, FL 33602
Telephone: (813) 202-7100
aclement@shb.com

David E. Schoenfeld (FL PHV # 1047561)
Peter F. O'Neill (FL PHV # 1043125)
Andrew L. Franklin (FL PHV # 1035737)
Kailin Liu (FL PHV # 1051416)
**SHOOK, HARDY & BACON L.L.P.**
111 S. Wacker Dr., Ste. 4700
Chicago, IL 60606
Telephone: (312) 704-7700
dschoenfeld@shb.com
pfoneill@shb.com
afranklin@shb.com
kliu@shb.com

John D. Garretson (FL PHV #1057004)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone:  (816) 474-6550
jgarretson@shb.com

***Counsel for Janice Logan, individually, as Trustee of the James Logan Family Trust, dated February 10, 2021, and as Personal Representative of the Estate of James Logan***