**Fill in this information to identify the case:**

Debtor name    **Smart Communications Holding, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:24-bk-7106-RCT**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

**Part 1:    Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................    $    5,186,842.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................    $    35,566,085.28

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................    $    40,752,927.28

---

**Part 2:    Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    0.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $    0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    70,024,023.48

4.    Total liabilities ....................................................................................
    Lines 2 + 3a + 3b    $    70,024,023.48

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Smart Communications Holding, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known) | **8:24-bk-7106-RCT** |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Truist Bank** | | **3249** | **$5,000.00** |
| 3.2. | **Truist Bank** | | **7728** | **$1,075.27** |
| 3.3. | **Truist Bank** | **Certificate of Deposit** | **1358** | **$26,690.13** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $32,765.40 |
   |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

Debtor  **Smart Communications Holding, Inc.**
Name

Case number *(If known)*  **8:24-bk-7106-RCT**

| | | |
|---|---|---|
| 7.1. | **Security Deposit** | $19,641.61 |

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid Expenses - See attached Notes** | $6,373.95 |
| 8.2. | **Pepaid Facility Commissions - See attached Notes** | $266,666.68 |
| 8.3. | **Prepaid Federal Income Taxes - See attached Notes** | $750,000.00 |
| 8.4. | **Prepaid State Income Taxes - See attached Notes** | $75,000.00 |

**9.**  **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$1,117,682.24

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**  **Accounts receivable**

11a. 90 days old or less:  **3,228,189.14**  -  **0.00**  = ....  **$3,228,189.14**

face amount      doubtful or uncollectible accounts

**12.**  **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$3,228,189.14

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.**  **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock: | | |
| **15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

Debtor    **Smart Communications Holding, Inc.**          Case number *(If known)*  **8:24-bk-7106-RCT**
          Name

Name of entity:                              % of ownership

15.1.   **Smart Communications Holding, LLC**    **100%**   %                        **Unknown**

---

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
      Describe:

17.   **Total of Part 4.**                                                           **$0.00**
      Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18.   **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies Inventory - updated book amount as of 12/31/2023; net book amount is N/A** | | **$0.00** | **Cost Basis** | **$3,033,716.53** |

23.   **Total of Part 5.**                                                           **$3,033,716.53**
      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☑ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☑ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

Debtor    **Smart Communications Holding, Inc.**                    Case number *(If known)* **8:24-bk-7106-RCT**
Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Furniture** | **$0.00** | **Cost Basis** | **$156,342.68** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computer Software** | **$0.00** | **Cost Basis** | **$2,987,875.50** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

**$3,144,218.18**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Vehicles - see attachment** | **$327,867.35** | **Cost Basis** | **$944,643.32** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Equipment and Mail Process Equipment** | **$0.00** | **Cost Basis** | **$683,905.07** |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

**$1,628,548.39**

Debtor    **Smart Communications Holding, Inc.**                                          Case number *(if known)*  **8:24-bk-7106-RCT**
_____Name_____

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Residential real property located at 1660 Ranch Club Blvd., Sarasota, Florida** | Fee Simple | Unknown | Tax Assmt Value | $2,380,100.00 |
| 55.2.  **Residential real property located at 788 Columbus Dr., Tierra Verde, FL 33715 (Value listed does not account for significant hurricane damage)** | Fee simple | Unknown | Tax Assmt Value | $2,806,742.00 |

56.    **Total of Part 9.**                                                                    | $5,186,842.00 |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

Debtor   **Smart Communications Holding, Inc.**                      Case number *(If known)*  **8:24-bk-7106-RCT**
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **See attachment** | | | |
| 62. **Licenses, franchises, and royalties** **IP assets utilized in the various contracts between Debtor or Debtor-owned entities and end-user facility customers** | **Unknown** | | **Undetermined** |
| **IP License agreement(s) with HLFIP Holding, LLC** | **Unknown** | | **$0.00** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                    **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ☐ No
   ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
   Description (include name of obligor)

| | | | |
|---|---|---|---|
| **Due from HLFIP - See attached Notes** | 609,906.00 - Total face amount | 0.00 = doubtful or uncollectible amount | **$609,906.00** |
| **Due from Loco Florida, LLC - See attached Notes** | 92,138.22 - Total face amount | 0.00 = doubtful or uncollectible amount | **$92,138.22** |

Debtor    **Smart Communications Holding, Inc.**                    Case number *(If known)*  **8:24-bk-7106-RCT**
          <sub>Name</sub>

**Due from Mailguard Federal - See attached Notes**      123,314.19 <br> <sub>Total face amount</sub>  -  0.00 <br> <sub>doubtful or uncollectible amount</sub>  =  **$123,314.19**

**Due from Mailguard, Inc. - See attached Notes**      680.00 <br> <sub>Total face amount</sub>  -  0.00 <br> <sub>doubtful or uncollectible amount</sub>  =  **$680.00**

**Shareholder Loans - See attached Notes**      1,050,001.37 <br> <sub>Total face amount</sub>  -  0.00 <br> <sub>doubtful or uncollectible amount</sub>  =  **$1,050,001.37**

**Due from SCYH- See attached Notes**      5,711,296.13 <br> <sub>Total face amount</sub>  -  0.00 <br> <sub>doubtful or uncollectible amount</sub>  =  **$5,711,296.13**

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

       **Net Operating Loss**                    Tax year  **2023**          **$12,710,042.00**

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
       **Claims belonging to Smart Communications Holding, Inc. being pursued on a derivative basis**                    **Unknown**
       Nature of claim        _____
       Amount requested       _____

       **Various claims and causes of action against Janice Logan, individually and as Trustee of the James Logan Family Trust, dated February 10, 2021; the Estate of James Logan; Alexis Logan; Justin Peterson; and others (see, e.g., Sarasota County First Amended Complaint)**                    **Unknown**
       Nature of claim        _____
       Amount requested       _____

       **Claims and causes of action against Correct Solutions Group**                    **Unknown**
       Nature of claim        _____
       Amount requested       _____

       **Claims and causes of action against TextBehind, Inc.**                    **Unknown**
       Nature of claim        _____
       Amount requested       _____

       **Claims and causes of action against Global Tel*Link Corp.**                    **Unknown**
       Nature of claim        _____
       Amount requested       _____

Debtor    **Smart Communications Holding, Inc.**                    Case number *(if known)*  **8:24-bk-7106-RCT**
_____
Name

**Claims and causes of action against VendEngine, Inc.**                                     **Unknown**
_____
**Nature of claim**        _____
**Amount requested**       _____

**Claims and causes of action against City and County of**                                   **Unknown**
**Denver**
_____
**Nature of claim**        _____
**Amount requested**       _____

**Claims against temporary injunction bond in Case No.**                                     **Unknown**
**2023-CA-1280 NC, et al.  Bond amount is $65,000.00.**
_____
**Nature of claim**        _____
**Amount requested**       _____

75.    **Other contingent and unliquidated claims or causes of action of**
       **every nature, including counterclaims of the debtor and rights to**
       **set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       **Demo Build (Collier Co.) (amount is cost/book value)**                              **$22,500.00**

       **Display System (amount is cost/book value)**                                        **$21,280.00**

       **Kiosks - Installed (amount is cost/book value)**                                    **$2,687,307.00**

       **Leasehold Improvements (amount is cost/book value)**                                **$352,500.49**

78.    **Total of Part 11.**                                                    | **$23,380,965.40** |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Smart Communications Holding, Inc.**                Case number *(If known)*  **8:24-bk-7106-RCT**
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$32,765.40** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$1,117,682.24** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$3,228,189.14** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$3,033,716.53** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$3,144,218.18** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,628,548.39** | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | **$5,186,842.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$23,380,965.40** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$35,566,085.28** | + 91b. **$5,186,842.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$40,752,927.28** |

In re   **Smart Communications Holding, Inc.**                                    Case No.   _____
                                                      Debtor(s)

## SCHEDULE A/B - PROPERTY
### 47. Vehicles

| Holdings Owned Vehichles | Purchase Date | Book Value (Cost) | NBV 11/30/2024 | VIN |
|---|---|---|---|---|
| 2017 Mazda CX5 | 03/07/19 | $25,000.00 | $0.00 | 9872 |
| 2020 Lambourghini | 11/12/19 | $344,360.00 | $0.00 | 3005 |
| 2020 Nissan Pathfinder | 01/20/20 | $33,555.00 | $1,118.50 | 0893 |
| 2018 F450 29' Bus | 04/27/21 | $60,816.00 | $17,231.20 | 0119 |
| 2021 Cadillac Escalade | 06/14/21 | $92,319.00 | $27,695.70 | 3049 |
| 2018 Nissan Rogue | 10/29/21 | $25,990.00 | $9,982.76 | 0214 |
| 2021 RAM 1500 Classic | 02/04/22 | $36,993.50 | $16,030.48 | 0317 |
| 2022 Chevy Silverado | 09/26/22 | $49,406.00 | $27,996.82 | 7561 |
| 2022 Chevy Silverado | 12/16/22 | $41,148.83 | $25,032.29 | 0884 |
| 2022 Chevy Silverado | 12/16/22 | $41,148.83 | $25,032.29 | 0981 |
| 2024 Kia Telluride | 06/26/24 | $39,325.79 | $36,048.64 | 6953 |
| 2024 Range Rover | 06/27/24 | $154,580.37 | $141,698.67 | 5685 |
| | | $944,643.32 | $327,867.35 | |

In re   **Smart Communications Holding, Inc.**                    Case No.   **8:24-bk-7106-RCT**
_____                          _____
Debtor(s)

**Notes to Schedules A/B**

Although the Debtors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, incomplete disclosures, inaccuracies, or omissions may have occurred. Since prior to 2022, under the then-existing accounting management regime which with exceptions has largely continued as the governing methodology, the books of Smart Communications Holding, Inc. and its subsidiaries were generally maintained on a consolidated basis for tax and financial reporting, and reported to shareholders of the Debtors accordingly. Accordingly, the Debtors have attempted to provide full and sufficient information regarding their assets and liabilities based on those reporting schemes. Where assets are titled, those assets are listed under the name of the entity to whom the asset is titled. Where assets (such as inventory, equipment, or other non-titled assets) are not titled, the assets and values have been listed on the schedules of Smart Communications Holding, Inc. The Debtors reserve all rights with respect to such ownership.

4.

Operating accounts are owned by Smart Collier.

8.

Note – Prepaid tax assets (and NOLs, etc.) are reported on a consolidated basis through the corporate tax group returns. Prepaid facility commissions are subject to monthly or less frequent true-up, and would be reflected according to the applicable debtor counter-party to the underlying facility commission agreement.

11.

| | | | |
|---|---|---|---|
| **Accounts Receivable -- HLFIP (intercompany invoices)** | | | 178,416.63 |
| **Accounts Receivable -- MGF (Intercompany invoices)** | | | 1,622,935.32 |
| **Accounts Receivable Trade** | | | 1,097,564.27 |

"Accounts receivable – HLFIP" is subject to offset by royalty fees owed to HLFIP as applicable.

"Accounts Receivable – MGF" is an amount related to MailGuard Federal, an entity that is not operating, and does not have any value.

"Accounts Receivable Trade" are customer or client payables, and are due to SCH Inc., SCH LLC, or Smart Collier, as applicable.

71.

Note – None of the Due to/Due from accounts are memorialized in promissory notes, and are reflected as book entities only in the consolidated financials for SCH, Inc., SCH, LLC, and the operating subsidiaries.

"Due from HLFIP" is subject to offset by royalty fees owed to HLFIP as applicable - See Schedule F.

"Due from Loco Florida LLC" is subject to offset for rental payments owed or owing to Loco Florida for use of the Debtors' corporate headquarters - See Schedule F.

"Due from MailGuard Federal and Due from MailGuard Inc." are amounts related to MailGuard Federal, an entity that is not operating, and those amounts do not have any value.

"Shareholder Loans" – detail available on request as necessary, but generally comprised as follows:

| Summary | Jim | Jon | Janice | Totals |
|---------|-----|-----|--------|--------|
| **Cash Withdrawals** | $681,310.00 | $35,507.00 | $119,500.00 | $836,317.00 |
| **Other Purchasing** | $57,979.52 | $33,116.00 | $122,588.85 | $213,684.37 |
|  | $739,289.52 | $68,623.00 | $242,088.85 | $1,050,001.37 |

"Due from SCYH" are booked amounts related to Smart Collier Yacht Holdings, LLC

In re  **Smart Communications Holding, Inc.** _____    Case No.  **8:24-bk-7106-RCT** _____
                                    Debtor(s)

## SCHEDULE A/B - PROPERTY
### No. 61

**smartcommunications.com**

**smartcommunications.us**

**smartinmate.com**

mailguardtracker.com
scus.io
smarteco.us
smartinmate.com
smartjailmail.com

Other domain names registered by the Debtors

**Fill in this information to identify the case:**

Debtor name    **Smart Communications Holding, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:24-bk-7106-RCT**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name __**Smart Communications Holding, Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION__

Case number (if known) __**8:24-bk-7106-RCT**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**April D. Nieto, as Administrator and PR**
**Estate of Hailey Briana Nieto**
**c/o Sean K. Claggett, Esq.**
**4101 Meadows Lane, #100**
**Las Vegas, NV 89107**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Assets America, Inc.**
**800 5th Ave #101**
**Seattle, WA 98104**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,128.70**

**CDW Direct LLC**
**200 N Milwaukee Ave,**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105,709.20**

**Cents LLC**
**6801 Holabird Ave.**
**Dundalk, MD 21222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Smart Communications Holding, Inc.** | Case number (if known) | **8:24-bk-7106-RCT** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles Talbert, QA-4727**
**SCI Fayette**
**P.O. Box 33028**
**Saint Petersburg, FL 33733**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Correct Solutions, LLC aka**
**Correct Solutions Group, LLC**
**c/o Harllee & Bald, PA**
**Bradenton, FL 34205-7817**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$107,846.30** |
|---|---|---|---|

**Florida Custom Mold, Inc**
**1806 Gunn Hwy,**
**Odessa, FL 33556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GGC Brennan Industrial, LLC**
**Attn: Michael W. Brennan**
**9450 W. Bryn Mawr, #750**
**Rosemont, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Donna Hill**
**1110 Steuben St., Apt. 213**
**Pittsburgh, PA 15220**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,904,479.00** |
|---|---|---|---|

**HLFIP Holding, LLC**
**Two Ballpark Center**
**800 Battery Ave. SE, #100**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Royalty amount owed for IP License Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,929.00** |
|---|---|---|---|

**I.D. Tel**
**55 Canal S.**
**Staten Island, NY 10304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Smart Communications Holding, Inc.** | Case number (if known) | **8:24-bk-7106-RCT** |
|---|---|---|---|
| | Name | | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Janice Logan, as Trustee**<br>**of the James Logan Family Trust**<br>**c/o David E. Schoenfeld, Esq.**<br>**100 N. Tampa St., #2900**<br>**Tampa, FL 33602** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ■ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Janice Logan, individually**<br>**c/o David E. Schoenfeld, Esq.**<br>**100 N. Tampa St., #2900**<br>**Tampa, FL 33602** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ■ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| Jonathan D. Logan<br>10491 72nd St.<br>Seminole, FL 33777 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Indemnification Claims** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Lattice Incorporated**<br>**7150 N. Park Dr., #500**<br>**Pennsauken, NJ 08109** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Contract dispute** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ■ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $814,274.86 |
|---|---|---|
| **Loco Florida, LLC**<br>**10491 72nd St.**<br>**Seminole, FL 33777** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Lease** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ■ Yes | |

---

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,138.50 |
|---|---|---|
| **McNees Wallace & Nurick LLC**<br>**100 Pine Street**<br>**Harrisburg, PA 17101** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ■ Yes | |

---

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Melvin W. Engelke, III**<br>**c/o Dean Kent, Esq.**<br>**101 E. Kennedy Blvd., #2700**<br>**Tampa, FL 33602-5150** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: **Lawsuit** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Smart Communications Holding, Inc.** | | Case number (if known) | **8:24-bk-7106-RCT** |
|---|---|---|---|---|
| | Name | | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Mt. View Business Plaza, LLC**<br>**P.O. Box 821048**<br>**Vancouver, WA 98682** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Lease** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Vito K. Pelino**<br>**KP4339**<br>**SCI Greene**<br>**169 Progress Dr.**<br>**Waynesburg, PA 15370** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$399.88** |
|---|---|---|---|
| | **Priority1**<br>**401 W. Capitol Ave.**<br>**Little Rock, AR 72201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$748,000.00** |
|---|---|---|---|
| | **ShenZhen Meridian Technology Co. Ltd.**<br>**Room 2809, West Building, Qui Shi Bldg.**<br>**Zhu Zi Ling, Fu Tian District**<br>**Shenzhen, CHINA 51804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146,307.51** |
|---|---|---|---|
| | **Swank Motion Pictures, Inc.**<br>**10795 Watson Road,**<br>**St. Louis, MO 63127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,940.00** |
|---|---|---|---|
| | **Versa Technology, Inc.**<br>**5224 Bell Ct.**<br>**Chino, CA 91710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|
| | **Westfield Insurance**<br>**One Park Circle**<br>**P.O. Box 5001**<br>**Westfield Center, OH 44251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Smart Communications Holding, Inc.** | Case number (if known) | **8:24-bk-7106-RCT** |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,018.73 |
|---|---|---|---|

**Wintel Corp.**
**2741 NW 82nd Ave**
**Doral, FL 33122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,351.80 |
|---|---|---|---|

**xByte Technologies**
**4614 19th St Ct E.**
**Bradenton, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Roedel, Parsons, Koch, Blache**<br>**8440 Jefferson Highway, Suite 301**<br>**Baton Rouge, LA 70809** | Line __3.6__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Timothy Szuhaj, Esq.**<br>**1635 Market St 7th Floor**<br>**Philadelphia, PA 19103** | Line __3.15__<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 70,024,023.48 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 70,024,023.48 |

---

**Fill in this information to identify the case:**

Debtor name    **Smart Communications Holding, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:24-bk-7106-RCT**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease of non-residential real property locted at 1247 N. Church St., Unit 5, Moorestown, New Jersey** |
| State the term remaining | |
| List the contract number of any government contract | **GGC Brennan Industrial, LLC Attn: Michael W. Brennan 9450 W. Bryn Mawr, #750 Rosemont, IL 60018** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **IP License Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **HLFIP Holding, LLC** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Lease of non-residential real property located at 10491 72nd St., Seminole, Florida (HQ)** |
| State the term remaining | |
| List the contract number of any government contract | **Loco Florida, LLC** |

| Debtor 1 | **Smart Communications Holding, Inc.** | | Case number (*if known*) | **8:24-bk-7106-RCT** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of non-residential real property located at 12408 NE 60th Way, Bldg. 124-AA, Vancouver, Washington** | |
|---|---|---|---|
| | State the term remaining | | **Mt. View Business Plaza, LLC** |
| | List the contract number of any government contract | | **P.O. Box 821048** **Vancouver, WA 98682** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Various contracts with vendors and suppliers** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Various contracts with facility customers** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Various Customers** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of non-residential real property located at 6250 Highway 40 E., Suite 3, St. Marys, Georgia (call center)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Watson Realty Corp.** |

**Fill in this information to identify the case:**

Debtor name  **Smart Communications Holding, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)  **8:24-bk-7106-RCT**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Estate of James Logan** | **c/o Janice Logan, individually c/o David E. Schoenfeld, Esq. 100 N. Tampa St., #2900 Tampa, FL 33602** | **Assets America, Inc.** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.2 **Smart Communications Collier, Inc.** | | **Various debts** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.3 **Smart Communications Holdings, LLC** | | **Various debts** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    Smart Communications Holding, Inc.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    8:24-bk-7106-RCT

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

███    Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ■ Schedule H: Codebtors (Official Form 206H)
- ■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12-24-2024    x _____
                                        Signature of individual signing on behalf of debtor

                                        **Jonathan D. Logan**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Official Form 202                        Declaration Under Penalty of Perjury for Non-Individual Debtors

---

**Fill in this information to identify the case:**

Debtor name    **Smart Communications Holding, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:24-bk-7106-RCT**

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.    **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ☐ Operating a business<br>■ Other  **Consolidated Gross Revenues/Sales - appx.** | **$70,000,000.00** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other  **Consolidated Gross Revenues/Sales** | **$56,188,998.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other  **Consolidated Gross Revenues/Sales** | **$44,780,334.00** |

2.    **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.    **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Smart Communications Holding, Inc.**    Case number (if known)  **8:24-bk-7106-RCT**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  **90 day check register available upon request** | **Payments made by Smart Communications Collier, Inc.** | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Janice Logan, individually**<br><br>**Insider/Affiliate** | **Various** | | **Transfers to or for the benefit of Janice Logan, individually, including amounts paid by Smart Collier through payroll and payments for the Ranch Mansion** |
| 4.2.  **Jonathan Logan**<br><br>**President, CEO, Shareholder** | **Various** | | **Salary and other related compensation, bonus, and related benefits, including amounts paid by Smart Collier through payroll** |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Smart Communications Holding, Inc.**                   Case number *(if known)*   **8:24-bk-7106-RCT**

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Melvin W. Engelke, III vs Smart Communications Holding, Inc., et al.** Case No. 19-CA-2628 | | **Hillsborough County Circuit Court** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Smart Communications Holding, Inc., et al. vs Global Tel*Link Corp; et al.** Case No. 1:21-cv-1708-JPW | | **District Court for Middle District of Pennsylvania** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Smart Communications Holding, Inc vs VendEngine, Inc.** Case No. 20-1281-I | | **Chancery Court for Davidson County, TN** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.4. **Smart Communications Holding, Inc. vs Correct Solutions, LLC** Case No. 8:20-cv-1469 | | **District Court for the Middle District of Florida** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.5. **Smart Communications Holding, Inc. vs Mark Turner and Rick Ferguson** Case No. 4:20-cv-4112 | | **District Court for Western District of Arkansas** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.6. **Smart Communications Holding, Inc. vs TextBehind, Inc.** Case No. 19-007893-CI | | **Pinellas County Circuit Court** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.7. **Janice Logan, as Trustee vs Smart Communications Holding, Inc., et al.** Case No. 2023-CA-1280 | | **Sarasota County Circuit Court** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.8. **Smart Communications Holding, Inc., et al. vs Janice Logan, individually and as Trustee** Case No. 2023-CA-1002 | | **Sarasota County Circuit Court** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.9. **April D. Nieto v Smart Communications Holding, Inc.** Case No. CV24-02706 | | **Washoe County District Court, NV** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.10. **Donna Hill v. Pa. Department of Corrections, et al.,** No. 684 MD 2018 | | **Commonwealth Court of Pennsylvania** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.11. **Pelino v. Jon Logan & Smart Communications Holding, Inc.,** No. 23-1621 | | **U.S. District Court Western District Pennsylvania** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.12. **Talbert v. Commonwealth et al.,** No. 543 M.D. 2023 | | **Commonwealth Court of Pennsylvania** | ☑ Pending ☐ On appeal ☐ Concluded |

Debtor    **Smart Communications Holding, Inc.**                                     Case number *(if known)*    **8:24-bk-7106-RCT**

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.13. | **Smart Communications Holding, Inc. v. City and County of Denver** | | **District Court, Denver County, CO** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Various** | **Various amounts to various charities, totaling approximately $18,000, per 2023 audited financial statements** | **Various** | |
| Recipients relationship to debtor | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Hurricane damage to property in Tierra Verde - value to be determined** | | **2024** | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

Debtor    **Smart Communications Holding, Inc.**                    Case number *(if known)*  **8:24-bk-7106-RCT**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stichter, Riedel, Blain & Postler, P.A.** **110 E. Madison St.** **Suite 200** **Tampa, FL 33602** | **Aggregate amount received for attorney fees on behalf of the Debtor and related Debtor** | **November 12, 2024 - $10,000** **December 2, 2024 - $50,000** | **$60,000.00** |

| | Email or website address **dfogarty@srbp.com** |
|---|---|

Who made the payment, if not debtor?
**Smart Communications Collier, Inc.**

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Smart Communications Holding, LLC** | **Per Transfer Agreement - All assets (including equity interests), in any form, whether tangible, intangible, real property or personal, excluding the Excluded Assets set forth in the Transfer Agreement in exchange for 100% of membership interests** | **August 29, 2023** | **Unknown** |

| | Relationship to debtor **Wholly-owned subsidiary** |
|---|---|

---

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    __Smart Communications Holding, Inc.__    Case number (if known)  __8:24-bk-7106-RCT__

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**The Debtors maintain names and dates of birth for facility inmates
for its customers only.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

Debtor    **Smart Communications Holding, Inc.**                                        Case number *(if known)*    **8:24-bk-7106-RCT**

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Smart Communications Holding, LLC**<br>**10491 72nd St.**<br>**Seminole, FL 33777** | | **EIN:**   **93-3238948**<br><br>**From-To**   **August 29, 2023 to Present** |

---

Debtor   **Smart Communications Holding, Inc.**                        Case number *(if known)*  **8:24-bk-7106-RCT**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.2.   **Smart Communications Collier, Inc.**<br>**10491 72nd St.**<br>**Seminole, FL 33777** | | **EIN:**   **46-0554683**<br><br>**From-To**   **January 28, 2012 to Present** |
| 25.3.   **Smart Communications Desoto, Inc.**<br>**10491 72nd St.**<br>**Seminole, FL 33777** | | **EIN:**<br><br>**From-To**   **May 24, 2017 to September 27, 2024** |
| 25.4.   **Smart Communications Lee, Inc.**<br>**10491 72nd St.**<br>**Seminole, FL 33777** | | **EIN:**   **81-3709291**<br><br>**From-To**   **September 25, 2015 to September 27, 2024** |
| 25.5.   **Smart Communications Pasco, Inc.**<br>**10491 72nd St.**<br>**Seminole, FL 33777** | | **EIN:**   **37-1735923**<br><br>**From-To**   **February 22, 2013 to Present** |
| 25.6.   **Smart Communications US, Inc.**<br>**10491 72nd St.**<br>**Seminole, FL 33777** | | **EIN:**   **37-1601615**<br><br>**From-To**   **January 25, 2010 to Present** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **M.L. Shreve CPA, P.C.**<br>**7781 N. Easy St.**<br>**Whitehall, MI 49461** | **Present** |
| 26a.2.   **Noreen Gunning**<br>**Contact through counsel** | **2022 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **M.L. Shreve CPA, P.C.**<br>**7781 N. Easy St.**<br>**Whitehall, MI 49461** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

| Debtor | Smart Communications Holding, Inc. | Case number (if known) | 8:24-bk-7106-RCT |
|---|---|---|---|

statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   **See attached Notes**

---

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jonathan D. Logan | 10491 72nd St. Seminole, FL 33777 | President and Shareholder - The company has exercised its buyout right as to the Trust and Jon Logan holds remaining interests | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   **See response to Question No. 4** | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Smart Communications Holding, Inc.** | **EIN:   47-2886302** |

| Debtor | **Smart Communications Holding, Inc.** | Case number *(if known)* | **8:24-bk-7106-RCT** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Fill in this information to identify the case:**

Debtor name    **Smart Communications Holding, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)   **8:24-bk-7106-RCT**

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12-24-2024

_____     **Jonathan D. Logan**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

In re    **Smart Communications Holding, Inc.**                          Case No.    **8:24-bk-7106-RCT**
_____                          _____
                        Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS
### Question No. 26(d)


**The Debtors issue copies of their audited financial statements to potential customers when required.  Audited financial statements were issued to Truist Bank in connection with a credit card program through Smart Collier.**