

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/27/2025 04:00 PM

COURTROOM   8A

### HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-07106-RCT** | **11** | **11/30/2024** |

**Chapter 11**

**DEBTOR:**     Smart Communications Holding, Inc.


**DEBTOR ATTY:**

**TRUSTEE:**     Kathleen DiSanto

**HEARING:**

(1) Status Conference 1188(a)
(2) Con't Motion/Application to Pay Ordinary
Course Operating Expenses
Filed by Daniel R Fogarty on behalf of Debtor
Smart Communications Holding, Inc,
Interested Party Smart Communications
Holding, LLC (Doc #17)
(3) Preliminary Hearing on Application to Employ
Eyal Berger, Esq. and Dustin Hillsley, Esq
of the law firm of Akerman LLP as Special Counsel
and Transactional Counsel to the
Debtors-In-Possession Effective to Nov 30, 2024
Contains negativenotice Filed by Eyal Berger
on behalf of Debtor Smart Communications
Holding, Inc, Interested Party Smart
Communications Holding, LLC   (Doc #32)
Objection to Debtors' Application to Employ Special
and Transactional Counsel Filed by Edward
J. Peterson III on behalf of Creditor Janice
Logan (related document(s)[32])
(Attachments: # [1] Exhibit Exhibits 1 - 6)
(Doc #63)
(4) Preliminary Hearing on Motion to Dismiss
Case Filed by Edward J. Peterson III on behalf
of Creditor Janice Logan (Attachments: # [1]
Exhibit # [2] Exhibit # [3] Exhibit)   (Doc #45)
Objection to Creditor Janice Logan's Motion
to Dismiss Cases Filed by Daniel R Fogarty
on behalf of Debtor Smart Communications

Holding, Inc. (related document(s)[45])
(Fogarty, Daniel)   (Doc #90)
(5) Con't   Emergency Motion for Authority
to Pay Critical Vendors Filed
by Daniel R Fogarty on behalf of Debtor
(Doc #49)
(6) Motion for Relief from Stay and for Emergency
Hearing Thereon. (Fee Paid.) Re: None
Filed by W L West on behalf of Creditor Correct
Solutions, LLC , Mark Turner, Rick Ferguson
 (Attachments: # 1 Exhibit) (Doc #55)
Memorandum Filed by W. L. West on behalf
of Creditor Correct Solutions, LLC (related
document(s)[55]) (Attachments: # [1] Exhibit)
(West, W) (Doc #73)
(7) Preliminary Hearing on Amended Motion
for Relief from Stay and for Emergency Hearing
Thereon Re: None. Filed by W. L. West on behalf
of Creditor Correct Solutions, LLC , Mark Turner,
Rick Ferguson (Attachments: # [1] Exhibit)
Modified on 01/20/2024 (Doc #81)
Note: Prior Hearing(s0; 12/19/24
Pre-Status Conference (Doc #84) filed 1/13/25
Jointly Admin Case: 24-bk-7108   Smart Communications
Holdings, LLC
Notice of Filing Exhibit to Debtors' Motion for Authority
to Pay Ordinary Course Operating Expenses
Filed by Daniel R Fogarty on behalf of Debtor Smart
Communications Holding, Inc., Interested Party Smart
Communications Holding, LLC (related document(s)17)
(Doc #39) filed 12/16/24
Confirmation Hearing 3/6/25 @ 11:00 am

**APPEARANCES:**:   Daniel Fogarty, Edward Peterson, Teresa Dorr, John Landkammer,
Kathleen Disanto, Donald Kirk, Eyal Berger, James Lynch, Kimberly Bald, W L West, Jason Welt, Melissa Sydow.

**RULING:**
(1) Status Conference 1188(a)

(2) Con't Motion/Application to Pay Ordinary
Course Operating Expenses
Filed by Daniel R Fogarty on behalf of Debtor
Smart Communications Holding, Inc,
Interested Party Smart Communications
Holding, LLC (Doc #17)   GRANTED ON INTERIM BASIS SAME TERMS. CONTINUED TO 2/6/25 AT 10:00 AM ORDER BY FOGARTY

(3) Preliminary Hearing on Application to Employ
Eyal Berger, Esq. and Dustin Hillsley, Esq
of the law firm of Akerman LLP as Special Counsel
and Transactional Counsel to the
Debtors-In-Possession Effective to Nov 30, 2024
Contains negativenotice Filed by Eyal Berger
on behalf of Debtor Smart Communications
Holding, Inc, Interested Party Smart
Communications Holding, LLC   (Doc #32)   APPROVED ORDER BY FOGARTY

Objection to Debtors' Application to Employ Special
and Transactional Counsel Filed by Edward
J. Peterson III on behalf of Creditor Janice
Logan (related document(s)[32])

(Attachments: # [1] Exhibit Exhibits 1 - 6)
(Doc #63)

(4) Preliminary Hearing on Motion to Dismiss
Case Filed by Edward J. Peterson III on behalf
of Creditor Janice Logan (Attachments: # [1]
Exhibit # [2] Exhibit # [3] Exhibit)   (Doc #45)   TRIAL SET 3/10/25 AT 9:30AM ORDER BY CHAMBERS.

Objection to Creditor Janice Logan's Motion
to Dismiss Cases Filed by Daniel R Fogarty
on behalf of Debtor Smart Communications
Holding, Inc. (related document(s)[45])
(Fogarty, Daniel)   (Doc #90)

(5) Con't   Emergency Motion for Authority
to Pay Critical Vendors Filed
by Daniel R Fogarty on behalf of Debtor
(Doc #49)   ORDER ENTERED - MOOT

(6) Motion for Relief from Stay and for Emergency
Hearing Thereon. (Fee Paid.) Re: None
Filed by W L West on behalf of Creditor Correct
Solutions, LLC , Mark Turner, Rick Ferguson
 (Attachments: # 1 Exhibit) (Doc #55)

Memorandum Filed by W. L. West on behalf
of Creditor Correct Solutions, LLC (related
document(s)[55]) (Attachments: # [1] Exhibit)
(West, W) (Doc #73)

(7) Preliminary Hearing on Amended Motion
for Relief from Stay and for Emergency Hearing
Thereon Re: None. Filed by W. L. West on behalf
of Creditor Correct Solutions, LLC , Mark Turner,
Rick Ferguson (Attachments: # [1] Exhibit)
Modified on 01/20/2024 (Doc #81)   STAY ANULLED ORDER FOR THE PURPOSES STATED IN OPEN COUT BY WEST

****TRIAL ORDER ON CONFIRMATION SET FOR 3/10/25 AT 9:30 AM ****

Note: Prior Hearing(s0; 12/19/24

Pre-Status Conference (Doc #84) filed 1/13/25

Jointly Admin Case: 24-bk-7108   Smart Communications
Holdings, LLC

Notice of Filing Exhibit to Debtors' Motion for Authority
to Pay Ordinary Course Operating Expenses
Filed by Daniel R Fogarty on behalf of Debtor Smart
Communications Holding, Inc., Interested Party Smart
Communications Holding, LLC (related document(s)17)
(Doc #39) filed 12/16/24

Confirmation Hearing 3/6/25 @ 11:00 am
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.