UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| SMART COMMUNICATIONS HOLDING, INC., | Case No. 8:24-bk-7106-RCT |
| SMART COMMUNICATIONS HOLDING, LLC, | Case No. 8:24-bk-7108-RCT |
| Debtors._____/ | *Jointly Administered under Case No. 8:24-bk-7106-RCT* |

## DEBTORS' WITNESS LIST FOR MARCH 10, 2025 TRIAL

Smart Communications Holding, Inc. and Smart Communications Holding, LLC, as debtors and debtors in possession (collectively, the "**Debtors**"), by and through their undersigned counsel, file their Witness List for persons who may be called as a witness at Trial, pursuant to the Court's *Order (I) Scheduling Trial and Establishing Deadlines and (II) Rescheduling Hearing on Confirmation of Plan* (Doc. No. 104) (the "**Order**"), as follows:

1. Jonathan Logan
   c/o Daniel R. Fogarty, Esquire
   Stichter, Riedel, Blain & Postler, P.A.
   110 E. Madison St., Suite 200
   Tampa, FL  33602

2. Lisa Eddy
   c/o Daniel R. Fogarty, Esquire
   Stichter, Riedel, Blain & Postler, P.A.
   110 E. Madison St., Suite 200
   Tampa, FL  33602

3. Noreen Gunning
   c/o Daniel R. Fogarty, Esquire
   Stichter, Riedel, Blain & Postler, P.A.
   110 E. Madison St., Suite 200
   Tampa, FL  33602

4. Expert Witness(es) identified by the Debtors based on identified confirmation issues. Because the deadline to object to confirmation of the Debtors' plan has not run, and discovery is ongoing, the Debtors have not identified what issues will be

contested and what facts the parties will stipulate to. The Debtors will supplement this witness list as dictated by ongoing discovery.

5. Janice Logan
c/o Edward Peterson
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tamp, Florida 33602
edwardp@jpfirm.com

6. Alexis Logan
c/o Edward Peterson
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, Suite 3100
Tamp, Florida 33602
edwardp@jpfirm.com

7. Any and all witnesses listed by other parties.

8. Any and all witnesses offered for purposes of impeachment or rebuttal.

9. Discovery is ongoing. In accordance with and as contemplated by the Order, the Debtors reserve the right to supplement this list at any time prior to trial as dictated by ongoing discovery.

/s/ Daniel R. Fogarty
Daniel R. Fogarty (FBN 0017532)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Telephone: (813) 229-0144
Email:  dfogarty@srbp.com
Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing have been furnished on February 5, 2025, by the Court's CM/ECF System to all parties receiving electronic notice.

/s/ Daniel R. Fogarty
Daniel R. Fogarty

4916-6812-1367, v. 2