ORDERED.

Dated:  February 18, 2025

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

SMART COMMUNICATIONS
HOLDING, INC.,

and

SMART COMMUNICATIONS
HOLDING, LLC.,

　　　　Debtors.
_____/

Chapter 11, Subchapter V
Case No. 8:24-bk-07106-RCT

*Jointly Administered with*
Case No. 8:24-bk-07108-RCT

**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR PROTECTIVE ORDER**

**THIS CASE** came before the Court on February 7, 2025 at 10:30 a.m. (the "Hearing") on *Debtors' Emergency Motion For Protective Order* (the "Motion") **(Doc 117)** filed by Smart Communications Holding, Inc. and Smart Communications Holding, LLC (collectively the "Debtors").  The Court, having reviewed the Motion and the docket on record, having heard the

arguments of the parties at the Hearing, and being fully advised in the premises, finds good cause to grant the relief requested based on this Court striking the Proofs of Interest (Doc. 99 and 100) and Proof of Claim (Claim 3) filed by Melvin Engelke III.  Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.

2. The Debtors shall have no obligation to respond to any discovery propounded against the Debtors by Mr. Engelke prior to the entry of this Order and shall not be required to attend any depositions noticed by Mr. Engelke prior to the entry of this Order.

3. This order is without prejudice and subject to modification based on further developments and filings in this jointly administered bankruptcy proceeding.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

###

Attorney Eyal Berger is directed to serve a copy of this Order on all interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.