ORDERED.

Dated: February 19, 2025

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:
SMART COMMUNICATIONS
HOLDING, INC.,

Chapter 11, Subchapter V
Case No. 8:24-bk-07106-RCT

and

SMART COMMUNICATIONS
HOLDING, LLC.,

Jointly Administered with
Case No. 8:24-bk-07108-RCT

Debtors.
_____/

### ORDER TO SHOW CAUSE WHY THESE ADMINISTRATIVELY CONSOLIDATED CASES SHOULD NOT BE DISMISSED

This case was considered at a hearing on February 19, 2025. Based upon the Court's review of the proofs of claim, the schedules filed by Debtors, the state court proceedings and state court orders, the record and reports in these cases, and for the reasons stated on the record, the Court issues this Order to Show Cause.

Accordingly, **representatives of Debtors and their counsel are directed to appear before the Court, in person, on February 26, 2025, at 4:00 p.m., in Courtroom 8A**, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, Florida 33602 **to show cause why these jointly administered cases should not be dismissed**. Any written responses for the Court's consideration must be filed by 5:00 p.m. on February 24, 2025.

Clerk's Office to serve.