**Fill in this information to identify the case:**

Debtor Name: Smart Communications Holding, Inc.

United States Bankruptcy Court for the: Middle District of Florida

Case number: 8:24-bk-07106-RCT

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: Jan 31, 2025

Date report filed: 02/21/2025 (MM / DD / YYYY)

Line of business: Communications Tech.

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Jonathan Logan

Original signature of responsible party: [signature]

Printed name of responsible party: Jonathan Logan

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Smart Communications Holding, Inc.          Case number 8:24-bk-07106-RCT

17. Have you paid any bills you owed before you filed bankruptcy?  ☑ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 6,075.27

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.  $ 1,773,872

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.  − $ 1,773,872

22. **Net cash flow**  + $ 0.00

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**  = $ 6,075.27

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ 2,368,182

    *(Exhibit E)*

Debtor Name  Smart Communications Holding, Inc.            Case number 8:24-bk-07106-RCT

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ 1,160,619

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?  0
27. What is the number of employees as of the date of this monthly report?  0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0.00
30. How much have you paid this month in other professional fees?  $ 0.00
31. How much have you paid in total other professional fees since filing the case?  $ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 1,397,776 | − | $ 1,773,872 | = | $ -376,096.00 |
| 33. Cash disbursements | $ 1,397,776 | − | $ 1,773,872 | = | $ -376,096.00 |
| 34. Net cash flow | $ 0.00 | − | $ 0.00 | = | $ 0.00 |

35. Total projected cash receipts for the next month:  $ 1,160,619
36. Total projected cash disbursements for the next month:  − $ 1,160,619
37. Total projected net cash flow for the next month:  = $ 0.00

Debtor Name  Smart Communications Holding, Inc.            Case number 8:24-bk-07106-RCT

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---:|---:|
| **1. FUNDS AT BEGINNING OF PERIOD** | 6,075.27 (a) | 6,075.27 |
| **2. RECEIPTS:** | | |
| A. Cash Sales | - | - |
| Minus: Cash Refunds | - | - |
| Net Cash Sales | - | - |
| B. Accounts Receivable | - | - |
| C. Other Receipts (see MOR-3) | 1,773,871.66 | 2,749,803.83 |
| **3. TOTAL RECEIPTS (lines 2A+2B+2C)** | | |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (lines 1+ line3)** | 1,779,946.93 | 2,755,879.10 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | - | - |
| B. Bank Charges | - | - |
| C. Contract Labor | 528,269.83 | 780,286.54 |
| D. Fixed Asset Payments | - | - |
| E. Insurance | - | - |
| F. Inventory Payments | 1,216,406.48 | 1,923,882.27 |
| G. Leases | - | - |
| H. Manufacturing Supplies | - | - |
| I. Office Supplies | - | - |
| J. Payroll - Net | - | - |
| K. Professional Fees (accounting & legal) | - | - |
| L. Rent | 11,283.53 | 11,283.53 |
| M. Repairs & Maintenance | - | - |
| N. Secured Creditor Payments | - | - |
| O. Taxes Paid - Payroll | - | - |
| P. Taxes Paid - Sales & Use | - | - |
| Q. Taxes Paid - Other | - | - |
| R. Telephone | - | - |
| S. Travel & Entertainment | - | - |
| T. U.S. Trustee Quarterly Fees | - | - |
| U. Utilities | - | - |
| V. Vehicle Expenses | - | - |
| W. Other Operating Expenses | 17,911.82 | 34,351.49 |
| **6. TOTAL DISBURSEMENTS** | 1,773,871.66 | 2,749,803.83 |
| **7. ENDING BALANCE** | 6,075.27 (c) | 6,075.27 |

**EXHIBIT B**

#17)    Payments were made for subcontractors who completed services that were under the Court's ordinary course operations order, under a contractual agreement, and who continued to provide services post petition, including Cents LLC and Swank Motion Pictures, Inc.  Other vendor payments were for materials supplied under Purchase Order agreements and the shipper who delivered the materials for contractual obligations to be finalized by the subcontractors again who continued to perform services post petition. Critical vendor ShenZhen was paid for tablets that were received and were under a contractual agreement under the Court's critical vendor order.

## EXHIBIT C - RECEIPTS

| Date | Method | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1/3/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $57,657.87 |
| 1/3/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $75.00 |
| 1/3/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $75,121.00 |
| 1/24/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $124,757.23 |
| 1/31/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $24,032.02 |
| 1/3/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $9,681.74 |
| 1/17/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $37,234.10 |
| 1/2/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $6,783.53 |
| 1/2/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $4,500.00 |
| 1/3/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $1,224.47 |
| 1/6/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $528.72 |
| 1/8/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $1,702.82 |
| 1/9/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $434.21 |
| 1/10/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $1,831.61 |
| 1/15/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $611.25 |
| 1/15/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $898.78 |
| 1/16/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $1,300.00 |
| 1/16/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $1,238.36 |
| 1/17/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $975.20 |
| 1/21/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $343.65 |
| 1/22/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $511.55 |
| 1/27/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $125.00 |
| 1/27/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $928.43 |
| 1/28/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $1,149.56 |
| 1/30/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $763.05 |
| 1/30/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $1,090.01 |
| 1/31/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $734.53 |
| 1/31/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $545.74 |
| 1/31/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $974.88 |
| 1/10/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $573,500.00 |
| 1/28/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $374,000.00 |
| 1/3/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $146,422.40 |
| 1/31/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $157,937.18 |
| 1/24/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $6,064.00 |
| 1/10/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $103,193.77 |
| 1/31/2025 | | Smart Communications Collier Inc. | Intercompany balancing transaction | $55,000.00 |
| | | | | $1,773,871.66 |

| | | | | |
|---|---|---|---|---|
| | | **EXHIBIT D - DISBURSEMENTS** | | |
| **Date Paid** | **Method** | **Payee** | **Purpose or Description** | **Amount** |
| 1/3/2025 | Check | CDW | Materials Purchase | $57,657.87 |
| 1/3/2025 | Check | CDW | Materials Purchase-Shipping Fee | $75.00 |
| 1/3/2025 | ACH | Cents LLC | Subcontractor Services Performed | $75,121.00 |
| 1/24/2025 | ACH | Cents LLC | Subcontractor Services Performed | $124,757.23 |
| 1/31/2025 | ACH | Cents LLC | Subcontractor Services Performed | $24,032.02 |
| 1/3/2025 | Check | Florida Custom Mold | Materials Purchase | $9,681.74 |
| 1/17/2025 | Check | Florida Custom Mold | Materials Purchase | $37,234.10 |
| 1/2/2025 | ACH | GGC Brennan (now MIP Owner LLC) | NJ Office Rent | $6,783.53 |
| 1/2/2025 | ACH | Mt. View Business Plaza LLC | Vancouver WA Office Rent | $4,500.00 |
| 1/3/2025 | Check | Priority 1 | Freight Shipping of Materials | $1,224.47 |
| 1/6/2025 | Autodebit/ACH | Priority 1 | Freight Shipping of Materials | $528.72 |
| 1/8/2025 | Autodebit/ACH | Priority 1 | Freight Shipping of Materials | $1,702.82 |
| 1/9/2025 | Autodebit/ACH | Priority 1 | Freight Shipping of Materials | $434.21 |
| 1/10/2025 | Check | Priority 1 | Freight Shipping of Materials | $1,831.61 |
| 1/15/2025 | Autodebit/ACH | Priority 1 | Freight Shipping of Materials | $611.25 |
| 1/15/2025 | Autodebit/ACH | Priority 1 | Freight Shipping of Materials | $898.78 |
| 1/16/2025 | Autodebit/ACH | Priority 1 | Freight Shipping of Materials | $1,300.00 |
| 1/16/2025 | Autodebit/ACH | Priority 1 | Freight Shipping of Materials | $1,238.36 |
| 1/17/2025 | Check | Priority 1 | Freight Shipping of Materials | $975.20 |
| 1/21/2025 | Autodebit/ACH | Priority 1 | Freight Shipping of Materials | $343.65 |
| 1/22/2025 | Autodebit/ACH | Priority 1 | Freight Shipping of Materials | $511.55 |
| 1/27/2025 | Autodebit/ACH | Priority 1 | Freight Shipping of Materials | $125.00 |
| 1/27/2025 | Autodebit/ACH | Priority 1 | Freight Shipping of Materials | $928.43 |
| 1/28/2025 | Autodebit/ACH | Priority 1 | Freight Shipping of Materials | $1,149.56 |
| 1/30/2025 | Autodebit/ACH | Priority 1 | Freight Shipping of Materials | $763.05 |
| 1/30/2025 | Autodebit/ACH | Priority 1 | Freight Shipping of Materials | $1,090.01 |
| 1/31/2025 | Autodebit/ACH | Priority 1 | Freight Shipping of Materials | $734.53 |
| 1/31/2025 | Autodebit/ACH | Priority 1 | Freight Shipping of Materials | $545.74 |
| 1/31/2025 | Autodebit/ACH | Priority 1 | Freight Shipping of Materials | $974.88 |
| 1/10/2025 | Wire | ShenZhen Meridian Technology Co Ltd | Tablets Materials Purchase Payment | $573,500.00 |
| 1/28/2025 | Wire | ShenZhen Meridian Technology Co Ltd | Tablets Materials Purchase Payment | $374,000.00 |
| 1/3/2025 | Check | Swank Motion Pictures, Inc. | Subcontractor Inmate Entertainment Services Rendered | $146,422.40 |
| 1/31/2025 | Check | Swank Motion Pictures, Inc. | Subcontractor Inmate Entertainment Services Rendered | $157,937.18 |
| 1/24/2025 | ACH | Versa Technology Inc. | Materials Purchase-Required 50% downpayment on order due to bankruptcy | $6,064.00 |
| 1/10/2025 | Check | Earnest Products/Formerly Wintel | Materials Purchase | $103,193.77 |
| 1/31/2025 | Check | Earnest Products/Formerly Wintel | Materials Purchase | $55,000.00 |
| | | | | |
| | | | | $1,773,871.66 |

**EXHIBIT E - CONSOLIDATED PAYABLES**

**#3 - Unpaid Bills/Total Consolidated Payables**

| Payee | Date of Invoice/Debt | Invoice Purpose | Due Date | Amount |
|---|---|---|---|---|
| Fastcase Inc | 3/1/2024 | Legal Library Software Services for Contractual Obligation | 3/1/2024 | $21,005.41 |
| ShenZhen Meridian Technology Co Ltd | 10/25/2024 | Tablets / Critical Vendor | 11/9/2024 | $374,000.00 |
| Fastcase Inc | 11/1/2024 | Legal Library Software Services for Contractual Obligation | 11/1/2024 | $21,313.62 |
| Estone Group LLC | 11/4/2024 | Materials Supplier | 11/4/2024 | $12,500.00 |
| Estone Group LLC | 11/5/2024 | Materials Supplier | 11/5/2024 | $1,246.46 |
| AT&T | 11/9/2024 | Trade Customer Internet Connection | 12/9/2024 | $3,699.06 |
| Gilberts | 11/14/2024 | Trade Customer - Fire Extinguisher Review | 11/14/2024 | $134.35 |
| Estone Group LLC | 12/1/2024 | Materials Supplier | 12/1/2024 | $18,250.00 |
| Estone Group LLC | 12/1/2024 | Materials Supplier | 12/1/2024 | $7,500.00 |
| Estone Group LLC | 12/1/2024 | Materials Supplier | 12/1/2024 | $15,000.00 |
| Estone Group LLC | 12/1/2024 | Materials Supplier | 12/1/2024 | $10,000.00 |
| Estone Group LLC | 12/1/2024 | Materials Supplier | 12/1/2024 | $7,950.00 |
| Estone Group LLC | 12/1/2024 | Materials Supplier | 12/1/2024 | $92,500.00 |
| Fastcase Inc | 12/1/2024 | Legal Library Software Services for Contractual Obligation | 12/1/2024 | $21,600.37 |
| HEI Inc. | 12/1/2024 | Subcontractor Services for Contractrual Obligation | 12/31/2024 | $49,091.13 |
| Florida Custom Mold | 12/3/2024 | Materials for Contract Obligation | 1/2/2025 | $14,851.47 |
| Florida Custom Mold | 12/9/2024 | Materials for Contract Obligation | 1/8/2025 | $32,394.37 |
| Wintel/Earnest Products (bought Wintel) | 12/12/2024 | Materials for Contract Obligation | 1/11/2025 | $130,706.00 |
| Cents LLC | 12/16/2024 | Subcontractor Services for Contractrual Obligation | 12/31/2024 | $29,238.00 |
| Cents LLC | 12/16/2024 | Subcontractor Services for Contractrual Obligation | 12/31/2024 | $16,562.00 |
| Cents LLC | 12/18/2024 | Subcontractor Services for Contractrual Obligation | 1/2/2025 | $46,730.14 |
| Cents LLC | 12/18/2024 | Subcontractor Services for Contractrual Obligation | 1/2/2025 | $175.45 |
| Cents LLC | 12/18/2024 | Subcontractor Services for Contractrual Obligation | 1/2/2025 | $241.73 |
| HEI Inc. | 12/19/2024 | Subcontractor Services for Contractrual Obligation | 1/18/2025 | $49,091.13 |
| Florida Custom Mold | 12/23/2024 | Materials for Contract Obligation | 1/22/2025 | $29,652.94 |
| Florida Custom Mold | 12/30/2024 | Materials for Contract Obligation | 1/29/2025 | $14,851.47 |
| Oakland MI County Treasurer | 12/31/2024 | Telecommunication Services | 1/30/2025 | $24,042.87 |
| Florida Custom Mold | 1/1/2025 | Materials for Contract Obligation | 1/31/2025 | $32,980.19 |
| Truist Bank | 1/1/2025 | Credit Card Services | 1/16/2025 | $41,338.18 |
| Truist Bank | 1/1/2025 | Credit Card Services | 1/16/2025 | $37,614.52 |
| 4K Electric LLC | 1/2/2025 | Subcontractor Services for Contractrual Obligation | 1/2/2025 | $193,660.00 |
| 4K Electric LLC | 1/2/2025 | Subcontractor Services for Contractrual Obligation | 1/2/2025 | $28,750.00 |
| Florida Custom Mold | 1/7/2025 | Materials for Contract Obligation | 2/6/2025 | $14,851.47 |
| Comcast | 1/8/2025 | Trade Customer Internet Connection | 2/7/2025 | $461.42 |
| Comcast | 1/8/2025 | Trade Customer Internet Connection | 1/23/2025 | $395.75 |
| Comcast | 1/9/2025 | Trade Customer Internet Connection | 1/24/2025 | $465.67 |
| Comcast | 1/10/2025 | Trade Customer Internet Connection | 2/9/2025 | $321.42 |
| Comcast | 1/10/2025 | Trade Customer Internet Connection | 1/25/2025 | $313.80 |

| Vendor | Date | Description | Date | Amount |
|---|---|---|---|---|
| Computer Assets Inc. | 1/10/2025 | Subcontractor Services for Contractrual Obligation | 1/10/2025 | $48,483.84 |
| Computer Assets Inc. | 1/10/2025 | Subcontractor Services for Contractrual Obligation | 1/10/2025 | $32,529.50 |
| Florida Power & Light | 1/11/2025 | Electrical Service | 2/10/2025 | $758.28 |
| CenturyLink | 1/12/2025 | Trade Customer Internet Connection | 2/11/2025 | $91.40 |
| Verizon Wireless | 1/13/2025 | Trade Service Cell Phone Services | 1/23/2025 | $654.77 |
| Comcast | 1/14/2025 | Trade Customer Internet Connection | 1/29/2025 | $255.47 |
| Comcast | 1/14/2025 | Trade Customer Internet Connection | 1/29/2025 | $310.67 |
| Duke Energy | 1/14/2025 | Corporate Office Electrical Service | 2/13/2025 | $218.81 |
| Florida Custom Mold | 1/14/2025 | Materials for Contract Obligation | 2/13/2025 | $14,851.47 |
| Walker Electrical Services | 1/14/2025 | Subcontractor Services for Contractrual Obligation | 1/24/2025 | $86,165.00 |
| Cox Business | 1/15/2025 | Trade Customer Internet Connection | 1/30/2025 | $402.97 |
| Frontier Communications | 1/15/2025 | Trade Customer Internet Connection | 2/4/2025 | $223.77 |
| Comporium | 1/16/2025 | Trade Customer Internet Connection | 2/5/2025 | $223.16 |
| HEI Inc. | 1/17/2025 | Subcontractor Services for Contractrual Obligation | 2/16/2025 | $50,247.18 |
| JAM Communications LLC | 1/17/2025 | Subcontractor Services for Contractrual Obligation | 2/16/2025 | $43,750.00 |
| Comcast | 1/19/2025 | Trade Customer Internet Connection | 2/3/2025 | $218.42 |
| Comcast | 1/19/2025 | Trade Customer Internet Connection | 2/3/2025 | $541.85 |
| Cents LLC | 1/20/2025 | Subcontractor Services for Contractrual Obligation | 2/4/2025 | $36,670.00 |
| Cents LLC | 1/20/2025 | Subcontractor Services for Contractrual Obligation | 2/4/2025 | $36,670.00 |
| HEI Inc. | 1/20/2025 | Subcontractor Services for Contractrual Obligation | 2/19/2025 | $94,305.06 |
| Cents LLC | 1/21/2025 | Subcontractor Services for Contractrual Obligation | 2/5/2025 | $3,947.18 |
| Cents LLC | 1/21/2025 | Subcontractor Services for Contractrual Obligation | 2/5/2025 | $7,509.32 |
| Cents LLC | 1/21/2025 | Subcontractor Services for Contractrual Obligation | 2/5/2025 | $27,020.72 |
| Comcast | 1/21/2025 | Trade Customer Internet Connection | 2/20/2025 | $466.57 |
| Windstream | 1/21/2025 | Trade Customer Internet Connection | 2/10/2025 | $158.28 |
| Comcast | 1/22/2025 | Trade Customer Internet Connection | 2/6/2025 | $465.55 |
| Cox Business | 1/22/2025 | Trade Customer Internet Connection | 2/6/2025 | $294.33 |
| Florida Custom Mold | 1/22/2025 | Materials for Contract Obligation | 2/21/2025 | $14,851.47 |
| Frontier Communications | 1/22/2025 | Trade Customer Internet Connection | 2/21/2025 | $511.40 |
| Holland Board of Public Works | 1/22/2025 | Trade Customer Internet Connection | 2/21/2025 | $198.00 |
| Optimum | 1/22/2025 | Trade Customer Internet Connection | 2/6/2025 | $185.36 |
| Pitney Bowes | 1/22/2025 | Postage Service | 2/21/2025 | $200.00 |
| Pitney Bowes | 1/22/2025 | Postage for Shipping | 2/21/2025 | $17.45 |
| Spectrum | 1/22/2025 | Trade Customer Internet Connection | 2/6/2025 | $195.84 |
| Verizon | 1/22/2025 | Trade Service Corporate IP Phones Services | 2/11/2025 | $4,186.55 |
| Versa Technology Inc | 1/22/2025 | Materials for Contract Obligation | 1/22/2025 | $6,064.00 |
| 4K Electric LLC | 1/23/2025 | Subcontractor Services for Contractrual Obligation | 1/23/2025 | $24,283.93 |
| Comcast | 1/23/2025 | Trade Customer Internet Connection | 2/7/2025 | $465.45 |
| Comcast | 1/24/2025 | Trade Customer Internet Connection | 2/8/2025 | $460.55 |
| Comcast | 1/24/2025 | Trade Customer Internet Connection | 2/8/2025 | $330.18 |
| Windstream | 1/24/2025 | Trade Customer Internet Connection | 2/13/2025 | $295.98 |
| AT&T | 1/25/2025 | Trade Customer Internet Connection | 2/24/2025 | $1,233.70 |
| Spectrum | 1/25/2025 | Trade Customer Internet Connection | 2/9/2025 | $234.98 |

| Vendor | Date | Description | Date 2 | Amount |
|---|---|---|---|---|
| United Parcel Service | 1/25/2025 | Shipping/Freight for Materials Delivery | 1/25/2025 | $1,498.40 |
| United Parcel Service | 1/25/2025 | Shipping/Freight for Materials Delivery | 1/25/2025 | $350.74 |
| Comcast | 1/26/2025 | Trade Customer Internet Connection | 2/10/2025 | $460.30 |
| Comcast | 1/26/2025 | Trade Customer Internet Connection | 2/10/2025 | $460.55 |
| Comcast | 1/26/2025 | Trade Customer Internet Connection | 2/10/2025 | $132.42 |
| Comcast | 1/26/2025 | Trade Customer Internet Connection | 2/10/2025 | $460.55 |
| Duke Energy | 1/27/2025 | Corporate Warehouse Electrical Service | 2/26/2025 | $873.67 |
| Wintel/Earnest Products (bought Wintel) | 1/27/2025 | Materials for Contract Obligation | 2/26/2025 | $90.97 |
| HEI Inc. | 1/27/2025 | Subcontractor Services for Contractrual Obligation | 2/26/2025 | $50,247.18 |
| Mediacom | 1/27/2025 | Trade Customer Internet Connection | 2/26/2025 | $274.95 |
| NW Natural | 1/27/2025 | Washington Office Utilities | 2/16/2025 | $272.49 |
| SalesEdge LLC | 1/27/2025 | Trade Customer Qvidien Software Service | 2/11/2025 | $7,400.00 |
| Swank Motion Pictures, Inc. | 1/27/2025 | Entertainment Services for Contractual Obligation | 2/26/2025 | $163,733.26 |
| Breezeline | 1/28/2025 | Trade Customer Internet Connection | 2/12/2025 | $330.56 |
| Comcast | 1/28/2025 | Trade Customer Internet Connection | 2/12/2025 | $454.23 |
| HEI Inc. | 1/28/2025 | Subcontractor Services for Contractrual Obligation | 2/27/2025 | $50,247.18 |
| Aircall.io, Inc. | 1/30/2025 | Trade Customer Call Center Phone Bill | 2/1/2025 | $4,650.26 |
| Pinellas County Utilities | 1/30/2025 | Corporate Office Utilites Service | 2/19/2025 | $689.45 |
| Florida Custom Mold | 1/30/2025 | Materials for Contract Obligation | 3/1/2025 | $14,851.47 |
| Global Security & Communications | 1/30/2025 | Trade Customer - Security Company WA Office | 1/30/2025 | $216.32 |
| Nex-Tech | 1/30/2025 | Trade Customer Internet Connection | 2/9/2025 | $586.78 |
| Proshred Security | 1/30/2025 | Trade Customer Professional Shredding Service | 2/14/2025 | $125.00 |
| Arthur Paul | 1/31/2025 | Subcontractor Services for Contractrual Obligation | 1/31/2025 | $525.00 |
| C-SPIRE | 1/31/2025 | Trade Customer Internet Connection | 2/10/2025 | $589.99 |
| C-SPIRE | 1/31/2025 | Trade Customer Internet Connection | 2/10/2025 | $399.99 |
| Wintel/Earnest Products (bought Wintel) | 1/31/2025 | Materials for Contract Obligation | 3/2/2025 | $11,546.58 |
| Wintel/Earnest Products (bought Wintel) | 1/31/2025 | Materials for Contract Obligation | 3/2/2025 | $64,961.35 |
| HiTech Digital Solutions Inc. | 1/31/2025 | Subcontractor Services for Contractrual Obligation | 1/31/2025 | $605.02 |
| Lenovo | 1/31/2025 | Materials for Contract Obligation | 1/31/2025 | $20,797.86 |
| Neustar Info Services | 1/31/2025 | Telecommunication Services | 3/2/2025 | $2,000.00 |
| RAMP | 1/31/2025 | Credit Card Services | 2/10/2025 | $31,727.49 |

$2,368,188.81

# EXHIBIT F - CONSOLIDATED TRADE ACCOUNTS RECEIVABLES

**#4 Consolidated Trade Accounts Receivables**

| Customer | Amount Owed | Due Date |
|---|---:|---|
| Trade Accounts Receivable Customer | $3,059.85 | 01/27/2025 |
| Trade Accounts Receivable Customer | $6,057.02 | 01/27/2025 |
| Trade Accounts Receivable Customer | $5,889.68 | 01/27/2025 |
| Trade Accounts Receivable Customer | $2,478.29 | 01/27/2025 |
| Trade Accounts Receivable Customer | $215.95 | 01/27/2025 |
| Trade Accounts Receivable Customer | $1,684.99 | 01/27/2025 |
| Trade Accounts Receivable Customer | $1,176.45 | 01/27/2025 |
| Trade Accounts Receivable Customer | $2,145.60 | 01/30/2025 |
| Trade Accounts Receivable Customer | $1,617.00 | 08/01/2024 |
| Trade Accounts Receivable Customer | $3,495.00 | 01/16/2025 |
| Trade Accounts Receivable Customer | $4,110.00 | 01/16/2025 |
| Trade Accounts Receivable Customer | $4,063.00 | 01/16/2025 |
| Trade Accounts Receivable Customer | $2,647.00 | 01/16/2025 |
| Trade Accounts Receivable Customer | $4,549.00 | 01/16/2025 |
| Trade Accounts Receivable Customer | $136,601.50 | 02/22/2025 |
| Trade Accounts Receivable Customer | $95,134.93 | 02/09/2025 |
| Trade Accounts Receivable Customer | $39,218.36 | 01/07/2025 |
| Trade Accounts Receivable Customer | $61,787.59 | 01/07/2025 |
| Trade Accounts Receivable Customer | $42,670.00 | 01/10/2025 |
| Trade Accounts Receivable Customer | $63,506.21 | 01/10/2025 |
| Trade Accounts Receivable Customer | $2,305.80 | 01/10/2025 |
| Trade Accounts Receivable Customer | $13,581.00 | 01/10/2025 |
| Trade Accounts Receivable Customer | $4,570.00 | 01/10/2025 |
| Trade Accounts Receivable Customer | $11,730.25 | 11/11/2024 |
| Trade Accounts Receivable Customer | $12,943.53 | 12/10/2024 |
| Trade Accounts Receivable Customer | $12,712.10 | 01/10/2025 |
| Trade Accounts Receivable Customer | $59,508.00 | 01/24/2025 |
| Trade Accounts Receivable Customer | $40,767.02 | 01/10/2025 |
| Trade Accounts Receivable Customer | $66,204.27 | 09/19/2024 |
| Trade Accounts Receivable Customer | $2,231.48 | 10/30/2024 |
| Trade Accounts Receivable Customer | $4,363.00 | 10/17/2024 |
| Trade Accounts Receivable Customer | $3,639.29 | 01/30/2025 |
| Trade Accounts Receivable Customer | $3,701.89 | 01/30/2025 |
| Trade Accounts Receivable Customer | $3,380.75 | 01/30/2025 |
| Trade Accounts Receivable Customer | $9,495.39 | 01/27/2025 |
| Trade Accounts Receivable Customer | $16,232.32 | 01/27/2025 |
| Trade Accounts Receivable Customer | $14,287.76 | 01/27/2025 |
| Trade Accounts Receivable Customer | $13,645.46 | 01/27/2025 |
| Trade Accounts Receivable Customer | $2,714.00 | 01/10/2025 |
| Trade Accounts Receivable Customer | $828.74 | 01/09/2025 |
| Trade Accounts Receivable Customer | $768.78 | 02/09/2025 |
| Trade Accounts Receivable Customer | $376,000.00 | 02/02/2025 |
| Trade Accounts Receivable Customer | $2,900.31 | 01/13/2025 |
| **Total Accounts Receivable - Customers*** | **$1,160,618.56** | |

*Does Not Include Daily Merchant Sales

9:46 AM
02/14/25

# Smart Communications
## Reconciliation Detail
### Holdings Truist 3249, Period Ending 01/31/2025

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 5,000.00 |
| Cleared Balance | | | | | | 5,000.00 |
| Register Balance as of 01/31/2025 | | | | | | 5,000.00 |
| **Ending Balance** | | | | | | 5,000.00 |



Page 1 of 2   01/31/25
FL   1100023583249

881-39-20-15 20367  0 C 001 30   50 004
SMART COMMUNICATIONS HOLDING INC
SMART COMM SAN DIEGO FUNDS ACCT
10491 72ND ST
SEMINOLE FL 33777-1500

# Your account statement
For 01/31/2025

**Contact us**

 Truist.com

 (844) 4TRUIST or (844) 487-8478

■ **TRUIST DYNAMIC BUSINESS CHECKING - PLUS TIER** ███ 3249

**Account summary**

| | |
|---|---:|
| Your previous balance as of 12/31/2024 | $5,000.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 01/31/2025 | = $5,000.00 |

Effective March 2025, the first $100 of your total check deposit will no longer be made immediately available for check deposits made at the ATM. All deposits are subject to the Funds Availability Policy found in the Commercial Bank Services Agreement and the Business Deposit Accounts Fee Schedule at www.truist.com/businessdepositsfeeschedule.

Changes will be effective March 18, 2025 to the Commercial Bank Services Agreement ("CBSA") that governs your account, including revisions under Section J (Availability of Funds). Continued use of your account constitutes your acceptance of the changes. The current version of the CBSA can be obtained at any Truist branch or online at www.truist.com/CBSA. All future transactions on your account will be governed by the amended CBSA. If you have questions about these changes, contact your local Truist Branch, your relationship manager, or call 844-4TRUIST (844-487-8478).

9:52 AM
02/14/25

# Smart Communications
## Reconciliation Detail
### Truist BB&T 7728 Holding, Period Ending 01/31/2025

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 1,075.27 |
| Cleared Balance | | | | | | 1,075.27 |
| Register Balance as of 01/31/2025 | | | | | | 1,075.27 |
| **Ending Balance** | | | | | | 1,075.27 |

```
999-99-99-99 20270  0 C 001 30 S  66 002
SMART   COMMUNICATIONS   HOLDING   INC
10491  72ND  ST
SEMINOLE  FL   33777-1500
```

# Your account statement
For 01/31/2025

**Contact us**

 Truist.com

 (844) 4TRUIST or (844) 487-8478

■ **BUSINESS VALUE 200 CHECKING** ███████ 7728

**Account summary**

| | |
|---|---:|
| Your previous balance as of 12/31/2024 | $1,075.27 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 01/31/2025 | = $1,075.27 |

Effective March 2025, the first $100 of your total check deposit will no longer be made immediately available for check deposits made at the ATM. All deposits are subject to the Funds Availability Policy found in the Commercial Bank Services Agreement and the Business Deposit Accounts Fee Schedule at www.truist.com/businessdepositsfeeschedule.

Changes will be effective March 18, 2025 to the Commercial Bank Services Agreement ("CBSA") that governs your account, including revisions under Section J (Availability of Funds). Continued use of your account constitutes your acceptance of the changes. The current version of the CBSA can be obtained at any Truist branch or online at www.truist.com/CBSA. All future transactions on your account will be governed by the amended CBSA. If you have questions about these changes, contact your local Truist Branch, your relationship manager, or call 844-4TRUIST (844-487-8478).