UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division
www.flmb.uscourts.gov

In re:

SMART COMMUNICATIONS
HOLDING, INC.,

and

SMART COMMUNICATIONS
HOLDING, LLC.,

      Debtors.

Chapter 11, Subchapter V
Case No. 8:24-bk-07106-RCT

*Jointly Administered with*
Case No. 8:24-bk-07108-RCT

# DEBTORS' EXHIBIT REGISTER

Exhibits submitted on behalf of: **Debtors, SMART COMMUNICATIONS HOLDING, INC. ("SmartComm FL") and SMART COMMUNICATIONS HOLDING, LLC ("SmartComm DE")**

Matter set for hearing/trial: **Order to Show Cause Why These Administratively Consolidated Cases Should Not Be Dismissed (ECF No. 191)**;

Date of hearing/trial: **February 26, 2025 at 4:00 p.m.**

      Respectfully submitted,

      By: */s/ Daniel R. Fogarty*
      Daniel R. Fogarty (FBN 0017532)
      Stichter Riedel Blain & Postler, P.A.
      110 East Madison Street, Suite 200
      Tampa, Florida   33602
      Telephone: (813) 229-0144
      Email:  dfogarty@srbp.com

*Attorneys for Debtors*

| Exhibit Number | Description | Admitted | Refused | Not Offered Into Evidence |
|---|---|---|---|---|
| 1 | Debtor SmartComm FL's Schedule E/F (ECF No. 65 at 16-20) | | | |
| 2 | Debtor SmartComm DE's Schedule E/F (ECF No. 16 at 8-9) | | | |
| 3 | Non-Insider Claim of Truist Bank for $37,614.54 (Claim 4-1) | | | |
| 4 | Non-Insider Claim of Truist Bank for $41,338.18 (Claim 5-1) | | | |
| 5 | Non-Insider Claim of Correct Solutions, LLC for $1,153,184.69 (Claim 6-1) | | | |
| 6 | (Composite) Non-Insider Claim of Swank Motion Pictures, Inc. for $169,565.26 (Claim 7) | | | |
| 7 | Non-Insider Claim of Stearns Weaver for eDiscovery services in the amount of $46,193.34 (Claim 8) | | | |
| 8 | (Composite) Non-Insider Claim of Riley & Jacobson, PLC for $56,492.14 (Claim 9) | | | |
| 9 | (Composite) Non-Insider Claim of Baker & Hosteltler LLP for $118,703.81 (Claim 10) | | | |
| 10 | (Composite) Non-Insider Claim of Cents LLC for $255,514.98 | | | |
| 11 | (Composite) Non-Insider Claim of Florida Custom Mold, Inc. for $198,987.79 | | | |
| 12 | Non-Insider Claim of I.D. Tel for $25,939.00 | | | |

| | | | | |
|---|---|---|---|---|
| 13 | (Composite) Non-Insider Claim of McNees Wallace & Nurick LLC for $13,138.50 | | | |
| 14 | (Composite) Non-Insider Claim of ShenZhen Meridian Technology Co. Ltd. for $1,870,000.00 | | | |
| 15 | (Composite) Non-Insider Claim of Versa Technology for $19,204.00 | | | |
| 16 | (Composite) Non-Insider Claim of Earnest Products (formerly Wintel Corp.) for $86,721.19 | | | |
| 17 | (Composite) Non-Insider Claim of Charles Talbert, QA4-727 for unknown amount evidenced by Omnibus Petition of Charles Talbert (ECF No. 133) and Complaint against the Debtors. | | | |
| 18 | Non-Insider Claim of April D. Nieto for an unknown amount, **that would be barred by claims bar date** | | | |
| 19 | Non-Insider Claim of Assets America, Inc. for $729,555.48, plus attorneys' fees ($218,419.20 claimed as of 5/18/2024) and additional pre-judgment interest ($189.37 per diem running from 5/18/24 to the present), **that would be barred by claims bar date** | | | |
| 20 | Non-Insider Claim of Donna Hill for an unknown amount, **that would be barred by claims bar date** | | | |
| 21 | Non-Insider Claim of Lattice Incorporated for $850,000.00, **that would be barred by claims bar date** | | | |

| | | | | |
|---|---|---|---|---|
| 22 | Non-Insider Claim of Vito K. Pelino for an unknown amount, **that would be barred by claims bar date** | | | |
| 23 | (Composite) Non-Insider Administrative Expense Claim of 4K Electric LLC for $293,447.00 | | | |
| 24 | (Composite) Non-Insider Administrative Expense Claim of HEI, Inc. for $444,879.27 | | | |
| 25 | (Composite) Non-Insider Administrative Expense Claim of Interstate Welding and Fabrication, Inc. for $53,247.48 | | | |
| 26 | Non-Insider Administrative Expense Claim of JAM Communications LLC for $79,750.00 | | | |
| 27 | 2022 Consolidated Tax Returns for Debtor Smart Communications Holding, Inc. | | | |
| 28 | 2023 Consolidated Tax Returns for Debtor Smart Communications Holding, Inc. | | | |
| 29 | Monthly Office Rent Invoice for MIP Owner LLC (formerly GGC Brennan Industrial, LLC) for March 2025 for $6,783.53 | | | |
| 30 | Lease Agreement between Debtor and Mt View Business Plaza, LLC, for office space reflecting a base rent expense of $4,600.00 a month | | | |
| 31 | (Composite) Invoices Reflecting Debtors' Monthly Payroll Expenses for December 2024 for $1,074,610.21 | | | |

4935-4694-8127, v. 3

| # | Description | | | |
|---|---|---|---|---|
| 32 | (Composite) Invoices Reflecting Monthly Payroll Expenses for January 2025 for $1,125,251.52 | | | |
| 33 | (Composite) Invoices Reflecting Monthly Payroll Expenses for February 2025 for $1,086,827.45 | | | |
| 34 | (Composite) Invoices to Customers for December 2024 to Support Cash Receipts Amount | | | |
| 35 | (Composite) Invoices to Customers for January 2025 to Support Cash Receipts Amount | | | |
| 36 | (Composite) Invoices to Customers for February 2025 to Support Cash Receipts Amount | | | |
| 37 | (Composite) Debtors' Wholly-Owned Subsidiary SmartComm Collier, Inc.'s Bank of America Account Statements for Account -2783 for December 2024 and January 2025 | | | |
| 38 | (Composite) Debtors' Wholly-Owned Subsidiary SmartComm Collier, Inc.'s Bank of America Account Statements for Account -2833 for December 2024 and January 2025 | | | |
| 39 | (Composite) Debtors' Wholly-Owned Subsidiary SmartComm Collier, Inc.'s Bank of America Account Statements for Account -9057 for December 2024 and January 2025 | | | |
| 40 | (Composite) Debtors' Wholly-Owned Subsidiary SmartComm Collier, Inc.'s Bank Reconciliation Summary for Bank of America Checking Account Ending in -9057 | | | |

| | | | | |
|---|---|---|---|---|
| | for December 2024 and January 2025 | | | |
| 41 | (Composite) Debtors' Wholly-Owned Subsidiary SmartComm Collier, Inc.'s Truist Checking Account Statements for Account -7701 for December 2024 and January 2025 | | | |
| 42 | (Composite) Debtors' Wholly-Owned Subsidiary SmartComm Collier, Inc.'s Bank Reconciliation Summary for Truist Checking Account Ending in -7701 for December 2024 and January 2025 | | | |
| 43 | Debtor SmartComm FL's Monthly Operating Report for December 31, 2024 | | | |
| 44 | Debtor SmartComm FL's Monthly Operating Report for January 31, 2025 | | | |
| 45 | (Composite) Invoices to HLFIP from Outlier Patent Attorneys, PLLC related to IP Development and Patent Prosecution and Protection | | | |
| 46 | 2024 Property Tax Invoices for Office Headquarters Building Owned by Loco Florida, LLC, and the Properties Located at 788 Columbus Dr., Tierra Verde, FL; 1660 Ranch Club Blvd, Largo, FL; and 465 Brickell Ave., Unit 4101, Miami, FL | | | |