Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Smart Communications Holding, Inc. |
| Debtor 2 (Spouse, if filing) | Smart Communications Holding, LLC |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number | 8:24-bk-7106-RCT |

## Official Form 410

# Proof of Claim
12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

## Part 1:   Identify the Claim

**1. Who is the current creditor?**

Swank Motion Pictures, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Megan W. Murray, Esq. c/o Underwood Murray
Name

100 N. Tampa Street, Suite 2325
Number       Street

Tampa             FL         33602
City              State      ZIP Code

Contact phone (813) 540-8403

Contact email mmurray@underwoodmurray.com

**Where should payments to the creditor be sent?** (if different)

Penney Boeving c/o Swank Motion Pictures, Inc
Name

10795 Watson Road
Number       Street

St. Louis          MO         66127
City              State      ZIP Code

Contact phone (314) 984-6113

Contact email pboeving@swankmp.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

---

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**

$_____ 292,729.91 . Does this amount include interest or other charges?

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Licensed titles and streaming equipment (see POC attachment).

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:  $_____

Amount of the claim that is secured:  $_____

Amount of the claim that is unsecured:  $_____ 292,729.91 (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:  $_____ 292,729.91

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br><br>☐ Yes. *Check one:*                              **Amount entitled to priority**<br><br>    ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).        $_____<br><br>    ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).     $_____<br><br>    ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).     $_____<br><br>    ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).     $_____<br><br>    ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).     $_____<br><br>    ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.     $_____<br><br>\* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. |

---

## Part 3:    Sign Below

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☑ I am the creditor.<br>☐ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date   02-05-2025<br>                MM / DD / YYYY<br><br>*[signature]*<br>Signature<br><br>**Print the name of the person who is completing and signing this claim:**<br><br>Name     Penney Boeving<br>          First name         Middle name         Last name<br><br>Title     Director of Corporate Credit<br><br>Company     Swank Motion Pictures, Inc.<br>          Identify the corporate servicer as the company if the authorized agent is a servicer.<br><br>Address     10795 Watson Road<br>          Number      Street<br>          St. Louis                 MO      63127<br>          City                       State    ZIP Code<br><br>Contact phone   (314) 984-6113       Email   pboeving@swankmp.com |

**In re Smart Communications Holding, LLC**
**and In re Smart Communications Holding, Inc.**
**Jointly Administered under Case No.: 8:24-bk-7106-RCT**

**ATTACHMENT TO SWANK MOTION**
**PICTURES, INC.'S PROOF OF CLAIM**

I.      **The Claim:**

This Proof of Claim is submitted on behalf of Swank Motion Pictures, Inc. ("**Swank Motion**"), who holds an unsecured claim in the amount of $292,729.91 (the "**Claim**") against Smart Communications Holding, Inc., and Smart Communications Holding, LLC (together, the "**Debtors**"), for Licensed titles and streaming equipment.[1]  Copies of the invoices evidencing the debt are attached hereto as Composite Exhibit "A."

II.     **Reservation of Rights:**

Swank Motion reserves its right to amend or supplement this Proof of Claim as circumstances require, including but not limited to asserting a secured claim or asserting any additional damages to the extent circumstances require.  Nothing in this Proof of Claim shall be taken to waive, release, or otherwise compromise any additional component of the Claim (or collateral securing any portion of the Claim, if any) in the event that this becomes necessary to preserve or enforce any such claim or interest.  If and to the extent this Claim has already been reduced to judgment, then Swank Motion reserves its rights thereunder in all respects.  Other than as expressly agreed in writing executed by Swank Motion, Swank Motion's actions in this proceeding shall in no event be considered to modify their rights against any third party, including if applicable, any affiliate, partner, parent, non-filing spouse, subsidiary, guarantor, principal obligor, or other party liable or contingently liable for the obligations described in this Proof of Claim.

Until such time as these cases is closed, Swank Motion reserves the right to alter or amend this Claim as it deems necessary to protect its interests.

---

[1] The Claim has since been reduced as a result of payment in and through the bankruptcy case as a result of Debtor's Ordinary Course Motion (Doc. No. 82).  Swank reserves all rights, claims, defenses, rights of setoff and recoupment, and other equitable defenses of same.

# Composite Exhibit "A"





|  | **DATE:** | October 23, 2024 |
|---|---|---|
|  | **INVOICE:** | 393418 |

10795 Watson Road
St. Louis, MO 63127-1012

**Bill To:**

Smart Communications
10491 72nd Street
Seminole, FL 33777

| DESCRIPTION | AMOUNT |
|---|---|
| Reporting Period: September 2024 | |
| | |
| *Entertainment Titles* | 121656.00 |
| *Equipment - Streaming Cloud* | 16000.00 |
| **Sales Tax** | 8651.51 |
| | |
| **TOTAL** | $146,307.51 |

Make all checks payable to Swank Motion Pictures
10795 Watson Road, St. Louis, MO 63127 USA
Thank you for your business!





10795 Watson Road
St. Louis, MO 63127-1012

**DATE:** November 26, 2024
**INVOICE:** 394963

**Bill To:**

Smart Communications
10491 72nd Street
Seminole, FL 33777

| DESCRIPTION | AMOUNT |
|---|---|
| Reporting Period: October 2024 | |
| | |
| *Entertainment Titles* | 121840.00 |
| *Equipment - Streaming Cloud* | 16200.00 |
| **Sales Tax** | 8382.40 |
| | |
| **TOTAL** | $146,422.40 |

Make all checks payable to Swank Motion Pictures
10795 Watson Road, St. Louis, MO 63127 USA
Thank you for your business!





| | |
|---|---|
| **DATE:** | February 12, 2025 |
| **INVOICE:** | 397537 |
| **REASON:** | *Encoding Fees* |

**Bill To:**

Smart Communications
10491 72nd Street
Seminole, FL 33777

| DESCRIPTION | AMOUNT |
|---|---|
| **Encoding Fees**<br><br>*(see attached for details)* | $ 5,632.00 |
| **TOTAL** | $ 5,632.00 |

Thank you for your business!







| | |
|---|---|
| **DATE:** | January 27, 2025 |
| **INVOICE:** | 396698 |

**Bill To:**

Smart Communications
10491 72nd Street
Seminole, FL 33777

| DESCRIPTION | AMOUNT |
|---|---:|
| Reporting Period: December 2024 | |
| | |
| *Entertainment Titles* | 135296.00 |
| *Equipment - Streaming Cloud* | 19075.00 |
| **Sales Tax** | 9362.26 |
| | |
| **TOTAL** | $163,733.26 |

Thank you for your business!