# NOTICE OF AUTOMATIC PAYMENT

**PAYCHEX**

Paychex Business Solutions
970 Lake Carillon Drive Suite 400 & 500
St Petersburg FL  33716

Client #  0741 2001-0808
Invoice #   2024121101

**AUTOMATIC PAYMENT $557,228.50**

This amount will be deducted from the following bank account at or after 12:01 A.M on 12/12/24.

ADDRESS SERVICE REQUESTED

0741 2001-0808
Smart Communications Collier Inc
10491 72nd St
Seminole, FL  33777-1511

XXXXXXXXXXXXX701

Period Start-End Date 11/23/24-12/06/24
Check Date 12/13/2024

For questions regarding your account, please call  (800) 741- 6277 or your Payroll Specialist.

Page 1 of 2

| ACCOUNT SUMMARY | AMOUNT |
|---|---:|
| Previous Balance on Invoice#2024111901 Due 11/19/24 | -2,954.72 |
| Previous Balance on Invoice#2024111902 Due 11/19/24 | -3,114.45 |
| Previous Balance on Invoice#2024111903 Due 11/19/24 | -2,737.02 |
| Previous Balance on Invoice#2024111904 Due 11/19/24 | -2,737.02 |
| Previous Balance on Invoice#2024111905 Due 11/19/24 | 2,612.17 |
| Previous Balance on Invoice#2024111906 Due 11/19/24 | 2,612.17 |
| Previous Balance on Invoice#2024111907 Due 11/19/24 | 2,997.83 |
| Previous Balance on Invoice#2024111908 Due 11/19/24 | 2,977.87 |
| Previous Balance on Invoice#2024112901 Due 11/30/24 | 343.17 |
| Payment Received - Thank You | -343.17 |
| Payment Received - Thank You | -2,612.17 |
| Payment Received - Thank You | -2,997.83 |
| Payment Received - Thank You | -2,977.87 |
| Payment Correction | 2,737.02 |
| Payment Correction | 3,114.45 |
| Payment Correction | 2,737.02 |
| Payment Correction | 2,954.72 |
| Payment Received - Thank You | -2,612.17 |
| Balance Forward | 0.00 |
| Total New Charges | 557,228.50 |
| **Account Balance** (Includes Balance Forward, New Charges, and Pending Automatic Payments) | **557,228.50** |

| CHECK DATE | DESCRIPTION OF SERVICE | QUANTITY | AMOUNT |
|---|---|---:|---:|
|  | NEW CHARGES |  |  |
| 12/13/24 | Administration Fees |  |  |
|  | Paychex HR PEO | 163 | 5,317.06 |
|  | Subtotal |  | 5,317.06 |
|  | Earnings and Other Charges |  |  |
|  | Employer Social Security and Medicare |  | 31,593.47 |
|  | Federal Unemployment Insurance (FUTA) |  | 83.32 |
|  | State Unemployment Insurance (SUI) |  | 857.12 |
|  | State Disability, Misc Payroll & Health Taxes |  | 13.40 |

*Professional Employer Organization (PEO) Services are sold and provided by Paychex Business Solutions, LLC and its affiliates.*

# NOTICE OF AUTOMATIC PAYMENT

**PAYCHEX**

Paychex Business Solutions  
970 Lake Carillon Drive Suite 400 & 500  
St Petersburg FL  33716

Client #  0741 2001-0808  
Invoice #   2024121101

ADDRESS SERVICE REQUESTED

0741 2001-0808  
Smart Communications Collier Inc  
10491 72nd St  
Seminole, FL  33777-1511

For questions regarding your account, please call  (800) 741- 6277 or your Payroll Specialist.                                    Page 2 of 2

| CHECK DATE | DESCRIPTION OF SERVICE | QUANTITY | AMOUNT |
|---|---|---|---|
| | Wages/Salary and Charged Tips | | 479,869.74 |
| | Earnings, Disability and Other Employer Charges | | 1,400.00 |
| | Other Earnings | | 46.00 |
| | PEO Benefits Administration | | 37,514.79 |
| | PEO Workers' Compensation | | 2,120.73 |
| | Washington Labor & Industries | | 1,311.80 |
| | Subtotal | | 554,810.37 |
| | Miscellaneous Adjustments | | |
| |   Returned Deductions | | -2,898.93 |
| |   Subtotal | | -2,898.93 |
| | **Total New Charges** | | 557,228.50 |
| | **Automatic Payment** | | **557,228.50** |

*Professional Employer Organization (PEO) Services are sold and provided by Paychex Business Solutions, LLC and its affiliates.*

**PAYCHEX**

# NOTICE OF AUTOMATIC PAYMENT

Paychex Business Solutions  
970 Lake Carillon Drive Suite 400 & 500  
St Petersburg FL  33716

Client #  0741 2001-0808  
Invoice #   2024122401

**AUTOMATIC PAYMENT $517,381.71**

This amount will be deducted from the following bank account at or after 12:01 A.M on 12/26/24.

**ADDRESS SERVICE REQUESTED**

0741 2001-0808  
Smart Communications Collier Inc  
10491 72nd St  
Seminole, FL  33777-1511

XXXXXXXXXXXXX701

Period Start-End Date 12/07/2024-12/20/2024  
Check Date 12/27/2024

For questions regarding your account, please call  (800) 741- 6277 or your Payroll Specialist.    Page 1 of 1

| ACCOUNT SUMMARY | AMOUNT |
|---|---:|
| Previous Balance on Invoice#2024121101 Due 12/12/24 | 557,228.50 |
| Payment Received - Thank You | -557,228.50 |
| Balance Forward | 0.00 |
| Total New Charges | 517,381.71 |
| **Account Balance** (Includes Balance Forward, New Charges, and Pending Automatic Payments) | **517,381.71** |

| CHECK DATE | DESCRIPTION OF SERVICE | QUANTITY | AMOUNT |
|---|---|---:|---:|
| | NEW CHARGES | | |
| 12/27/24 | Administration Fees | | |
| |    Paychex HR PEO | 163 | 5,317.06 |
| |    Subtotal | | 5,317.06 |
| | Earnings and Other Charges | | |
| |    Employer Social Security and Medicare | | 29,848.41 |
| |    Federal Unemployment Insurance (FUTA) | | 87.71 |
| |    State Unemployment Insurance (SUI) | | 851.36 |
| |    State Disability, Misc Payroll & Health Taxes | | 13.30 |
| |    Wages/Salary and Charged Tips | | 441,069.55 |
| |    Earnings, Disability and Other Employer Charges | | 1,400.00 |
| |    Other Earnings | | 46.00 |
| |    PEO Benefits Administration | | 37,877.55 |
| |    PEO Workers' Compensation | | 2,018.86 |
| |    PEO Workers' Compensation Adjustment | | 22.65 |
| |    Subtotal | | 513,235.39 |
| | Miscellaneous Adjustments | | |
| |    Returned Deductions | | -1,170.74 |
| |    Subtotal | | -1,170.74 |
| | Total New Charges | | 517,381.71 |
| | **Automatic Payment** | | **517,381.71** |

*Professional Employer Organization (PEO) Services are sold and provided by Paychex Business Solutions, LLC and its affiliates.*