

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/26/2025 04:00 PM

COURTROOM 8A

HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:24-bk-07106-RCT | 11 | 11/30/2024 |

**Chapter 11**

**DEBTOR:**   Smart Communications Holding, Inc.

**DEBTOR ATTY:**   Dustin Hillsey

**TRUSTEE:**   Kathleen DiSanto

**HEARING:**

(1) Order to Show Cause Why Case Should Not Be Dismissed (Doc #191)
Response to Order to Show Cause Why These Administratively Consolidated Cases Should Not Be Dismissed Filed by Donald R Kirk on behalf of Creditor HLFIP Holding, LLC (Doc #208)
Response to Order to Show Cause Why These Administratively Consolidated Cases Should Not Be Dismissed Filed by Daniel R Fogarty on behalf of Debtor Smart Communications Holding, Inc., Interested Party Smart Communications Holding, LLC (related document(s)191) (Doc #209)
Response   Debtors' and HLFIP's Responses to Order to Show Cause Filed by Edward J. Peterson III on behalf of Creditor Janice Logan (related document(s)208, 209, 191) (Doc #216)
(2) Con't Motion/Application to Pay Ordinary Course Operating Expenses Filed by Daniel R Fogarty on behalf of Debtor Smart Communications Holding, Inc, Interested Party Smart Communications Holding, LLC (Doc #17)
(3) Con't Motion for Entry of Order Approving Retention and Employment of Professionals Utilized in the Ordinary Course of Business, Effective as of the Petition Date Filed by Daniel R Fogarty on behalf of Debtor Smart Communications Holding, Inc,Interested Party Smart Communications Holding, LLC

(Doc #103)
Note: Prior Hearing 12/19/24, 1/27/25; 2/7/25
Jointly Admin Case: 24-bk-7108
Smart Communications Holdings, LLC
Confirmation Trial 3/10/25 @ 9:30 am

**APPEARANCES:**: Daniel Fogarty; Kathleen DiSanto; Teresa Dorr; Eyal Berger; John Ladkammer; W.L. West; Edward Peterson; Donald Kirk; Steven Dixon

**WITNESSES:**

**EVIDENCE:**

**RULING:** (1) Order to Show Cause Why Case Should Not Be Dismissed (Doc #191) -   CASE DISMISSED WITHOUT PREJUDICE; ALL PENDING HEARINGS CANCELED; ORDER BY COURT (CHAMBERS TO PREPARE)    Response to Order to Show Cause Why These Administratively Consolidated Cases Should Not Be Dismissed Filed by Donald R Kirk on behalf of Creditor HLFIP Holding, LLC (Doc #208)   Response to Order to Show Cause Why These Administratively Consolidated Cases Should Not Be Dismissed Filed by Daniel R Fogarty on behalf of Debtor Smart Communications Holding, Inc., Interested Party Smart Communications Holding, LLC (related document(s)191) (Doc #209)   Response   Debtors'
and HLFIP's Responses to Order to Show Cause Filed by Edward J. Peterson III on behalf of Creditor Janice Logan (related document(s)208, 209, 191) (Doc #216)
***(2) Con't Motion/Application to Pay Ordinary Course Operating Expenses Filed by Daniel
R Fogarty on behalf of Debtor Smart Communications Holding, Inc, Interested Party Smart Communications Holding, LLC (Doc #17) -   DENIED AS MOOT; ORDER BY COURT (CHAMBERS TO PREPARE ORDER)    ***(3) Con't Motion for Entry of Order Approving Retention and Employment of Professionals Utilized in the Ordinary Course of Business, Effective as of the Petition Date Filed by Daniel R Fogarty on behalf of Debtor Smart Communications Holding, Inc,Interested Party Smart Communications Holding,
LLC (Doc #103) -   DENIED AS MOOT; ORDER BY COURT (CHAMBERS TO
PREPARE ORDER)

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.